UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SULTAN M. CHOWDHURY <br> 10402 Heathside Way <br> Potomac, Maryland 20854 <br><br> **Plaintiff,** <br><br> v. <br><br> MARTIN J. GRUENBERG <br> Acting Chairman, Federal Deposit <br> Insurance Corporation <br> 550 17th Street, NW <br> Washington, DC 20429-9990 <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br> No. 1:05-CV-02368 (JGP) <br><br><br><br><br><br><br><br> February 27, 2006 |

## APPEARANCE

Please enter my appearance as counsel for defendant pursuant to LCvR 83.2(e). I am employed as an attorney by the Federal Deposit Insurance Corporation, an agency of the United States, and am a member in good standing of the bar of the District of Columbia.

Respectfully submitted,

/S/

Victor E. George
Counsel
CA Bar No. 89595
3501 Fairfax Drive, Room VS-E6004
Arlington, VA 22226
703-562-2395 (office)
703-562-2501 (fax)
vgeorge@fdic.gov

February 27, 2006

## LCvR 83.2(j) CERTIFICATION

I hereby certify that I am personally familiar with the provisions of Title 28, United States Code, which pertain to the jurisdiction and practice in the United States District Courts, with the Federal Rules of Civil Procedure, the Rules of the United States District Court for the District of Columbia, the Rules of Professional Conduct adopted by the District of Columbia Court of Appeals, and will faithfully adhere thereto, and the District of Columbia Bar Voluntary Standards for Civility in Professional Conduct.

/S/_____
VICTOR E. GEORGE
February 27, 2006