UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SULTAN M. CHOWDHURY )<br>10402 Heathside Way )<br>Potomac, Maryland 20854 )<br>)<br>     **Plaintiff,** )<br>)<br>v. )<br>)<br>MARTIN J. GRUENBERG )<br>Acting Chairman, Federal Deposit )<br>Insurance Corporation )<br>550 17th Street, NW )<br>Washington, DC 20429-9990 )<br>)<br>     **Defendant.** )<br>_____) | No. 1:05-CV-02368 (JGP)<br><br><br><br>February 27, 2006 |

## ANSWER

### First Defense

The Complaint fails to state a claim upon which relief may be granted.

### Second Defense

Defendant had legitimate nondiscriminatory reasons for the employment decisions which were made with regard to the plaintiff.

### Third Defense

The plaintiff has failed to exhaust his administrative remedies.

### Fourth Defense

In response to the numbered paragraphs of the Complaint, the defendant responds as follows:

1.      This paragraph contains plaintiff's assertion of jurisdiction and characterization of the present action, to which no response is required.  To the extent an answer is deemed necessary, defendant denies the allegations of this paragraph.

2.      This paragraph contains plaintiff's assertion of jurisdiction and characterization of the present action, to which no response is required.  To the extent an answer is deemed necessary, defendant admits that this is a civil action arising under 42 U.S.C. § 2000e-16 and that plaintiff filed EEO complaints with the FDIC's EEO Office.  All other allegations of this paragraph are denied.

3.      The defendant admits that venue is proper in this jurisdiction.  Defendant denies all other allegations of this paragraph.

4.      The defendant admits that plaintiff is a male and was employed by the FDIC during the time periods mentioned in the complaint. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and they are therefore denied.

5.      The defendant admits that he is the Acting Chairman of the Federal Deposit Insurance Corporation (FDIC), an agency of the United States for purposes of this action, that the FDIC has had more than 500 employees in 20 or more calendar weeks during the past year, and that he is the proper defendant in this action, and that he is sued only in his official capacity. All remaining allegations of this paragraph are denied.

6.      Defendant admits that plaintiff had been employed by the FDIC since June 1991, until his retirement, and was assigned to the FDIC's Division of Insurance and Research (DIR) at the time of his retirement. All remaining allegations of this paragraph are denied.

7. Defendant admits that plaintiff received a performance rating of "Meets Expectations" in October, 2003. All remaining allegations of this paragraph are denied.

8. Defendant admits that in October, 2003, Martin Henning was the Project Manager of the CDR Implementation Team. Defendant admits that Mr. Henning is a white male. All remaining allegations of this paragraph are denied.

9. Denied.

10. Defendant admits that plaintiff did not receive a Corporate Success Award in February, 2004. All remaining allegations of this paragraph are denied.

11. Denied.

12. Denied.

13. Denied, except to admit that plaintiff was placed on a Performance Improvement Plan in 2004.

14. Defendant admits that plaintiff was not selected as a Supervisory Information Technology Specialist in 2005. Defendant admits that in March, 2004, Mark Brenneman was an Assistant Director of DIRM. All remaining allegations of this paragraph are denied.

15. Defendant admits that plaintiff received advanced sick leave for a period of time in 2004. Defendant admits that plaintiff was placed in leave-without-pay status for a period of time in 2005. All remaining allegations of this paragraph are denied.

16. Defendant is presently without knowledge or information sufficient to form a belief as to the truth of the last two sentences of this paragraph or whether plaintiff was granted disability retirement in August, 2005. All remaining allegations of this paragraph are denied.

17. Denied.

18. Denied.

19.     Denied.

20.     Denied.

Defendant denies the factual assertions made in plaintiff's prayer for relief and further denies that plaintiff is entitled to the relief requested, or to any relief whatsoever. To the extent any allegations of plaintiff's Complaint deemed to require a response have not otherwise been answered by the defendant, such allegations are denied.

WHEREFORE, the defendant asks the Court to dismiss this action with prejudice, and to grant such other relief as the Court may deem just and proper.

Respectfully submitted,

Victor E. George
Counsel
CA Bar No. 89595
3501 Fairfax Drive, Room VS-E6004
Arlington, VA 22226
703-562-2395 (office)
703-562-2501 (fax)
vgeorge@fdic.gov

Daniel H. Kurtenbach
Counsel
DC Bar No. 426590
3501 Fairfax Drive, Room VS-D7066
Washington, DC 20429
703-562-2465 (office)
703-562-2475 (fax)
dkurtenbach@fdic.gov