**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SULTAN M. CHOWDHURY**         ) | |
| **10402 Heathside Way**         ) | |
| **Potomac, Maryland 20854**     ) | |
|                                 ) | |
|     **Plaintiff,**    ) | |
|                                 ) | |
|     v.      ) | No. 1:05-CV-02368 (JGP) |
|                                 ) | |
| **MARTIN J. GRUENBERG**         ) | |
| **Acting Chairman, Federal Deposit**  ) | |
| **Insurance Corporation**       ) | |
| **550 17th Street, NW**         ) | |
| **Washington, DC 20429-9990**   ) | |
|                                 ) | |
|     **Defendant.**    ) | |
| _____) | **February 27, 2006** |

**ERRATA**

In the Answer and notices of appearance filed February 27, 2006, in the signature block for Daniel H. Kurtenbach, Counsel for Defendant, the city and zip code should read "Arlington, VA 22226."

        Respectfully submitted,

        /S/

        Daniel H. Kurtenbach
        Counsel
        DC Bar No. 426590
        3501 Fairfax Drive, Room VS-D7066
        Arlington, VA 22226
        703-562-2465 (office)
        703-562-2475 (fax)
        dkurtenbach@fdic.gov

        February 27, 2006