UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SULTAN M. CHOWDHURY )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARTIN J. GRUENBERG, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-2368 (JGP) |

### JOINT REPORT OF LOCAL RULE 16.3 CONFERENCE

Pursuant to LCvR 16.3, the parties hereby report to the court that counsel for the parties conferred on March 31, 2006. As a consequence of this conference, the parties hereby report to the Court as follows:

1. <u>Case Scheduling</u>: There are no pending motions. The parties do not believe that discovery should be stayed at this time for dispositive motions.

2. <u>Joinder/Amendment/Narrowing</u>: The parties do not anticipate the necessity to join third parties or to amend the pleadings further. Neither party believes that the legal or factual issues can be narrowed at this time.

3. <u>Assignment To Magistrate Judge</u>: Plaintiff consents to assignment of this case to a magistrate judge for all purposes; defendant does not consent to a magistrate for all purposes.

4. <u>Settlement Possibility</u>: The parties do not see possibility of settlement at this time. However, the parties will continue to be open to settlement discussions.

5. <u>Alternative Dispute Procedures</u>: At this time, the parties do not believe that the case could benefit from the Court's ADR process. The parties will inform the Court if it appears that mediation might be useful later on.

6. Dispositive Motions: Defendant expects that he may file a dispositive motion upon the close of discovery in this case. The parties suggest that any post-discovery dispositive motion should be filed within 60 days after the close of discovery, that any opposition to that motion should be filed within 45 days of the filing of the dispositive motion, and that any reply to the opposition should be filed within 21 days of the filing of the opposition.

7. Initial Disclosures: The parties propose that initial disclosures authorized under F.R.Civ.P. 26(a)(1) be served within 30 days of initial scheduling order.

8. Discovery: The parties propose that the Court set a discovery schedule for this case, in accordance with the attached proposed Scheduling Order. The parties believe that 180 days are necessary to complete discovery. Interrogatories are limited to 25 in number. Defendant believes that all other written discovery requests should be limited to 25 in number; plaintiff does not agree. The parties are limited to 10 depositions per side with each deposition limited to seven hours. Should sensitive personal and/or medical information be exchanged during the course of discovery in this case, the parties will submit an appropriate protective order for the Court's approval.

9. Experts: The parties propose that plaintiff's expert disclosures be served within 45 days after the entry of the scheduling order. The parties propose that defendant's expert disclosures should be served within 45 days after service of plaintiff's expert disclosures.

10. Class Action Procedures: Not applicable.

11. Bifurcation of Discovery or Trial: The parties do not see any need for bifurcation.

12. Proposed Date For The Pretrial Conference: Plaintiff asks the Court to set a date certain in the initial scheduling order. Defendant proposes that pretrial date be set within 60 days after Court rules on post-discovery dispositive motions.

13. <u>Trial Date:</u>  Plaintiff proposes that the trial date be set in the initial scheduling order for some time in the Winter of 2006/2007.  Should a trial be necessary in this case, defendant proposes setting trial date at pretrial conference.

14. <u>Other Matters:</u>  None.

Respectfully submitted,

*David H. Shapiro (jes)*
David H. Shapiro, D.C. Bar # 961326
James E. Simpson, D.C. Bar # 482870
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, D.C.  20005
(202) 842-0300
FAX (202) 842-1418

Attorneys for Plaintiff

*Victor E. George (jes)*
Victor E. George, CA Bar # 89595
Daniel H. Kurtenbach, D.C. Bar # 426590
3501 Fairfax Drive
Arlington, VA  22226
(703) 562-2395
FAX (703) 562-2475

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SULTAN M. CHOWDHURY )<br>)<br>              **Plaintiff,** )<br>   v.                    )<br>)<br>MARTIN J. GRUENBERG, )<br>)<br>              **Defendant.** )<br>_____ ) | Civil Action No. 05-2368 (JGP) |

## INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the parties' Joint Report of Local Rule 16.3 Conference and the entire record herein, it is this ____ day of _____, 2006 hereby,

ORDERED that the parties shall abide by the following dates, deadlines and limitations:

Parties are limited to ten depositions per side.

Parties are limited to serving 25 discrete interrogatories, requests for the production of documents and requests for admissions.

Deadline for written discovery requests 120 days from the date of this Order.

Close of all discovery 180 days from the date of this Order.

Deadline for filing dispositive motions 60 days after close of discovery.

| | |
|---|---|
| Deadline for filing opposition to dispositive motions. | 45 days after the filing of dispositive motions. |
| Deadline for filing reply to opposition to dispositive motions | 21 days after the filing of the opposition to dispositive motions. |
| Pretrial Conference | 60 days after Court rules on post-discovery dispositive motions |

IT IS SO ORDERED.

Date: _____

_____
UNITED STATES DISTRICT JUDGE