# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SULTAN M. CHOWDHURY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2368 (JGP) |
| | ) |
| MARTIN L. GRUENBERG, | ) |
| | ) |
| Defendant. | ) |

## SCHEDULING ORDER

This matter was filed on December 9, 2005. Based on the representations of the parties made in their joint statement, it is hereby **ORDERED**

1. The initial scheduling conference previously set for April 11, 2006 at 1:00 P.M. is cancelled.

2. The case will remain with this Court for all purposes except discovery. The case may be assigned to a Magistrate Judge for the purpose of resolving any discovery disputes. In the event of a discovery dispute, the parties must meet and confer in an effort to resolve the dispute. If a discovery motion is filed, the moving party must certify that the parties have met and conferred in an effort to resolve the dispute.

3. The parties are limited to ten depositions per side.

4. Each party is limited to serving 25 discrete interrogatories, requests for the production of documents, and requests for admissions.

5. The parties shall make initial discovery disclosures on or before May 5, 2006.

6.  On or before May 22, 2006, Plaintiff shall disclose any experts he intends to call as witnesses and file reports on those experts pursuant to Fed. R. Civ. P. 26(a)(2).

7. On or before June 6, 2006, Defendant shall disclose any experts he intends to call as witnesses and file reports on those experts pursuant to Fed. R. Civ. P. 26(a)(2).

8.  The parties shall serve all written discovery requests on or before August 3, 2006.

9.  The parties shall complete all discovery before October 2, 2006.

10. The parties shall file dispositive motions on or before December 1, 2006.

11.  The parties shall file oppositions to dispositive motions on or before January 15, 2007.

12.  The parties shall file replies to oppositions to dispositive motions on or before February 5, 2007.

13. The parties shall advise the Court if they think mediation is appropriate.  If the case is referred for mediation, discovery will proceed as scheduled.

14.  If the parties object to anything in this order, they may file objections on or before April 17, 2006.

**SO ORDERED.**

**DATE: April 5, 2006**                                **JOHN GARRETT PENN**
                                                       **United States District Judge**