UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SULTAN M. CHOWDHURY )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARTIN J. GRUENBERG, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2368 (JGP) |

## PLAINTIFF'S CONSENT MOTION TO ENLARGE TIME FOR DISCOVERY

Plaintiff, by and through counsel, hereby respectfully moves this Court for an enlargement of time for discovery of sixty days from October 2, 2006, to December 10, 2006, and otherwise to adjust the schedule of future events in this matter. This is the first request for an enlargement of the discovery period in this case. Discovery is presently set to close on October 2, 2006.

The reasons for this motion to enlarge the time for discovery include that, although the parties have exchanged initial paper discovery, additional discovery has been identified as necessary in this matter. Defendant has indicated that it desires to schedule plaintiff for an Independent Medical Examination (IME). Moreover, a final deposition schedule will depend on the aforementioned additional discovery. In addition, the primary associate working this case has been engaged in opposing motions for summary judgment in the matters of *Samuels v. Gonzales*, EEOC No. 100-2006-00027X, Agency Case No. F-05-5941; *Landreth v. DOJ*, EEOC No. 140-2005-00078X, Agency File No. F-03-5804; *McCutcheon v. FDIC*, EEOC No. 570-2006-0129X, Agency No. FDICEO-050050.

Plaintiff's counsel contacted counsel for defendant to seek consent to plaintiff's motion, and defendant's counsel indicated that defendant consents to this motion.

Respectfully Submitted,

/s/
David H. Shapiro, D.C. Bar No. 961326
James E. Simpson, D.C. Bar No. 482870
Swick & Shapiro, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0300

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SULTAN M. CHOWDHURY )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARTIN J. GRUENBERG, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-2368 (JGP) |

## O R D E R

UPON CONSIDERATION of plaintiff's consent motion to enlarge time for discovery of sixty days from October 2, 2006, to December 1, 2006, it is hereby

ORDERED that plaintiff's consent motion be, and the same hereby is GRANTED; and it is

FURTHER ORDERED that the parties shall have an additional sixty days, to and including December 1, 2006, within which to conduct discovery and otherwise to adjust the schedule of future events in this matter.

_____
UNITED STATES DISTRICT JUDGE

Send copies of Order to:

David H. Shapiro
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005

    and

Victor E. George
Federal Deposit Insurance Corporation
3501 Fairfax Drive
Arlington, VA 22226