UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SULTAN M. CHOWDHURY )<br>)<br>      **Plaintiff** )<br>)<br>      v. )<br>)<br>MARTIN L. GRUENBERG )<br>)<br>      **Defendant** ) | Civil Action No. 05-2368 (JGP) |

**ORDER**

This matter comes before the Court on Plaintiff's Motion to Enlarge Time for Discovery [9], it is hereby

**ORDERED** that the motion is **GRANTED** nunc pro tunc; it is further

**ORDERED** that the parties comply with the following modified schedule:

1. The Parties shall complete all discovery on or before December 1, 2006.

2. The parties shall file dispositive motions on or before January 30, 2007.

3. The parties shall file oppositions to dispositive motions on or before March 16, 2007.

4. The parties shall file replies to oppositions to dispositive motions on or before April 6, 2007.

    **SO ORDERED.**

**DATE: October 18, 2006**　　　　　　　　　　　　　　　　　**JOHN GARRETT PENN**
                                                                                   **United States District Judge**