UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SULTAN M. CHOWDHURY )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARTIN J. GRUENBERG, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2368 (JGP) |

JOINT MOTION FOR AN EXTENSION OF TIME
TO COMPLETE DISCOVERY AND TO SET A NEW SCHEDULE

The parties, by and through counsel, hereby respectfully moves this Court for an enlargement of time for discovery of seventy-five days from December 1, 2006 to February 14, 2007, and otherwise to adjust the schedule of future events in a manner consistent with the Court s original Scheduling Order in this matter. This is the first joint request for an enlargement of the discovery period in this case. Discovery is presently set to close on December 1, 2006.

The reasons for this motion to enlarge the time for discovery include that, while the parties have exchanged initial paper discovery, plaintiff has produced nearly two thousand documents which has required, and will require, thorough review by defendant's counsel prior to noticing and taking depositions in this matter. In addition, during October and November, the primary associate for the plaintiff working this case has been engaged in opposing motions for summary judgment in the matters of *McCutcheon v. FDIC*, EEOC No. 570-2006-0129X, Agency No. FDICEO-050050 and *Townes-Jones v. DHHS*, EEOC No. 531-2006-00044X, Agency No. 05-032-CMS, as well as preparing for a hearing in the *Townes-Jones* matter, which had been scheduled for November 1, 2006 in Baltimore, MD, but for which the complainant withdrew her

request for a hearing on October 25, 2006.  The primary associate for plaintiff also has to prepare for a two-day hearing in the matter of *Landreth v. DOJ*, EEOC No. 140-2005-00078X, Agency File No. F-03-5804, which is scheduled for November 30-December 1, 2006 in Charlotte, NC. Moreover, defendant's counsel has a pre-planned family trip out of the Washington, D.C. area during the period November 23 through December 1, inclusive.

    This motion seeks an enlargement of seventy-five days, in an abundance of caution taking into account the parties' counsels' calendars/schedules over the next two months and that there are several holiday periods and periods of religious observance during that time frame.

Respectfully Submitted,

| /s/ | /s/ |
|---|---|
| David H. Shapiro, D.C. Bar No. 961326 | Victor E. George, CA Bar No. 89595 |
| James E. Simpson, D.C. Bar No. 482870 | FDIC Legal Division |
| SWICK & SHAPIRO, P.C. | 3501 Fairfax Drive |
| 1225 Eye Street, N.W., Suite 1290 | Room VS-E6004 |
| Washington, D.C. 20005 | Arlington, VA  22226 |
| (202) 842-0300 | (703) 562-2395 |
| | |
| Attorneys for Plaintiff | Attorney for Defendant |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SULTAN M. CHOWDHURY**           ) | |
| )                                                                      | |
| **Plaintiff,**   ) | |
| v.                                                              ) | Civil Action No. 05-2368 (JGP) |
| )                                                                      | |
| **MARTIN J. GRUENBERG,**          ) | |
| )                                                                      | |
| **Defendant.**   ) | |
| )                                                                      | |

### **O R D E R**

UPON CONSIDERATION of the parties' joint motion to enlarge time for discovery of seventy-five days from December 1, 2006 to February 14, 2007, and to otherwise set a new schedule for future events, it is hereby

ORDERED that parties' joint motion be, and the same hereby is GRANTED; and it is

FURTHER ORDERED that the parties shall have an additional seventy-five days, to and including February 14, 2007, within which to conduct discovery and otherwise to adjust the schedule of future events in a manner consistent with the Court s original Scheduling Order in this matter.

_____                                                           _____
DATE                                                                                    UNITED STATES DISTRICT JUDGE

Send copies of Order to:

David H. Shapiro
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005

    and

Victor E. George
Federal Deposit Insurance Corporation
3501 Fairfax Drive
Arlington, VA 22226