### UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SULTAN M. CHOWDHURY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-2368 (JGP)** |
| | ) | |
| **MARTIN L. GRUENBERG** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Upon consideration of the parties' **Joint Motion for an Extension of Time to Complete Discovery and to Set A New Schedule** [11], it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the parties comply with the following modified discovery and dispositive motions schedule:

1.  The parties shall complete all discovery on or before February 14, 2007.

2.  The parties shall file dispositive motions on or before April 16, 2007.

3.  The parties shall file oppositions to dispositive motions on or before May 30, 2007.

4.  The parties shall file replies to oppositions to dispositive motions on or before June 20, 2007.

**SO ORDERED.**

**DATE: November 27, 2006**                                    **JOHN GARRETT PENN**
                                                                                  **United States District Judge**