UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SULTAN M. CHOWDHURY )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARTIN J. GRUENBERG, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2368 (JGP) |

## JOINT MOTION TO ENLARGE TIME FOR DISCOVERY AND ADJUST SCHEDULING ORDER

The parties, by and through counsel, hereby respectfully move this Court for an enlargement of time for discovery of 120 days from February 14, 2007, to June 14, 2007, and otherwise to adjust the schedule of future events in this matter. This is the second joint motion for an enlargement of the discovery period in this case. Discovery is presently set to close on February 14, 2007.

The reasons for this motion to enlarge the time for discovery include that, although the parties have exchanged initial paper discovery, there remains additional discovery necessary in this matter. Moreover, the schedules for plaintiff's treating health care professionals and counsel have precluded the scheduling of those depositions at this time, as well as plaintiff's counsel's schedule precluding scheduling depositions of defendant's employees involved in this matter. This joint motion seeks 120 days to complete discovery in an abundance of caution, particularly given the extremely busy calendar for plaintiff's counsel over the next several months. For instance, the primary associate working this case currently has hearings scheduled in the matters of *Samuels v. DOJ*, EEOC No. 100-2006-00027X, Agency Case No. F-05-5941 (February 21-22,

2007); *Nwachuku v. EPA*, MSPB Docket No. DC-0752-07-0259-I-1 (March 20, 2007); *Landreth v. DOJ*, EEOC No. 140-2005-00078X, Agency File No. F-03-5804 (March 27-28, 2007); *McCutcheon v. FDIC*, EEOC No. 570-2006-0129X, Agency No. FDICEO-050050 (April 5, 2007). It is also anticipated that the associate will be assisting the partner on this case in trial preparation scheduled in the matters of *Adams v. Mineta*, C.A. No. 04-0856 (D.D.C.) (March 5-9, 2007); and *Bryant v. DHHS*, C.A. No. 05-0250 (D.D.C.) (April 13-18, 2007). Moreover, that associate has been engaged, and will continue to engage, in discovery in the matters of *Johnson v. Billington*, C. A. No. 98-1618 (D.D.C.); *Chappell-Johnson v. FDIC*, C.A. No. 06-1074 (D.D.C.); *Duvall v. DHHS*, MSPB Docket No. DC-0752-07-0131-I-1; *Jeffers v. PBGC*, C.A. No. 03-1762 (D.D.C.); *Chappell-Johnson v. FDIC*, C.A. No. 06-0314 (D.D.C.); *Torres v. GPO*, C.A. No. 05-2158 (D.D.C.); and *Nwachuku v. EPA*, MSPB Docket No. DC-0752-07-0259-I-1, as well as engaged in opposing a motion for summary judgment in *Chappell-Johnson v. FDIC*, C.A. No. 03-1557. Due to problems associated with converting to a new office computer system configuration, discovery responses in the *Johnson v. Billington* case had to be completely reconstructed during January - February 2007 after the draft documents, representing several months worth of work, were completely lost. In addition, the primary associate on this case has been engaged in preparing appellants' briefs and joint appendices in the matters of *Vickers v. FDIC*, Appeal No. 06-5016 (CADC), and *Koch v. SEC*, Appeal No. 06-5134 (CADC).

The parties respectfully request that this Court grant their joint motion for an enlargement of time for discovery of 120 days from February 14, 2007, to June 14, 2007, and otherwise to adjust the schedule of future events in this matter.

Respectfully Submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| David H. Shapiro, D.C. Bar # 961326 | Victor E. George, CA Bar # 89595 |
| James E. Simpson, D.C. Bar # 482870 | Daniel H. Kurtenbach, D.C. Bar # 426590 |
| SWICK & SHAPIRO, P.C. | Federal Deposit Insurance Corporation |
| 1225 Eye Street, N.W., Suite 1290 | 3501 Fairfax Drive |
| Washington, D.C. 20005 | Arlington, VA 22226 |
| (202) 842-0300 | (703) 562-2395 |
| FAX (202) 842-1418 | FAX (703) 562-2475 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SULTAN M. CHOWDHURY )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>MARTIN J. GRUENBERG, )<br>)<br>    Defendant. )<br>_____ ) | Civil Action No. 05-2368 (JGP) |

### O R D E R

UPON CONSIDERATION of the parties' joint motion to enlarge time for discovery for a period of 120 days from February 14, 2007, to June 14, 2007, and otherwise to adjust the schedule of future events in this matter, it is hereby

ORDERED that the parties' joint motion be, and the same hereby is GRANTED; and it is

FURTHER ORDERED that the parties shall have an additional 120 days, to and including June 14, 2007, within which to conduct discovery and otherwise to adjust the schedule of future events in this matter as follows:

| | |
|---|---|
| Deadline for filing dispositive motions | August 13, 2007 |
| Deadline for filing opposition to dispositive motions | September 27, 2007 |
| Deadline for filing reply to opposition to dispositive motions | October 18, 2007 |
| Pretrial Conference | 60 days after Court rules on post-discovery dispositive motions |

_____
UNITED STATES DISTRICT JUDGE

Send copies of Order to:

David H. Shapiro
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005

    and

Victor E. George
Federal Deposit Insurance Corporation
3501 Fairfax Drive
Arlington, VA 22226