UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SULTAN M. CHOWDHURY )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARTIN J. GRUENBERG, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-2368 (JGP) |

**JOINT MOTION TO ENLARGE TIME FOR DISCOVERY AND ADJUST
SCHEDULING ORDER**

The parties, by and through counsel, hereby respectfully move this Court for an enlargement of time for discovery of 90 days from June 14, 2007, to September 12, 2007, and otherwise to adjust the schedule of future events in this matter. This is the third joint motion for an enlargement of discovery in this case. The parties believe that discovery is presently set to close on June 14, 2007.[1]

The reasons for this motion to enlarge the time for discovery include that, although the parties have exchanged paper discovery and have made several attempts to schedule necessary depositions, the schedules for the parties' counsel have precluded the scheduling of those depositions. This joint motion seeks 90 days to complete discovery in an abundance of caution, particularly given the traditional summer leave schedules for federal employees, whose depositions remain to be scheduled.

---

[1] On February 12, 2007, the parties filed a joint motion to enlarge discovery from February 14, 2007, until June 14, 2007. The Court has yet to grant that joint motion. The parties respectfully request that their previous joint motion be granted *nunc pro tunc*, and that the instant motion also be granted.

Impacting on the scheduling of depositions in this matter was the trial calendar for plaintiff's counsel during the period March through June 2007, which has been very busy with several civil trials in the matters of *Adams v. Mineta*, C.A. No. 04-0856 (D.D.C.) (originally scheduled for March 5-9, 2007, but rescheduled to June 13-19, 2007); *Bryant v. Leavitt*, C.A. No. 05-0250 (D.D.C.) (April 16-26, 2007); *Czekalski v. Mineta*, C.A. No. 02-01403 (D.D.C.) (originally scheduled for May 7-18, 2007, but rescheduled shortly before trial was to start); and *Simpson v. Leavitt*, C.A. No. 03-1123 (D.D.C.) (June 4-8, 2007). In addition, the primary associate working this case was engaged in hearings in the matters of *Nwachuku v. EPA*, MSPB Docket No. DC-0752-07-0259-I-1 (March 20-21, 2007); *McCutcheon v. FDIC*, EEOC No. 570-2006-0129X, Agency No. FDICEO-050050 (April 5, 2007) (complainant withdrew her request for a hearing on April 4, 2007); and *Duvall v. DHHS*, MSPB Docket No. DC-0752-07-0131-I-1 (April 13, 2007) (appeal dismissed without prejudice on March 31, 2007). Also, that associate was preparing for a three-day hearing scheduled in the matter of *Landreth v. DOJ*, EEOC No. 140-2005-00078X, Agency File No. F-03-5804, in Charlotte, North Carolina (May 14-16, 2007), when on May 3, 2007, the hearing was rescheduled to June 26-27, 2007. Moreover, plaintiff's counsel have been engaged, and will continue to engage, in motions practice and discovery in the matters of *Johnson v. Billington*, C. A. No. 98-1618 (D.D.C.); *Chowdhury v. FDIC*, C.A. No. 05-2368 (D.D.C.); *Chappell-Johnson v. FDIC*, C.A. No. 06-0314 (D.D.C.); *Jeffers v. PBGC*, C.A. No. 03-1762 (D.D.C.); *Chappell-Johnson v. FDIC*, C.A. No. 06-1074 (D.D.C.); *Torres v. GPO*, C.A. No. 05-2158 (D.D.C.); *Allen v. DHHS*, No. 531-2007-00119X, Agency File No. HRS-06-06; and *Nwachuku v. EPA*, C.A. No. 06-0946 (D.D.C.).

The parties respectfully request that this Court grant their joint motion for an enlargement of time for discovery of 90 days from June 14, 2007, to September 12, 2007, and otherwise to adjust the schedule of future events in this matter.

Respectfully Submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| David H. Shapiro, D.C. Bar # 961326 | Victor E. George, CA Bar # 89595 |
| SWICK & SHAPIRO, P.C. | Federal Deposit Insurance Corporation |
| 1225 Eye Street, N.W., Suite 1290 | 3501 Fairfax Drive |
| Washington, D.C. 20005 | Arlington, VA 22226 |
| (202) 842-0300 | (703) 562-2395 |
| FAX (202) 842-1418 | FAX (703) 562-2475 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |