## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SULTAN M. CHOWDHURY | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-2368 (JGP) |
| | ) | |
| MARTIN J. GRUENBERG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### O R D E R

UPON CONSIDERATION of the parties' joint motion to enlarge time for discovery for a period of 90 days from June 14, 2007, to September 12, 2007, and otherwise to adjust the schedule of future events in this matter, it is hereby

ORDERED that the parties' joint motion be, and the same hereby is GRANTED; and it is

FURTHER ORDERED that the parties shall have an additional 90 days, to and including September 12, 2007, within which to conduct discovery and otherwise to adjust the schedule of future events in this matter as follows:

| | |
|---|---|
| Deadline for filing dispositive motions | November 12, 2007 |
| Deadline for filing opposition to dispositive motions | December 27, 2007 |
| Deadline for filing reply to opposition to dispositive motions | January 17, 2008 |
| Pretrial Conference | 60 days after Court rules on post-discovery dispositive motions |

_____

UNITED STATES DISTRICT JUDGE

Send copies of Order to:

David H. Shapiro
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C.  20005

     and

Victor E. George
Federal Deposit Insurance Corporation
3501 Fairfax Drive
Arlington, VA  22226