UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Sultan M. Chowdhury, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 1:05CV02368 |
| | ) |
| Martin J. Gruenberg, | ) |
| Acting Chairman, | ) |
| Federal Deposit Insurance Corp. | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

Please enter my appearance as lead counsel for defendant pursuant to LCvR 83.2(e). I am employed as an attorney by the Federal Deposit Insurance Corporation, an agency of the United States, and I am a member in good standing of the bar of the District of Columbia.

July 27, 2007                                                Respectfully submitted,


/S/_____

Tina A. Lamoreaux
Counsel
DC Bar No. 375762
3501 Fairfax Drive, Room VS-D6138
Arlington, VA  22226
703-562-2304 (office)
703-562-2468 (fax)
tlamoreaux@fdic.gov

## LCvR 83.2(j) CERTIFICATION

      I hereby certify that I am personally familiar with the provisions of Title 28, United States Code, which pertain to the jurisdiction and practice in the United States District Courts, with the Federal Rules of Civil Procedure, the Rules of the United States Court for the District of Columbia, the Rules of Professional Conduct adopted by the District of Columbia Court of Appeals, and will faithfully adhere thereto, and the District of Columbia Bar Voluntary Standards for Civility in Professional Conduct.

/S/_____
Tina A. Lamoreaux

July 23, 2007