| | |
|---|---|
| From: | George, Victor |
| Sent: | Monday, August 20, 2007 4:37 PM |
| To: | 'Jim Simpson' |
| Cc: | Lamoreaux, Tina A.; Staley, Janice |
| Subject: | Chowdhury |

Jim, I am sending this e-mail to clarify our understanding of where things stand regarding future depositions, enlargement of discovery and previously raised document issues. At the end of the day of our deposition of Dr. Sandra Hoffman on August 16, 2007, I requested that you consent to an additional ½ day of deposing Hoffman and 2 days for the deposition of your client. You indicated that you would not consent to either request which would require us to file a motion with the Court for the requested relief. While I fully intend to do so, I respectfully request that you reconsider your blanket refusal as described.

You have also indicated that you intend to take depositions of at least seven FDIC employees. Due to the impending close of discovery on September 12, 2007, you suggested, and I agreed, that we may wish to seek an additional 30 days to complete discovery. I trust that you will be preparing that motion in due time.

With regard to outstanding document issues, I raise the following:

- You agreed at Dr. Hoffman's deposition to provide me with copies of the reverse side of her therapy notes (two-sided documents);
- You also agreed to provide copies of the "notes" which Dr. Hoffman was referring to during her deposition;
- You agreed, as far back as October 9, 2006, to provide me with copies of all documents related to treatment of your client by Dr. Elizabeth Kilgore and to provide all document related to plaintiff's application for benefits from OWCP and the denial thereof;
- You agreed on November 14, 2006 to provide all documents related to treatment of your client by Drs. Satinsky & Sekhon, which I requested on November 9, 2006 and again on March 9 and June 4, 2007;
- You agreed at Dr. Ganti's deposition on June 6, 2007 to provide me with billing information from him;
- Although our "Request for Documents" requested "all documents" related to plaintiff's treatment by health care providers in connection with this action, I have received absolutely no billing statements or other disclosure regarding plaintiff's claimed medical expenses even though they are a component of the reief sought in this matter.

Irrespective of the reason(s) for the disclosure deficiencies described above, this situation prejudices my client and, in my opinion, is wholly unjustified. Since there is no guarantee that the Court will extend the discovery deadline once again, I insist that all of the described documents be produced to my office within one week (COB August 27, 2007). If you have any questions or comments regarding the above, please contact me or Ms Lamoreaux as soon as possible.

**EXHIBIT**
Chowdhury
A