# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Sultan M. Chowdhury, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:05CV02368 (JGP) |
| ) | |
| Martin J. Gruenberg, ) | |
| Acting Chairman, ) | |
| Federal Deposit Insurance Corp. ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of Defendant's Motion to Allow Additional Time to Conduct Depositions, it is hereby,

ORDERED, that additional time for the deposition of plaintiff Sultan Chowdhury be permitted. Defendant shall have an additional day of seven (7) hours to examine Mr. Chowdhury,

IT IS FURTHER ORDERED that, additional time for the deposition of Dr. Sandra Hoffman be permitted. Defendant shall have an additional one-half day of three and one-half (3 ½) hours to complete the examination of Dr. Hoffman.

IT IS FURTHER ORDERED that, plaintiff shall forthwith provide to defendant all of the documents described and requested in Exhibit "A" to defendant's motion herein.

_____
UNITED STATES DISTRICT JUDGE