UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SULTAN M. CHOWDHURY | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2368 (JGP) |
| SHEILA C. BAIR, | ) |
| Defendant. | ) |

### PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME

Plaintiff respectfully moves this honorable Court for an enlargement of time of three business days, up to and including September 7, 2007 in which to file his opposition to defendant's Motion for Order Permitting Additional Time to Conduct Depositions. Plaintiff's opposition is currently due September 4, 2007.

The reason for plaintiff's motion is that plaintiff's counsel will be out of the office during the period August 31-September 6, 2007, to attend an extremely important family event in Connecticut, during which his second-oldest son will complete his first two years in the seminary and take formal vows to continue toward ordination as a Catholic priest. In addition, this will be the first time that all of plaintiff's counsel's immediate family (five children - ages 12, 14, 17, 19, and 21 - and parents) will be together since September 2004, particularly since the oldest child has been out of the United States for three years while attending seminaries in Ireland, Spain, and Italy.

Counsel for defendant FDIC indicated that defendant consents to the enlargement of time sought in this motion.

                    Respectfully submitted,


                    _____/s/_____
                    David H. Shapiro
                    James E. Simpson
                    SWICK & SHAPIRO, P.C.
                    1225 Eye Street, N.W.
                    Suite 1290
                    Washington, D.C. 20005
                    (202) 842-0300

                    Attorneys for Plaintiff