**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Sultan M. Chowdhury, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 1:05CV02368 (JGP) |
| | ) | |
| Martin J. Gruenberg, | ) | |
| Acting Chairman, | ) | |
| Federal Deposit Insurance Corp. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT OF PENDING ACTION**

Pursuant to the Court's Minute Order entered August 13, 2007 in the above-referenced matter, the parties herein submit the following Status Report. This action, filed by plaintiff on December 9, 2005, remains active and in the discovery phase. Discovery is presently scheduled to close on September 12, 2007. Plaintiff's counsel has indicated that plaintiff will seek a further enlargement of discovery for approximately thirty (30) days. This motion has not yet been filed by plaintiff; defendant's counsel has stated that defendant will consent to such a request.

The only motion pending at this time was filed by defendant on August 22, 2007. That motion seeks additional time to complete the deposition of plaintiff's treating psychologist and to permit up to one additional day to take the deposition of plaintiff, which is currently scheduled for September 11, 2007. Defendant further seeks an Order of the Court requiring plaintiff to produce documents which have been previously requested but have not yet been provided to defendant. This motion is not moot and

requires the immediate attention of the Court. Plaintiff must file an Opposition to this motion, if any, by September 7, 2007.

The Scheduling Order of the Court requires "Dispositive Motions" to be filed within sixty (60) days after the close of discovery in this case. There has been no Pre-Trial conference ordered or held in this case and no trial date has been set.

The undersigned counsel met telephonically with plaintiff's counsel, James Simpson on August 31, 2007 and discussed the proposed content of this Status Report. The undersigned counsel certifies that the matters set forth herein comport with his discussion with Mr. Simpson. The undersigned counsel agreed to submit this Status Report on behalf of defendant and plaintiff due to Mr. Simpson's absence this week, through September 5, 2007.

Respectfully submitted,


/s/_____
Victor E. George
Counsel
CA Bar No. 89595
3501 Fairfax Drive, Room VS-E6004
Arlington, VA  22226
703-562-2395 (office)
703-562-2482 (fax)
vgeorge@fdic.gov