## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SULTAN M. CHOWDURY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case Number 1:05-CV-02368 (JGP) |
| | : | |
| MARTIN J. GRUENBERG, | : | |
| Acting Chairman, FDIC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## MOTION FOR PROTECTIVE ORDER REGARDING
## DEPOSITION OF DR. MARTIN J. BOOK

Martin J. Book, D.O., by and through his attorney, Andrew E. Vernick, Wharton, Levin, Ehrmantraut & Klein, P.A., respectfully petitions this Court, pursuant to Rule 26(b) to order that the recently scheduled deposition of Dr. Book be postponed and reset for a later date for the following reasons:

1.    Martin J. Book, D.O. is a board certified psychiatrist practicing at 7910 Woodmont Avenue, Suite 1300, Bethesda, Maryland.

2.    In early March 2005, Dr. Book evaluated Sultan Chowdury with regard to a psychiatric and functional capacity assessment.   On April 20, 2005, Dr. Book generated a psychiatric report with regard to the above referenced issues.

3.    In addition to generating the April 20, 2005 report, Dr. Book undertook to provide medication management care for Mr. Chowdury.  On a periodic basis, Mr. Chowdury

was evaluated by Dr. Book to determine his needs for medication management. The patient is still under Dr. Books care for medicine management.

4.    Dr. Book's deposition has recently been noted by counsel for the Defendant. Specifically, the deposition is set for September 10, 2007 at 10:00 a.m. at 3501 Fairfax Drive, Room E-7003, Arlington, Virginia 22226.

5.    Through counsel, Dr. Book advised defense counsel (Ms. Lamoreaux) that he had a full schedule of patients for September 10, 2007. Dr. Book's schedule of patients is set well in advance. He not only has long standing patients who have regularly set appointments, but also he regularly has intake evaluations for new patients, scheduled psychiatric evaluations, and more acute issues that require office visits with patients. In sum, Dr. Books office schedule for September 10, 2007, is completely full with patients.

6.    In discussing this matter with counsel for the Defendant, the moving party for this deposition, she estimates that the length of deposition will be approximately 3-4 hours. The undersigned indicated to her that the anticipated length of the deposition would preclude moving one or two patients. Instead, due to the length of the deposition, and the fact that it is set in the middle of the morning, Dr. Book would have to cancel his entire day of patients.

7.    Furthermore, the deposition is not set in Dr. Book's office. Instead the deposition is set to go forth in Arlington, Virginia. The fact that Dr. Book would have to travel to and from the deposition also compounds the scheduling issues referenced above.

8.    Counsel for the Defendant is amenable to modification of the date, time and location for the deposition of Dr. Book. However, in light of the current discovery cut off

date, there are few options available short of court assistance. Accordingly, Dr. Book would request that this Court order that his deposition be convened at a mutually agreeable date after September 10. It is respectfully believed that all counsel can work together to schedule the deposition of Dr. Book at a time and location that will be convenient for the attorneys, and minimize the inconvenience and issues that will be experienced by patients who have appointments canceled or modified. Specifically, the undersigned's discussions with counsel for the Defendant included setting the deposition of Dr. Book in his office at a time later in the day so fewer scheduled appointments are disrupted.

WHEREFORE, the Court is respectfully petitioned to grant the Motion for Protective Order and allow the parties, along with the undersigned, to reset Dr. Book's deposition at a later date within the next thirty (30) days.

Respectfully submitted,

Andrew E. Vernick, Esquire
Wharton, Levin, Ehrmantraut & Klein, P.A.
104 West Street, P.O. Box 551
Annapolis, Maryland  21404-0551
*Counsel for Martin J. Book, D.O.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2007, a copy of the foregoing Motion

for Protective Order Regarding Deposition of Dr. Martin J. Book was served via electronic

filing, facsimile and first class, postage prepaid, mail upon the following:


David Shapiro, Esquire
Swick & Shapiro, P.C.
1225 I Street, N.W.
Suite 1290
Washington, D.C.  20005
Fax. #202/842-1418
*Counsel for Plaintiff*

Tina A. Lamoreaux, Esquire
Federal Deposit Insurance Corporation
3501 Fairfax Drive
Room D-6138
Arlington, Virginia  22226
Fax. #703/562-2468
*Counsel for Defendant*

_____
Andrew E. Vernick

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SULTAN M. CHOWDURY,    :
            :
    Plaintiff,    :
            :
    v.       :   Case Number 1:05-CV-02388 (JGP)
            :
MARTIN J. GRUENBERG,    :
Acting Chairman, FDIC,    :
            :
    Defendant.    :
_____:

## ORDER

UPON CONSIDERATION of the foregoing Motion for Protective Order with Regard to Deposition of Dr. Martin J. Book, it is this __ day of _____, 2007, hereby

ORDERED that the Motion be, and same hereby is, GRANTED.

_____
United Stated District Court Judge

Copies to:
David Shapiro, Esquire
Swick & Shapiro, P.C.
1225 I Street, N.W.
Suite 1290
Washington, D.C. 20005
*Counsel for Plaintiff*

Tina A. Lamoreaux, Esquire
Federal Deposit Insurance Corporation
3501 Fairfax Drive
Room D-6138
Arlington, Virginia 22226
*Counsel for Defendant*

Andrew E. Vernick, Esquire
Wharton, Levin, Ehrmantraut & Klein, P.A.
104 West Street, P.O. Box 551
Annapolis, Maryland 21404-0551
*Counsel for Martin J. Book, D.O.*