IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SULTAN M. CHOWDHURY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:05CV02368 - JPG |
| ) | |
| **MARTIN J. GRUENBERG, ACTING** ) | |
| **CHAIRMAN, FEDERAL DEPOSIT** ) | |
| **INSURANCE CORPORATION,** ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S OPPOSITION TO MOTION TO RESET THE DEPOSITION OF
DR. MARTIN J. BOOK WITHIN THIRTY (30) DAYS**

Defendant respectfully opposes the motion to reset the deposition of Dr. Book based upon the following facts:

1. Discovery is presently set to close on September 12, 2007.

2. Dr. Book was personally served with a subpoena ordering him to appear for his deposition and produce documents on September 10, 2007. A copy of the Subpoena and proof of service is filed as Exhibit 1 to Defendant's Opposition.

3. Dr. Book's counsel informed the undersigned counsel that Dr. Book will not attend his deposition on September 10, 2007 and that he would file a motion to reset the deposition. Counsel filed the motion on September 7, 2007, one business day prior to the scheduled deposition.

4. Based upon the representations of Dr. Book's counsel that his client would not appear for his deposition, the undersigned has cancelled the scheduled deposition so as not to incur unnecessary costs and attorney fees.

5.  Because there is insufficient time for the Court to rule on the matter before the deposition is scheduled to begin, Defendant respectfully requests that the Court permit the Defendant to take the deposition of Dr. Book at a later date within the next thirty days notwithstanding the close of discovery on September 12, 2007.

September 7, 2007                                Respectfully Submitted,


_____
Tina A. Lamoreaux, Counsel
District of Columbia Bar No: 375762
Federal Deposit Insurance Corporation
Legal Division
3501 Fairfax Drive, Room VS – D6138
Arlington, VA 22226
P: (703) 562-2304 F: (703) 562-2468
tlamoreaux@fdic.gov

Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on September 7, 2007, a copy of the forgoing Defendant's Opposition to Motion to Reset the Deposition of Dr. Martin J. Book Within Thirty (30) Days was served electronically upon the following:

>David H. Shapiro
>Swick & Shapiro, P.C.
>1225 Eye Street, NW
>Suite 1290
>Washington, DC 20005
>
>Andrew E. Vernick
>Wharton, Levin, Ehrmantraut & Klein, P.A.
>104 West Street, P.O. Box 551
>Annapolis, MD 21404-0551

: