UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SULTAN M. CHOWDHURY,       ) | |
| )                           | |
| Plaintiff,                  ) | |
| v.                          ) | Civil Action No. 05-2368 (JGP) |
| )                           | |
| SHEILA C. BAIR,             ) | |
| )                           | |
| Defendant.                  ) | |

### ORDER

Upon consideration of Plaintiff's Opposition to Defendant's Motion for an Order Permitting Additional Time to Conduct Depositions, it is this _____ day of September 2007, Ordered that Defendant's Motion is DENIED.

_____
UNITED STATES DISTRICT JUDGE