**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SULTAN M. CHOWDHURY ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-2368 (JGP) |
| ) | |
| MARTIN J. GRUENBERG, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## O R D E R

UPON CONSIDERATION of the plaintiff's consent motion to enlarge time for discovery for a period of 60 days from September 12, 2007, to November 12, 2007, and otherwise to adjust the schedule of future events in this matter, it is hereby

ORDERED that the plaintiff's motion be, and the same hereby is GRANTED; and it is

FURTHER ORDERED that the parties shall have an additional 60 days, to and including November 12, 2007, within which to conduct discovery and otherwise to adjust the schedule of future events in this matter as follows:

| | |
|---|---|
| Deadline for filing dispositive motions | January 11, 2008 |
| Deadline for filing opposition to dispositive motions | February 25, 2008 |
| Deadline for filing reply to opposition to dispositive motions | March 17, 2008 |
| Pretrial Conference | 60 days after Court rules on post-discovery dispositive motions |

_____
UNITED STATES DISTRICT JUDGE