IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SULTAN M. CHOWDHURY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:05CV02368 - JPG |
| ) | |
| MARTIN J. GRUENBERG, ACTING ) | |
| CHAIRMAN, FEDERAL DEPOSIT ) | |
| INSURANCE CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF DEPOSITION

Pursuant to Federal Rule of Civil Procedure 30, the Defendant hereby provides this notice of intention to take the sworn deposition testimony of Dr. Martin J. Bock.

The deposition of Dr. Martin J. Book will take place at 10:00 a.m., September 10, 2007 at the offices of the FDIC located at 3501 Fairfax Drive, Arlington, VA 22226.

The deposition will be taken under oath, before a certified court reporter, and will continue from day to day until completed.

Dr. Book is requested to bring the following to his deposition:

All office records and documents (including those that may be filed separately) pertaining to Sultan M. Chowdhury including but not limited to all:

1. Written or electronic correspondence to / from Sultan M. Chowdhury including but not limited to intake questionnaires and telephone messages;

2. Written evaluations, treatment records, reports and notes;

3. Health insurance claim forms, records of health insurance carriers including but not limited to written or electronic correspondence with any insurance companies, managed health care companies, physicians and / or other health care providers;

4. Written or electronic records, documents, and correspondence to / from governmental agencies including but not limited to the Office of Personnel Management, Office of Worker's Compensation Programs, and Social Security related to Sultan Chowdhury's claim for disability retirement or other disability related benefits;

5. Billing records; and

6. Audio tapes.

August 21, 2007

Respectfully Submitted,

_____
Tina A. Lamoreaux, Counsel
District of Columbia Bar No: 375762
Federal Deposit Insurance Corporation
Legal Division
3501 Fairfax Drive, Room VS – D6138
Arlington, VA 22226
P: (703) 562-2304 F: (703) 562-2468

Attorney for Defendant

2

## CERTIFICATE OF SERVICE

I certify that on August 21, 2007, I served a copy of the forgoing Notice of Deposition on counsel for the Plaintiff by placing a copy in the United States mail, first-class postage prepaid, addressed to:

>David H. Shapiro
>Swick & Shapiro, P.C.
>1225 Eye Street, NW
>Suite 1290
>Washington, DC 20005