**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Sultan M. Chowdhury, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:05CV02368 (JGP) |
| ) | |
| Martin J. Gruenberg, ) | |
| Acting Chairman, ) | |
| Federal Deposit Insurance Corp. ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR ADDITIONAL TIME FOR TAKING DEPOSITIONS

Defendant has received plaintiff's brief in opposition to defendant's request for additional time to complete the deposition of plaintiff's psychologist, Dr. Sandra Hoffman and for an additional day to take the deposition of plaintiff, if necessary, and submits that plaintiff has failed to demonstrate or allege any basis for denying defendant's motion herein. Plaintiff basically argues that defendant has had his opportunity to depose Dr. Hoffman, but does not allege that defendant "wasted" any of that opportunity, nor is there any denial that defendant is owed documents from Dr. Hoffman.

Plaintiff's argument in opposition to defendant's request for an additional day to take the deposition of plaintiff, if needed, now scheduled for September 11, 2007, is that such request is "premature". Defendant, admittedly, has made his request in anticipation of the need for additional time to depose plaintiff, but submits that this is not pure speculation. Given the length of time needed, and still needed, to complete the deposition of plaintiff's psychologist, it is entirely reasonable to assume that plaintiff's deposition

would require more than one day. Additionally, plaintiff's health and emotional status is less than desirable, based upon deposition testimony of his primary care physician and treating psychologist in this matter, thus raising the possibility of delays in his testimony. Defendant submits that, in the interest of judicial economy and in furtherance of the timely completion of discovery, that this Court has the authority to order the relief requested by defendant herein, notwithstanding the fact that plaintiff's deposition has not yet taken place.

Finally, given the fact that discovery is presently scheduled to close on September 12, 2007[1], defendant respectfully requests that the Court rule on the instant motion prior to September 12, 2007 and that defendant be granted all of the relief requested in his original motion.

Respectfully submitted,

/s/_____
Victor E. George
Counsel
CA Bar No. 89595
3501 Fairfax Drive, Room VS-E6004
Arlington, VA  22226
703-562-2395 (office)
703-562-2482 (fax)
vgeorge@fdic.gov

---

[1] Plaintiff filed a Consent Motion to enlarge discovery for sixty days on September 9, 2007, which is pending before this Court.