UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Sultan M. Chowdhury, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:05CV02368 (JGP) |
| ) | |
| Martin J. Gruenberg, ) | |
| Acting Chairman, ) | |
| Federal Deposit Insurance Corp. ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S JOINDER IN PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND ADJUST SCHEDULING ORDER**

Defendant has previously consented to plaintiff's "Motion for Extension of Time to Complete Discovery & Adjust Scheduling Order", filed on September 9, 2007 (Court Docket No.24). For the reasons stated below, and in furtherance of plaintiff's pending motion, defendant hereby joins in said motion and requests that the Court grant the parties the relief requested.

Defendant previously filed a "Discovery Motion", on August 22, 2007, seeking leave of Court to complete the deposition of plaintiff's psychologist and for an additional day to take the deposition of plaintiff (Court Docket No. 16). That motion has been fully briefed by the parties and awaits a ruling by the Court.

Defendant commenced the deposition of plaintiff on September 11, 2007, which ended after four hours of testimony at plaintiff's request. The remaining three hours of plaintiff's deposition have been scheduled for September 12, 2007, which is also the present close of discovery in this case.

Additionally, defendant noticed the deposition of plaintiff's doctor, Martin Book for September 10, 2007 and had Dr. Book personally served with a subpoena. On September 7, 2007, the business day before the scheduled deposition, Dr. Book's lawyer notified defendant's counsel, Tina Lamoreaux, that Dr. Book would not be appearing for his deposition. Counsel also filed a motion on behalf of Dr. Book to reset his deposition within thirty days (Court Docket No. 21). This motion has not yet been ruled upon by the Court.

Based upon the outstanding discovery owed to defendant, as more fully set forth in the referenced Docket entries, defendant joins in plaintiff's motion to extend discovery for sixty days and respectfully requests that the relief requested in plaintiff's motion (Docket No. 24) be granted.

Respectfully submitted,

/s/_____
Victor E. George
Counsel
CA Bar No. 89595
3501 Fairfax Drive, Room VS-E6004
Arlington, VA  22226
703-562-2395 (office)
703-562-2482 (fax)
vgeorge@fdic.gov