CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SULTON M. CHOWDHURY )
)
)
)
Plaintiff )
)
)
v. ) Civil Case Number 05-2368 (RMU)
)
)
MARTIN J. GRUENBERG ) Category    E
)
)
Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>October 25 2007</u> from <u>Judge John Garrett Penn</u> to <u>Judge Ricardo M. Urbina</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Urbina</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk ✓