IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SULTAN M. CHOWDHURY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MARTIN J. GRUENBERG, ACTING** )<br>**CHAIRMAN, FEDERAL DEPOSIT** )<br>**INSURANCE CORPORATION,** )<br>)<br>Defendant. )<br>_____) | Case No: 1:05CV02368 - RMU |

**JOINT STATUS REPORT OF PENDING ACTION**

Pursuant to the Court's Minute Order entered December 11, 2007, in the above-referenced matter, the parties herein submit the following Status Report. Plaintiff filed this action on December 9, 2005 alleging emotional distress, among other damages, allegedly caused by employment discrimination based on his race, national origin, religion, sex and retaliation. Plaintiff also alleges hostile work environment.

There were two motions pending at the close of discovery on September 12, 2007. First, is a motion filed by defendant on August 22, 2007 seeking additional time (1/2 day) to complete the deposition of plaintiff's treating psychologist, Dr. Hoffman and to permit up to one additional day to complete the deposition of plaintiff. *See* Docket # 16. Second, is a consent motion to enlarge the time for discovery and adjust the scheduling order filed by plaintiff's counsel on September 9, 2007. *See* Docket # 24. Plaintiff's counsel sought to enlarge the time for discovery for an additional 60 days to complete the depositions of defendant's witnesses. To date, plaintiff has taken the depositions of 3 of

8 witnesses previously noticed for deposition. On September 12, 2007, defendant joined in plaintiff's motion to extend discovery for 60 days based upon outstanding discovery due defendant. *See* Docket # 27.

The parties exchanged written discovery during mid-2006 and 2007. Although plaintiff has supplemented his discovery responses four times, plaintiff has still not provided defendant with certain of his medical records, and documents related to the denial of plaintiff's Office of Workers Compensation Program claim that were previously requested.  Additionally, the names of six additional health care providers were identified in deposition testimony of plaintiff's treating doctors and documents recently produced by plaintiff.  Such records and/or testimony may shed light on other contributing causes of plaintiff's alleged injuries.

Counsel met telephonically on January 9, 2008, and discussed outstanding discovery issues and the proposed content of this status report. Counsel for plaintiff has agreed to provide signed medical releases for the following healthcare providers:  Drs. Brown, Ganti, Satinsky, Sekon, Weiner, Roth, Schwarzberg, and Perry.  Depending on the results of the document production from the various physicians, defendant may wish to depose the following health care providers:  Drs. Brown, Satinsky, Kilgore, Sekon, Weiner, Roth, Schwarzberg, and Perry.

Due to plaintiff's counsel's case load and the remaining discovery matters to be completed by both parties detailed herein, counsel jointly request that Court grant an additional 90 days to complete discovery and otherwise to adjust the schedule of future events in this matter.

The Scheduling Order of the Court requires "Dispositive Motions" to be filed within sixty (60) days after the close of discovery in this case. There has been no Pre-Trial conference ordered or held in this case and no trial date has been set.

January 11, 2008                    Respectfully Submitted,


_____
Tina A. Lamoreaux, Counsel
District of Columbia Bar No: 375762
Federal Deposit Insurance Corporation
Legal Division
3501 Fairfax Drive, Room VS – D6138
Arlington, VA 22226
P: (703) 562-2304  F: (703) 562-2468

Attorney for Defendant


_____
James E. Simpson, Esq.
District of Columbia Bar No: 482870
Swick & Shapiro, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, DC 20005
P: (202) 842-0300  F: (202) 842-1418

Attorney for Plaintiff

Case 1:05-cv-02368-RMU   Document 29   Filed 01/11/2008   Page 4 of 4