**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| Sultan M. Chowdhury, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:05CV02368-RMU |
| ) | |
| Sheila Bair, Chairman, ) | |
| ) | |
| Federal Deposit Insurance Corporation ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME AND TO ADJUST SCHEDULING ORDER**

COMES NOW Defendant, by and through its counsel, and respectfully moves the Court for a short enlargement of time to file its Motion for Summary Judgment, which is currently due on July 7, 2008[1]. Defendant respectfully requests that the Court adjust the Scheduling Order to require Defendant's Motion for Summary Judgment to be filed by July 21, 2008. Defendant further requests that the Court permit Plaintiff to file his Opposition thereto by September 5, 2008 and that Defendant's Reply Brief be filed by September 26, 2008.

The reasons for Defendant's motion herein are essentially workload related, primarily with Lead Counsel, Tina Lamoreaux. Ms. Lamoreaux, who is the primary author of Defendant's Motion for Summary Judgment, in conjunction with the undersigned counsel of record, has been involved in discovery in the case of <u>Glenn v. Bair</u>, case #07-2195 (RMU) and is preparing a Motion for Summary Judgment and responding to Congressional Inquiries in the case of <u>Gibson-Michaels v. Bair</u>, case #06-

---

[1] The due date contained in the Court's Scheduling Order is July 5, 2008, which falls on a Saturday. By Local Rule, the due date is "moved" to the next business day, Monday, July 7, 2008.

1940 (RMU).  Undersigned co-counsel has been involved in discovery in the case of Harris v. Bair, case #05-0549 (RMU) and is collaborating on an appeal in the case of McMillan v. Powell, case #USCA (D.C. Cir.) 07-5413. In addition, the undersigned counsel for Defendant was hospitalized May 13 to 14, 2008, with several days of recuperation resulting from vascular surgery.

Accordingly, Defendant respectfully requests a two week enlargement of time to file its Motion for Summary Judgment, to July 21, 2008.  Plaintiff's Opposition Brief should be due September 5, 2008 and Defendant's Reply Brief due September 26, 2008.

On June 24, 2008, the undersigned counsel spoke with Plaintiffs counsel, James Simpson regarding the within motion.  Mr. Simpson indicated in that conversation that Plaintiff would not oppose Defendant's motion herein.

Defendant respectfully requests that this Court grant Defendant's motion and enter the attached proposed Order reflecting this request for an enlargement of time and to adjust the Scheduling Order in this case.

Respectfully submitted,

/s/_____
Victor E. George
Counsel
CA Bar No. 89595
3501 Fairfax Drive, Room VS-E6004
Arlington, VA  22226
703-562-2395 (office)
703-562-2482 (fax)
vgeorge@fdic.gov