IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Sultan M. Chowdhury, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:05CV02368-RMU |
| ) | |
| Sheila Bair, Chairman, ) | |
| ) | |
| Federal Deposit Insurance Corporation ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

COMES NOW the Defendant requesting an Enlargement of Time to file its Motion for Summary Judgment and revision of the scheduling Order previously entered by this Court. After considering the merits of Defendant's motion and there being no opposition thereto,

It is hereby ORDERED, that Defendant shall have until July 21, 2008 to file its Motion for Summary Judgment. Plaintiff would then have forty-five (45) days to file a responsive pleading, specifically September 5, 2008, to which Defendant may file a Reply Brief by September 26, 2008.

_____
UNITED STATES DISTRICT JUDGE