IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SULTAN M. CHOWDHURY, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 1:05CV02368 - RMU |
| MARTIN J. GRUENBERG, ACTING CHAIRMAN, FEDERAL DEPOSIT INSURANCE CORPORATION, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant, Martin J. Gruenberg, Acting Chairman of the Federal Deposit Insurance Corporation, respectfully moves for summary judgment in this case.  As set forth in the Memorandum of Points and Authorities in support of this motion, there is no genuine issue of material fact in this case and Defendant is entitled to judgment as a matter of law.  Wherefore, Defendant respectfully requests that summary judgment be entered in Defendant's behalf.

July 21, 2008                                Respectfully Submitted,

                                                    Tina A. Lamoreaux, Counsel
                                                    District of Columbia Bar No: 375762
                                                    Federal Deposit Insurance Corporation
                                                    Legal Division
                                                    3501 Fairfax Drive, Room VS – D6138
                                                    Arlington, VA 22226
                                                    P: (703) 562-2304 F: (703) 562-2468

2

_____
Victor E. George, Counsel
California Bar No: 89595
Federal Deposit Insurance Corporation
Legal Division
3501 Fairfax Drive, Room VS – E6004
Arlington, VA 22226
P: (703) 562-2395 F: (703) 562-2468

Attorneys for Defendant