**FDIC**
Federal Deposit Insurance Corporation
550 17th St. NW Washington DC, 20429

Division of Insurance and Research

December 31, 2003

TO: Deputy Directors
Associate Directors
Section Chiefs

FROM: Arthur J. Murton, Director

SUBJECT: DIR Procedures for Processing Corporate Success Awards

**Purpose:** To issue the procedure that DIR will follow to process the Corporate Success Awards

**Background:** Based on contributions made in 2003, certain employees will be eligible to receive a Corporate Success Award (CSA). The CSA program is designed to recognize top contributors based on one or more of the following criteria:

- Business Results
- Competency
- Working Relationships
- Learning and Development

The Chairman set the percentage of bargaining unit and non-bargaining unit employees at 33 1/3% who will be recognized with the award.

In order to ensure a fair and equitable distribution of the CSA's within the division, DIR will implement the following procedures for nominating employees.

---

**Washington Office and Regional Operations Branch CSA Nomination Procedures**

**Bargaining Unit Employees**

1. The supervisor prepares written CSA justifications for their nominated employees.

2. The supervisor prioritizes and assigns a numerical ranking for all nominated employees within their span of control.

3. The supervisor submits the CSA nomination forms with numerical rankings to the appropriate Associate Director.

4. The Associate Director meets with all Section Chiefs to discuss rankings and determine a Branch ranking.

AGENCY EXHIBIT #5

MSJ – EXHIBIT 2

5. The Associate Directors meet with the DIR Executive Review Board (ERB consist of Director and Deputy Directors) to discuss ranking and recommend a Division ranking.

6. Director affirms or revises ERB recommendations.

**Non-Bargaining Unit Employees**

1. The supervisor prepares written CSA justification for their nominated employees.

2. The supervisor prioritizes and assigns a numerical ranking for all nominated employees within their span of control.

3. The supervisor submits the CSA nomination forms with numerical rankings to the appropriate Deputy Director.

4. The Associate Directors and PR&M Chief meet with the ERB to discuss ranking and recommend a Division ranking.

5. Division Director affirms or revises ERB recommendations.

| Calendar of Events | |
|---|---|
| By January 12, 2004 | ALL Supervisors prepare, rank, and submit CSA nominations to the Associate Directors |
| By January 16, 2004 | Associate Directors Meet with Chiefs to discuss rankings and determine a Branch ranking. |
| On January 20-21, 2004 | PR&M Chief, Associates Directors meet with ERB to discuss rankings and recommend a Division ranking. |
| By January 30, 2004 | ERB finalizes the CSA recommendations. |
| By February 10, 2004 | The Division Director forwards the approved CSA recommendations to the Division of Administration for review |
| By February 17, 2004 | The Division Director approves the CSAs |

Note: Supervisors may not discuss the status of the CSA's with any employee during the processing period. After DOA has reviewed the CSA distribution for the division, and the Division Director has approved the CSAs, the employees approved for a CSA may be notified by their first line supervisors. Notifications may not occur until after 2/17/04.

## CSA RESPONSIBLITIES FOR EMPLOYEES ON DETAILS:

For DIR employees detailed within DIR: The employee's supervisor of record will be responsible for nominating and prioritizing a detailed employee deserving of a recommendation for a CSA. As part of collecting input and feedback, the supervisor of record will seek input from the employee's first line supervisor on the detail assignment.

For interdivisional details: The supervisor of record will be responsible for nominating and prioritizing a detailed employee deserving of a recommendation for a CSA. The employee's first line supervisor on the detail assignment should provide input.

*The Program Specialist, Planning & Resource Management Staff is responsible for entering the final recommendations into the CSA Tracking Spreadsheet.*

**Bargaining Unit Recommendations**

**Director's Office and Planning & Resource Management**
Sothoron - 14
Rose - 7
Lamont -13
Savoy – 7

**Fin Risk Mgmt. Branch**
Peterson - 11
Burton - 15
Bennett - 15
St. Clair 15
Seale 14
Colantuoni -14
Ryu -14
Davenport - 14

**Research Branch**
Nuxoll - 15
Samolyk - 14
Yom - 14
Davison -14
Blair -14
Schull -11
McDill -14
Jiangli - 14

**Statistics Branch**
Heller -14
Johnson -13
Simons -14
Malarkey -14
Naumovitz -14
Brown -14
Critchfield -14
Penland -13
Reas -13
Peterson -11
Stathos -13
Martin -11

**Risk Analysis Branch**
Bean -12
Burhouse -12
Deaton -14
Murray -14
Gabriel -14

**Regional Operations Branch**
DiChiara -14
Anas -14
Hughes -14
Lowry -14
Plock -14
Cofer -14
Yeager -7
Sanchez -14

**CDR Implementation Project Team**
Montoya -14


Above the bubble, ranked
- 
- 
- 
- 
- 
- 
- 

Below the bubble, not ranked
- 
- 
- 
- 
- 
- 
- 

Nominated, but not recpmmended
- 
- 

AGENCY EXHIBIT #  6

- 
- 
- 
- 

Wisnieski – 15

- 
- 
-