# FDIC 

FEDERAL DEPOSIT INSURANCE CORPORATION

# DIRECTIVE SYSTEM

| TYPE AND NUMBER | |
|---|---|
| Circular 2430.1 | |
| CONTACT | TELEPHONE NUMBER |
| Steven Coleman | (703) 562-2178 |
| DATE | |
| March 28, 2002 | |
| DATE OF CANCELLATION *(Bulletins Only)* | |

**TO:** All Employees

**FROM:** Arleas Upton Kea
Director, Division of Administration

**SUBJECT:** Performance Management Program (PMP)

**1. Purpose**
To establish Federal Deposit Insurance Corporation (FDIC) policy and procedures on performance management and implementation of the PMP.

**2. Revision**
FDIC Circular 2430.1, Performance Management Program, dated March 21, 2001, is hereby revised and superseded.

**3. Summary of Changes**
This change implements a two-level performance management program to replace the previous summary numeric score.

**4. Assistance**
Questions concerning this policy should be addressed to the performance management personnel in your local Division of Administration (DOA), Personnel Services Branch (PSB). Contact names and telephone numbers are available on the DOA, PSB Web site. Office of Inspector General (OIG) employees should contact the OIG Human Resources Branch with questions concerning this policy.

**5. Effective Date**
The provisions of this circular are effective immediately.

Attachment

MSJ – EXHIBIT 3

FEDERAL DEPOSIT INSURANCE CORPORATION
PERFORMANCE MANAGEMENT PROGRAM

# TABLE OF CONTENTS

**CHAPTER 1. GENERAL PROVISIONS**
- 1-1. Objectives ................................................................................................................ 1-1
- 1-2. Policy ...................................................................................................................... 1-1
- 1-3. Scope ..................................................................................................................... 1-1
- 1-4. Formal Training ...................................................................................................... 1-1
- 1-5. Definitions .............................................................................................................. 1-1

**CHAPTER 2. RESPONSIBILITIES**
- 2-1. Rating Official ........................................................................................................ 2-1
- 2-2. Reviewing Official .................................................................................................. 2-1
- 2-3. Division and Office Directors ................................................................................. 2-1
- 2-4. Employees ............................................................................................................. 2-2
- 2-5. Personnel Services Branch ................................................................................... 2-2

**CHAPTER 3. PERFORMANCE PLANNING AND EVALUATION**
- 3-1. Principles of Performance Planning and Evaluation ............................................. 3-1
- 3-2. Preparing A Performance Plan .............................................................................. 3-1
- 3-3. Mid-Year Review .................................................................................................... 3-3
- 3-4. Year-End Review and Evaluation .......................................................................... 3-3

**CHAPTER 4. SPECIAL PROVISIONS**
- 4-1. Evaluation of Employees While on Details or Temporary Promotions ................. 4-1
- 4-2. Evaluation of Employees Who Have Been Reassigned, Promoted, or Changed to a Lower Grade ................................................................................... 4-1
- 4-3. Evaluation of Employees Who Separate Before the End of the Rating Period ... 4-2
- 4-4. Change in Rating Official ...................................................................................... 4-2
- 4-5. Assisting Employees in Improving Performance .................................................. 4-2
- 4-6. Employee Comments ............................................................................................ 4-3
- 4-7. Grievance and Appeal Procedures ....................................................................... 4-3
- 4-8. Relationship to Other Personnel Management Programs .................................... 4-4
- 4-9. Accountability ........................................................................................................ 4-4
- 4-10. Performance Evaluation Form Maintenance and Disposition ............................... 4-4
- 4-11. Forms .................................................................................................................... 4-4

## APPENDICES

**Appendix A** - Sample Performance Plan and Evaluation
(Form FDIC 2430/05V)..................................................................................A-1

**Appendix B** - Listing of Occupations/Job Families for Which Model Performance
Criteria Have Been Developed ...............................................................B-1

# CHAPTER 1
# GENERAL PROVISIONS

**1-1. OBJECTIVES**

A. The objectives of the PMP are to:

1. Establish fair and equitable performance expectations and goals for individuals that are tied to accomplishing the organization's mission and objectives;

2. Foster quality, teamwork, and customer service;

3. Establish and maintain ongoing dialogue throughout the performance evaluation period between rating officials and employees regarding what is expected and accomplished; and

4. Facilitate employee participation in performance planning and in mid-year and year-end reviews based on relevant performance expectations.

**1-2. POLICY**

It is the policy of the FDIC to develop and administer a PMP that advocates the fair and equitable treatment of employees.

**1-3. SCOPE**

This circular applies to all FDIC employees under the Executive (E), Corporate-Graded (CG), and Prevailing Rate (WG, WL, WS, XP, XL, XS, etc.) pay systems.

**Exception**: FDIC employees who are appointed by the President and those hired under temporary appointments of less than one year are not covered by the provisions of this circular.

**1-4. FORMAL TRAINING**

Coverage of the PMP will be included in courses required for supervisors and managers.

**1-5. DEFINITIONS**

Definitions specific to this circular are listed below:

A. **Performance Management**. The continuing process of managing performance within the context of the organization's goals and objectives and a continuum involving planning, review and feedback, and evaluation. Performance management is not within the purview of supervisors alone; employees are also responsible for managing their own performance to ensure goals and objectives are attained, including actively participating in planning, feedback, and evaluation.

**DEFINITIONS (cont'd)**

B. **Performance Criteria**. The major goals, objectives, and/or primary responsibilities of a position which contribute toward accomplishing overall organizational goals and objectives (e.g., FDIC Strategic Plan and Annual Performance Plan).

C. **Performance Expectations**. The results expected or requirements established for performance criteria at a particular rating level. Performance expectations may include, but are not limited to, factors such as quality, quantity, timeliness, and manner of performance.

D. **Performance Plan**. The aggregation of all of an employee's written performance criteria and expectations

E. **Performance Evaluation**. The process of reviewing and appraising an employee's performance and assigning an annual summary rating.

F. **Evaluation Period**. The period of time for which an employee is evaluated, usually a one-year period. Non-supervisory employees have a common review period of September 1 through August 31. The evaluation period for executives and supervisors is October 1 through September 30.

G. **Performance Improvement Plan (PIP)**. A written plan of action for improving performance. The PIP will clearly state the specific performance deficiencies and the supervisor's expectations for improvement. The supervisor must also offer meaningful assistance to the employee which may include closer supervision and/or providing appropriate training. The PIP is generally 90 days in length.

H. **Rating Levels for Performance Criteria**

   1. **Meets Expectations**: Consistently meets the criteria/expectations of the performance plan.

   2. **Does Not Meet Expectations**: Performance is consistently below the criteria/expectations of the performance plan.

I. **Mid-Year Review**. A progress review that involves discussion between employee and supervisor about the employee's performance to date by comparison with the performance criteria/expectations.

J. **Year-End Review and Evaluation**. The written documentation of an employee's performance prepared at the end of the annual evaluation period. The evaluation generally covers a one-year period that is completed within 30 calendar days after the end of the performance period for executives and supervisors, and within 60 calendar days for non-supervisors.

**DEFINITIONS (cont'd)**

K. **Employee Performance File**. The official repository for the employee performance evaluation.

L. **Unofficial Performance File**. The file maintained by divisions and offices for retention of their copies of performance-related documents.

M. **Closeout Evaluations**. The written documentation of an employee's performance prepared at the end of a detail or temporary promotion of 120 days or more. Closeout evaluations are required for employees who are reassigned, promoted, or changed to a lower grade. Employees must serve under a performance plan at least 90 calendar days in order to receive a closeout evaluation. A rating is not assigned. Closeout evaluations are exceptions to the scheduled evaluation period identified in subparagraph 1-5.F., above.

# CHAPTER 2
# RESPONSIBILITIES

**2-1. RATING OFFICIAL**

This official is generally a first-level supervisor who has an in-depth knowledge of an employee's performance, and is responsible for the following:

A. Planning and assigning work;

B. Reviewing and discussing performance plans with an employee;

C. Providing clarification on performance criteria and expectations, when necessary;

D. Conducting mid-year performance reviews and year-end performance evaluations; and

E. Providing timely feedback to employees on performance and counseling and assisting employees whose performance does not meet expectations.

**2-2. REVIEWING OFFICIAL**

This is a supervisor at least one level higher than the rating official who is responsible for reviewing, approving, or disapproving performance evaluations for any employee rated "Does Not Meet Expectations." Reviewing officials are also responsible for ensuring the consistent application of performance criteria within their organization and ensuring that only those whose performance does not meet expectations are rated accordingly.

**2-3. DIVISION AND OFFICE DIRECTORS**

Division and office directors are responsible for ensuring within their respective organizations:

A. The consistent application of performance criteria;

B. The fair and equitable treatment of employees (with no prescribed ratings distribution);

C. The timely completion of performance plans and evaluations by supervisors; and

D. Compliance with the provisions of this circular.

**2-4. EMPLOYEES**  Employees are responsible for the following:

    A. Participating in work planning discussions;

    B. Informing their supervisors when workload changes or other considerations affect accomplishment of assignments;

    C. Requesting clarification of performance expectations, if needed;

    D. Providing information to the rating official for consideration in completion of the performance evaluation (see paragraph 3-1.B.); and

    E. Discussing the performance evaluation with the rating official; and providing additional information on performance for reconsideration in the event of disagreement over the performance evaluation.

**2-5. PERSONNEL SERVICES BRANCH**  The Personnel Services Branch (PSB) is responsible for the following:

    A. Ongoing administration of the PMP, and recommending PMP policies, procedures, and program changes to the Operating Committee;

    B. Developing, implementing, and evaluating training for supervisors and employees with the local PSB and Training and Consulting Services Branch (TCSB);

    C. Designing, developing, and implementing automated systems to support the PMP with the local PSB and DIRM assistance;

    D. Interpreting and advising supervisors and employees on the PMP policies and procedures;

    E. Providing guidance, direction, and assistance to both employees and supervisors on matters pertaining to performance-related adverse actions, PIPs, and grievances.;

    F. Negotiating national agreements related to the PMP;

    G. Monitoring and ensuring timely submission of performance data and information; and, ensuring compliance with applicable PMP policies, procedures, and guidelines.

    H. Maintaining and disposing of performance evaluations.

# CHAPTER 3
# PERFORMANCE PLANNING AND EVALUATION

**3-1. PRINCIPLES OF PERFORMANCE PLANNING AND EVALUATION**

A. Feedback is a major component of the PMP, which seeks to strengthen communication between supervisors and employees. For the performance evaluation process to work as intended, rating officials and employees must maintain an ongoing dialogue regarding what is expected and accomplished. This communication should continue throughout the performance evaluation period.

B. Employees are reminded to provide the rating official with any performance-related documentation (e.g., information on projects completed, significant accomplishments, etc.) they feel is relevant to the evaluation process.

C. It is important that rating officials provide timely feedback to employees on performance issues, as needed or upon request from the employee, throughout the evaluation period rather than waiting until the year-end evaluation.

D. Performance evaluations shall provide for the uniform treatment of employees with identical performance criteria, with particular attention to employees performing the same job in the same organization.

**3-2. PREPARING A PERFORMANCE PLAN**

A. The FDIC 2430/05 series of forms, Performance Plan and Evaluation, shall be used as the official documents for performance planning and evaluation (see Appendix A for a sample form). Separate Performance Plan and Evaluation forms have been developed for each occupation/job grouping (see Appendix B).

B. The performance plan should be provided to employees within 30 calendar days of the beginning of the performance period or assumption of a new position. (See paragraphs 4-1. and 4-2. for coverage of employees who have been on details or temporary promotions, or who have been reassigned, promoted, or changed to lower grades.)

C. Performance plans have been developed to include all positions (see Appendix B). The plans are intended to provide fair and consistent treatment of employees in the same job groupings, who have common duties and working conditions within the same organization. The plans include expectations for performance at the "Meets Expectations" level. "Does Not Meet Expectations" ratings may be assigned when performance is consistently below the expectations.

**PREPARING A PERFORMANCE PLAN (cont'd)**

D. Performance criteria and expectations comprise the basic performance plan. Deviations from the plans may not be made without prior approval from DOA in accordance with paragraph 2-5.

E. In those rare instances when a supervisor determines that a specific performance criterion is not applicable or a required skill was not demonstrated during the rating period, he/she should rate the individual performance criterion as "Meets Expectations" and indicate in the comments section that the criterion does not apply to this employee.

F. The rating official and the employee shall meet to discuss all performance criteria set forth in the employee's performance plan and any expectations regarding the quality, quantity, or timeliness of work assignments. Such meetings shall take place at the beginning of the rating period, or whenever there is a change in performance criteria. The employee may seek clarification from the rating official concerning the meaning of performance criteria. Such clarification could include relating how the performance plan for the position relates to the specific duties, responsibilities, or major projects assigned to the employee.

G. Any documentation prepared or used by the rating official for performance management purposes should be shared with the employee in a timely manner. The documentation shall be provided to the employee as soon as possible, normally no later than five (5) workdays after the date it is received by the rating official, or the date the determination is made to use it for performance (whichever occurs first). The employee should initial any documentation received in accordance with this paragraph. By signing, an employee officially signifies only that the documentation has been received. Signing the documentation does not constitute agreement.

In the event an employee refuses to initial, the supervisor will note this on the documentation. This documentation must be provided prior to any annual performance evaluation discussions with an employee.

H. Employees may make written comments concerning performance-related documentation prepared or used by a rating official for performance management purposes and attach the comments to the documentation. A reasonable amount of official time will be given to employees to do so. This time should be granted no later than two (2) workdays after it is requested. To assist an employee in preparing any rebuttal, he or she has the right to review and obtain a copy of relevant and necessary documentation.

| | |
|---|---|
| **3-3. MID-YEAR REVIEW** | This is a progress review that must be held for each employee at the mid-point of the performance period. The process involves a dialogue between the rating official and the employee about the employee's performance to date in comparison to the performance plan. The mid-year review provides the employee and the rating official an opportunity to discuss progress in relation to major goals or objectives and to modify the performance plan, where necessary (e.g., if duties and responsibilities change). It also provides the rating official with an opportunity to notify the employee if his/her performance does not meet expectations. Changes in projects, assignments, etc., may be discussed so there is understanding about what is expected during the second half of the rating period. |
| **3-4. YEAR-END REVIEW AND EVALUATION** | A. At the end of the rating period, an annual performance evaluation is conducted by the rating official and documented on the appropriate FDIC 2430/05 series form. All performance evaluations will be completed in a fair, objective, and equitable manner. The evaluation shall be completed within 30 calendar days of the end of the performance period for executives and supervisors and within 60 calendar days for non-supervisors. Rating officials shall prepare timely performance evaluations to the maximum extent possible.<br><br>B. Performance evaluations shall measure actual work performance as it relates to the performance criteria in the performance plan provided by the rating official to the employee. The evaluations shall include input from "detail supervisors" if the employee was on a detail during the rating period.<br><br>Before preparing the evaluation, the rating official shall provide the employee with an opportunity to submit an accomplishment report or other relevant documentation. Employees shall be provided with a reasonable amount of official time to prepare an accomplishment report. Rating officials must also consider factors outside the employee's control that may have impacted the employee's performance. Such factors might include workload, changes in priorities, business exigencies, etc.<br><br>C. In drafting the evaluation, the rating official evaluates the employee's results achievements against the expectations as stated in the performance plan. A rating of "Meets Expectations" or "Does Not Meet Expectations" is assigned to each performance criterion. Employees who receive a rating of "Meets Expectations" on all performance criteria will receive a summary rating of "Meets Expectations." Employees who receive a rating of "Does Not Meet Expectations" on any one criterion will receive a summary rating of "Does Not Meet Expectations." |

| | |
|---|---|
| **YEAR-END REVIEW AND EVALUATION (cont'd)** | Employees who receive a summary rating of "Does Not Meet Expectations" will be placed on a performance improvement plan (PIP) in accordance with provisions of FDIC Circular 2750.1, Disciplinary and Adverse Actions. |

The rating official's overall comments are recorded in the comments section of the Performance Plan and Evaluation form.

The rating official and the employee meet to review accomplishments and discuss the preliminary evaluation. Adjustments to the preliminary evaluation are made when appropriate. If, for any reason, the rating official changes any of the ratings, a revised evaluation is prepared before the employee is asked to sign it. If a rating of "Does Not Meet Expectations" is assigned, the rating official forwards the evaluation to the appropriate reviewing official for review and approval.

D. The reviewing official approves or disapproves any rating of "Does Not Meet Expectations" by signing the Performance Plan and Evaluation form. The reviewing official may also make narrative comments on the form.

E. The employee will be given the original of his/her performance evaluation.

F. The evaluation shall be issued to the employee on or before the "normal due date" which is 60 calendar days after the scheduled evaluation date for non-supervisory employees and 30 calendar days for supervisors, managers, and executives.

**Exception**: The performance evaluation shall be delayed if an employee has had less than 90 calendar days to perform under the performance criteria/expectations for him/her (e.g., the employee is newly hired or has been on extended leave). In that situation, the evaluation shall be delayed only for the amount of time necessary to meet the required minimum of 90 calendar days.

When an employee is not available to receive the evaluation, it shall be prepared in a timely manner by the rating official, but shall not be effective or used in any employment consideration until the evaluation has been shown to the employee and the employee has had an opportunity to prepare written comments.

If a rating official contemplates delaying an evaluation in an effort to assist an employee in improving his/her performance, LERS should be contacted.

| | |
|---|---|
| **YEAR-END REVIEW AND EVALUATION (cont'd)** | G. A delayed performance evaluation does not change the due date for subsequent performance evaluations; i.e., if an employee received a delayed performance evaluation, the employee's next yearly performance evaluation must be completed by the standard due date. |

# CHAPTER 4
# SPECIAL PROVISIONS

**4-1. EVALUATION OF EMPLOYEES WHILE ON DETAILS OR TEMPORARY PROMOTIONS**

A. A formal or written evaluation is not required for employees placed on detail or on temporary promotions for less than 120 days. However, for details of shorter durations, a temporary supervisor, is encouraged to provide written comments to the rating official for consideration in deriving an employee's next rating of record. Upon employee request, the supervisor will provide written narrative comments to the employee and the employee's rating official for consideration in preparing the year-end evaluation.

B. When an employee is detailed or temporarily promoted to a position that is expected to last 120 calendar days or longer, written performance expectations shall be provided to the employee as soon as possible, but no later than 30 calendar days after the beginning of the detail or temporary promotion. Documentation of performance during the period covered by the detail or temporary promotion is also required.

The rating official shall take into account the performance and the length of time spent under different performance plans during the rating period. However, the rating official maintains authority to evaluate the employee's overall performance during the rating period.

C. When an employee is participating in a developmental program, such as the Executive Potential Program, Executive Leadership Program, or New Leader Program and is away from the position of record for periods of time, the rules in paragraphs 4-1.A, above, regarding details apply.

D. When an employee is detailed outside the FDIC, the supervisor is encouraged to make a reasonable effort to obtain evaluation information from the outside organization, which shall be considered in deriving the employee's next rating.

**4-2. EVALUATION OF EMPLOYEES WHO HAVE BEEN REASSIGNED, PROMOTED, OR CHANGED TO A LOWER GRADE**

A new performance plan must be provided to, and discussed with, an employee within 30 calendar days of reassignment, promotion or change to a lower grade. In addition, documentation of performance through the date of the position change (closeout evaluation) is also required if an employee served under his/her performance plan for at least 90 calendar days. The closeout evaluation consists of assigning a rating to each performance criterion and providing appropriate written comments. The closeout evaluation is discussed with the employee and provided to the new supervisor for consideration in the year-end review and evaluation.

| | | |
|---|---|---|
| 4-3. | **EVALUATION OF EMPLOYEES WHO SEPARATE BEFORE THE END OF THE RATING PERIOD** | There is no requirement to conduct a performance evaluation for employees who separate before the end of the rating period. |
| 4-4. | **CHANGE IN RATING OFFICIAL** | A new performance plan is not required when a change in rating official (supervisor) occurs. However, the new rating official is encouraged to discuss the existing performance plan with the employee. At year-end, the new rating official shall obtain performance information from other supervisors for whom the employee has worked during the evaluation period. This information may be in the form of a brief memorandum. |
| 4-5. | **ASSISTING EMPLOYEES IN IMPROVING PERFORMANCE** | The FDIC's policy for handling situations when an employee's performance is rated as "Does Not Meet Expectations" for one or more performance criterion is to give the employee an opportunity to improve. If at any time during the evaluation period, the rating official determines that the employee's performance in any performance criterion would be rated at the "Does Not Meet Expectations" level, the rating official shall counsel the employee.

The rating official shall meet with the employee at the time that any performance deficiency is noted to identify and discuss specific performance deficiencies so the employee is aware of what is expected to meet expectations. The rating official shall identify specific actions or steps the employee must take so that his/her performance will meet expectations. To the extent possible, this shall occur no less than 90 days prior to the evaluation due date (or appointment renewal date).

The rating official shall also specifically identify the assistance he/she will provide to the employee in improving his/her current level of performance. Assistance provided by a rating official may include, but is not limited to, closer supervision, on-the-job training, or formal training. All counseling sessions should be documented by the supervisor with a copy provided to the employee.

Continued deficient performance may necessitate more formal actions. Employees who fail to meet expectations despite counseling will be placed on a Performance Improvement Plan (PIP) and given a reasonable opportunity to improve his/her performance. For more information on the PIP process, see FDIC Circular 2750.1, Disciplinary and Adverse Actions. |

| | |
|---|---|
| **ASSISTING EMPLOYEES IN IMPROVING PERFORMANCE (cont'd)** | Upon receipt of a "Does Not Meet Expectations" rating, the rating official shall, upon request, review the employee's performance at reasonable intervals thereafter. If the employee's performance is no longer deficient the rating official shall document the improvement in writing. |
| **4-6. EMPLOYEE COMMENTS** | Employees shall be provided with a reasonable amount of official time to prepare written comments concerning a rating official's determination of performance or, when applicable, after any final evaluation approved by a reviewing official. This time shall be granted no later than two (2) workdays after it is requested. To the extent possible, employees must submit these comments within seven (7) workdays after meeting with the rating official. Such comments shall be directly on or attached to the evaluation and become part of the evaluation package. |
| **4-7. GRIEVANCE AND APPEAL PROCEDURES** | An employee may file a grievance concerning a performance evaluation after the evaluation was issued or after the evaluation was used in a personnel action (e.g., promotion, adverse action). Whenever possible, disagreement concerning the rating of record should be resolved in an informal manner between an employee and a rating official.<br><br>A. **Non-Bargaining Unit Employees** may file a grievance in accordance with the FDIC administrative grievance procedures (see FDIC Circular 2140.1, FDIC Grievance Procedures). Any aspect of the process that is believed to be discriminatory may be appealed through the FDIC Equal Employment Opportunity complaint procedures (see FDIC Circular 2710.1, Corporation's Policy on Equal Opportunity and FDIC Circular 2710.2, Discrimination Complaint Procedures).<br><br>B. **Bargaining Unit Employees** must file grievances under appropriate negotiated procedures.<br><br>C. When a grievance is resolved (including an appeal) and ratings are directed to be changed, a new evaluation shall be prepared reflecting the change(s) and signed by the supervisor. It shall become the current evaluation and retained in any file where it is maintained for the duration of the evaluation period. The grieved evaluation shall be destroyed. If the grievance is denied and the evaluation is sustained, the grieved evaluation shall become the current evaluation and retained in any file where it is maintained for the duration of the evaluation period. |

**4-8. RELATIONSHIP TO OTHER PERSONNEL MANAGEMENT PROGRAMS**

Performance evaluations may be used, along with other relevant information, in making a variety of personnel management determinations. These include, but are not limited to, the following:

A. Promotion and internal placement;

B. Unacceptable work performance actions;

C. Reduction-in-force (RIF); and

D. Merit pay.

**Note**: The specific application of performance evaluations to these programs, if any, is contained in directives or other guidance on the subjects.

**4-9. ACCOUNTABILITY**

Along with other performance criteria, supervisors and managers shall be evaluated on the extent to which they meet their performance management responsibilities.

**4-10. PERFORMANCE EVALUATION FORM MAINTENANCE AND DISPOSITION**

A. Each employee shall be given the original copy of his/her completed Performance Plan and Evaluation form by the rating official.

B. A copy of each performance rating of record shall be forwarded to the appropriate Personnel Service Branch, for placement in the Employee Performance File. These copies shall generally be retained for four (4) years and forwarded along with the official personnel folder when an employee separates from the FDIC.

**4-11. FORMS**

The FDIC 2430/05 series of forms, Performance Plan and Evaluation, are available on the FDICnet under "Standardized Forms."

Attachment

**APPENDIX A**

**Form FDIC 2430/05V**

Double click here to access Appendix A (form FDIC 2430/05V).

APPENDIX B

# Listing of Occupations/Job Families for Which Model Performance Criteria Have Been Developed

Separate Performance Plans have been developed for each occupation/job family as follows:

| | |
|---|---|
| FDIC 2430/05 | Executives |
| FDIC 2430/05A | Accountants |
| FDIC 2430/05B | Accounting Technicians |
| FDIC 2430/05C | Assessment Specialists |
| FDIC 2430/05D | Attorneys |
| FDIC 2430/05E | Auditors |
| FDIC 2430/05F | Examiners (Pre-Commissioned) |
| FDIC 2430/05G | Examiners (Commissioned) |
| FDIC 2430/05H | Clerical & Secretarial |
| FDIC 2430/05I.1 | Compliance Examiners (Pre-Commissioned) |
| FDIC 2430/05I.2 | Compliance Examiners (Commissioned) |
| FDIC 2430/05I.3 | Compliance Review Examiners |
| FDIC 2430/05J | Computer Specialists and Automation Group |
| FDIC 2430/05K | DRR Specialists |
| FDIC 2430/05L | DRR Technicians |
| FDIC 2430/05O | Financial Administrative |
| FDIC 2430/05P | General Administrative |
| FDIC 2430/05Q | General Assistants |
| FDIC 2430/05R | Generic Specialists |
| FDIC 2430/05S | Legal Technicians |
| FDIC 2430/05T | Paralegal Specialists |
| FDIC 2430/05U | Review Examiners |
| FDIC 2430/05V | Supervisors |
| FDIC 2430/05W | Wage & Printing Group |
| FDIC 2430/05X | Risk Analysis & Assessment |