**FDIC**
Federal Deposit Insurance Corporation
Room 801-1231, 3501 N. Fairfax Drive, Arlington, VA 22226-3500                Office of Diversity and Economic Opportunity

# EEO COUNSELOR'S REPORT
## AGENCY DOCKET NUMBER FDICEO-040032

A. **AGGRIEVED PERSON:**

| | |
|---|---|
| Name: | Sultan M. Chowdhury |
| Job Title/Series/Grade: | Senior Information Systems Specialist/0301/CG-15 |
| Office/Division: | Division of Insurance and Research ("DIR") |
| Work Address: | 801 17th Street, Washington, DC 20434 |
| Work Phone No.: | (202) 416-2034 |
| Home Address: | 10838 Hillbrooke Lane, Potomac, Maryland 20854 |
| Home Phone No.: | (301) 738-6863 |

B. **AGGRIEVED PERSON'S REPRESENTATIVE** (if applicable) N/A (x)

Attorney: Yes ( ) No ( )
Name:
Address:
Phone:
E-Mail

C. **COMPLAINT INFORMATION**

Complaint is:   An Individual Complaint (x)   A Class Action ( )
Aggrieved Person Waived Anonymity: Yes (x)   No ( )
Negotiated Union Grievance Filed: Yes ( ) No (x)
For Mixed Cases - Appeal Filed (or to be Filed) with MSPB: Yes ( )   No ( ) N/A (x)
Has Aggrieved Person Filed Prior Complaint(s)? Yes (x)   No ( )
If so, when: (1) FDICEO-98-31- 12/31/1997; (2) FDICEO- 980195/12-23/1998 (3) FDICEO-990059- 4/24/1999 (4) FDICEO-040025 -3/5/04

D. **CHRONOLOGY OF EEO COUNSELING:**

| | |
|---|---|
| Date of Initial Contact: | 04/02/2004 |
| Date of Initial Interview: | 04/06/2004 |
| Date of Occurrence of Alleged Discriminatory Event: | 02/27/2004 |
| 45th Day After Event (or Knowledge of Event): | 04/11/2004 |
| If contact is beyond the 45th day, explain the reason for the delay: | N/A |
| Date Notice of Rights and Responsibilities issued: | 04/07/2004 |
| Date Election of Informal Processing Procedure: | 04/07/2004 |
| Mediation [ ]   Counseling [x] | 04/06/2004 |
| Date of Extension of Counseling:       90th Day: | n/a |
| Date of Final Interview: | 04/22/2004 |

Revised 4/2002                                    MSJ - EXHIBIT 5

- 2 -

**Date Notice of Right to File a Formal Complaint issued:**     04/22/2004

BASIS (ES) FOR ALLEGED DISCRIMINATION:

1  (x) Race (Asian)
2  ( ) Color (specify)
3  (x) National Origin (Bangladesh)
4  ( ) Sex (male)
5  ( ) Age (specify)
6  ( ) Mental Disability (specify)
7  ( ) Physical Disability (specify)
8  ( ) Religion (specify)
9  ( ) Reprisal (specify)
10 ( ) Sexual Orientation
11 ( ) Parental Status (specify)
12 ( ) Genetic Information (specify)

F.  ISSUE(S): (actions, decisions, policies or practices alleged to be discriminatory)

( ) Appointment/Hire, ( ) Training, ( ) Promotion, ( ) Time & Attendance,
( ) Pay, ( ) Overtime, ( ) Reassignment, ( ) Reduction-In-Force,
( ) Retirement, ( ) Reinstatement, ( ) Termination, ( ) Assignments/Duties, (x) Awards,
( ) Suspension, ( ) Transfer, ( ) Reprimand, ( ) Demotion,
( ) Work Conditions, ( ) Evaluation/Appraisal, ( ) Harassment (non-sexual),
( ) Sexual Harassment, ( ) Other explain:

G.  REMEDY REQUESTED:

1. Revise the Corporate Success Award ("CSA") Program process to include equitable and fair treatment for all FDIC employees;
2. Identify selection criteria for CSA recipients in the Division of Insurance and Research ("DIR") Central Data Repository Section; and
3. A Corporate Success Award ("CSA") of three percent.

- 3 -

H.  **SUMMARY OF COUNSELOR'S INQUIRY:**

(1) <u>Aggrieved Person</u>:

Mr. Sultan M. Chowdhury, the Aggrieved Person ("AP"), alleges discrimination based on race (Asian) and national origin (Bangladesh) when, on February 27, 2004, AP learned through a Corporation's global e-mail message that he was not selected for a CSA.

According to AP, on January 9, 2004, he provided his immediate supervisor, Martin Henning, with a memorandum setting forth many of his important contributions during 2003, which met the CSA nomination criteria. AP explains that he was instrumental in the Federal Deposit Insurance Corporation ("FDIC") gaining a leadership position in the exbrl Business Tool ("xBAT") and the Meta-Data Management Tool ("MMT") consortium; actively promoted and contributed to the collaborative interagency approach to the xBAT and MMT projects; made significant contributions to the xBAT development contract by saving the Corporation over $100,000; served as xBAT Technical Monitor and Central Data Repository ("CDR") Risk Manager; and due to his outstanding efforts these projects were completed on schedule and under budget. As a result, AP contends that he has clearly exceeded the normal expectations of a grade 15 Senior Information Systems Specialist in comparison to his Caucasian colleagues who received CSA's based on lesser accomplishments and contributions.

(2) **Involved Manager(s) Response:**

<u>Martin Henning ("Henning"), (First Level Supervisor and Nominating Official), Project Manager, Division of Insurance and Research ("DIR"), CDR Implementation Team, 801 17th Street, NW, Washington, D.C. 20434. Telephone Number (202) 416-2181.</u>

Henning states that despite AP's contributions to the productivity and organizational results of the FDIC during 2003, AP was not nominated for a CSA because AP's work product did not support or justify a CSA nomination in comparison with contributions of the CSA recipients.

According to Henning, he became AP's first level supervisor in October 2003. On December 29, 2003, he requested his staff to provide input regarding their accomplishments and contributions for the CSA nomination process. AP's input included a listing of his accomplishments and contributions based on the CSA selection criteria of business results, competency, working relationship and learning and development. In addition, AP's contributions reflected his initiatives, efforts and achievements from January 2003 when he worked under James E. Crum ("Crum"), the supervisor to whom AP reported to prior to Henning. Henning states that he consulted with Crum who agreed that AP did his job in a manner that was normally expected from an employee in AP's position and grade.

- 4 -

(3) Documents Reviewed: (if any): n/a

I. **SUMMARY OF INFORMAL RESOLUTION ATTEMPT:**

Settlement:   Yes ( )   Date: (insert date)   No (x)

Through: Counseling_____, Mediation _____

Withdrawal:   Yes ( )      No (x)      Date:

Ophelia Jones
Name of EEO Counselor

202-416-2595
Telephone Number

Room 801-1237, 3501 N. Fairfax Drive, Arlington, VA  22226-3500
Work Address

*[signature]*
EEO Counselor's Signature

April 26, 2004
Date

Revised 4/2002