## AFFIDAVIT

WASHINGTON

DISTRICT OF COLUMBIA

I, Ralph Elosser, race (Caucasian), national origin (American), sex (male), age (birth date: January 11, 1952), and prior EEO activity, (Agency Witness), knowing that this statement may be used in evidence, make the following statement freely and voluntarily to Sylvia D. Drummond, who has identified herself to me as a Contract Investigator for the Federal Deposit Insurance Corporation ("FDIC") investigating complaints of discrimination filed by Sultan M. Chowdhury, ("Complainant"). I understand that this statement is not confidential and may be shown to interested parties (those with a legal right to know). I hereby solemnly swear or affirm:

1. The Investigator has informed me that the following claim has been accepted for investigation:

    "Whether Complainant was discriminated against on the bases of race (Asian), color (Brown), national origin (Bangladesh), sex (male), age (birth date: October 24, 1955), and retaliation (prior EEO activity), when on January 23, 2004, he learned that he was not selected for one of multiple Supervisory IT Specialist positions, advertised under Vacancy Announcement Number 2003-HQ-2360, in the Division of Information Resources Management ("DIRM"), Washington, DC."

Page 1 of 1                                                            Initials _REE_

2. My position title is Assistant Director, Division of Finance ("DOF"), grade level E1, FDIC. I have held my current position for about four years. I have worked for the FDIC for 28 years.

3. My first level supervisor is Janet Roberson, Deputy Director, Operations, DOF, FDIC. My second level supervisor is Fred Selby, Division Director, DOF, FDIC.

4. Sometime in November 2003, Mark Brenneman, Associate Director, Internal Review Section, Division of Information and Resources Management, asked me to serve on a panel that conducted structured interviews of applicants for the position of Supervisory IT Specialist, CG-15, advertised under Vacancy Announcement Number 2003-HQ-2360. I served on the panel with Mr. Brenneman and James Baker, Senior Counsel, Legal Division. This was the first time I participated in a structured interview, which is a relatively new process at FDIC.

5. We were only instructed to evaluate the candidates based on their performances during the interviews. I did not review any of the applications. During the interviews I took notes on forms that were provided by Mr. Brenneman. I made notes of the applicant's responses to the five or six questions that were asked. Applicants did not received numerical scores. The panel interviewed about twelve (12) applicants and asked each one the same questions. Each interviewed applicant was allotted thirty minutes. The interviews were held over a two or three week period around Thanksgiving 2003. At the end of the interviews, Mr. Brenneman collected all notes. Mr. Brenneman asked Mr. Barker and me to submit our rankings of the top candidates, based on our observations during the interviews. I submitted my ranking to Mr. Brenneman by email.

6. I recall interviewing Complainant, but I do not remember the specifics. However, Complainant was not among my top five applicants. I cannot recall specifically how Complainant's performance compared with the other applicants, but I am sure that I fairly judged Complainant's performance during the interview and his race/color/national origin, sex, age, and reprisal were not factors in my decision on how to rank applicants.

7. In the past, I have been involved in the selection process for a diverse group of applicants of all ages, ethnic backgrounds and both genders. While I have not hired many people during the past few years, there were a couple of temporary promotions. Specifically, in the past four years, I promoted an African American female to the CG-15 level. In the past two years I promoted another African American female to the CG-14 level.

8. I know Complainant, but we never worked together. Of course, I was aware of his gender, but I did not know of prior EEO activity, his race/national origin or his age.

_____
Signature

Signed and sworn to before me
On this _4th_ day of _August_, 2004
At _8:00 A.m._

_____
Neutral witness, notary or Investigator

Page 3 of 3                                                                 Initials _REE_

PRIVACY ACT NOTICE TO EEO COMPLAINT INTERVIEW WITNESSES
(OTHER THAN COMPLAINANT)
FOR DISCRIMINATION COMPLAINT INVESTIGATION INTERVIEW

GENERAL

This information is provided pursuant to Public Law 93-579 (Privacy Act of 1974), December 31, 1974, for individuals supplying information for inclusion in a system of records.

AUTHORITY

The authority to collect the information requested by affidavit, statement or other type of testimony is derived from one or more of the following:

Title 5, Code of Federal Regulations, Sections 5.2 and 5.3; Title 29, Code of Federal Regulations, Section 1613/1614; Title 5, United States Code, Sections 1303 and 1304; Title 42, United States Code, Section 2000e-16; and Executive Order 11478, as amended.

PURPOSES AND USES

The information you supply will be used along with data developed to resolve or otherwise determine the merits of the equal employment opportunity (EEO) complaint of discrimination and/or reprisal. This information may be furnished to designated officers and employees of agencies and departments of the Federal Government in order to resolve or otherwise determine the merits of the EEO complaint of discrimination and/or reprisal. The information may also be disclosed to any agency of the Federal Government having a working relationship with regard to the Federal Deposit Insurance Corporation activities, or to others for uses as published in the Federal Register.

EFFECTS OF NON-DISCLOSURE

Disclosure of the information sought is voluntary; however, failure to furnish the information will result in a direction by the head of the agency, or his/her designated representative, to produce or provide such information as is available. Failure to provide the information at that time may result in the initiation of disciplinary proceedings against you up to and including removal. Applicants in such cases may be refused employment.

Disclosure of information by present or prospective Government contractors is also voluntary, although failure to furnish the above requested information where the contract so provides may result in administrative sanctions, including disqualification to enter into a contract or termination of an existing contract.

_____          _____
Signature of Interviewer              Signature of Affiant

_____          _____
Date                                  Place



**Federal Deposit Insurance Corporation**
3501 N. Fairfax Drive (Room 801-1231), Arlington, VA 22226-3500

Office of Diversity and Economic Opportunity

## NOTICE OF RIGHTS OF WITNESSES
## IN
## EEO INVESTIGATIONS

Pursuant to the provisions at 29 C.F.R. §1614.108, federal agencies are required to investigate all aspects of discrimination complaints. The investigation shall include a thorough review of the circumstances under which the alleged discrimination occurred, and the treatment of members of the complainant's protected group(s) as compared with the treatment of other employees in the organizational segment in which the complaint arose.

All employees having any knowledge of the matter complained of are required to cooperate with the investigator who is conducting the investigation. The investigator is authorized to administer oaths and require that statements of witnesses be reduced to an affidavit. The witness must swear to or affirm to the truth of the statements before the investigator or a third party, without a pledge of confidentiality. The investigator is also authorized to obtain copies of relevant employment records, policy statements, and regulations.

As a witness, you have the following rights:

1. To be provided a Notice of Authorization that identifies the investigator and explains the investigator's authority and responsibility in the conducting the investigation.

2. To have a representative present at any meeting/discussion with the investigator. The representative can advise you on how to respond to the investigator, but cannot respond for you.

3. To receive sufficient information concerning the claim(s) and basis(es) of the complaint and circumstances under which the complaint arose in order for you to accurately respond to the questions posed by the investigator.

4. To be provided access to documents you previously prepared or had access to, if they are necessary for you to review in order to respond to questions posed by the investigator.

5. To review your affidavit and make corrections or other changes <u>prior to</u> signing the affidavit.

I HAVE READ AND UNDERSTAND MY RIGHTS AS A WITNESS IN EEO INVESTIGATIONS.

WITNESS: _Ralph E Elom_  DATE: _July 15, 2004_

SUPPLEMENTAL AFFIDAVIT

WASHINGTON
DISTRICT OF COLOMBIA

I, Ralph Elosser, (Caucasian, American, male, DOB: January 11, 1952, and prior EEO activity (Agency witness), Assistant Director, Division of Finance ("DOF"), Federal Deposit Insurance Corporation, Washington, DC, hereby make the following statement as a supplement to my affidavit, dated August 4, 2004. I understand that this statement is not confidential and may be shown to any interested party with a legal need-to-know.

I hereby state:

On August 4, 2004, I did sign an affidavit regarding my response to the following allegation:

**FDICEO-040025**

> Whether Complainant was discriminated against on the bases of race (Asian), color (Brown), national origin (Bangladesh,) sex (male), age (DOB: October 24, 1955), and retaliation (prior EEO activity), when on January 23, 2004, he learned that he was not selected for one of multiple Supervisory IT Specialist positions, advertised under Vacancy Announcement Number 2003-HQ-2360, in the Division of Information Resources Management ("DIRM"), Washington, DC.

1. I have been requested to provide clarification regarding my role and rationale in rating Complainant's job application. Specifically, I have been asked to explain how I rated Complainant and the three Selectees on the ranking factors for the Supervisory IT Specialist, CG-2210-15 positions, advertised under Vacancy Announcement No. 2003-HQ-2360.

Response:

As a member of the structured interview panel I was not requested to rate the interviewees according to the ranking factors in the position announcement. I was requested to evaluate the candidates based on their performance during the interview and submit our rankings of the top candidates, based upon our observations during the interviews.

Page 1 of 2                                                                 Initials REE

I have read the above statement, consisting of __2__ pages and I affirm under penalty of perjury that it is true and correct. I understand that the information I have given is not confidential and may be shown to parties with a legal need-to-know.

Executed on __Oct 19, 2004__    __[signature] Ralph E Elam__
                                Signature of person giving statement

__[signature] Paula Gregory__
Signature of person witnessing above signature

__Paula Gregory__
Printed or typed name of person witnessing above signature

Page __2__ of __2__                    Initials __REE__

**FDIC**

**Federal Deposit Insurance Corporation**
3501 N. Fairfax Drive (Room 801-1231), Arlington, VA 22226-3500

Office of Diversity and Economic Opportunity

NOTICE OF RIGHTS OF WITNESSES
IN
EEO INVESTIGATIONS

Pursuant to the provisions at 29 C.F.R. §1614.108, federal agencies are required to investigate all aspects of discrimination complaints. The investigation shall include a thorough review of the circumstances under which the alleged discrimination occurred, and the treatment of members of the complainant's protected group(s) as compared with the treatment of other employees in the organizational segment in which the complaint arose.

All employees having any knowledge of the matter complained of are required to cooperate with the investigator who is conducting the investigation. The investigator is authorized to administer oaths and require that statements of witnesses be reduced to an affidavit. The witness must swear to or affirm to the truth of the statements before the investigator or a third party, without a pledge of confidentiality. The investigator is also authorized to obtain copies of relevant employment records, policy statements, and regulations.

As a witness, you have the following rights:

1. To be provided a Notice of Authorization that identifies the investigator and explains the investigator's authority and responsibility in the conducting the investigation.

2. To have a representative present at any meeting/discussion with the investigator. The representative can advise you on how to respond to the investigator, but cannot respond for you.

3. To receive sufficient information concerning the claim(s) and basis(es) of the complaint and circumstances under which the complaint arose in order for you to accurately respond to the questions posed by the investigator.

4. To be provided access to documents you previously prepared or had access to, if they are necessary for you to review in order to respond to questions posed by the investigator.

5. To review your affidavit and make corrections or other changes <u>prior to</u> signing the affidavit.

I HAVE READ AND UNDERSTAND MY RIGHTS AS A WITNESS IN EEO INVESTIGATIONS.

WITNESS: _Ralph E Elong_   DATE: _Oct 19, 2004_

SUPPLEMENTAL AFFIDAVIT

WASHINGTON
DISTRICT OF COLOMBIA

I, Ralph Elosser, (Caucasian, American, male, DOB: January 11, 1952, and prior EEO activity (Agency witness)), Assistant Director, Division of Finance ("DOF"), Federal Deposit Insurance Corporation, Washington, DC, hereby make the following statement as a supplement to my supplemental affidavit, dated October 19, 2004. I understand that this statement is not confidential and may be shown to any interested party with a legal need-to-know.

I hereby state:

On October 19, 2004, I signed a supplemental affidavit regarding my response to the following allegation:

**FDICEO-040025**

> Whether Complainant was discriminated against on the bases of race (Asian), color (Brown), national origin (Bangladesh,) sex (male), age (DOB: October 24, 1955), and retaliation (prior EEO activity), when on January 23, 2004, he learned that he was not selected for one of multiple Supervisory IT Specialist positions, advertised under Vacancy Announcement Number 2003-HQ-2360, in the Division of Information Resources Management ("DIRM"), Washington, DC.

FDIC's Office of Diversity and Economic Opportunity ("ODEO") has asked me to provide clarification of the following statement I made in my Supplemental Affidavit dated October 19, 2004:

> "I was not requested to rate the interviewees according to the ranking factors in the position announcement. I was requested to evaluate the candidates based on their performance during the interview and submit our rankings of the top candidates, based upon our observations during the interviews."

ODEO has, based on an incorrect interpretation of my Original Affidavit and my Supplemental Affidavit, asked me to explain how I determined that Marcia Boardley would be ranked as Candidate 1, Noreen Padilla would be ranked as Candidate 3, Melanie Ciaschi would be ranked as Candidate 5. ODEO has further asked me to provide a detailed explanation of the

Page 1 of 3                                                                 Initials RE

differences in the interview performance of Complainant, Ms. Boardley, Ms. Padilla, and Ms. Ciaschi which led "to my ranking results."

ODEO's conclusion that I determined that Marcia Boardley would be ranked as Candidate 1, Noreen Padilla would be ranked as Candidate 3, Melanie Ciaschi would be ranked as Candidate 5 is not correct.

I submitted a list of my top five (5) candidates based solely on their performance in the interview. I submitted names to Mark Brenneman, the selecting official, in no particular order. I was asked to submit my top five (5) candidates, but I never was asked rank them in 1, 2, 3, 4, 5 order and I never did so. I did not rank or provide an evaluation of the responses to each interview question. Ranking the responses of the interviewees was not something I was asked to do and I did not do it.

I was not the selecting official for this position. The selecting official is the one who makes the final decision on a selection.

As I stated in my original affidavit, I do not recall specifically how Complainant's performance compared with the other interviewees, but I am sure that I fairly judged Complainant's performance during the interview and his race/color/national origin, sex, age and/or reprisal were not factors in my decision when I submitted my top five (5) candidates to the selecting official.

I have read the above statement, consisting of __2__ pages and I affirm under penalty of perjury that it is true and correct. I understand that the information I have given is not confidential and may be shown to parties with a legal need-to-know.

Executed on  10/26/2004

Signature of person giving statement

Page 2 of 3

Initials

_Paula Gregory_
Signature of person witnessing above signature

_Paula Gregory_
Printed or typed name of person witnessing above signature

**FDIC**

**Federal Deposit Insurance Corporation**
3501 N. Fairfax Drive (Room 801-1231), Arlington, VA 22226-3500                    Office of Diversity and Economic Opportunity

NOTICE OF RIGHTS OF WITNESSES
IN
EEO INVESTIGATIONS

Pursuant to the provisions at 29 C.F.R. §1614.108, federal agencies are required to investigate all aspects of discrimination complaints. The investigation shall include a thorough review of the circumstances under which the alleged discrimination occurred, and the treatment of members of the complainant's protected group(s) as compared with the treatment of other employees in the organizational segment in which the complaint arose.

All employees having any knowledge of the matter complained of are required to cooperate with the investigator who is conducting the investigation. The investigator is authorized to administer oaths and require that statements of witnesses be reduced to an affidavit. The witness must swear to or affirm to the truth of the statements before the investigator or a third party, without a pledge of confidentiality. The investigator is also authorized to obtain copies of relevant employment records, policy statements, and regulations.

As a witness, you have the following rights:

1. To be provided a Notice of Authorization that identifies the investigator and explains the investigator's authority and responsibility in the conducting the investigation.

2. To have a representative present at any meeting/discussion with the investigator. The representative can advise you on how to respond to the investigator, but cannot respond for you.

3. To receive sufficient information concerning the claim(s) and basis(es) of the complaint and circumstances under which the complaint arose in order for you to accurately respond to the questions posed by the investigator.

4. To be provided access to documents you previously prepared or had access to, if they are necessary for you to review in order to respond to questions posed by the investigator.

5. To review your affidavit and make corrections or other changes <u>prior to</u> signing the affidavit.

I HAVE READ AND UNDERSTAND MY RIGHTS AS A WITNESS IN EEO INVESTIGATIONS.

WITNESS: _____    DATE: _____