## Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - -x
SULTAN M. CHOWDHURY,           :
          Plaintiff,           : Civil Action Number:
     v.                        : 05-2368 (RMU)
SHELIA C. BAIR,                :
          Defendant.           :
- - - - - - - - - - - - - - -x

               Washington, D.C.
               Tuesday, April 15, 2008

Deposition of

               MARK A. BRENNEMAN

a witness of lawful age, taken on behalf of the
Plaintiff in the above-entitled action, before Leanne
M. Krivonak, a Notary Public in and for the District of
Columbia, at the offices of Swick & Shapiro, 1225 Eye
Street, N.W., Suite 1280, commencing at approximately
10:15 a.m.

               Diversified Reporting Services, Inc.
                      (202) 467-9200

## Page 2

APPEARANCES:

On Behalf of the Plaintiff:
  DAVID H. SHAPIRO, ESQ.
  JAMES E. SIMPSON, ESQ.
  Swick & Shapiro
  1225 Eye Street, N.W.
  Suite 1290
  Washington, D.C. 20005
  (202) 842-0300

On Behalf of the Federal Deposit
Insurance Corporation:

  TINA A. LAMOREAUX, ESQ.
  Federal Deposit Insurance Corporation
  Legal Division
  Room D-6138
  3501 Fairfax Drive
  Arlington, Virginia 22226
  (703) 562-2304

## Page 3

CONTENTS
                                          PAGE
EXAMINATION ON BEHALF OF THE PLAINTIFF:
By Mr. Shapiro                              4

EXHIBITS
                                          PAGE
Number 1 -- Job Preview Report             66

Number 2 -- Affidavit of Mark Brenneman    75

Number 3 -- Merit Promotion Roster         88

Number 4 -- E-mail stream                  89
  To Mark Brenneman from
  Ralph E. Elosser, 12/22/03

Number 5 -- E-mail stream                  92
  To James M. Barker from
  Mark Brenneman, 12/19/03

Number 6 -- Selectee 1, Interviewer's      98
  Documentation Form
Number 7 -- Selectee 2, Interviewer's      98
  Documentation Form

Number 8 -- Selectee 3, Interviewer's      98
  Documentation Form
Number 9 -- Sultan Chowdhury, Interviewer's 98
  Documentation Form

## Page 4

1              P R O C E E D I N G S
2  Whereupon,
3              MARK A. BRENNEMAN
4  was called for examination by counsel on behalf of the
5  Plaintiff, and having been first duly sworn, was
6  examined and testified as follows:
7         EXAMINATION ON BEHALF OF THE PLAINTIFF
8         BY MR. SHAPIRO:
9     Q   Could you state your full name for me, please,
10 sir.
11    A   Mark Brenneman.
12    Q   Can you give me your current residential
13 address?
14    A   18943 Keedysville Road.
15    Q   How do you spell that?
16    A   K-E-E-D-Y-S-V-I-L-L-E.
17    Q   D-Y-S?
18    A   Yes, K-E-E-D-Y-S-V-I-L-L-E. Keedysville Road.
19    Q   And where is that?
20    A   Keedysville, Maryland.
21    Q   Keedysville. What county is that in?
22    A   Washington.

Page 41

1  Q  Not at all?
2  A  No.
3  Q  Didn't you have something to do with his
4  promotion to CG-15?
5  A  I don't believe so.
6  Q  You don't believe so.
7  A  No.
8  Q  You knew of his promotion to 15?
9  A  Yes.
10 Q  How did you know of his promotion?
11 A  Well, I -- I knew it, of course, when I saw
12 him on the roster as a 15.
13 Q  That would be about 2003 when he was --
14 A  Yes, 2003.
15 Q  When he was applying for the job?
16 A  And I think that may have been the first
17 indication I had that he was a 15.
18 Q  You knew of his EEO complaint?
19 A  I did.
20 Q  How did you know of that?
21 A  Because I think it was in late mid 2002 Legal
22 Division had asked me some questions about the two

Page 42

1  selections of Section Chiefs I had made, and apparently
2  he had been on the roster for one or both of those.
3  Q  Back in '98?
4  A  Back in '98.
5  Q  And Legal had called you in and asked you
6  about Mr. Chowdhury?
7  A  Right.
8  Q  Had he been an applicant for those promotions?
9  A  To the best of my knowledge he was. I didn't
10 recall specifically.
11 Q  Right.
12    And you knew of his having claims that it was
13 discrimination that he didn't get those jobs?
14 A  Yes, I didn't actually see the complaint,
15 itself, but --
16 Q  I understand.
17 A  -- I was under the impression that that was
18 the case.
19 Q  And that would have meant that he was claiming
20 that you discriminated, correct?
21 A  Apparently so.
22 Q  Because you -- well, you understood that to be

Page 43

1  so; didn't you?
2  A  I would say --
3  Q  Well, you were the selecting official on those
4  jobs?
5  A  Yes.
6  Q  Legal asked you questions?
7  A  Yes.
8  Q  And you took it to mean that Mr. Chowdhury was
9  claiming discrimination in not being selected for those
10 jobs; correct?
11    MS. LAMOREAUX: Object to the form of the
12 question.
13    BY MR. SHAPIRO:
14 Q  That's what you understood?
15 A  Well, I understood that they're asking me
16 questions about the selection, and, you know, I'm
17 certainly answering them. I knew it was a
18 discrimination or an EEO case.
19 Q  And you knew that Chowdhury was the one who
20 was pressing the issue?
21 A  Right.
22 Q  Claiming that he was discriminated against?

Page 44

1  A  Correct.
2  Q  And you had been the selecting official in
3  both those jobs?
4  A  Right.
5  Q  So, you knew that he was claiming that you had
6  discriminated? That was his claim.
7  A  I didn't actually see the claim.
8  Q  I understand that, but that was what you
9  understood to be his claim; correct -- at least so far
10 as those promotions?
11 A  Yes, that's what I understood to be his claim.
12 Q  Right. And you understood at the time you
13 were being questioned by the FDIC lawyers?
14 A  Right.
15 Q  Now, you didn't discriminate in those
16 selections; did you?
17 A  No.
18 Q  And you resented the claim that --
19    MS. LAMOREAUX: Object to form.
20    BY MR. SHAPIRO:
21 Q  -- you did discriminate, correct?
22 A  No.