IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SULTAN M. CHOWDHURY,

    Plaintiff,

v.                              Case No.
                                05-02368 (JGP)

MARTIN J. GRUENBERG,

ACTING CHAIRMAN,
FEDERAL DEPOSIT
INSURANCE CORPORATION,

    Defendant.

Wednesday, September 12, 2007

DEPOSITION OF:

    SULTAN M. CHOWDHURY

called for examination by counsel for the

Defendant, pursuant to notice of deposition,

at the Federal Deposit Insurance Corporation,

3501 Fairfax Drive, NW, Arlington, VA, at 1:14

p.m., when were present on behalf of the

respective parties:

**MSJ - EXHIBIT 9**

f5c7f65f-6298-4e91-9e42-c9e334705151

**Page 215**

1  color, national origin, sex or gender, age,
2  and reprisal for prior EEO activity. Correct?
3      A    That is correct.
4      Q    And in the Corrective Action you
5  state, "Appointment in a CG-15 supervisory
6  position, attorney costs, damages." Correct?
7      A    Yes.
8      Q    And on page 2 you state as your
9  claim, "I was not selected for a CG-15
10 (lateral) supervisory position despite
11 superior experience and qualifications."
12 Correct?
13     A    Yes.
14     Q    You don't name any discriminating
15 official on page 2. Is there a reason for
16 that?
17     A    I don't recall of any reason. I
18 may have just ignored that.
19     Q    Did you have any prior dealings
20 with Mr. Brenneman, prior to your interview
21 for this position?
22     A    Yes, I did.

**Page 216**

1      Q    What were those dealings?
2      A    We worked in the same division,
3  and, of course, he was an Assistant Director,
4  so I think at times he might have been the
5  person in charge of our area of business, just
6  general dealings. Plus, he was intimately
7  involved in my previous EEO -- resolving
8  previous EEO complaint.
9      Q    How was he involved?
10     A    I believe he was signatory to
11 documents that -- in the settlement of the
12 prior EEO.
13     Q    In that EEO complaint that you're
14 referring to, was Mr. Brenneman alleged to
15 have been a discriminating official?
16     A    No.
17     Q    Was his involvement anything other
18 than being a signatory to the settlement of
19 that case?
20          MR. SIMPSON: Objection; lack of
21 foundation as to deponent's knowledge of Mr.
22 Brenneman's involvement.

**Page 217**

1          MR. GEORGE: Well, he has
2  testified that Mr. Brenneman was intimately
3  involved, so I'd like to know what he feels is
4  intimate involvement.
5          THE WITNESS: Seeing his
6  signature, and I assume that person approving
7  and signing documents, and approving actions
8  will be, or should have been involved in that
9  kind of decision making process.
10         BY MR. GEORGE:
11     Q    Do you have any personal knowledge
12 of anything that you just said, other than
13 knowing that Mr. Brenneman signed off on the
14 settlement?
15     A    No.
16     Q    Did you have any prior dealings
17 with James Barker?
18     A    Yes, I did.
19     Q    What were those dealings?
20     A    Business dealings. He was my
21 client.
22     Q    Did you ever have any problems

**Page 218**

1  with Mr. Barker?
2      A    No.
3      Q    Did you ever have any problems
4  with Mr. Brenneman?
5      A    No.
6      Q    Did you have any prior dealings
7  with Mr. Elosser?
8      A    Yes.
9      Q    And could you describe those
10 dealings, please?
11     A    He was my client. I was on the IT
12 side and was in the DOF, Division of Finance,
13 and I managed significant projects for DOF, so
14 I was involved in that capacity.
15     Q    Were you working as a peer with
16 Mr. Elosser, or as a -- in a supervisory role
17 either direction? Did he supervise you, or
18 did you supervise him?
19     A    No.
20     Q    So, as you said, he was a client
21 of your's since you worked in DIRM.
22     A    That is correct.