Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

þííííííííííííííííííííííí»

| | |
|---|---|
| SULTAN M. CHOWDHURY, | ° |
| | ° |
| | ° |
| Plaintiff, | ° |
| v. | ° Case No. |
| | ° 05-02368 (JGP) |
| MARTIN J. GRUENBERG, | ° |
| | |
| ACTING CHAIRMAN, | ° |
| FEDERAL DEPOSIT | ° |
| INSURANCE CORPORATION, | ° |
| | ° |
| Defendant. | ° |

þííííííííííííííííííííííí¼

Tuesday, September 11, 2007

DEPOSITION OF:

SULTAN M. CHOWDHURY

called for examination by counsel for the
Defendant, pursuant to notice of deposition,
at the Federal Deposit Insurance Corporation,
3501 Fairfax Drive, NW, Arlington, VA, at

10:35 a.m., when were present on behalf of the

respective parties:

MSJ - EXHIBIT 10

1 discriminatory reasons?
2        MR. SIMPSON:  Objection.
3 Mischaracterizing his testimony.  It is not
4 what he has testified to.
5        BY MR. GEORGE:
6    Q    Are you contending that Mr.
7 Henning criticized your writing for
8 discriminatory reasons?
9    A    I'm contending that Mr. Henning
10 took the actions that he did take because of
11 discriminatory reasons.
12    Q    So the answer is yes?
13    A    I will repeat the same answer.
14    Q    And on what basis do you make that
15 conclusion?
16        MR. SIMPSON:  I'm going to
17 object.  It's been asked and answered.
18        MR. GEORGE:  But it hasn't been
19 answered very well.
20        THE WITNESS: Ask the question
21 again.
22        BY MR. GEORGE:

Page 162

1    past?
2    A    Yes.
3    Q    What did he say?
4    A    Oh, you filed a complaint against
5 me.
6    Q    About?
7    A    About the Corporate Success Award.
8    Q    Okay.  Let's talk about that. Off
9 the record for a moment.
10        (Whereupon the foregoing matter went off
11 the record at 3:27 p.m. and went back on the
12 record at 3:31 p.m.)
13        BY MR. GEORGE:
14    Q    Exhibit 8 is a two-page document
15 of an e-mail chain.  The first one from Martin
16 Henning to members of the CDR team including
17 yourself.  Correct, Mr. Chowdhury?
18                (Whereupon, the above-
19                referred to document was
20                marked as Deposition
21                Exhibit No. 8 for
22                identification.)

Page 164

1    Q    On what basis do you contend or
2 conclude that Mr. Henning's criticism of your
3 writing as a Grade 15 was founded in
4 discriminatory reasons?
5    A    Mr. Henning's pattern of treatment
6 from starting October 2003 onward gave me the
7 reasons to believe that his action was
8 discriminatory.
9    Q    Did he ever say anything to you
10 about being from Bangladesh?
11    A    No.
12    Q    Did he ever say anything to you
13 about being a Muslim?
14    A    No.
15    Q    Did he ever say anything to you
16 about being of dark complexion?
17    A    No.
18    Q    Did he ever say anything to you
19 about being over the age of 40?
20    A    No.
21    Q    Did Mr. Henning ever say anything
22 to you about you filing EEO complaints in the

Page 163

1    A    Yes.
2    Q    And his e-mail is dated December
3 29, 2003.  And in response you sent him an e-
4 mail dated January 9, 2004 and could you
5 please state what the purpose of your e-mail
6 is?
7    A    The purpose of the e-mail was to
8 provide justification for recommending me for
9 the Corporate Success Award in FDIC.
10    Q    Okay.  And the Corporate Success
11 Award was something that was in addition to
12 cost of living increases.  Correct?
13    A    Yes.
14    Q    And it was a discretionary award.
15 Correct?
16    A    Based on performance yes.
17    Q    In other words the supervisors had
18 discretion about who to nominate.  Correct?
19    A    Discretion based on performance.
20    Q    Okay.  And did Mr. Henning
21 acknowledge that he received your e-mail?
22    A    I don't believe so, but I know he

Page 165

42  (Pages 162 to 165)