IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - x
                             :
SULTAN M. CHOWDHURY          :
                             :
            Plaintiff,       :
                             :
      v.                     :  Civil Action No. 05-
                             :  2368(RMU)
                             :
MARTIN J. GRUENBEG,          :
                             :
            Defendant.       :
                             :
- - - - - - - - - - - - - - x

COPY

                                Washington, D.C.
                                Friday, April 18, 2008

Deposition of

                    MARTIN D. HENNING

    a witness of lawful age, taken on behalf of the

Plaintiff,  in the above-entitled action, before

Paula J. Homann, Notary Public in and for the

District of Columbia, in the law offices of Swick &

Shapiro, 1225 Eye Street, N.W., Suite 1290,
Washington, DC 20005, commencing at 10:46 a.m.

         DIVERSIFIED REPORTING SERVICES, INC.
                  (202) 467-9200

**MSJ – EXHIBIT 11**

1        BY MR. SHAPIRO:

2        Q     The employees that were recommended for the

3   CSA awards, Mr. Montoya, who was the 14 and Mr.

4   Wisnieski, who was the 15, did they get the awards?

5        A     Yes.

6        Q     And how much were those awards worth?

7        A     I don't remember specifically.

8        Q     It's kind of a major award, right?

9        A     It's an annual, once-a-year award.

10       Q     So it's thousands of dollars?

11       A     You know, I don't remember specifically how

12  much they received.  I don't know if it was for over

13  a thousand or not.

14       Q     Now both of these fellows worked in the CRD

15  implementation team during 2003, correct?

16       A     Yes.  I don't know for sure that they

17  worked there the whole year.

18       Q     But you were recommending them on the basis

19  of what you understood their work was, based on what

20  they told you?

21       A     Well, I recommended them based on my

22  judgments of their performance over the time period

23  that I supervised them and then base on the judgments