Page 206

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
þÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍ»
                          º
SULTAN M. CHOWDHURY,      º
                          º
      Plaintiff,          º
v.                        º  Case No.
                          º  05-02368 (JGP)
MARTIN J. GRUENBERG,      º
                          º
ACTING CHAIRMAN,          º
FEDERAL DEPOSIT           º
INSURANCE CORPORATION,    º
                          º
      Defendant.          º
þÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍ¼
```

Wednesday, September 12, 2007

DEPOSITION OF:

SULTAN M. CHOWDHURY

called for examination by counsel for the

Defendant, pursuant to notice of deposition,

at the Federal Deposit Insurance Corporation,

3501 Fairfax Drive, NW, Arlington, VA, at 1:14

p.m., when were present on behalf of the

respective parties:

MSJ - EXHIBIT 12

f5c7f65f-6298-4e91-9e42-c9e334705151

around, now that you have given this to me, I'll give you a PIP. Okay? I think that very most agitating.

Q   What document was he holding in his hand?

A   The email that I sent to him requesting him that his 90-day performance period that he mandated was over about two or three weeks ago, and I've done everything that he asked me to do. I assumed it was clear, and also that his mention in the previous meeting that I should not be surprised in my annual performance appraisal, I felt a little threatened about it. After he received this email, he called me to his office to meet, and printed the email, and literally flashed it in my face. Now that you gave this to me, sent this memo to me, I will give you a PIP.

Q   And this is the email you sent to him in the latter part of July?

A   That's correct, yes.

Q   Now you said that you had done

Page 275

everything that he had requested of you. Correct?

A   Yes.

Q   Did Mr. Henning say anything about whether you had done them satisfactorily?

A   I labeled them torturous meeting because it seemed to me that whatever I did did not satisfy him.

Q   Okay. My question is, did Mr. Henning ever tell you that the things you had done during the 90-day period after April the 9th were completed satisfactorily?

A   I don't recall that, and I also recall that he said it wasn't satisfied.

Q   Could you say that again? I'm sorry.

A   He said neither, whether he was satisfied or not satisfied. That's why I sent him the reminder email after 90-day was over, saying that -- stating that his 90-day period is over, I think about two weeks ago, so he should clear me of this.

Page 276

Q   Did you have a meeting with Mr. Henning on or about the first week of July?

A   I don't remember the date or week, but we had meeting every week.

Q   Okay. The reason I'm asking about that time frame is, did you have a meeting with Mr. Henning at or about the 90-day mark after the April the 9th memo?

A   I don't remember the 90-day mark or not. As I said, we met every week.

Q   Okay. But do you recall a meeting in early July or late June, a weekly meeting?

A   I had weekly meetings.

Q   Excuse me?

A   I had weekly meetings, yes.

Q   Okay. At the meetings that you had during the latter part of the 90-day period, was Mr. Henning still critical of your writing?

A   I don't recall that, but in one of our meetings, I had requested him to give me his final review, and he said he would give me

Page 277

that in writing.

Q   His final review of what?

A   Of his 90-day requirement.

Q   Okay. Do you recall approximately when that was?

A   It could have been sometime in July, first, second week.

Q   Okay. At that meeting, did you have a discussion with Mr. Henning about your written work product at that time?

A   I could have. I don't remember.

Q   Do you remember generally if Mr. Henning expressed satisfaction with your work product in early July?

A   I don't remember that either.

Q   At the time that you requested that Mr. Henning clear you, as you put it, of the 90-day requirement, had he said anything to you to indicate that he was satisfied with your writing at that point?

A   No.

Q   Did you have a meeting with Mr.

Page 278