## Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - x
SULTAN M. CHOWDHURY,            :
        Plaintiff,              :
                                :
v.                              : CA No. 05-2368 (JGP)
                                :
SHEILA C. BAIR,                 :
        Defendant.              :
- - - - - - - - - - - - - - - x

Washington, D.C.

Thursday, September 6, 2007

Deposition of
        LAURA Z. LAPIN
a witness of lawful age, taken on behalf of the
Plaintiff in the above-entitled action, before Kenyon
C. Hopchas, CVR, Notary Public, in and for the District
of Columbia, at the Law Offices of Swick and Shapiro,
PC, 1225 I Street, N.W., commencing at 2:05 p.m.

Diversified Reporting Services, Inc.
(202) 467-9200

## Page 2

APPEARANCES:

On behalf of the Plaintiff:
  DAVID H. SHAPIRO, ESQ.
  JAMES E. SIMPSON, ESQ.
  Swick and Shapiro, PC
  1225 I Street, N.W.
  Suite 1290
  Washington, DC  20005
  (202) 842-0300
  (202) 842-1418 (fax)

On behalf of the Witness:

  TINA A. LAMOREAUX, ESQ.
  Counsel
  Federal Deposit Insurance Corporation
  Labor Employment and Administration Section
  3501 Fairfax Drive
  Room D-6138
  Arlington, VA  22226
  (703) 562-2304
  (703) 562-2468

## Page 3

CONTENTS

WITNESS              EXAMINATION

Laura Lapin              4

EXHIBITS       DESCRIPTION            MARKED

Lapin 1    CDR Org Chart              46

Lapin 2    Laura Lapin Affidavit      90

## Page 4

1           PROCEEDINGS
2       COURT REPORTER:  Would you raise your right
3  hand please?
4       Whereupon,
5           LAURA Z. LAPIN
6  was called as a witness and, having been first duly
7  sworn, was examined and testified as follows:
8           EXAMINATION
9       BY MR. SHAPIRO:
10      Q    Could you state your full name, please ma'am?
11      A    Laura Z. Lapin.
12      Q    And Ms. Lapin, are you still currently an
13  employee of the FDIC?
14      A    Yes.
15      Q    Any plans to change that?
16      A    No.
17      Q    Okay.  Are you a manager or a supervisor at
18  the FDIC?
19      A    No.
20      Q    Okay.  Have you ever been?
21      A    Yes.
22      Q    When were you a manager or supervisor?

### Page 73

1  on --
2  A  He would ask me for input.
3  Q  That's what I'm asking. So did he ask you for
4  input on Chowdhury?
5  A  Yes, he did.
6  Q  What did you tell him?
7  A  I don't remember specifically, but I do
8  remember bringing up problems to some of the Sultan's
9  ratings.
10  Q  Bringing up problems. What kind of problems?
11  A  Sultan's inability to write clearly and to
12  state an argument and support that argument with
13  opinions and facts.
14  Q  State an argument. Was he writing
15  argumentative work?
16  A  I wouldn't say it was -- perhaps argument was
17  an inappropriate word to use.
18  Q  What do you mean then?
19  A  When you make a recommendation, you need to
20  have facts to support that recommendation, and Sultan
21  had trouble doing that.
22  Q  Trouble having facts or trouble writing?

### Page 74

1  A  Trouble supporting a recommendation that he
2  would provide.
3  Q  And you told this to Henning?
4  A  Probably not in those words, but yes.
5  Q  Any other problems that you told Henning
6  about, that Sultan Chowdhury had, in your view?
7  A  I believe the writing issue was the biggest
8  issue.
9  Q  The biggest issue.
10  A  The only issue.
11  Q  I'm sorry? The only issue.
12  A  The only issue I can recall --
13  Q  How many times did you talk to Henning about
14  Sultan's writing?
15  A  I have no idea.
16  Q  Many?
17  A  I can't even venture to guess.
18  Q  More than one?
19  A  More than one? I would say yes.
20  Q  Well, you seem unsure. It was certainly at
21  least one time, right?
22  A  That is correct.

### Page 75

1  Q  And it may have been more? Do I properly
2  characterize it now?
3  A  That's correct.
4  Q  Okay. When was it that you talked to him,
5  that you know you talked to him?
6  A  I do not recall.
7  Q  Well, let's use this date that we had in that
8  document, that e-mail that you showed me before, the
9  one with the chart on the back.
10      MS. LAMOREAUX: Go off the record for a
11  minute.
12      MR. SHAPIRO: Here. Yes, sure.
13      (Off the record.)
14      BY MR. SHAPIRO:
15  Q  Let's look at that document. Now there's
16  a -- the e-mail has a date on it.
17  A  Which is December 11th.
18  Q  2003.
19  A  2003.
20  Q  Okay. Did you advise Henning -- the time that
21  you advised him, at least the time you can recall that
22  you advised him of problems with Sultan Chowdhury's

### Page 76

1  writing, did you advise him before or after this
2  document, this e-mail and the attached document?
3  A  I don't remember.
4  Q  Well, you came in in October of 2003?
5  A  That is correct.
6  Q  And for some period of time, Sultan worked on
7  your team?
8  A  Correct.
9  Q  Okay. His most -- his largest writing
10  assignment on the team was to write this plan; correct?
11  A  No.
12  Q  The risk management -- that was not the
13  most -- that's not the major writing assignment that he
14  had?
15  A  There were multiple major writing assignments.
16  Q  What were the other writing assignments?
17  A  The other one would have been the security
18  test evaluation and certification and accreditation.
19  Q  The security test --
20  A  And evaluation.
21  Q  And evaluation. He would write the test?
22  A  No.

Page 77

1  Q  What is the security test and evaluation?
2  A  It was an approach to doing that, but he was
3  gone by the time that was kicking in.
4  Q  So what is -- you said the other writing
5  assignment was the security test and evaluation.
6  A  Let's see what's here. The first one would
7  have been the Security Assessment Questionnaire, and
8  that would have been -- it was answering questions.
9  Q  Answering or writing questions?
10  A  Answering questions to a questionnaire.
11  Q  Security assessment and questionnaire, and he
12  would write the answers?
13  A  It's called Security Assessment Questionnaire.
14  Q  All right, security question, and he would do
15  the answering of that questionnaire on behalf of CDR?
16  A  On behalf of the FFIEC.
17  Q  Okay. So he was drafting that?
18  A  He was drafting the answers to the questions
19  in the questionnaire, yes.
20  Q  When was that?
21  A  According to the e-mail here, it would have
22  been February 19th, 2004.

Page 78

1  Q  Okay. What else besides -- now we have two
2  things, the Security Assessment Questionnaire and the
3  risk management plan.
4  A  Do you have the risk mitigation plan?
5  Q  That's another one? There was a risk
6  mitigation plan?
7  A  Yes.
8  Q  Plan or report?
9  A  It's called a plan.
10  Q  It's called a plan. Who wrote that? That was
11  Sultan's assignment?
12  A  Sultan, yes.
13  Q  Okay. When did he do that?
14  A  It looks like there is a date on here of
15  December 2003.
16  Q  And the risk management plan was December
17  2003, right, October through December 2003?
18  A  It could -- I don't know.
19  Q  Well, we saw that in the chart, didn't we?
20  A  I don't know this is the final copy, so I
21  can't tell you that.
22  Q  I understand, okay.

Page 79

1  A  I can't give you that information.
2  Q  Anything else was Sultan's major writing
3  assignments?
4  A  He would have come up with the recommendation
5  for the ST&E, and that was the PowerPoint.
6  Q  Well, that's not a writing assignment. That's
7  doing a PowerPoint; correct? That's preparing a
8  PowerPoint; correct?
9  A  Well, we could argue over whether that's
10  writing or not.
11  Q  Okay. So this is a recommendation.
12  PowerPoint recommendations for what? What was the
13  PowerPoint?
14  A  It was the recommendation, I think, for the
15  ST&E, the security test and evaluation.
16  Q  How did that go, by the way, the PowerPoint
17  presentation? Were you there for the PowerPoint
18  presentation?
19  A  Yes, I was.
20  Q  Did it go over well?
21  A  No.
22  Q  No, it didn't. It had to be redone?

Page 80

1  A  No, it did not.
2  Q  What was wrong with the PowerPoint
3  presentation?
4  A  Mary West from -- she was chair of the
5  Executive Steering Committee, pulled me aside later and
6  told me it was not good, and there was lots of
7  extraneous information in there.
8  Q  And we have the whole of the PowerPoint
9  presentation here, right, don't we?
10  A  I believe so, yes.
11  Q  Okay. Anything else in the way of -- when was
12  the PowerPoint presentation?
13  A  If this e-mail is correct, it would have been
14  in May of 2004.
15  Q  Did you -- did anybody preview the PowerPoint
16  presentation before it was given to the --
17  A  Yes, I did.
18  Q  So you approved it?
19  A  Sultan and I worked very hard on getting it to
20  where I thought it would be presentable, and we did not
21  agree on what he finally presented.
22  Q  Well, he presented what he wanted to present,