

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

þíííííííííííííííííííííííí»
                                  °
SULTAN M. CHOWDHURY,              °
                                  °
     Plaintiff,                   °
v.                                ° Case No.
                                  ° 05-02368 (JGP)
MARTIN J. GRUENBERG,              °
                                  °
ACTING CHAIRMAN,                  °
FEDERAL DEPOSIT                   °
INSURANCE CORPORATION,            °
                                  °
     Defendant.                   °
þíííííííííííííííííííííííí¼


Tuesday, September 11, 2007


DEPOSITION OF:


SULTAN M. CHOWDHURY

called for examination by counsel for the
Defendant, pursuant to notice of deposition,
at the Federal Deposit Insurance Corporation,
3501 Fairfax Drive, NW, Arlington, VA, at

10:35 a.m., when were present on behalf of the


respective parties:


**MSJ – EXHIBIT 16**

078d2f2b-ab04-4717-97f1-7b067e47c621

```
 1  necessary documents and systems develop
 2  properly. I don't know if I can put a
 3  percentage on it.
 4      Q   Can you give me your best
 5  estimate?
 6      A   I don't know.
 7      Q   50? More than 50?
 8      A   Oh much less than 50.
 9      Q   Less than 25?
10      A   Yes.
11      Q   Closer to 10?
12      A   Maybe.
13      Q   So, somewhere between 10 and 25
14  percent of the written documents that you
15  produced while you were in DIRM were similar
16  to the document, the risk assessment plan?
17      A   No. Not between 10 and 25.
18      Q   I'm sorry. Then, please tell me.
19      A   Well, actually I don't know if I
20  can answer that properly because we did not
21  have the formal risk management kind of
22  scenarios and also as we wear different hats
                                       Page 78
```

```
 1  at different times. I just couldn't tell you
 2  exactly.
 3      Q   Okay. How much business writing
 4  as opposed to status report writing did you do
 5  while you were in DIRM?
 6      A   What do you how much?
 7      Q   Well, business writing, let's
 8  define business writing as the type of writing
 9  that was done by you in the preparing the risk
10  management plan as opposed to writing a status
11  report that was maybe a paragraph or two long
12  to a supervisor.
13      A   Not a significant amount of
14  business writing.
15      Q   Okay. Prior to writing the risk
16  management plan, when was the last time you
17  wrote something similar or of the same order
18  as the risk management plan?
19      A   Please repeat the question for me.
20      Q   Prior to preparing the risk
21  management plan in the first or second quarter
22  of 2003, when was the last time you prepared
                                       Page 79
```

```
 1  a document such as that?
 2      A   I cannot -- I don't recall the
 3  exact date, but I have done it on a regular
 4  basis.
 5      Q   When, in your best estimation was
 6  the last time that you prepared a document
 7  such as that?
 8      A   I'll characterize it more such as
 9  risk management. I did business writing
10  regularly on contractual and project
11  management issues, budgetary issues. It's on
12  a regular basis. I couldn't say a month ago
13  or two months ago. I would think it could be
14  a few weeks ago before I started in CDR. And
15  even before I did the risk management plan I
16  wrote a two or three page memo to Mr. Crum on
17  various business -- on CDR project itself.
18      MR. GEORGE: Mark that number 2.
19  Thank you.
20      BY MR. GEORGE:
21      Q   I have a document here that has
22  been marked as Exhibit 2. Would you please
                                       Page 80
```

```
 1  review that?
 2              (Whereupon, the above-
 3              referred to document was
 4              marked as Deposition
 5              Exhibit No. 2 for
 6              identification.)
 7      MS. LAMOREAUX: Sorry. I was just
 8  going to say not to mark the document.
 9      BY MR. GEORGE:
10      Q   Are you through?
11      A   I have very quickly looked at it.
12      Q   Okay. Do you recognize this
13  document?
14      A   Yes I do.
15      Q   And what is this document based on
16  your review?
17      A   This is an annual performance
18  review 2001.
19      Q   For the period September 2000
20  through August of 2001. Correct?
21      A   That is right.
22      Q   And is that your signature in
                                       Page 81
```