Federal Deposit Insurance Corporation
# CANDIDATE SELECTION RECOMMENDATION

**INSTRUCTIONS:** Please review the guidance on appropriate documentation prior to completing this form.

1. The Selecting Official completes a separate form for each candidate selected and retains a photocopy with your selection interview file.
2. The Selecting Official includes the completed form(s) with the case file (rosters, applications, etc.) and transmits to the Approving Official for final decision. The Approving Official indicates decision(s) on rosters, not on this form.
3. The Approving Official returns this form with the complete file to the servicing Human Resources Officer for concurrence.

## SECTION I – POSITION INFORMATION

| Position Title/Series/Grade | Vacancy Announcement Number |
|---|---|
| Supervisory IT Specialist / CG-2210-15 | 2003-HQ-2360 |

## SECTION II – SELECTION INFORMATION

| Name of Candidate Selected | Grade Level for Proposed Selection |
|---|---|
| Marcia Boardley | CG-15 (Temporary- NTE 1 year) |
| Duty Location for Proposed Selection | Recommended Start Date |
| Washington, DC | |

## SECTION III - JUSTIFICATION

Selection of the candidate named above is based on criteria set forth in the vacancy announcement as follows:

Ms. Boardley submitted an application that included substantial evidence of her advanced skills and abilities in managing and implementing large-scale corporate applications such as CERTS and ETVPS while effectively managing the project's scope, time and budget. Her application evidenced a very strong background in both the technical aspects of systems development and in the Systems Development Life Cycle. She has been closely involved in the development and maintenance of major corporate-wide systems such as ETVPS, FWP and CTAW, following all the phases of the systems development life cycle methodology and using standard FDIC development tools such as Oracle and COBOL. As Human Resources Systems Unit (HRSU) chief she demonstrated the ability to quickly understand and provide strong support for key legacy systems such as BTA. Her application showed substantial experience in formulating and managing annual and multi-year application development budgets, developing business cases and Cost Benefit Analyses, and in working with clients to provide technical alternatives to their business needs. In 2003 she worked with DOA and DSC to provide FWP as an alternative to DSC examiners for entering their time and attendance and also reducing duplicate data entry. Ms. Boardley's application also demonstrated her considerable experience in managing technical staff and multiple project teams while chief of the HRSU.

Her interview substantiated and reinforced her application materials. She was able to very clearly and convincingly communicate and expand on her strong project management experience, broad systems development background, and well established supervisory and leadership experience. Her capacity to work under pressure for extended periods of time was further evidenced during the interview. For these reasons, Ms. Boardley was selected for the Supervisory IT Specialist position to be assigned as Chief of the Executive Office Software Management Section.

## SECTION IV – SIGNATURE OF SELECTING OFFICIAL

Form Prepared By:

| Name *(Print or Type)* | Title |
|---|---|
| Mark Brenneman | Assistant Director, Corporate Applications Branch |

Telephone Number of Selecting Official

703-516-1447

| Signature | Date |
|---|---|
| *[signed] M. Brenneman* | 12-29-03 |
| Signature of Concurring Human Resources Officer | Date |
| *[signed]* | 1-8-04 |

FDIC 2100/15 (4-03)

Federal Deposit Insurance Corporation
# CANDIDATE SELECTION RECOMMENDATION

**INSTRUCTIONS:** Please review the guidance on appropriate documentation prior to completing this form.

1. The Selecting Official completes a separate form for each candidate selected and retains a photocopy with your selection interview file.
2. The Selecting Official includes the completed form(s) with the case file (rosters, applications, etc.) and transmits to the Approving Official for final decision. The Approving Official indicates decision(s) on rosters, not on this form.
3. The Approving Official returns this form with the complete file to the servicing Human Resources Officer for concurrence.

## SECTION I – POSITION INFORMATION

| Position Title/Series/Grade | Vacancy Announcement Number |
|---|---|
| Supervisory IT Specialist / CG-2210-15 | 2003-HQ-2360 |

## SECTION II – SELECTION INFORMATION

| Name of Candidate Selected | Grade Level for Proposed Selection |
|---|---|
| Melanie Ciaschi | CG-15 (Temporary- NTE 1 year) |
| Duty Location for Proposed Selection | Recommended Start Date |
| Washington, DC | |

## SECTION III - JUSTIFICATION

Selection of the candidate named above is based on criteria set forth in the vacancy announcement as follows:

Ms. Ciaschi submitted an application that included substantial evidence of her advanced skills and ability to manage and implement key corporate applications such as CHRIS while effectively managing the project's scope, time and budget. Her application evidenced a very strong understanding of the technical aspects of systems development. She has been closely involved in the development and maintenance of major corporate-wide systems such as CHRIS and NFE following all the phases of the systems development life cycle methodology and using standard FDIC development tools such as Visual Basic and SQL Server. She is a Microsoft Certified Systems Engineer. Her application showed significant experience in formulating annual and multi-year application development budgets, developing business cases and Cost Benefit Analyses, and matching a client's business need with feasible technical alternatives. For example, she took the lead in proposing a solution for digital signature requirements for the NFE project. Ms. Ciaschi's application also demonstrated her experience in managing technical staff and multiple teams while in charge of the CHRIS project.

Her interview substantiated and strengthened her application materials. She was able to very clearly and convincingly communicate and expand on her strong project management experience, extensive systems development background, and general management and leadership experience. Her ability and willingness to work under pressure for extended periods of time was further evidenced during the interview. For these reasons, Ms. Ciaschi was selected for the Supervisory IT Specialist position to be assigned as Chief of the DOF Financial Management Software Section.

## SECTION IV – SIGNATURE OF SELECTING OFFICIAL

Form Prepared By:

| Name (Print or Type) | Title |
|---|---|
| Mark Brenneman | Assistant Director, Corporate Applications Branch |

Telephone Number of Selecting Official

703-516-1447

| Signature | Date |
|---|---|
| *[signed] M. Brenneman* | 12-29-03 |
| Signature of Concurring Human Resources Officer | Date |
| *[signed]* | 1-8-04 |

FDIC 2100/15 (4-03)

Federal Deposit Insurance Corporation
# CANDIDATE SELECTION RECOMMENDATION

**INSTRUCTIONS:** Please review the guidance on appropriate documentation prior to completing this form.

1. The Selecting Official completes a separate form for each candidate selected and retains a photocopy with your selection interview file.
2. The Selecting Official includes the completed form(s) with the case file (rosters, applications, etc.) and transmits to the Approving Official for final decision. The Approving Official indicates decision(s) on rosters, not on this form.
3. The Approving Official returns this form with the complete file to the servicing Human Resources Officer for concurrence.

## SECTION I – POSITION INFORMATION

| Position Title/Series/Grade | Vacancy Announcement Number |
|---|---|
| Supervisory IT Specialist / CG-2210-15 | 2003-HQ-2360 |

## SECTION II – SELECTION INFORMATION

| Name of Candidate Selected | Grade Level for Proposed Selection |
|---|---|
| Noreen Padilla | CG-15 (Temporary- NTE 1 year) |
| Duty Location for Proposed Selection | Recommended Start Date |
| Washington, DC | |

## SECTION III - JUSTIFICATION

Selection of the candidate named above is based on criteria set forth in the vacancy announcement as follows:

Ms. Padilla submitted an application that included substantial evidence of her advanced skills and ability to manage and implement large-scale corporate applications such as ViSION while effectively managing the project's scope, time and budget. Her application evidenced a very strong background in both the technical aspects of systems development and in the Systems Development Life Cycle. She has been closely involved in the development and maintenance of major corporate-wide systems such as ViSION and GENESYS, following all the phases of the systems development life cycle methodology and using standard FDIC development tools such as Visual Basic and Microsoft Office. As ViSION project lead, she was instrumental in implementing a multi-tier application architecture. Her application showed substantial experience in formulating and managing annual and multi-year application development budgets, developing business cases and Cost Benefit Analyses, and in working with clients to provide technical alternatives to their business needs. Her work with the multi-tier ViSION architecture resulted in providing DSC with a system that would consolidate the work processes performed by DSC managers. Ms. Padilla's application also demonstrated her considerable experience in managing technical staff and multiple project teams while in charge of the ViSION project.

Her interview substantiated and reinforced her application materials. She was able to very clearly and convincingly communicate and expand on her strong project management experience, extensive systems development background, and well established supervisory and leadership experience. Her ability to work under pressure for extended periods of time was further evidenced during the interview. For these reasons, Ms. Padilla was selected for the Supervisory IT Specialist position to be assigned as Chief of the Legal Software Management Section.

## SECTION IV – SIGNATURE OF SELECTING OFFICIAL

Form Prepared By:

| Name *(Print or Type)* | Title |
|---|---|
| Mark Brenneman | Assistant Director, Corporate Applications Branch |

Telephone Number of Selecting Official

703-516-1447

| Signature | Date |
|---|---|
| *M. Brenneman* | 12-29-03 |
| Signature of Concurring Human Resources Officer | Date |
| *[signature]* | 1-8-04 |

FDIC 2100/15 (4-03)