Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SULTAN M. CHOWDHURY,

    Plaintiff,

v.

MARTIN J. GRUENBERG,

ACTING CHAIRMAN,
FEDERAL DEPOSIT
INSURANCE CORPORATION,

    Defendant.

Case No. 05-02368 (JGP)

Tuesday, September 11, 2007

DEPOSITION OF:

SULTAN M. CHOWDHURY

called for examination by counsel for the Defendant, pursuant to notice of deposition, at the Federal Deposit Insurance Corporation, 3501 Fairfax Drive, NW, Arlington, VA, at

10:35 a.m., when were present on behalf of the

respective parties:

MSJ – EXHIBIT 19

```
 1   got it.
 2       Q    Okay.  And did you end up getting
 3   a Corporate Success Award?
 4       A    No.
 5       Q    And when you didn't, did you
 6   inquire as to the reason why?
 7       A    Yes.
 8       Q    And who did you inquire from?
 9       A    I do not recall but Mr. Henning
10   did not recommend me for the award.  Your
11   supervisor has to recommend for final
12   selection.
13       Q    Did you ask Mr. Henning about your
14   not being nominated?
15       A    I don't recall that.
16       Q    When did you first learn that you
17   had not been selected for a Corporate Success
18   Award?
19       A    I don't remember the dates but it
20   was announced officially on the FDIC corporate
21   award.
22       Q    And did you learn who, if anyone,
                                          Page 166
```

```
 1   in your unit had received a CSA that year?
 2       A    I think so, yes.
 3       Q    Do you recall who they were?
 4       A    No I don't recall that, no.
 5       Q    Okay.  And based upon your failure
 6   to receive a Corporate Success Award, you met
 7   with an EEO counselor.  Correct?
 8       A    Yes I did.
 9       Q    And that was Ophelia Jones?
10       A    That sounds right.
11            MR. GEORGE:  Please mark this as
12   Exhibit 9 please.
13                 (Whereupon, the above-
14                  referred to document was
15                  marked as Deposition
16                  Exhibit No. 9 for
17                  identification.)
18            BY MR. GEORGE:
19       Q    Do you recognize this document Mr.
20   Chowdhury?
21       A    Yes I do.
22       Q    Is this the formal complaint of
                                          Page 167
```

```
 1   discrimination you filed in connection with
 2   the CSA Award?
 3       A    Yes sir.
 4       Q    And you state in the boxes or
 5   you've checked off the boxes that are bases of
 6   allegations, your race - Asian, color - brown,
 7   nation of origin - Bangladesh, and no other
 8   boxes are checked.  Correct?
 9       A    Yes sir.
10       Q    Now out of curiosity why didn't
11   you check religion on this complaint?
12       A    Do you suggest I check it?
13       Q    I'm asking you why you didn't?
14       A    I did not believe at that time
15   that was the case?
16       Q    What about your age?
17       A    I did not, I thought this was the
18   proper criteria at that time.
19       Q    Okay and what facts led you to
20   believe that you were discriminated against on
21   the three grounds that you did check?
22       A    The context.  Because I think that
                                          Page 168
```

```
 1   a person saving $100,000 for the corporation
 2   in relation to excellent job deserve to be
 3   recognized or recommended to be recognized.
 4       Q    What was your understanding of
 5   what the CSAs were based on?
 6       A    I don't recall now but the CSA is
 7   based on superior performance that you have
 8   done.  You've gone the extra mile to bring, to
 9   help the corporation achieve it's goals and
10   objectives and I think I did it and exceed to
11   do that.
12       Q    Okay.  And the $100,000 savings
13   that you claim here.  Was that in the normal
14   course of your duties?
15       A    I took initiative to do that.
16       Q    Was it part of your normal duties?
17       A    Well all of us who have done that
18   duty have not done that.  What I did.
19       Q    But was it part of your normal
20   duties?
21       A    Well, that's what the CSA
22   demanded.  If you go beyond your normal
                                          Page 169
```

```
 1  assigned function. I could have checkmarked
 2  just like other people on this box and not
 3  have realized that savings and achievement for
 4  corporation.
 5      Q   What was the savings for? What
 6  did it represent?
 7      A   The contractor wanted $100,000 to
 8  do the work that I made them work.
 9      Q   So was it an auditing function?
10  Is that what is was?
11      A   Auditing function?
12      Q   I'm asking how did you save the
13  corporation $100,000? Was it in an audit
14  function or was it in negotiation of a
15  contract?
16      A   In the implementation of the
17  contract. People wanted more than what the
18  contract should deliver. And they were
19  signing off and we paid the money without
20  getting the product.
21      Q   Okay. And was performing that
22  oversight responsibility part of your normal
                                        Page 170
```

```
 1  duties?
 2      A   Of course, doing the best for the
 3  corporation, I always take as part of my
 4  normal duties, yes. But I believe I have
 5  exceeded what others or generally others have
 6  done performing duties.
 7      Q   Okay. Now what is your
 8  understanding of how Mr. Henning, if you have
 9  one, about Mr. Henning arrived at the decision
10  to not nominate you for a Corporate Success
11  Award?
12      A   I don't know that. I thought it
13  was bias that he thought why would I
14  recognize.
15      Q   Do you think that Mr. Henning
16  acted solely on his own?
17      A   I don't know that.
18      Q   I'm asking what you believe?
19      A   I could not read his mind but I
20  think, as a supervisor, he had the
21  responsibility to judge properly and
22  accurately and I don't think he did accurate
                                        Page 171
```

```
 1  job there.
 2          MR. GEORGE: Please mark this
 3  Exhibit 10.
 4              (Whereupon, the above-
 5               referred to document was
 6               marked as Deposition
 7               Exhibit No. 10 for
 8               identification.)
 9          BY MR. GEORGE:
10      Q   Have you ever seen this affidavit
11  before?
12      A   I think it may have been online
13  but I have not read it fully.
14      Q   Well I can tell you that's where I
15  got it from. And do you recognize that this
16  is an affidavit by James Crum in connection
17  with your CSA EEO complaint?
18      A   Yes.
19      Q   And it's the same James Crum who
20  was your supervisor prior to Mr. Henning?
21      A   Yes.
22      Q   Calling your attention to
                                        Page 172
```

```
 1  paragraph five on page two.
 2      A   Yes.
 3      Q   Second sentence. Toward the end
 4  of 2003 Mr. Henning asked my opinion
 5  concerning CSAs for employees in the unit. I
 6  recommended three employees who shared similar
 7  position descriptions but had different
 8  individual assignments, a Caucasian male and
 9  female and a Hispanic male. I did not
10  recommend complainant to Mr. Henning because
11  I believe that complainant's contribution did
12  not rise to the level of the three recommended
13  employees. What do you -- strike that. Do
14  you believe that Mr. Crum's assessment is
15  accurate?
16          MR. SIMPSON: I'm going to
17  object. The deponent did not write this and
18  does not know what the basis for these words
19  are.
20          MR. GEORGE: Okay.
21          MR. SIMPSON: Calls for
22  speculation.
                                        Page 173
```

44 (Pages 170 to 173)

078d2f2b-ab04-4717-97f1-7b067e47c621