Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - x
SULTAN M. CHOWDHURY        :
         Plaintiff,        :
                           :
    v.                     : Civil Action No. 05-
                           :2368(RMU)
                           :
MARTIN J. GRUENBEG,        :
         Defendant.        :
- - - - - - - - - - - - - x

                Washington, D.C.
                Friday, April 18, 2008

Deposition of
            MARTIN D. HENNING
    a witness of lawful age, taken on behalf of the
Plaintiff, in the above-entitled action, before
Paula J. Homann, Notary Public in and for the
District of Columbia, in the law offices of Swick &
Shapiro, 1225 Eye Street, N.W., Suite 1290,
Washington, DC 20005, commencing at 10:46 a.m.

        DIVERSIFIED REPORTING SERVICES, INC.
                (202) 467-9200

Page 2

APPEARANCES:

On Behalf of the Plaintiff:

DAVID SHAPIRO, ESQ.
JAMES E. SIMPSON, ESQ.
Swick & Shapiro, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0300

On Behalf of the Defendant:

VICTOR E. GEORGE, ESQ.
TINA LAMOREAUX, ESQ.
Legal Division
Labor, Employment & Administration Section
Federal Deposit Insurance Corporation
3501 Fairfax Drive
Room E-6004
Arlington, Virginia 22226
(703) 562-2395

ALSO PRESENT:
SULTAN M. CHOWDHURY, THE PLAINTIFF
         * * * * *

Page 3

1  - Series of Emails, 03/10-03/14/2005,
     Re: Sultan Chowdhury            65
2  - Handwritten Notes, Re: Ophelia Jones,
     ODEO, 04/20/04                  69
3  - Handwritten Memo and Notes, 06/02/05-06/06/05
     Re: Conversation with Mary Laverty   83
4  - List of Participants on CDR Implementation
     Team                            92
5  - Handwritten Notes, 04/15/04, Re: Meetings with
     Sultan and Attached Emails     147
6  - Email with Attached Unisys Eagan Service Center
     Site Visit Report, June 28-29, 2004    202
7  - Memo, 08/30/04, to Martin Henning from Sultan
     Chowdhury, Re: Your Notice of Unsatisfactory
     Performance -- PIP             221
8  - Documents, Site Certification, with Attached
     Draft of Eagan Service Center Site Visit
     Report                         230
9  - Emails, 10/29/04, through 11/01/04, Re:
     Eaga Site Visit Report         235

Page 4

10 - Draft, Unisys Eagan Service Center, Review
     Date, 6/28/04                  237
11 - Emails, 06/04/04-06/10/04, with Attached
     Draft of Central Data Repository Business
     Contingency Plan               240
12 - Email, 08/11/04, with Attached Draft of
     Central Data Repository Business Contingency
     Plan                           242
13 - Email, 10/11/04, Subject: CDR BCP –
     Updated                        248

MSJ – EXHIBIT 20

Page 137

1  stage. Do you recall that from your EEO training?
2     A   Not specifically.
3     Q   And the EEO counselor then tries to parlay
4  an understanding between the employee and the
5  supervisor before there's ever a formal complaint; do
6  you recall that from your training?
7     A   Not specifically.
8     Q   Do you recall an EEO counselor coming to
9  you and saying Mr. Chowdhury has a complaint he has
10  made. He has consulted us regarding his CSA award
11  and your failure to nominate him. Do you recall that
12  at all?
13     A   Well, I certainly recall the office of --
14  ODEO office coming to me and telling me that there
15  was a complaint, yes.
16     Q   Do you recall that there was a formal
17  complaint or an informal complaint?
18     A   No, I don't recall. You know to provide a
19  little bit of context and relate it to, you know, the
20  situation, this was a ---
21     Q   This was a what?
22     A   This was a large, interagency, mission-
23  critical, project. It involved the FDIC, the Federal

Page 138

1  Reserve Board and the Office of the Comptroller of
2  the Currency. It was to change the system for
3  financial reporting from every financial institution
4  in the country, nor not every financial institution,
5  but every insured commercial bank.
6     And as we talked about it was a troubled
7  project that I was asked to take over. So my focus
8  was very much on making sure that that was successful
9  and I didn't have a -- well, very significant
10  project.
11     And so, you know, the details of exactly
12  when somebody contacted me, I knew -- obviously I did
13  know at a point in time that Sultan had, you know,
14  had filed a complaint or had approached ODEO about
15  the CSA and I just can't tell you exactly when that
16  was, or when I was made aware of that. But I
17  certainly was.
18     Q   Well, let's look at Exhibit 2 that we
19  looked at this morning. Now Exhibit 2 is a memo in
20  your handwriting. It recounts that Ophelia Jones of
21  ODEO, which we've established is the civil rights arm
22  of FDIC, on the 20th of April called you and talked
23  to you about an employee had not received a CSA award

Page 139

1  and had come to talk to her about it. Do you see
2  that?
3     A   Yes.
4     Q   And that employee is Sultan Chowdhury,
5  correct?
6     A   Well, it doesn't say that there, but it
7  does have Sultan's name on the second line item, so.
8     Q   This was not the first time that Ms. Jones
9  had 3come to you regarding Sultan Chowdhury, was it?
10     A   I don't know.
11     Q   Well, you told me that you talked to her
12  more than once, right?
13     A   I believe I did. Yes.
14     Q   About Sultan Chowdhury because there was
15  nobody else that made a complaint against you
16  concerning your management except for Sultan
17  Chowdhury, correct?
18     A   Could you ask that again?
19     Q   Yes. The only time you would have talked
20  to Ms. Jones, ODEO, was regarding Sultan Chowdhury,
21  nobody else, because nobody else made a complaint.
22     A   Are you asking me whether I --
23     Q   Yes. You wouldn't have talked to Ms. Jones

Page 140

1  -- you will agree with me, won't you, that you would
2  not have talked to Ms. Jones about any other employee
3  other than Sultan Chowdhury because Sultan Chowdhury
4  was the only employee, you said, who ever made a
5  complaint about you?
6     A   Well, I can tell you I certainly talked to
7  Ophelia Jones on April 20th. I believe as I told you
8  earlier that I talked to her on more than one
9  occasion. I don't know specifically when I talked to
10  her.
11     Q   Right. Was this the first time you talked
12  to her?
13     A   I don't recall.
14     Q   You wouldn't have talked to her about
15  anybody other than Sultan Chowdhury, correct? You
16  would not have had occasion to talk to her about
17  anybody other than Sultan Chowdhury, correct?
18     A   No, I don't think I would have had any
19  other occasion.
20     Q   Okay. Now you said to me before that the
21  performance problem that Mr. Chowdhury was having was
22  written communications. That was the only
23  performance problem, correct?

DIVERSIFIED REPORTING SERVICES, INC.
1101 Sixteenth Street, N.W. – 2nd Floor, Washington, DC 20036
Phone: (202) 467-9200  •  Fax: (202) 296-3468

# ERRATA

In Re: __Sultan M. Chowdhury__   v   __Shelia C. Bair__

Case No: __05-2368 (RMU)__   Date Taken: __April 18, 2008__

Deposition Of: __Martin D. Henning__

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 13 | 22 | project if Dora Lindsey | project was Dora Lindsey |
| 15 | 8 | She was administrative assistant | She was an administrative assistant |
| 18 | 19 | division | Division |
| 18 | 20 | information resources management | Information Resources Management |
| 26 | 3 | division of supervision and consumer | Division of Supervision and Consumer |
| 26 | 4 | protection | Protection |
| 27 | 6 | with | we |
| 29 | 19 | division of supervisor and consumer protection | Division of Supervision and Consumer Protection |
| 33 | 4 | division of insurance | Division of Insurance |
| 35 | 19 | errors | areas |
| 36 | 18 | division of supervision and consumer | Division of Supervision and Consumer |
| 36 | 19 | protection | Protection |
| 36 | 21 | division | Division |
| 36 | 22 | supervision | Supervision |

Deponent Signature: _Martin Henning_   Date: _6/16/08_

DIVERSIFIED REPORTING SERVICES, INC.
1101 Sixteenth Street, N.W. – 2nd Floor, Washington, DC 20036
Phone: (202) 467-9200   •   Fax: (202) 296-3468

# ERRATA

In Re: __Sultan M. Chowdhury__   v   __Shelia C. Bair__

Case No: __05-2368 (RMU)__   Date Taken: __April 18, 2008__

Deposition Of: __Martin D. Henning__

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 45 | 17 | the one on | the |
| 45 | 18 | the | loan |
| 45 | 18 | exam, there are | exam, those |
| 45 | 19 | comments that are at comments | comments |
| 47 | 22 | was married | I was married |
| 48 | 22 | at physically | physically at |
| 53 | 23 | courses a | courses at a |
| 56 | 17 | took was that I | took that I |
| 71 | 8 | contacts | context |
| 76 | 9 | Crumb | Crum |
| 77 | 4 | Crumb | Crum |
| 77 | 15 | For to put | To put |
| 85 | 8 | use | is |
| 86 | 22 | division of administration | Division of Administration |

Deponent Signature: __Martin Henning__   Date: __6/16/08__

DIVERSIFIED REPORTING SERVICES, INC.
1101 Sixteenth Street, N.W. – 2nd Floor, Washington, DC 20036
Phone: (202) 467-9200 • Fax: (202) 296-3468

# ERRATA

In Re: __Sultan M. Chowdhury__ v __Shelia C. Bair__

Case No: __05-2368 (RMU)__   Date Taken: __April 18, 2008__

Deposition Of: __Martin D. Henning__

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 100 | 1 | collaborative | Collaboratively |
| 116 | 6 | division of information | Division of Information |
| 116 | 7 | resources management | Resources Management |
| 122 | 9 | Crumb | Crum |
| 133 | 23 | base | based |
| 138 | 4 | country, nor not | Country, not |
| 138 | 9 | didn't | did |
| 155 | 15 | Yung Gook's | Yongkuk |
| 155 | 20 | Yung Gook | Yongkuk |
| 155 | 21 | Yung book | Yongkuk |
| 171 | 23 | Stand | stands |
| 182 | 4 | ROPS | RRPS |
| 182 | 5 | OMV | OMB |
| 195 | 11 | Sultan that stated | Sultan stated |

Deponent Signature: __Martin Henning__   Date: __6/16/08__

DIVERSIFIED REPORTING SERVICES, INC.
1101 Sixteenth Street, N.W. – 2nd Floor, Washington, DC 20036
Phone: (202) 467-9200 • Fax: (202) 296-3468

# ERRATA

In Re: __Sultan M. Chowdhury__ v __Shelia C. Bair__

Case No: __05-2368 (RMU)__    Date Taken: __April 18, 2008__

Deposition Of: __Martin D. Henning__

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 226 | 21 | that skimmed | that I skimmed |
| 235 | 4 | FFIcc | FFIEC |
| 240 | 19 | Simple | Central |

Deponent Signature: _Martin Henning_    Date: _6/16/08_