**Brenneman, Mark A.**

| | |
|---|---|
| From: | Brenneman, Mark A. |
| Sent: | Friday, December 19, 2003 8:45 AM |
| To: | Barker, James M. |
| Subject: | RE: Section Chief Candidates |

Did you want to update this after ▓▓▓ interview?

*Mark Brenneman*
Assistant Director
Corporate Applications Branch
Federal Deposit Insurance Corporation
(703) 516-1447

-----Original Message-----
**From:** Barker, James M.
**Sent:** Thursday, December 04, 2003 10:56 AM
**To:** Brenneman, Mark A.
**Subject:** Section Chief Candidates

Mark, this ranking process was tougher than I expected. Based on the interview performance (i.e., I have not spent any significant time reviewing SF-171s), here's my top five list:

1. Marcia Boardley — *Selected*
2. Melanie Ciaschi — *Selected*
3. Noreen Padilla — *Selected*
4. ▓▓▓ — 6
5. (Tie; too close to call): ▓▓▓ — *Applicants 1, 9, and 2*
8. ▓▓▓ — 5
9. ▓▓▓ — 4
10. ▓▓▓ — 7
11. ▓▓▓ — 8
12. Sultan Chowdhury — *Complainant*

FYI, I'll be in Dallas most all of next week getting some training at Corprasoft, so if you have any questions or need any additional info on this right away, please let me know. Thanks.

Jim

Marcia Boardley
Noreen Padilla
~~Melanie Ciaschi~~

**MSJ – EXHIBIT 21**

1

## Brenneman, Mark A.

**From:** Elosser, Ralph E.
**Sent:** Monday, December 22, 2003 7:45 AM
**To:** Brenneman, Mark A.
**Subject:** FW:

I updated the list below

-----Original Message-----
**From:** Brenneman, Mark A.
**Sent:** Friday, December 19, 2003 8:46 AM
**To:** Elosser, Ralph E.
**Subject:** RE:

Did you want to update after Rich's interview?

*Mark Brenneman*
Assistant Director
Corporate Applications Branch
Federal Deposit Insurance Corporation
(703) 516-1447

-----Original Message-----
**From:** Elosser, Ralph E.
**Sent:** Tuesday, December 02, 2003 2:34 PM
**To:** Brenneman, Mark A.
**Subject:**

I listed the five names below.

Marcia Boardley — Selected
[redacted] — Applicant 3
Noreen Padilla — Selected
[redacted] — Applicant 9
Melanie Ciasehl — Selected
[redacted] — Applicant 6