# Marcia L. Boardley

Citizenship: US

**POSITION:** SUPV IT SPECIALIST (APP SOFTWARE)
**ANNOUNCEMENT:** 2003-HQ-2360

## PROFILE

A results-driven manager with fourteen years of information technology experience comprising of personnel management, project management, systems analysis, design, development. Testing and implementation of information systems. A team-oriented, self-motivator with strong communication, analytical and problem resolution skills possessing the ability to motivate others to provide high quality service.

## EMPLOYMENT

FEDERAL DEPOSIT INSURANCE CORPORATION                         ARLINGTON, VA 22226
*Manager, Human Resources Systems Unit*                        September 1999 – Present
Contact Supervisor: Gary Moore    PH: 703.516.1183    Hours: 40 per week    Salary: CG-14

Direct the day-to-day activities of the unit supervising up to 9 IT specialists whom collectively manage 12 systems on various technology platforms. Provide briefings for Section Chief as well as senior management on the status of projects within the unit, technical and personnel issues, budgetary reports and constraints, staffing & contract resources and other contract related issues. Disseminate information amongst staff regarding new division policies and the direction of the organization. Research, prepare and submit annual budget including resource allocation for unit for review and approval to upper management. Promote development of staff by seeking training and developmental opportunities where available. Develop and administer performance appraisals for staff.

### Accomplishments

- Served as Acting Section Chief on several occasions at the request of my supervisor by attending senior management meetings on his behalf and providing or administrative support to fellow unit chiefs and other staff in the section.
- Successfully maintained continuity of unit and consistent level of customer service when staffing was reduced from 7 to 2 due to corporate buyout/retirement issues. This required effective use of the Expression of Interest process to target the most appropriate resources to be reallocated to the unit temporarily and successfully have 1 person permanently reassigned to the unit as a result. Also, successfully managed the available staff to provide client with consistent coverage on every system such that system change requests where handled timely.
- Successfully managed staff to implement the FDIC Work Plan (FWP) as an interdivisional effort between DSC, DOA, DOF and DIRM. Project included briefings to senior management to internal and external to DIRM, managing business requirement scope, incorporating time & attendance rules into the Excel macro, overseeing the interdivisional testing process and implementation.
- In late 2001, successfully oversaw effort to redesign the CTAW application to modernize the technology platform and correct many longstanding problems with leave balance calculations. This was a large-scale project that required interdivisional communication (oral and written) between DOA, DSC, DOF and DIRM to accommodate the various requirements of each division. Innovative steps were taken to develop a print engine to allow off-line printing of the timesheet to the various portable printers used by the DSC examiners as well as provide an email function for examiner who may not have access to a fax machine to send in their timesheet. Following DOA UAT, a decision was made by Senior Management not to begin the final phase of testing with DSC and ultimately, not to implement to avoid the possibility of implementing 2 new timekeeping systems in the same year.
- Successfully serve as project manager for the Corporate Enhanced Recruitment Tracking System (CERTS) project and maintained Oversight Manager responsibilities until the project moved into production in October of 2000. Currently aligned with the DOA CERTS Program Manager to assist the Human Resources Hiring Process Improvement Team with reengineering the FDIC hiring process and task selected vendor make the appropriate IT modifications to enable the on-line application process. This project will impact the entire Corporation and non-Corporation job seekers, as all job applicants will be able to apply for job vacancies via the web versus the arduous paper process currently employed.
- Managed expenditures on IT services contracts totaling $5 million dollars to ensure all services were delivered within scope and under budget.

**MSJ - EXHIBIT 22**

**Marcia L. Boardley**

---

Citizenship:   US

Page: 2

- Managed time and attendance processing which consistently maintains a less than 3% error-processing rate among Federal Agencies processing payroll via the National Finance Center.
- Increased moral and productivity of staff by providing cross-training opportunities to expand the skill sets of each staff member.
- Created Statement of Work (SOW) to acquire IT services to support unit and chaired panel to ultimately select the most appropriate vendor.
- Provided input to SOW to acquire IT services to support the DOA Software Management Section and chaired panel to select the most appropriate vendor for this $20 million dollar contract.
- Selected to participate on panel to refer candidates for senior computer specialist positions.

FEDERAL DEPOSIT INSURANCE CORPORATION           ARLINGTON, VA 22226
*Project Manager/Computer Specialist*           June 1989 – September 1999
Contact Supervisor:  William Ortiz     PH: 703.516.1301   Hours: 40 per week    Salary: GG-4 to CG-13

Designed, developed and implemented financial-based information systems utilizing the Corporation's standardized system's development life cycle and other standard procedures to meet the evolving needs of the client. Selected to lead requirements gathering sessions and conduct walk-throughs of the conceptual design. Produced detailed program specifications, system documentation, and processing procedures. Maintained existing program code while using analytical skills to evaluate new ideas, research complex issues and propose viable options for implementing new enhancements and resolving challenging problems.

**Accomplishments**

- Selected to redirect the priorities of a multi-million dollar project to implement a technologically state-of-the-art **Electronic Travel Voucher Processing System (ETVPS). Within 3 months, streamlined requirements of Phase II Special Travel to be included in the Phase I Regular Travel implementation. Phase I and II were implemented 9 months after being selected to direct this project.**

- Implemented ETVPS, which **reduced payment time from 30 days to a maximum of 4 days that resulted in a 90% decrease in delinquent credit card payments.** Over $1 million paid to Corporation travelers within the first year of operation.

- **Facilitated and administered ETVPS technical training sessions** for over 100 Field Office Representatives (FOR) and PC coordinators at 8 regional offices across the United States.

- **Selected to lead the Year 2000 (Y2K) Project** for all Oracle applications that support the Division of Finance operations were Y2K compliant and appropriately tested and certified for compliance. All applications were **successfully remediated on time and within budget.**

- As newly assigned Project Manager for the **Separation Incentive System (SIS), assumed and successfully completed major conversion effort** from SQL*Forms 3.1 & SQL*Reportwriter 1.1 to Oracle Forms 4.5 and Reports 2.5. New windows-based Graphical User Interface (GUI) **provided greater user functionality that significantly reduced processing time by automating several manual processes.**

- Selected as Project Manager for the **Asset Manager System (AMS) and the Control Totals Module (CTM)**, a subsystem of AMS. Successfully managed effort to modify CTM in accordance with the new general ledger, which merged the old FDIC general ledger and old RTC general ledger standards into one. This enhancement provided the ability to post and maintain asset and cash related financial transactions for the FDIC and the former RTC to one general ledger.

- Project Manager for the **Signature Verification System (SVS).** Coordinated troubleshooting efforts and supervised software upgrades with LAN Administration, client community, and the software vendor

**Marcia L. Boardley**

---

Citizenship:  US

Page: 3

to ensure smooth and timely installation of software upgrades to the Banyan Vines Network, resolution of LAN, WAN and mainframe connection problems, file maintenance issues, etc. **System was non-functional for two years prior to being selected to refocus this project and fully functional within six months later.**

- Lead effort to design, code and implement an on-line process for the **Travel Management System (TMS)** to record voucher and exception adjustments and produce adjusting journal entries to post to the Corporation's general ledger. This enhancement provided an automated, real-time process to replace the manual procedure considered time consuming and error prone. **Productivity increased by 50%, which significantly reduced the number of man-hours required to process adjustments.**

## EDUCATION

UNIVERSITY OF MARYLAND BALTIMORE COUNTY, CATONSVILLE, MD 21228     *December 1990*
*Bachelor of Science, Information Systems Management*

## OPERATING SYSTEMS/LANGUAGES/SOFTWARE

| | | | |
|---|---|---|---|
| * ORACLE 7.3 | * DESIGNER/2000 | * DEVELOPER/2000 | * Visual Basic |
| * SQL*Plus 3.2 | * PL/SQL | * UNIX | * SQL*Menu |
| * SQL*Forms 3.1 | * SQL*Reportwriter 1.1 | * MVS/XA | * VSAM |
| * CICS | * WALKER | * COBOL /COBOL II | * RPF |
| * ROSCOE | * JCL | * ADR/Librarian | * Windows 95 |
| * Windows 3.1X | * Banyan Vines | * DOS 6.0 | * IBM OS/MVS |
| * IBM Utilities | * ADR/Librarian | * IDEAL | * Sun Solaris |
| * FOCUS | * TSO | * MSMQ | * |
| | | | |
| * MS Project 2002 | * MS Word 2000 | * MS Publisher 97/2000 | * MS PowerPoint 97/2000 |
| * Lotus 1-2-3 5.0 | * WordPerfect 5.X/6.X/8.X | * Microsoft Access 97 | * Harvard Graphics |

## AWARDS AND SPECIAL ACHIEVEMENTS

- Mission Achievement Award, July 2003
- Special Act or Service Award, April 2000
- Y2K Appreciation Award, February 2000
- Special Act or Service Award, September 1999
- Special Act or Service Award, October 1998
- Star Award, January 1997
- Special Achievement Award, January 1997
- Star Award, May 1996
- Women's Executive Leadership Program Graduate, August 1995
- National Association for Female Executive, March 1995
- Who's Who Among Professionals, March 1995
- Sustained Superior Performance, December 1994
- Letter of Appreciation (DOF Clients), February, 1994
- Letter of Appreciation (DIRM/FISAU), February, 1994
- Mentor, Cooperative Education Program, Jan-June 1994
- Special Achievement Award, December 1992

## PROFESSIONAL CREDENTIALS & LICENCES

*NASD Series 6 License*, current         *Life Insurance License (MD, VA, DC, PA, NC)*, current
*NASD Series 63 License*, current        *Health Insurance License (MD, VA, DC, PA, NC)*, current
*NASD Series 26 License*, current

**Marcia L. Boardley**

---

Citizenship:   US

Page: 4

## ADDITIONAL

*Mentor,* Cooperative Education Program
*Board of Directors, Pnuemamiah Vision, Inc.*

Federal Deposit Insurance Corporation
Baltimore, Maryland 21229

**References Furnished Upon Request**

Name:        Marcia L. Boardley
SSN:

Address:

Office:
Home:

Position: SUPV IT SPECIALIST (APP SOFTWARE)
Vacancy Announcement #: 2003-HQ-2360

**QUALITY RANKING FACTORS (DESIRABLE KNOWLEDGE, SKILLS AND ABILITIES):**

**1. Ability to manage large projects and applications within established timeframes and budget constraints.**

The ability to manage large projects applications within established timeframes and budget constraints requires use of a good project management tool such as MS Project; focused meetings; weekly or daily status reporting (depending on the stage of the development process); effective requirements gathering; accurate cost analysis; accurate resource allocation; and coordination with the client and other IT entities with DIRM.

The CHRIS maintenance team often bundles modifications, where applicable, to ease the production migration process. The team also provides cost estimates of ADP services to performing work. An example of a maintenance project would be the mass salary change that takes place on a yearly basis. Employee ratings must be transmitted to NFC. In addition, a personnel action for every employee must be created and transmitted to NFC to effect the salary change. The actions must be printed in Headquarters and sent to the appropriate offices. This requires coordination with DOA, LAN Management, Production Control and Operations to ensure resources are appropriately allocated since some manual intervention is necessary and this process takes several days to complete.

On the Corporate Enhanced Recruitment Tracking System (CERTS) project which I manage, the team is currently undertaking the process to reengineer the HR hiring process and implement a new on-line application function for use by all FDIC employees and outside candidates interested in obtaining employment at the FDIC. This is a large undertaking requiring the development of standard operating procedures (SOP); gathering of requirements from HR specialists who currently receive and process job applications; gathering of requirements from selecting officials who provide input to the development of the vacancy announcement, receive the roster and perform interviews; and streamlining the current process. The project is been planned using MS Project and an HR Hiring Process Improvement team is established. The project scope was defined and members of the team were each assigned actions items to complete. Conference calls are conducted to and deliverable due dates are assigned to also track the progress of the project. The project is on schedule to complete by December 2004.

**2. Knowledge of the functions and capabilities of ADP hardware, software and telecommunications systems.**

Throughout my career at the FDIC, I have been afforded the opportunity to support applications that span across multiple platforms including the legacy mainframe, the Oracle mid-range and the client/server environments for both in-house developed and commercial off-the-shelf (COTS) products. As a result, my knowledge of the functions and capabilities of ADP hardware, software and telecommunications systems is extremely broad.

In the HRSU, the Bi-weekly Time & Attendance (BTA) System and FDIC Payroll/Personnel (PAYPERS) FOCUS Download Process are both in-house developed legacy mainframe

applications. BTA is written in IDEAL for the on-line modules and COBOL/DL for the batch processing with a Datacom/DB database. Many tools including Toolkit for IDEAL, Dataquery, TSO, ISPF, PRF, ROSCOE, JCL, EXTRA!32, Host-on-Demand, etc. are utilized to maintain this application. The telecommunications area, in conjunction with NFC, maintains a direct line for transmission of FDIC payroll data to NFC for processing and reconciliation. This same connection is also used for the CHRIS application, which HRSU provides maintenance support, to transmit personnel actions, performance management data, etc. to the NFC. The Telecommunications also completed procurement and installation of hardware to encrypt the FDIC connection to NFC so transmissions are now secure in May 2003.

PAYPERS is written in COBOL and utilizes FOCUS and ISPF at NFC to export data onto the FDIC mainframe. The batch processing verifies data counts and produces data files for systems requiring payroll/personnel data including the corporate HUB database.

HRSU manages the CHRIS production code (maintenance) in conjunction with the CHRIS development team. In preparation to take over Release I of CHRIS, my unit worked with the CHRIS development team to familiarize us with the CHRIS technical infrastructure consisting of MS SQL Servers, the mainframe and the telecommunications line mentioned above. My knowledge had been extended to include the capabilities of PeopleSoft HR module and the following tools: SQR, PERL, SQL Tools. CONTROL/M and CONTROL/C are use to process the CHRIS batch cycle.

As project manager for Electronic Travel Voucher Processing System (ETVPS), my knowledge of server-based Microsoft software was enhanced. ETVPS utilized MSMQ, DTC, Active-X component, and COM objects on the SQL Server platform. Also, gained knowledge on Entrust and MAAPCO. The application consisted of an off-line for laptop users and an on-line component for network-connected. This was a large-scale effort residing on a 3-Tier architecture. In order to troubleshoot problems, it was necessary to understand the architecture and the Microsoft services being utilized to determine whether the MSMQ messages were backlogged on the server due to a threading issue; if the services on the server were not running; whether MAAPCO (the common object) was running; or if the problem was actually ETVPS. Managing this project for this 9-month period, I became proficient in determine were the problem was and delegating the task to the appropriate team to fix. I also coordinated and delivered (without ETV development support) the 3-day technical training to over 100 Field office representatives and PC Coordinators throughout the country on the ETV installation process with the assistance from the MAAPCO and Entrust teams.

The Corporate Enhanced Recruitment Tracking System (CERTS) is a COTS package used by Human Resources (HR) to create and post vacancies, panel applicants, create rosters, etc. I have managed this project since January 2000. The application consists of 2 components that are hosted by the vendor at a local Internet service provider. Our HR specialists access the client/server portion of the application via CITRIX, which is installed locally on the client. All interested jobseeker (internally and externally) access the web applet which displays the vacancy announcements when they search the Careers@FDIC website. This project presented an interesting challenge when problems were encountered during UAT with frequently dropped internet connections due to the dynamic IP addresses used to grant users access outside the FDIC firewall. Close coordination with Infrastructure group and the use of sniffers to monitor the activity resulted in the establishment of a small number of static IP addresses, which stabilized the users connection to the application.

Previous experience as project manager for the Separation Incentive System (SIS) in DOF provided in-depth experience with Oracle including the Designer and Developer tools, SQL*Plus, PL/SQL, SQL*Reportwriter and UNIX commands. Work on this and 2 other Oracle systems (Tax and FETIRS) led to my assignment as DIRM Y2K Group Leader for the DOF Oracle applications.

In this capacity, I was responsible for the renovation of 2 Oracle systems and to oversee the renovation of several other DOF Oracle applications in the two sections by other IT specialists. This large-scale effort required coordination (internally and externally), effective communication (oral and written) and knowledge of the technical environment as well as the SUN SPARC 2000 hardware and Sun Solaris operating system.

### 3. Knowledge of budget, cost analysis, and resource management.

I have prepared budget analysis for 8 years or more for individual projects and 5 years at the unit level. This would include 1 year serving as Acting Unit Chief of DOF Financial Information Applications Unit (FIAU) and for the last 4 years as the Unit Chief for the HRSU. This process requires detailed resource allocation for both FDIC FTE's and contractor FTE's, client FTE's, hardware and software cost analysis, training costs, and travel costs for input to the yearly budget planning process for the section. Also, coordinate with the CHRIS project manager to develop cost analysis when resources assigned to the project are not assigned to my unit. The client organization is contacted to determine where the direction for IT services is focused for the upcoming year, whether new hardware or software will be purchased, and gather information regarding the renewal of software and hardware (were applicable) maintenance/licensing agreement.

In preparation for the next release of CHRIS (Time & Attendance) and the NFE implementation, I provide a 5-year cost analysis for renovating the BTA, CTAW and PAYPERS applications to accommodate the NFE chartfield requirements. This analysis was presented to senior management and is included in the draft of the CHRIS CBA dated September 2003.

As project manager of ETVPS in 1999, I revised the cost benefit analysis to include costs associated with combining Phase I and Phase II for a concurrent implementation. Collaborated with DOF to present updated CBA to the IT Committee. Prepared cost analysis for contract resources based on level of support, progress of project and resource availability.

As an oversight manager (OM), I routinely review and update budget projections using DCMS and PEAR, review and approve contract expenditures, monitor contract and budget ceiling, and update IT plans as required.

### 4. Ability to identify client organization's information needs and develop technical alternatives for meeting the needs.

In February 2003, DSC met with DOA to discuss a CTAW-like alternative that would download hours entered into SHARP directly into an MS-Excel macro called the FDIC Work Plan (FWP). DOA contacted DIRM and embarked on a mission to include over 100 time & attendance rules into this Excel macro.

Although DSC was the developer of the application, coordination of business requirements between DSC, DOF, DOA and DIRM was key to ensure rules currently in affect in the official time keeping system were not violated. One key issued that surfaced involved DOF's requirement to hardcode accounting control key (ACK) information into the FWP. This information does not exist in the CTAW application. DOF stated issues with DSC employees not using the appropriate accounting information when preparing their timesheets. While DIRM & DOA acknowledged this fact, it was suggested that a warning message is presented to the user just before they print which requires them to review the timesheet before submitting. This was a more effective solution since any change to the ACK would require a change to the system. A cost analysis was done on 3 alternatives and presented to DOF, DSC, DOA and DIRM management. The warning message option was selected and implemented.

**5. Ability to manage technical staff that report directly or through subordinate managers and to manage multiple large technical projects.**

As Unit Chief, I managed up to 8 FDIC employees including 2 EOI employees and 3 contractors reporting to project managers within the unit. With in the unit are several large-scale applications, which affect every individual in the Corporation. These systems include the CHRIS production releases, the SF-50/SF-1150 action process, the Bi-Weekly Time and Attendance System, the Corporate Time & Attendance Worksheet, Corporate Enhanced Recruitment Tracking System, FDIC Payroll/Personnel FOCUS Download Process and the Federal Benefits Retirement Website.

At least 5 of the aforementioned systems is involved in critical processing on a weekly basis. The ability to manage the technical staff on these projects requires a great deal of focus, coordination, planning, status reporting, appropriate resource allocation, and cross training. During September of 2000, 5 critical staff members retired. It was necessary to replace key staff were possible and provide technical training and cross-training opportunities on a rotational basis to compensate for this loss. This strategy allowed HRSU to provide continuity of service to the client such as resolution of production problems and implementation of newly requested system enhancements.

I also serve as Acting Section Chief of DOA Software Management Section at the request of my supervisory when he is unable to do so. In this capacity, I have attended the pre-implementation and post-implementation review meetings on his behalf. I have attended senior management meetings and prepared written and oral responses in his absence. In addition, I have provided guidance from senior management to staff within the section including the unit chiefs and provided support to technical staff when the responsible Unit Chief was unavailable.

Prior accepting the HRSU Chief position, I was assigned as project manager of ETVPS. This was a large-scale development effort to implement an electronic (paperless) travel voucher system by 4th quarter 1999. Directed a technical team of 12 persons including one FDIC employee who led the database team. This project required excellent project management, coordination, communication and problem resolution skills. Utilized problem resolution skills to keep meetings focused and on target; handle difficult personnel and complex issue; and assist with decision making.

Federal Deposit Insurance Corporation
## Performance Management Program
### PERFORMANCE PLAN AND EVALUATION
### Supervisors

### SECTION A: EMPLOYEE INFORMATION

| EMPLOYEE NAME  (Last, First, MI) | SOCIAL SECURITY NUMBER |
|---|---|
| Boardley, Marcia L | |
| POSITION TITLE | PAY PLAN / SERIES / GRADE |
| SUPERVISORY COMPUTER SPECIALIS | CG / 0334 / 14 |
| DIVISION/OFFICE | LOCATION |
| DIVISION OF INFORMATION RESOUR | WASHINGTON, DC |

| PURPOSE OF EVALUATION (Check one) | RATING PERIOD ||||
|---|---|---|---|---|
| | FROM || TO ||
| | MONTH | YEAR | MONTH | YEAR |
| [X] Annual  [ ] Other (Specify) | 10 | 2001 | 09 | 2002 |

### SECTION B: PERFORMANCE CRITERIA

| | Meets | Does Not Meet |
|---|---|---|
| **01. Produces Results:** | [X] | [ ] |

Demonstrates initiative, responsibility and accountability for the quality of work products and continually strives to improve operating efficiency and effectiveness. Maintains sound budgeting, financial management and internal controls.

Establishes standards for accuracy and quality within own work unit. Establishes and implements processes that ensure the accuracy and quality of all work products and services. Establishes effective internal control systems to reduce risks and manages financial and material resources in a cost-effective manner. Invites and implements suggestions that improve the way work gets done in his/her work unit. Examines and challenges accepted practices to find a better way to achieve the organization's goals and objectives. Prepares thoroughly for presentations, briefings, cases or testimony to ensure that all essential information is covered and all questions are answered effectively. Holds him/herself accountable for the performance of his/her work unit.

| | Meets | Does Not Meet |
|---|---|---|
| **02. Leads the Organization:** | [X] | [ ] |

Leads the organization and creates a high performance climate by providing clear vision and direction. Works cooperatively within and across internal and external boundaries to promote and reinforce a corporate perspective.

Shares information and ideas with others to help them solve problems or complete projects. Sets challenging goals for his/her work unit and reinforces them continually to keep people focused and motivated. Anticipates changes and re-directs work unit resources or activities in response to changing requirements. Exhibits high standards of professional and ethical behavior. Manages relationships with other internal and external organizations to achieve mutually beneficial solutions. Considers how decisions in own work unit impact others or organizational units and coordinates with them in a timely manner. Translates broad organizational goals into concrete objectives, plans, and priorities.

| | Meets | Does Not Meet |
|---|---|---|
| **03. Manages People:** | [X] | [ ] |

Manages performance effectively and provides guidance and feedback to help others enhance their knowledge, skills, and abilities.

Develops and communicates clear performance goals and objectives for subordinates. Holds employees accountable for results they are responsible for achieving. Helps others explore

## SECTION B: PERFORMANCE CRITERIA

| | Meets | Does Not Meet |
|---|---|---|
| alternative solutions to challenging problems. Coaches employees effectively and provides honest, timely, and constructive feedback to help employees improve their performance. Involves employees in assessing their own development needs and ensures that they receive the opportunities, tools and training to achieve their developmental goals. Addresses performance and conduct problems in a timely and straightforward manner. Evaluates employee performance fairly, equitably and in a timely manner and utilizes incentive awards and other programs that are tangibly beneficial to both the individual and the organization. Recognizes and fulfills labor relations responsibilities consistent with negotiated agreements. | | |
| **04. Supports Diversity:**<br>Maintains an inclusive work environment that is free of discrimination, provides opportunities for all employees to work to their full potential, and shows respect and concern for others.<br><br>Maintains an office environment where all similarly situated employees are treated fairly and with respect. Takes timely corrective action when made aware of discriminatory, harassing, or inappropriate practices, actions, or behaviors. Ensures that recruitment, selection, and retention processes are adhered to and consistently applied. Also ensures equity in providing training opportunities, awards, and work assignments. Discusses diversity issues and initiatives with staff. Attends, and encourages others to participate in, diversity-related events to learn more about the culture and perspectives of others. Views situations from others' perspectives to understand their needs and concerns. Involves a diverse group of employees in mission-related work activities, including solicitation of their input and ideas. Demonstrates flexibility in responding to the unique circumstances or needs of individual employees while balancing Corporate needs. Solicits feedback from employees regarding workplace and diversity issues. Initiates appropriate changes or improvements based on feedback received. | ☒ | ☐ |
| **05. Technical Job Knowledge:**<br>Demonstrates technical and analytical knowledge and skills in performing, directing, and/or reviewing the unit's work.<br><br>Applies relevant technical knowledge in analyzing work related data to produce and/or review work products effectively. Stays abreast of industry trends, issues, and changes in relevant work related data or regulations. Identifies potential and actual problems, analyzes underlying causes, and recommends workable solutions. Provides prompt and accurate technical advice and direction, as required, to keep project or work on track. Makes recommendations, and timely decisions that demonstrate effective, sound technical knowledge and independent judgment. Recognizes circumstances that impact other people and/or organizations and exercises good judgment in seeking their input or guidance. | ☒ | ☐ |
| **06. Communicates Effectively:**<br>Exchanges information and ideas in ways that promote mutual understanding and effective decision-making and operations.<br><br>Prepares and presents communications that are clear, concise, well-organized and easily understood by others. Communicates honestly and straightforwardly about difficult situations and issues. Uses the most appropriate forms of communication, taking into account different audiences or situations. Takes time to listen carefully and ask questions to ensure understanding of what people are saying. Establishes routine methods of communication that keep staff informed of issues such as, day-to-day activities, significant events or larger organizational initiatives. | ☒ | ☐ |

FDIC 2430/05V    Page 2 of 3

## SECTION C: SUMMARY RATING    [X] Meets Expectations    [ ] Does Not Meet Expectations*

* A rating of "Does Not Meet" on any performance criterion results in an overall rating of "Does Not Meet Expectations"

| | |
|---|---|
| Signature of Employee *Marcia L. Boardley* | Date *October 10, 2002* |
| Signature of Rating Official *Gary W. Moore* | Date *10/10/02* |
| Signature of Reviewing Official | Date |

## SECTION D: RATING OFFICIAL/EMPLOYEE/REVIEWING OFFICIAL COMMENTS

Name:    Moore, Gary W

Comments:

Ms. Boardley has performed in an excellent manner in all of the performance criteria for this rating period. She is very results-oriented and has established goals for performance in her unit and monitors the performance of her employees towards those goals. Ms. Boardley's standards are high and she expects the best from her staff. She gives her staff the guidance and support required for the staff to reach their maximum potential. Her leadership within the DIRM organization is excellent. This was evidenced this year by the fact that she coordinated with the Corporate Helpdesk to create new procedures that allow the calls on the Time and Attendance process to be effectively tracked and monitored through the helpdesk. The model that was set up for this process will be used with other DIRM applications.

Ms. Boardley manages her staff effectively. She coaches her employees and provides them with training opportunities that enhance their capabilities and skills. She evaluates employees in a fair and equitable manner and effectively utilizes the incentive awards program to encourage employees' superior performance. She demonstrates flexibility in responding to the unique needs of her individual employees. She also maintains an effective relationship with the contractors who support the development and maintenance activities in her unit. Also notable this performance period was the management of the transition of the duties of five of her employees who retired this year. Since four of the five left at the same time, it took considerable management and organizational skills to make sure the workload that these employees were responsible for was taken care of after their departure. Ms. Boardley accomplished this by issuing expressions of interest (EOI's) to bring additional personnel into the unit on an interim basis until permanent replacements can be selected.

Ms. Boardley's technical and analytical knowledge is superior. During this performance period, this was demonstrated by her work on the Corporate Time and Attendance project. She guided the development team to complete a new version of CTAW for the corporation. She was very involved with the technical and analytical activities of this development project. She was able to offer advice and alternatives that certainly resulted in a better product in the end. Ms. Boardley's communications skills are excellent. She interacts well with all levels of management and employees. Her communications skills enabled her to maintain and manage a dialogue with DIRM, DOS, DCA and DOA management during the development of the new version of CTAW and enabled her to maintain an open exchange of ideas regarding the development and implementation strategies for CTAW.