# Melanie Lynn Ciaschi

Vacancy Announcement Number: **2003-HQ-2360**
Social Security Number:
Country of Citizenship: United States of America
Veteran's Preference: No
Highest Grade: CG-0334-14, 11/1999 - Present
Contact Current Supervisor: Yes

## *OBJECTIVE:*

A Supervisory or Project Management position that will utilize my strong leadership qualifications, ability to work with people, hands-on systems development and networking expertise, IT strategic planning skills, and outstanding record of delivering large-scale, high profile projects on time and under budget.

### SKILLS:

| Managerial | Technical | Specific Software |
|---|---|---|
| IT Strategic Planning | Network Administration | MS Windows Desktop OS - all versions including XP |
| Designing Business Solutions | Database Administration | MS Windows NT Server – all versions |
| Team Leadership/Supervision | PC Desktop Systems | Windows 2000 Server |
| Project Management | Server Optimization | MS SQL Server – all versions |
| Budgeting/Cost Containment | Hardware/Software Troubleshooting | MS Visual Basic |
| Contract Negotiations/Management | Technical Training and Communications | PeopleSoft Development Tools |
| Team Training and Instruction | Application and Database Design and Development | MS Project |
| Vendor Relations | Full Systems Development Life Cycle Knowledge | MS Outlook, Visio, and many other task specific tools |

### WORK EXPERIENCE:

Federal Deposit Insurance Corporation – 01/1998 - Present
3501 N. Fairfax Drive
Arlington, VA 22226
Dates Employed: 01/1998-Present
Grade Level: CG/14
Salary: $115,000
Hours per Week: 40

Senior IT Specialist
- Designed technical architecture for FDIC's PeopleSoft Financials implementation, the New Financial Environment (NFE).
- Led the technical team in designing a secure eBusiness architecture to support the FDIC Division of Finance (DOF) requirements to do business with outside vendors via the internet, including introducing an application firewall (web application shield) and an external DMZ that will support both NFE and other FDIC business lines that will expose internal systems to internet users.
- Leading the Security team, Portal implementation team, the Configuration Management team, NFE Database Management, and coordinating across all NFE and interfacing development teams to deliver NFE technical components on time to meet project milestones and deliverables.
- Led the Corporate Human Resources Information System (CHRIS) project, a large scale ($55 million) systems integration project to replace multiple in-house developed human resources management systems with a single, integrated database and user interface. CHRIS is based on the PeopleSoft Human Capital Management suite of products, and is being implemented using a phased approach. The first three of five phases have been implemented successfully on time, and under budget.
- Developed project Cost Benefit Analyses, Overall Business Case, and Board Case for approval by the FDIC Board of Directors
- Awarded and managed a $10 million contract for implementation services.
- Developed comprehensive project plan for overall project, detailed schedule and milestones for individual phases, and managed, trained, and developed up to 15-person technical team including contractor and Federal employee staff.
- Coordinated with the Division of Administration functional project lead to design, develop, implement, and support rollout of system and train end users.
- Responsible for strategic planning and development of yearly budget, and management of project expenses to budget.

<u>Advanced Management Incorporated – 12/1996 – 12/1997</u>
7918 Jones Branch Drive
#400
McLean, VA 22102-3307
Dates Employed: 12/1996-12/1997
Salary: $75,000
Hours per Week: 40

Database Administrator
- Provided consulting services to the Federal Deposit Insurance Corporation (FDIC) as a Windows NT Network Administrator, specializing in Microsoft SQL Server System/Database Administration.
- Performed general administrative responsibilities such as installation and configuration of servers, database creation, backups, restores, and performance tuning, management of database objects and users.
- Participated on the FDIC project to convert from the Banyan Vines Network Operating System to Microsoft Windows NT, and served as a lead in the upgrade of SQL Server version 4.21a to version 6.5 including task and resource planning and tracking.
- Led the development of corporate standards for installation and configuration of SQL Server 6.5 and worked closely with application developers in support of application databases.

<u>New Boston Systems – 06/1996 – 12/1996</u>
Dallas, TX
Dates Employed: 06/1996-12/1996
Salary: $104,000

Hours per Week: 40

Database Administrator
- Provided consulting services on a short-term contract with New Boston Systems, a company sub-contracting to EDS on a project in Montgomery, Alabama for a large regional financial institution called Regions Financial Corporation. The project was a client-server implementation of a teller system to be used in all of their bank branches.
- Provided the database support for the system development process on the Microsoft Windows NT/SQL Server platform.
- Responsible for database design, maintenance, SQL programming, server installation and tuning, setting up batch processes, automated tasks and replication services.
- Handled configuration management and supported all development, test, and production database environments.
- Assisted in NT Server installation, design and implementation of local LANs in the bank branches, and development of standards for the Windows 95 desktops being deployed to the tellers.
- Trained the Regions Financial employee who would be taking over the database administration support of the application in production.

Advanced Management Incorporated - 12/1995-06/1996
7918 Jones Branch Drive
#400
McLean, VA 22102-3307
Dates Employed: 12/1995-06/1996
Salary: $65,000
Hours per Week: 40

Database Administrator
- General Microsoft SQL Server Database Administration responsibilities at the RTC and FDIC.

Vycor Corporation – 02/1995 – 12/1995
College Park, MD
Dates Employed: 02/1995-12/1995
Salary: 35,000
Hours per Week: 40

Client Support Manager
- Client support for a software development company. The product was a client/server call tracking application supported on multiple technical platforms. Resolved software issues and questions for clients, trained new employees, support of beta software, quality assurance, product documentation, and on-site problem resolution.

The CBORD Group – 03/1992 – 02/1995
61 Brown Road
Ithaca, NY 14850
Dates Employed: 03/1992-02/1995
Salary: $26,000
Hours per Week: 40

Client Services Manager
- Provided technical support for CBORD software applications and certified platforms, testing, on-site training and technical services, technical sales support, and worked closely with managers and development staff to quickly identify and resolve client issues.

*EDUCATION:*

Rochester Institute of Technology
Rochester, NY
66 Quarter Hours
Major: Business Administration - Accounting

Tompkins Cortland Community College
Dryden, NY
24 Semester Hours

*JOB-RELATED TRAINING COURSES:*

1995 Microsoft SQL Server Database Administration
1995 Microsoft SQL Server Database Implementation
1998 Microsoft Visual Basic (Introduction and Advanced)
1998 Programming In Microsoft Outlook
1999 Building Office 97 Intranet Applications
1999 Introduction to PeopleSoft Federal HRMS
1999 PeopleSoft Federal HRMS
1999 PeopleTools I
2000 Data Modeling and Relational Dababase Design
2002 PeopleTools I/II Accelerated

*JOB-RELATED CERTIFICATES AND LICENSES:*
Microsoft Certified Systems Engineer (MCSE)

*JOB-RELATED HONORS, AWARDS, MEMBERSHIPS, ETC.:*
Star Award, September 1999
Special Act Award, April 2001
Nomination, Chairman's Excellence Award, 2001
Mission Achievement Award, September 2002

Melanie L. Ciaschi
053-663162
2003-HQ-2360

## *Quality Ranking Factors*

**1. Ability to manage large projects and applications within established timeframes and budget contraints.**

My experience on major applications (such as CHRIS and NFE) at the FDIC has provided me the opportunity to apply my skills in this area. I have successfully carried out my responsibilities for establishing project plans and timelines, managing resources (FTE and contractor), contract oversight management, formulating budget estimates, and managing to those constraints.

As the DIRM Project Manager for CHRIS, I managed a large team for concurrent development, enhancement, and maintenance of applications, with particular knowledge of PeopleSoft and Commercial-Off-The-Shelf products, as well as emerging technologies in support of the PeopleSoft environment, and various hardware and software platforms.

The CHRIS project has implemented three releases, each meeting the requirements of the entire FDIC Systems Development Life Cycle (SDLC) from planning through maintenance. I managed each of the phases of the life cycle closely with an approved Project Work Plan in which the tasks to complete each phase, and management of resources and timeframes were documented and followed. As the project manager, I ensured deliverables and milestones were met for each of the SDLC activities and worked through obstacles the team experienced in meeting any required deadlines.

The NFE project has been an opportunity to apply PeopleSoft knowledge and overall experience with managing applications development at the FDIC to a large scale, high dollar/risk project. NFE is the FDIC effort to transition the Walker system to a PeopleSoft Financials environment and I have experience working with not only the PeopleSoft aspect, but also the multiple legacy systems that will interface with NFE such as ETV and CHRIS. NFE is a Corporate application spanning all FDIC divisions and as such, I coordinate with multiple business areas including DOA, DSC, and Legal for NFE specific work as well as system interface issues. I have proven accomplishments on NFE in overseeing the technical team, designing the technical architecture. I coordinated with multiple areas within DIRM such as Security, Technical Infrastructure, FDICConnect and contractor resources in developing an enhanced, more secure eBusiness channel which will support the NFE requirements for vendor self- maintenance.

I have demonstrated ability for ensuring adherence to not only SDLC activities, but Directives, Circulars, and other Federal guidelines such as the Office of Management and Budget (OMB), and the General Accounting Office (GAO). All Office of the Inspector General (OIG) audits on the CHRIS project have been submitted with "no findings" due to the project's adherence to all recommended and required guidelines.

I worked closely with the Division of Administration and integration contractors on the project to develop a new methodology that is specific to the PeopleSoft Enterprise Resource Planning (ERP) software, and supports the unique development and technical needs of a PeopleSoft project. A very similar methodology for implementing PeopleSoft applications is being followed on the NFE project and my past experience has given me an advantage in adapting quickly to the NFE methodology, and being able to add value to the Financials implementation. Over the last six years I have managed a large Peoplesoft project, or led teams within large-scale projects,

developed close professional relationships with my clients, and fostered a strategic, forward-thinking approach to collaborative project management.

### 2. Knowledge of the functions and capabilities of ADP hardware, software and telecommunications systems.

I have been working in the information technology arena for over ten years, with six years of experience at the FDIC. I have strong knowledge of the technical environment of the Corporation such as the hardware and software standards, and guidelines and policy for working with other DIRM groups. I keep myself up to date on emerging technology in the market as well as with internal FDIC projects, such as XBRL work in DIR, and look for opportunities to apply new technologies to the NFE project.

In supporting the CHRIS implementation for three releases I have been responsible for providing the technical solutions to complex business problems. I interpret the business need and work with DIRM clients to either fill that requirement with existing software or hardware solutions, or explore other resources outside the FDIC environment.

As an NFE technical lead, I led a joint DIRM/contractor team to design an eBusiness architecture that will not only meet NFE requirements, but will also support other applications that have a need to expose internal systems to external users in a secure environment. The architecture was approved by the Data, Applications, and Technical Architecture Committee and is currently in the procurement phase for components new to the environment.

As a project manager for a large-scale development effort, I am very familiar with the technical infrastructure in which the application must operate, and work to adhere to established standards, while keeping an open mind and sometimes working with the infrastructure to establish new standards if one does not exist to meet business requirements. In my experience on both CHRIS and NFE I have provided requirements for hardware and software changes to the existing environment to support the changing needs of the PeopleSoft COTS software application and related third-party applications.

I have in-depth knowledge of the Microsoft BackOffice environment implemented at the FDIC, and am a Microsoft Certified Systems Engineer. In addition to past job experience, and experience with the FDIC environment, I also keep updated on emerging technology with self-study, seminars, classes, and periodicals.

### 3. Knowledge of budget, cost analysis, and resource management.

I have been through multiple budget cycles with the FDIC, am familiar with the process and have been able to consistently formulate budget, estimate resources, and manage within those constraints.

As the project manager for CHRIS, I was responsible for developing an extensive business case and Cost Benefit Analysis (CBA). I authored the CHRIS Board Case and made the business case presentation to the various committees, IT council, the FDIC Chairman, and Board of Directors to request the project funding, and subsequently strictly managed to approved spending authority.

The CHRIS project was delivered on time and under budget with close management, reporting of actuals as compared to the original CBA, and a fixed-price contract oversight strategy. Annual budgets were also formulated closely to the original CBA and managed within those constraints.

During annual budget formulation I provided all of the project planning details, planning estimates, and resource allocations to support the requested amounts. I have also provided cost analyses

annually to support budget requests, and worked closely with my management to refine budget as necessary.

As the NFE technical lead I have consistently developed accurate technical estimates for resources required through implementation of the first release of NFE to support multiple components of the architecture.

### 4. Ability to identify client organization's information needs and develop technical alternatives for meeting the needs.

I have several years of experience working on Corporate systems which are used across all divisions, and all levels of management. I have led the technical teams in identifying client business requirements and facilitating the design and development of systems to meet those needs.

I have worked closely with DOA and DOF to learn the goals of end users and business sponsors, and developed strategic relationships with them in identifying business needs and technical solutions. I have worked creatively with my clients and DIRM teams to provide solutions, with existing hardware and software solutions, or by performing research and analysis in the market area desired and bringing in new solutions. Over the years I have developed a trust with my clients and have a two-way communication, and collaborative, creative approach to ensuring the program areas have the best technical solution to their business needs.

I am overseeing and leading the NFE technical staff in developing a solution for digital signature requirements in the Procurement business area for signatures on Contracts. PeopleSoft software is not designed to integrate seamlessly with the FDIC Public Key Infrastructure (PKI) which is the Entrust product and NIST API. In-house applications use Entrust and the API, but PeopleSoft poses unique challenges in meeting the business need due to the design limitations. I am committed to providing a technical solution and am coordinating the effort to bring new technology to the environment that will be compatible with PeopleSoft as well as the FDIC technical environment.

I was able to take the NFE requirement to allow internet access for outside vendors to the PeopleSoft Vendor Maintenance module and lead a DIRM team including Security, Technical Infrastructure, FDICConnect. and contractor resources in developing an enhanced, more secure eBusiness channel to meet the business need.

I have teamed with client project management to communicate across divisions the about requirements identified, and business process changes and streamlining strategies for delivering quality products to end users. As project management for the CHRIS and NFE I have worked hard to include the right levels of management during critical requirements and design phases. This management buy-in has contributed to the successful implementation of three releases of CHRIS.

### 5. Ability to manage technical staff that report directly or through subordinate managers and to manage multiple large technical projects.

I have managed the CHRIS project technical team since 1999 which includes FDIC DIRM employees and contractor staff. The number of staff (including contractor and FTE) has fluctuated between 7 and 20 depending on peak development timeframes and resource requirements.

The CHRIS project is comprised of multiple teams and technical tracks within the overall project, each working on development of separate functionality. I have effectively managed each area to ensure the overall release would be delivered on time, and been able to facilitate obstacles identified by team members, and coordinate each team to deliver the consolidated product.

I oversee an NFE team of up to 40 and coordinate between multiple large teams of both technical and functional resources. I am very comfortable managing a team, but also work within the chain of management command of for cross team coordination, and respect each manager or supervisor's need to manage their team and be aware of their goals, objectives, and workload. I have successfully delivered work products that involved multiple teams and managers on both CHRIS and NFE.

I have taken many complex NFE project issues such as Configuration Management, eBusiness requirements, PKI, and Data Sensitivity and either resolved them or devised a plan for issue resolution.

I work with team members to provide development opportunities, counseling, guidance on scheduling and leave, knowledge transfer, and I have consistently worked closely with management to distribute, support and implement all policies and procedures.

Federal Deposit Insurance Corporation
**Performance Management Program**
PERFORMANCE PLAN AND EVALUATION
**Computer Specialists**

## SECTION A - EMPLOYEE INFORMATION

| EMPLOYEE NAME (Last, First, MI) | SOCIAL SECURITY NUMBER |
|---|---|
| Ciaschi, Melanie L | |

| POSITION TITLE | PAY PLAN / SERIES / GRADE |
|---|---|
| SENIOR COMPUTER SPECIALIST | CG / 0334 / 14 |

| DIVISION/OFFICE | LOCATION |
|---|---|
| DIVISION OF INFORMATION RESOUR | WASHINGTON, DC |

PURPOSE OF EVALUATION (Check one)

[X] Annual

[ ] Other (Specify) _____

RATING PERIOD
FROM: MONTH 09 YEAR 2001
TO: MONTH 08 YEAR 2002

## SECTION B - PERFORMANCE CRITERIA

| | Meets | Does Not Meet |
|---|---|---|
| **01. Technical/Analytical Skills:** | X | |

Development and maintenance of technical knowledge to perform the duties of the position and the application of such knowledge.

Demonstrates up-to-date working knowledge of relevant policies, procedures, practices and/or the ability to locate and interpret and apply various reference sources. Demonstrates the ability to apply this knowledge effectively and in an independent and accurate manner. Stays abreast of changes in relevant work-related applications and other external factors that influence the technical requirements of the position. Applies analytical skills to develop accurate work products even when the issues are unusual or complex. Demonstrates consistent, independent decision-making abilities that reflect sound judgement and are exercised at times under greater than normal pressure or adverse circumstances.

| | Meets | Does Not Meet |
|---|---|---|
| **02. Organizational Skills:** | X | |

Ability to plan, organize, implement, and monitor assignments or projects; ability to manage time; achieve deadlines; take initiative in requesting additional assignments and development activities; ability to recognize and respond to changing priorities and circumstances; and adhere to policy.

Effectively establishes the scope of a project or assignment. Recognizes and solves problems, prioritizes objectives, considers organizational priorities and other factors (e.g., cost) when planning work assignments. Demonstrates efficient use of time and resources to produce a quality product with minimal guidance or direction. Manages assignments effectively by recognizing and promptly reacting to changing priorities and circumstances. Uses and safeguards Corporation equipment, data and resources prudently. Prepares and submits various reports, memoranda, etc., in a timely and accurate manner. Shows willingness to accept additional or special assignments, as work permits, and successfully completes them without compromising on-going assignments/projects. Participates fully and effectively as a team member.

| | Meets | Does Not Meet |
|---|---|---|
| **03. Oral Comm./Interpersonal Skill:** | X | |

Ability to listen to differing opinions, negotiate and obtain commitment, and convey technical and complex information in a clear and concise manner.

Speaks to others in a clear, concise, informative, and well-organized manner facilitating communications and accomplishing objectives. Acts in a confident, professional, polite, and diplomatic manner in dealing with others to effectively address and negotiate issues. Makes

## SECTION B - PERFORMANCE CRITERIA

|  | Meets | Does Not Meet |
|---|---|---|
| presentations that are appropriate to the audience, in proper perspective, and effectively cover the issues and appropriate subject matter. Listens well and respects differing opinions. Cooperates fully with co-workers and others to accomplish assignment objectives. Responds positively to constructive criticism to modify or correct weaknesses. Effectively communicates Corporation and organizational goals, objectives, and policies to other staff members and organizations. | | — |
| 04. **Written Communication Skills:**<br><br>Quality and effectiveness of written products.<br><br>Prepares written products that are succinct, thoroughly researched and logical. Various elements of written products are consistently correct, in proper perspective, and are in concert with overall conclusions. Products written products that are neat, legible, well-organized, properly formatted, and conform to established guidelines. Narrative comments reflect proper grammar and spelling. Prepares written products that require only minimal editing to change the tone or organization of documents. Once editing is done, is able to understand the changes made and incorporate those changes into future assignments. Prepares work papers that leave a clear audit trail to final conclusions. Extent of documentation used to support conclusions is appropriate. | [X] | [ ] |

## SECTION C - SUMMARY RATING    [X] Meets Expectations    [ ] Does Not Meet Expectations*

* A rating of "Does Not Meet" on any performance criterion results in an overall rating of "Does Not Meet Expectations"

| Signature of Employee *(signed)* | Date 10/28/02 |
|---|---|
| Signature of Rating Official *Gary N. Moore* | Date 10/28/02 |
| Signature of Reviewing Official | Date |

## SECTION D - RATING OFFICIAL/EMPLOYEE/REVIEWING OFFICIAL COMMENTS

**Name:** Moore, Gary W

**Comments:**

Melanie Ciaschi has performed in an outstanding manner as the Project Leader for the Corporate Human Resources Information System (CHRIS). She has fulfilled all of the rating criteria for this rating period in an exemplary way. Ms. Ciaschi demonstrated her excellent technical and analytical skills in the management of the CHRIS project team. She has had the primary responsibility for setting the technical direction for the CHRIS project and she worked effectively with other DIRM groups (technical infrastructure, security, etc.) to ensure that the best technical solutions for the clients' requirements were identified and implemented. She keeps current on the relevant IT policies, procedures and practices and applies them effectively. She keeps her technical knowledge up-to-date and works hard at applying that knowledge to her projects.

Ms. Ciaschi is able to work independently and recognizes when a situation needs to be elevated to management for assistance. Her judgment is excellent and this quality enables her to anticipate issues and "head them off" before they become major problems.

Ms. Ciaschi also possesses excellent organizational skills. On the CHRIS project, she has had the responsibility of planning, organizing and monitoring assignments and projects. She manages her time and that of the project team effectively so that deadlines are met. She remains flexible in her approach to project management and responds to changing priorities very well. Ms. Ciaschi's oral and written communications skills are excellent. She is comfortable communicating to all levels of personnel within the FDIC organization. She has had many opportunities to address the CHRIS Steering Committee concerning issues on the CHRIS project and has done so in an excellent manner. She has also written documentation, such as cost/benefit analyses and planning documents, to support the CHRIS project. Her documentation is always clear, concise and technically accurate.

# NOTIFICATION OF PERSONNEL ACTION

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| Ciaschi, Melanie L | | 09-29-1965 | 01-12-2003 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 891 | Merit Increase |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| Z45 | BY BOARD APPROVAL |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SENIOR COMPUTER SPECIALIST  PD: 51W029  Position: 00003073 | SENIOR COMPUTER SPECIALIST  PD: 51W029  Position: 00003073 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Lvl | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Lvl | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CG | 0334 | 14 | 00 | $114,040.00 | PA | CG | 0334 | 14 | 00 | $119,058.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $100,769.00 | $13,271.00 | $114,040.00 | $0 | $105,203.00 | $13,855.00 | $119,058.00 | |

| 14. Name and Location of Position's Organization | Org Code: | 22. Name and Location of Position's Organization | Org Code: |
|---|---|---|---|
| Federal Deposit Insurance Corp  DIRM, OFFICE OF THE DIRECTOR  APPLICATION SYSTEMS MANAGEMENT  CORPORATE APPLICATIONS BRANCH  DOA SOFTWARE MANAGEMENT SECTION  WASHINGTON   DC   USA | 5101000170303000 | Federal Deposit Insurance Corp  DIRM, OFFICE OF THE DIRECTOR  APPLICATION SYSTEMS MANAGEMENT  CORPORATE APPLICATIONS BRANCH  DOA SOFTWARE MANAGEMENT SECTION  WASHINGTON   DC   USA | 5101000170303000 |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1-None  3-10 Point/Disability  5-10 Point/Other  2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 1  0-None  2-Conditional  1-Permanent  3-Indefinite | | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0  Waived | 9  9-Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS and FICA | 01-05-1998 | F  F - Full-time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | | 0060 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON   Dist Columbia   DC   USA |

| 40. Agency Data | 41. | 42. | 43. | 44. PAR Number: 46879 |
|---|---|---|---|---|

45. Remarks

- Salary includes a locality-based payment of 13.17%

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Federal Deposit Insurance Corp  Federal Deposit Insurance Corp | Shirley Purnell, Personnel Officer |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| FD68 | 1636 | |

Editions Prior to 7/91 Are Not Usable After 6/30/93

- 1 -   Employee Copy