# Application for Federal Employment - SF 171

Read the instructions before you complete this application. *Type or print clearly in dark ink.*

Form Approved:
OMB No. 3206-0012

## GENERAL INFORMATION

**1** What kind of job are you applying for? *Give title and announcement no. (if any)*
Supervisory IT Specialist
2003-HQ-2360

**2** Social Security Number

**3** Sex: [ ] Male   [X] Female

**4** Birth date *(Month, Day, Year)*: 08/27/62

**5** Birthplace *(City and State or Country)*: Santa Fe, New Mexico

**6** Name *(Last, First, Middle)*: PADILLA, Noreen C.

Mailing address *(include apartment number, if any)*

City _____ State _____ ZIP Code _____

**7** Other names ever used *(e.g., maiden name, nickname, etc.)*
Noreen P. Seppi

**8** Home Phone — Area Code / Number

**9** Work Phone — Area Code / Number / Extension

**10** Were you ever employed as a civilian by the Federal Government? If "NO", go to item 11. If "YES", mark each type of job you held with an "X".
[ ] Temporary  [ ] Career-Conditional  [X] Career  [ ] Excepted

What is your highest grade, classification series and job title?
14 - 334 - Supervisory IT Specialist

Dates at highest grade: FROM 4/97 TO Present

## AVAILABILITY

**11** When can you start work? *(Month and Year)*: Immediately

**12** What is the lowest pay you will accept? *(You will not be considered for jobs which pay less than you indicate.)*
Pay $ _____ per _____  OR Grade 15

**13** In what geographic area(s) are you willing to work?
Washington Metro Area

**14** Are you willing to work:

| | YES | NO |
|---|---|---|
| A. 40 hours per week *(full-time)*? | X | |
| B. 25-32 hours per week *(part-time)*? | | X |
| C. 17-24 hours per week *(part-time)*? | | X |
| D. 16 or fewer hours per week *(part-time)*? | | X |
| E. An intermittent job *(on-call/seasonal)*? | | X |
| F. Weekends, shifts, or rotating shifts? | | X |

**15** Are you willing to take a temporary job lasting:

| | YES | NO |
|---|---|---|
| A. 5 to 12 months *(sometimes longer)*? | | X |
| B. 1 to 4 months? | | X |
| C. Less than 1 month? | | X |

**16** Are you willing to travel away from home for:

| | YES | NO |
|---|---|---|
| A. 1 to 5 nights each month? | | X |
| B. 6 to 10 nights each month? | | X |
| C. 11 or more nights each month? | | X |

## MILITARY SERVICE AND VETERAN PREFERENCE

**17** Have you served in the United States Military Service? If your only active duty was training in the Reserves or National Guard, answer "NO". If "NO", go to item 22.  YES [ ]  NO [X]

**18** Did you or will you retire at or above the rank of major or lieutenant commander?

---

### FOR USE OF EXAMINING OFFICE ONLY

Date entered register _____
Form reviewed: _____
Form approved: _____

| Option | Grade | Earned Rating | Veteran Preference | Augmented Rating |
|---|---|---|---|---|
| 2210 | 15 | Q | | |

Veteran Preference:
[ ] No Preference Claimed
[ ] 5 Points (Tentative)
[ ] 10 Pts. (30% Or More Comp. Dis.)
[ ] 10 Pts. (Less Than 30% Comp. Dis.)
[ ] Other 10 Points
[ ] Disallowed
[ ] Being Investigated

Initials and Date: 10/15/03

### FOR USE OF APPOINTING OFFICE ONLY

Preference has been verified through proof that the separation was under honorable conditions, and other proof as required.

[ ] 5-Point  [ ] 10-Point—30% or More Compensable Disability  [ ] 10-Point—Less Than 30% Compensable Disability  [ ] 10-Point—Other

Signature and Title _____

Agency _____  Date _____

## MILITARY SERVICE AND VETERAN PREFERENCE (Cont.)

**19** Were you discharged from the military service under honorable conditions? *(If your discharge was changed to "honorable" or "general" by a Discharge Review Board, answer "YES". If you received a clemency discharge, answer "NO".)* If "NO", provide below the date and type of discharge you received.  YES / NO

Discharge Date *(Month, Day, Year)* _____  Type of Discharge _____

**20** List the dates *(Month, Day, Year)*, and branch for all active duty military service.
From _____ To _____ Branch of Service _____

**21** If all your active military duty was after October 14, 1976, list the full names and dates of all campaign badges or expeditionary medals you received or were entitled to receive.

**22** Read the instructions that came with this form before completing this item. When you have determined your eligibility for veteran preference from the instructions, place an "X" in the box next to your veteran preference claim.

[X] NO PREFERENCE

[ ] 5-POINT PREFERENCE — You must show proof when you are hired.

[ ] 10-POINT PREFERENCE — If you claim 10-point preference, place an "X" in the box below next to the basis for your claim. To receive 10-point preference you must also complete a Standard Form 15, Application for 10-Point Veteran Preference, which is available from any Federal Job Information Center. ATTACH THE COMPLETED SF 15 AND REQUESTED PROOF TO THIS APPLICATION.

[ ] Non-compensably disabled or Purple Heart recipient.
[ ] Compensably disabled, less than 30 percent.
[ ] Spouse, widow(er), or mother of a deceased or disabled veteran.
[ ] Compensably disabled, 30 percent or more.

---

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER
PREVIOUS EDITION USABLE UNTIL 12-31-90
NSN 7540-00-935-7150    171-110
Standard Form 171 (Rev. 6-88)
U.S. Office of Personnel Management
FPM Chapter 295

Page 1

**WORK EXPERIENCE** *If you have no work experience, write "NONE" in A below and go to 25 on page 3.*

**23** May we ask your present employer about your character, qualifications, and work record? A "NO" will not affect our review of your qualifications. If you answer "NO" and we need to contact your present employer before we can offer you a job, we will contact you first........ | YES | NO
X-

**24** READ WORK EXPERIENCE IN THE INSTRUCTIONS BEFORE YOU BEGIN.
- Describe your current or most recent job in Block A and work backwards, describing each job you held during the past 10 years. If you were unemployed for longer than 3 months within the past 10 years, list the dates and your address(es) in an experience block.
- You may sum up in one block work that you did more than 10 years ago. But if that work is related to the type of job you are applying for, describe each related job in a separate block.
- INCLUDE VOLUNTEER WORK (non-paid work)—If the work (or a part of the work) is like the job you are applying for, complete all parts of the experience block just as you would for a paying job. You may receive credit for work experience with religious, community, welfare, service, and other organizations.
- INCLUDE MILITARY SERVICE—You should complete all parts of the experience block just as you would for a non-military job, including all supervisory experience. Describe each major change of duties or responsibilities in a separate experience block.
- IF YOU NEED MORE SPACE TO DESCRIBE A JOB—Use sheets of paper the same size as this page (be sure to include all information we ask for in A and B below). On each sheet show your name, Social Security Number, and the announcement number or job title.
- IF YOU NEED MORE EXPERIENCE BLOCKS, use the SF 171-A or a sheet of paper.
- IF YOU NEED TO UPDATE (ADD MORE RECENT JOBS), use the SF 172 or a sheet of paper as described above.

**A** Name and address of employer's organization (include ZIP Code, if known)
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive
Arlington                    VA    22226

Dates employed (give month, day and year)
From: 4/2003    To: Present

Average number of hours per week: 40

Number of employees you supervise: 7

Salary or earnings
Starting $         per GG-14
Ending $          per GG-14

Your reason for wanting to leave
Advancement

Your immediate supervisor
Name: Mark Watson
Area Code Telephone No.: 703-516-1410

Exact title of your job
Supervisory IT Specialist

If Federal employment (civilian or military) list series, grade or rank, and, if promoted in this job, the date of your last promotion
GG-334-14 /1998

Description of work: Describe your specific duties, responsibilities and accomplishments in this job, including the job title(s) of any employees you supervise. If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.

Unit Chief, Examination Systems Support Unit (ESU), DOS Software Management Section, Business Applications Branch

Directed a team of Project Managers and Developers in the development and maintenance of Division of Supervision & Consumer Affairs (DSC) examination systems. Accountable for an operating budget in excess of $2 million. Efforts included the planning and coordination of key systems in support of the DSC, the Federal Reserve System, and the Conference of State Bank Supervisors. Client includes a customer base of 5,000 safety and soundness examiners and case managers. In 2003, the main development efforts for the ESU included integration with ViSION databases & security, enhancements to the General Examination System (GENESYS), enhancements to both the Automated Loan Examination Tool (ALERT) and the Specialty Report of Exam (DOS ROE) system. In addition, maintenance efforts continued on all other ESU systems: FIAT, IRRSA, MIRA, SHARP, and ED. Along with the development of DSC systems, my Unit oversees the Examiner Systems Support Desk, ensuring quality service to FDIC DSC.

Served as Oversight Manager for the Pinkerton Consulting Computing contract which support the ViSION development project. Assist in developing plans for meeting budgeting constrainst on the contract and project code allocations. Monitor deliverables and process invoices for this contract. The contract total exceeds $11 million.

rting, participation in the DCOP program, diversity initiatives, and frequently served as Acting Section Chief.

Encourage personal and professional growth among the members of the Unit. Strongly support and encourage team work, resulting in consistent demonstrations of cooperation. Facilitated and fostered good client relationships. Supported training initiatives for each member of the staff.

—————— ATTACH ANY ADDITIONAL FORMS AND SHEETS HERE ——————

## EDUCATION

**25** Did you graduate from high school? If you have a GED high school equivalency or will graduate within the next nine months, answer "YES".

YES [X] If "YES", give month and year graduated or received GED equivalency: 06/80
NO      If "NO", give the highest grade you completed:

**26** Write the name and location (city and state) of the last high school you attended or where you obtained your GED high school equivalency.

Largo High School   Largo, MD

**27** Have you ever attended college or graduate school?  YES [X]  If "YES", continue with 28.
NO   If "NO", go to 31.

**28** NAME AND LOCATION (city, state and ZIP Code) OF COLLEGE OR UNIVERSITY. If you expect to graduate within nine months, give the month and year you expect to receive your degree:

| Name | City | State | ZIP Code | Month/Year From | Month/Year To | Credit Hours Semester | Credit Hours Quarter | Type of Degree | Month/Year of Degree |
|---|---|---|---|---|---|---|---|---|---|
| 1) Moravian College | Bethlehem | PA | 18018 | 09/80 | 05/84 | 124 | | B.A. | 05/84 |
| 2) Bowie State College | Bowie | MD | 20715 | 01/85 | 05/85 | 6 | | | |
| 3) | | | | | | | | | |

**29** CHIEF UNDERGRADUATE SUBJECTS — Show major on the first line

| Subject | Semester | Quarter |
|---|---|---|
| 1) Accounting | 28 | |
| 2) Computer Science | 20 | |
| 3) Business & Economics | 18 | |

**30** CHIEF GRADUATE SUBJECTS — Show major on the first line

| Subject | Semester | Quarter |
|---|---|---|
| 1) | | |
| 2) | | |
| 3) | | |

**31** If you have completed any other courses or training related to the kind of jobs you are applying for (trade, vocational, Armed Forces, business) give information below.

| Name and Location of School | Month/Year From | Month/Year To | Classroom Hours | Subject(s) | Training Completed YES | NO |
|---|---|---|---|---|---|---|
| 1) School Name / City / State / ZIP Code | | | | | | |
| 2) School Name / City / State / ZIP Code | | | | | | |

## SPECIAL SKILLS, ACCOMPLISHMENTS AND AWARDS

**32** Give the title and year of any honors, awards or fellowships you have received. List your special qualifications, skills or accomplishments that may help you get a job. Some examples are: skills with computers or other machines; most important publications (do not submit copies); public speaking and writing experience; membership in professional or scientific societies; patents or inventions; etc.

Special Recognition Award for Special Act or Service (1986); Outstanding Performance Award (1987); Special Achievement Award (1994); Star Award (1996); Special Act Award (1997); Special Act Award (1998); Special Act (2000); Special Act Award (2000); Star Award (2002); Mission Achievement Award (2002)

**33** How many words per minute can you: TYPE? TAKE DICTATION?
N/A   N/A
Agencies may test your skills before hiring you.

**34** List job-related licenses or certificates that you have, such as: registered nurse; lawyer; radio operator; driver's; pilot's; etc.

| License or Certificate | Date of Latest License or Certificate | State or Other Licensing Agency |
|---|---|---|
| 1) N/A | | |
| 2) | | |

**35** Do you speak or read a language other than English (include sign language)? Applicants for jobs that require a language other than English may be given an interview conducted solely in that language.
YES    If "YES", list each language and place an "X" in each column that applies to you.
NO [X] If "NO", go to 36.

| Language(s) | Can Prepare and Give Lectures Fluently | With Difficulty | Can Speak and Understand Fluently | Passably | Can Translate Articles Into English | From English | Can Read Articles for Own Use Easily | With Difficulty |
|---|---|---|---|---|---|---|---|---|
| 1) | | | | | | | | |
| 2) | | | | | | | | |

## REFERENCES

**36** List three people who are not related to you and are not supervisors you listed under 24 who know your qualifications and fitness for the kind of job for which you are applying. At least one should know you well on a personal basis.

| Full Name of Reference | Telephone Number(s) (Include Area Code) | Present Business or Home Address (Number, street and city) | State | ZIP Code |
|---|---|---|---|---|
| 1) Noel Villanueva | (703) 516-1349 | FDIC  3501 N Fairfax Dr., Arlington | VA | 22206 |
| 2) Julie Howland | (202) 898-6515 | FDIC  Washington | DC | |
| 3) Mark Brenneman | (703) 516-1447 | FDIC  3501 N Fairfax Dr., Arlingtn | VA | 22206 |

## Knowledge, Skills And Abilities

PADILLA, Noreen C.
Supervisory IT Specialist                    2003-HQ-2360                                     10-09-2003

1. Ability to manage large projects and applications within established timeframes and budget contraints.

As Project Manager of GENESYS and most recently the ViSION Project, I have demonstrated my abilities in managing and coordinating large development projects. In this capacity, I worked with the project team to establish timeframes and verify that the timeframes and resources allocated matched any budget constraints. As with any large development project, if there were discrepancies, I worked with senior management to consider alternatives. Always during the development of the project, I worked at ensuring deadlines and budget targets. Furthermore, as Unit Chief, I monitor the project codes assigned to my Unit to ensure budget targets. I also work with the individual project managers assigned to my Unit in ensuring that their projects remain on schedule.

2. Knowledge of the functions and capabilities of ADP hardware, software and telecommunications systems.
I have been developing systems for the Federal government for over 15 years and have a thorough understanding of IT policies, principles, practices and techniques. In particular, over the last 7 years I have been involved in developing large scale, complex systems. While designing these systems, I must take into consideration the current ADP hardware and software configurations. In addition, I worked closely with the technical infrastructure group and the telecommunications section to ensure operability & responsiveness as designed and expected.

3. Knowledge of budget, cost analysis, and resource management.
As Unit Chief and Project Manager of the ViSION project, I have been directly involved in developing the budget, monitoring the costs, and assigning resources as either the Oversight Manager or Unit Manager. On a monthly basis I work with systems which monitor/track the budget and costs such as BAB Pear system, monthly DIRM cost reporting, EPRIS, and DCMS. In addition, as Oversight Manager of a $11+ million dollar contract, I was responsible for staffing and monitoring the resources assigned to the ViSION project. As Unit Chief I verify that the projects under my supervision, remain on budget.

4. Ability to identify client organization's information needs and develop technical alternatives for meeting the needs.
In my 15+ years of experience, one of my greatest strengths has been to work closely with the user and provide technical alternatives to meeting their business needs. In 2000, DIRM senior management requested that I assume the role of ViSION project manager because of it's complexity and the need to develop the next phase of the system to be scalable and utilize current technology. With the implementation of ViSION Phase 2 and 3, under my leadership the team was able to develop and n-tier architecture system and retire 3 major components of the legacy BITS system. Since it's implementation, the architecture has proven itself, making it one of the most used applications at the FDIC.

5. Ability to manage technical staff that report directly or through subordinate managers and to manage multiple large technical projects.

Currently I manage a staff of 7 project managers (IT Specialists) who manage the development and maintenance of numerous complex systems. In addition, as Project Manager of the ViSION project, I managed 10 DIRM IT staff and oversaw the efforts of 30 contractors. In this capacity I work directly with project managers (subordinate managers) to coordinate the efforts of several module development efforts. This required not only coordination of the development team, but members of technical infrastructure, security, and database management.

**Standard Form 171-A-- *Continuation Sheet for SF 171***

● Attach all SF 171-A's to your application at the top of page 3.

Form Approved:
OMB No. 3206-0012

1. Name (Last, First, Middle Initial)
PADILLA, Noreen C.

2. Social Security Number

3. Job Title or Announcement Number You Are Applying For
Supervisory IT Specialist 2003-HQ-2360

4. Date Completed
10-09-2003

**ADDITIONAL WORK EXPERIENCE BLOCKS**

**B** | Name and address of employer's organization (Include ZIP Code, if known)
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive
Arlington VA 22206

Dates employed (give month, day and year)
From: 1/2001  To: 04/2003

Salary or earnings
Starting $ GG-14 per
Ending $ GG-14 per

Average number of hours per week: 40

Number of employees you supervised: 0

Your reason for leaving
Temporary Position

Your immediate supervisor
Name: Angel Santa
Area Code Telephone No.: 703-516-1071

Exact title of your job
Senior Computer Specialist

If Federal employment (civilian or military) list series, grade or rank, and, if promoted in this job, the date of your last promotion
334 - 14 - 4/97

Description of work: Describe your specific duties, responsibilities and accomplishments in this job, including the job title(s) of any employees you supervised. If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.

At the request of DIRM senior management, accepted a temporary assignment to serve as Project Manager of the Virtual Supervisory Information On the 'Net (ViSION) project. The ViSION system replaces the current Bank Information Tracking System (BITS) as the major information system for the Division of Supervision and Consumer Affairs (DSC). This multi-phase project was designed to modernize and consolidate the work processes performed by DSC regional office case managers.

Duties included:
- Managing all facets of the SDLC to include planning, development and analysis of project plans, budgets, and schedules, project definition reports, and cost-benefit analyses;
- Providing guidance and leadership to the ViSION subprojects/modules;
- Coordination of SDLC activities and deliverables across the ViSION project with customers, developers and with specialty and support groups within DIRM;
- Identification and resolution of issues that affect the ViSION budget, schedule, and deliverables;
- Project management, including monitoring budgets and resource utilization, monitoring and reporting progress, setting priorities and adjusting schedules, and managing emergency situations;
- Served as Oversight Manager of the contract which supported the ViSION and several other subsystems for the section. The contract total exceeds $11 million.
- Brief senior DIRM & DSC management of project status.

Accomplishments:
- Implemented 2 major phases (Phase 2 & 3) of ViSION under my supervision/leadership. ViSION Phase 2 included a complete change to the architecture, making the system scalable and made best use of current technology. Implementation of ViSION Phase 3 included the implementation of the Supervisory Tracking & Reporting, Offsite, Case Administration, and ViSION reporting database.
- ViSION is the most used application at the FDIC. Implementing a system of this size required coordination with all groups within DIRM (Security, TIM, Database Administration, Other Development Areas) and with other clients that depend on this data.

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER
PREVIOUS EDITION USABLE

Standard Form 171-A (Rev. 6-88)
U.S. Office of Personnel Management
FPM Chapter 295

# Standard Form 171-A-- *Continuation Sheet for SF 171*

Form Approved:
OMB No. 3206-0012

* Attach all SF 171-A's to your application at the top of page 3.

1. Name *(Last, First, Middle Initial)*
PADILLA, Noreen C.

2. Social Security Number

3. Job Title or Announcement Number You Are Applying For
Supervisory IT Specialist 2003-HQ-2360

4. Date Completed
10-09-2003

## ADDITIONAL WORK EXPERIENCE BLOCKS

**C**

Name and address of employer's organization *(include ZIP Code, if known)*
Federal Deposit Insurance Corp.
3501 N. Fairfax Drive
Arlington     VA    22206

Dates employed *(give month, day and year)*
From: 8/1998    To: 1/2001

Salary or earnings
Starting $ GG-14  per
Ending $ GG-14   per

Average number of hours per week
40

Number of employees you supervised
8

Your reason for leaving
Career Growth & Opportunity

Your immediate supervisor
Name: Mark Watson
Area Code Telephone No. 703-516-1410

Exact title of your job
Supervisory Computer Specialist

If Federal employment *(civilian or military)* list series, grade or rank, and, if promoted in this job, the date of your last promotion
334 - 14 - 4/97

Description of work: Describe your specific duties, responsibilities and accomplishments in this job, including the job title(s) of any employees you supervised. *If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.*

Unit Chief, Examination Systems Support Unit (ESU), DOS Software Management Section, Business Applications Branch

Directed a team of Project Managers and Developers in the development and maintenance of Division of Supervision (DOS) examination systems. Accountable for an operating budget in excess of $2 million. Efforts included the planning and coordination of key systems in support of the Division of Supervision, the Federal Reserve System, and the Conference of State Bank Supervisors. Client includes a customer base of 5,000 safety and soundness examiners and case managers. In 2000, the ESU was responsible for two major development efforts (General Examination System [GENESYS] and Interagency Exam Repository [IER]), numerous enhancements to current systems (FIAT, EBS, IRRSA, MIRA, ALERT, and ED) and development of small scale projects (Examiner Download System), and the maintenance of all examination systems which includes the above and others.

As Unit Chief, my duties include supervising and leading the following activities:
- Worked with Technical Infrastructure in establishing 3rd party tool standards and incorporating these standards to support software distribution on the laptop;
- Created a development workplace that served as the prototype for a branch level "developers lab."
- ·Supervised efforts on several proof-of-concept projects (Single Sign-On and SML).
- Participated and facilitated technical conferences for FRS, CSBS, and DIRM FOR staff on all examiner related applications.
- Oversaw efforts in ensuring quality service for the Examiner Systems Support Desk.
- Cultivated an environment/atmosphere of shared knowledge and technical expertise.

Served as Oversight Manager for the Microsoft Premier Support contract for the Branch. Assisted in the development of Section goals and provided alternatives in creating solutions to meet goals. Performed supervisory and administrative functions such as project/unit status reporting, budget reporting, participation in the DCOP program, diversity initiatives, and frequently served as Acting Section Chief.

Encouraged personal and professional growth among the members of the Unit. Strongly support and encourage team work, resulting in consistent demonstrations of cooperation. Facilitated and fostered good client relationships. Supported training initiatives for each member of the staff.

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER
PREVIOUS EDITION USABLE

Standard Form 171-A (Rev. 6-88)
U.S. Office of Personnel Management
FPM Chapter 295

# Standard Form 171-A -- *Continuation Sheet for SF 171*

Form Approved: OMB No. 3206-0012

*Attach all SF 171-A's to your application at the top of page 3.*

**1. Name** *(Last, First, Middle Initial)*
PADILLA, Noreen C.

**2. Social Security Number**

**3. Job Title or Announcement Number You Are Applying For**
Supervisory IT Specialist 2003-HQ-2360

**4. Date Completed**
10-09-2003

## ADDITIONAL WORK EXPERIENCE BLOCKS

**D**

**Name and address of employer's organization** *(include ZIP Code, if known)*
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive
Arlington     VA    22206

**Dates employed** *(give month, day and year)*
From: 1/96     To: 8/98

**Salary or earnings**
Starting $ CG13   per
Ending  $ CG14   per

**Average number of hours per week:** 45

**Number of employees you supervised:** 0

**Your reason for leaving:** Additional Experience

**Your immediate supervisor**
Name: Mark Watson
Area Code Telephone No.: (703) 516-1410

**Exact title of your job:** Senior Computer Specialist

**If Federal employment** *(civilian or military)* list series, grade or rank, and, if promoted in this job, the date of your last promotion:
334 - 14 - 4/97

**Description of work:** Describe your specific duties, responsibilities and accomplishments in this job, Including the job title(s) of any employees you supervised. *If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.*

As Project Manager of the Division of Supervision (DOS) General Examination System (GENESYS), I was responsible for planning, coordinating, developing, and implementing this interagency national system to support the examination efforts of 2,300 FDIC DOS Examiners and an additional 3,000 Federal Reserve System and State Banking examiners. Oversaw the efforts of DIRM employees as well as over 25 contractors in the development and design of this complex system. Duties included assisting the Unit Chief in the development of feasibility studies, cost-benefit analysis, project work plan, project training and implementation plans, and procurement of contractor resources. Supervised the development of the requirements, system design, and programming standards documentation, programming and design efforts, testing, debugging, and configuration management. Worked directly with the users to ensure that requirements have been met and that the the most effective utilization of tools and media are used. Provided input to the Unit Chief on performance of team members and contractors.

Served as Project Manager of GENESYS from January 1996 through its implementation in October 1998. Supervised all phases of the SDLC. The system was developed using Visual Basic 5, various Visual Basic add-on tools, Access 8.0 relational database, Microsoft Word/Excel/Binder, operating on a Windows 95 laptop. Utilized Microsoft's Visual Source Safe to institute sound software configuration management. Established teams to develop programming standards, quality assurance procedures, common object usage, integration, and documentation. Utilized Microsoft Project to aid in the management of each phase of the life cycle.

GENESYS is a high profile system, which used the latest technology for a large user community. I demonstrated my management and communication abilities by working with all levels of management as well as overseeing the technical efforts of the development team. Worked closely with the program staff in understanding functional requirements and providing guidance in documentation. Presented numerous demos to a wide array of audiences in the use and functionality of GENESYS. Prepared weekly briefings to senior management regarding the status of the GENESYS development. Prepared weekly status reports to DIRM management.

# Standard Form 171-A -- *Continuation Sheet for SF 171*

Form Approved:
OMB No. 3206-0012

* Attach all SF 171-A's to your application at the top of page 3.

| 1. Name *(Last, First, Middle Initial)* | 2. Social Security Number |
|---|---|
| PADILLA, Noreen C. | |

| 3. Job Title or Announcement Number You Are Applying For | 4. Date Completed |
|---|---|
| Supervisory IT Specialist 2003-HQ-2360 | 10-09-2003 |

## ADDITIONAL WORK EXPERIENCE BLOCKS

**E**

| Name and address of employer's organization *(include ZIP Code, if known)* | Dates employed *(give month, day and year)* | Average number of hours per week | Number of employees you supervised |
|---|---|---|---|
| Resolution Trust Corporation (RTC) / FDIC<br>1735 N. Lynn Street<br><br>Rosslyn  VA  22209 | From: 05/18/91  To: 01/01/96 | 40 | |
| | Salary or earnings<br>Starting $ GG-13  per<br>Ending $ GG-13  per | Your reason for leaving<br>RTC charter expired; employment continued with the FDIC | |

| Your immediate supervisor | | Exact title of your job | If Federal employment *(civilian or military)* list series, grade or rank, and, if promoted in this job, the date of your last promotion |
|---|---|---|---|
| Name<br>J. Metz/ D. Peed | Area Code  Telephone No.<br>(703) 908-7908 | Computer Specialist | GG 301/13 |

Description of work: Describe your specific duties, responsibilities and accomplishments in this job, including the job title(s) of any employees you supervised. If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.

As a Computer Specialist for the Legal Systems Unit, I was responsible for the system analysis, design, and development; system testing; system implementation; documentation; and maintenance. I met with end users to determine initial requirements and adhere to standard development practices throughout the Systems Development Life Cycle (SDLC). I worked with all levels of management in advising the best alternatives for application design and development; supervised programmers and contractors in the development of all applications.

- Served as technical advisor and Project Management to RTC's Correspondence Control Manager (CCM). CCM is a network based off-the-shelf system designed to track correspondence and other related documents. I was responsible in administering the use of 200+ users nation-wide. It was my responsibility to assess users needs and modify the system accordingly. My duties also included installing software upgrades, management of Banyan access rights lists, management of user groups, conversion of data, and the coordination of all CCM training. I also initiated all contracting with DOMUS for services and software totaling over $250,000, ensuring that all financial and contracting guidelines were met and followed.
- Served as the Project Manager in the development of the Professional Liability Case Tracking System. This client-server based system was written in Visual Basic, with a SQL Server database supporting the entire Professional Liability Section in tracking lawsuits, settlements, and appeals. This system was also heavily utilized as a management tool to prepare responses to Congress, the public, as well as outside sources such as the media and other Government agencies. PLSCTS was utilized by over 150 legal professionals nationwide. My responsibilities as Project manager included supervising and/or participating in the requirements definition phase, development and design phase, and implementation. PLSCTS was the first Client-Servers system developed in Visual Basic at the RTC. I supervised the programming efforts of several contract employees in the development of PLSCTS.

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER
PREVIOUS EDITION USABLE

Standard Form 171-A (Rev. 6-88)
U.S. Office of Personnel Management
FPM Chapter 295

# Standard Form 171-A -- *Continuation Sheet for SF 171*

* Attach all SF 171-A's to your application at the top of page 3.

Form Approved:
OMB No. 3206-0012

**1. Name** (Last, First, Middle Initial)
PADILLA, Noreen C.

**2. Social Security Number**

**3. Job Title or Announcement Number You Are Applying For**
Supervisory IT Specialist 2003-HQ-2360

**4. Date Completed**
10-09-2003

## ADDITIONAL WORK EXPERIENCE BLOCKS

**E**

**Name and address of employer's organization** (include ZIP Code, if known)
Resolution Trust Corporation (RTC) / FDIC
1735 N. Lynn Street
Rosslyn                                       VA   22209

**Dates employed** (give month, day and year)
From: 05/18/91   To: 01/01/96

**Average number of hours per week:** 40

**Number of employees you supervised:**

**Salary or earnings**
Starting $ GG-13 per
Ending $ GG-13 per

**Your reason for leaving**
RTC charter expired; employment continued with the FDIC

**Your immediate supervisor**
Name: J. Metz/ D. Peed
Area Code Telephone No. (703) 908-7908

**Exact title of your job:** Computer Specialist

**If Federal employment** (civilian or military) list series, grade or rank, and, if promoted in this job, the date of your last promotion
GG 301/13

**Description of work:**

As a Computer Specialist for the Legal Systems Unit, I was responsible for the system analysis, design, and development; system testing; system implementation; documentation; and maintenance. I met with end users to determine initial requirements and adhere to standard development practices throughout the Systems Development Life Cycle (SDLC). I worked with all levels of management in advising the best alternatives for application design and development; supervised programmers and contractors in the development of all applications.

- Served as technical advisor and Project Management to RTC's Correspondence Control Manager (CCM). CCM is a network based off-the-shelf system designed to track correspondence and other related documents. I was responsible in administering the use of 200+ users nation-wide. It was my responsibility to assess users needs and modify the system accordingly. My duties also included installing software upgrades, management of Banyan access rights lists, management of user groups, conversion of data, and the coordination of all CCM training. I also initiated all contracting with DOMUS for services and software totaling over $250,000, ensuring that all financial and contracting guidelines were met and followed.
- Served as the Project Manager in the development of the Professional Liability Case Tracking System. This client-server based system was written in Visual Basic, with a SQL Server database supporting the entire Professional Liability Section in tracking lawsuits, settlements, and appeals. This system was also heavily utilized as a management tool to prepare responses to Congress, the public, as well as outside sources such as the media and other Government agencies. PLSCTS was utilized by over 150 legal professionals nationwide. My responsibilities as Project manager included supervising and/or participating in the requirements definition phase, development and design phase, and implementation. PLSCTS was the first Client-Servers system developed in Visual Basic at the RTC. I supervised the programming efforts of several contract employees in the development of PLSCTS.

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER
PREVIOUS EDITION USABLE

Standard Form 171-A (Rev. 6-88)
U.S. Office of Personnel Management

# Standard Form 171-A -- *Continuation Sheet for SF 171*

Form Approved:
OMB No. 3206-0012

* Attach all SF 171-A's to your application at the top of page 3.

**1. Name** *(Last, First, Middle Initial)*
PADILLA, Noreen C.

**2. Social Security Number**

**3. Job Title or Announcement Number You Are Applying For**
Supervisory IT Specialist 2003-HQ-2360

**4. Date Completed**
10-09-2003

## ADDITIONAL WORK EXPERIENCE BLOCKS

**F**

**Name and address of employer's organization** *(include ZIP Code, if known)*
Government Printing Office
N. Capitol & H Sts. N.W.
Washington     DC    20401

**Dates employed** *(give month, day and year)*
From: 04/02/90     To: 05/17/91

**Average number of hours per week:** 40

**Number of employees you supervised:** 0

**Salary or earnings**
Starting $ GG-13 per
Ending $ GG-13 per

**Your reason for leaving**
Professional growth opportunities

**Your immediate supervisor**
Name: Wanda Garrison
Area Code Telephone No. (202) 275-2792

**Exact title of your job:** Financial Information Analyst

**If Federal employment** *(civilian or military)* list series, grade or rank, and, if promoted in this job, the date of your last promotion
GG 501/13   4/2/90

**Description of work:** Describe your specific duties, responsibilities and accomplishments in this job, including the job title(s) of any employees you supervised. *If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.*

As a Financial Information Analyst in the Financial Systems Branch, my duties involved: 1) serving as team leader to various projects relating to the analysis, design, testing, implementation, and maintenance of various Office of Financial (OFM) management systems; 2) served as in integral member of the staff which administered the OFM LAN; 3) served as a resource person to OFM and all of GPO with regards to PC problems, questions, and supervised in the development of GPO PC applications.

- Extensive experience in designing and developing LAN-based Clipper and dBase applications, writing system document ion, conducting presentations, and developing and conducting user training.

- Served as Project Leader in the design, development and implementation of the OFM Accounts Receivable system.

- Worked as assistant to the Network Administrator of the 3Com network. My duties included loading system software, maintaining user profiles, resolving PC software/hardware failures, as well as contribute to the planning and administration of the network.

# Standard Form 171-A -- *Continuation Sheet for SF 171*

* Attach all SF 171-A's to your application at the top of page 3.

Form Approved:
OMB No. 3206-0012

| 1. Name (Last, First, Middle Initial) | 2. Social Security Number |
|---|---|
| PADILLA, Noreen C. | |

| 3. Job Title or Announcement Number You Are Applying For | 4. Date Completed |
|---|---|
| Supervisory IT Specialist 2003-HQ-2360 | 10-09-2003 |

**ADDITIONAL WORK EXPERIENCE BLOCKS**

**G**

| Name and address of employer's organization | Dates employed | Average number of hours per week | Number of employees you supervised |
|---|---|---|---|
| Government Printing Office<br>N. Capitol & H Sts. N.W.<br>Washington DC 20401 | From: 06/01/88  To: 04/02/90 | 40 | |
| | Salary or earnings<br>Starting $ GG-11 per<br>Ending $ GG-12 per | Your reason for leaving<br>Advancement | |

| Your immediate supervisor Name | Area Code Telephone No. | Exact title of your job | If Federal employment (civilian or military) list series, grade or rank, and, if promoted in this job, the date of your last promotion |
|---|---|---|---|
| Rod Dahl | (202) 275-2792 | Systems Accountant/<br>Financial Info. Analyst | GG 501/12  2/26/89 |

Description of work:

My duties as Systems Accountant consisted of designing and developing PC applications for the Office of Financial Management (OFM) and other Division of the Government Printing Office. I chaired and participated in various tasks forces chartered with designing and developing new mainframe application for GPO. These duties required that I have thorough knowledge of professional accounting principles, policies, procedures, theories and financial reporting standards.

# Standard Form 171-A— *Continuation Sheet for SF 171*

Form Approved:
OMB No. 3206-0012

* Attach all SF 171-A's to your application at the top of page 3.

**1. Name** *(Last, First, Middle Initial)*
PADILLA, Noreen C.

**2. Social Security Number**

**3. Job Title or Announcement Number You Are Applying For**
Supervisory IT Specialist 2003-HQ-2360

**4. Date Completed**
10-09-2003

## ADDITIONAL WORK EXPERIENCE BLOCKS

**H**

| Name and address of employer's organization *(include ZIP Code, if known)* | Dates employed | Average number of hours per week | Number of employees you supervised |
|---|---|---|---|
| Government Printing Office<br>N. Capitol & H Sts. N.W.<br>Washington     DC     20401 | From: 09/22/87   To: 06/01/88 | 40 | |

| Salary or earnings | Your reason for leaving |
|---|---|
| Starting $ GG-9    per<br>Ending $ GG-11   per | Career advancement;<br>Gain additional experience |

| Your immediate supervisor | Exact title of your job | If Federal employment *(civilian or military)* list series, grade or rank, and, if promoted in this job, the date of your last promotion |
|---|---|---|
| Name: Leo Clow<br>Area Code Telephone No. (202) 275-2912 | Operating Accounting | GG 510/11  02/05/88 |

**Description of work:** Describe your specific duties, responsibilities and accomplishments in this job, including the job title(s) of any employees you supervised. *If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.*

As an Operating Accountant for the Accounting Processing Section, I was responsible for the management of the Superintendent of Documents Salaries & Expenses Obligations System. Monitored all obligations, ensuring that they never exceeded the appropriated or budgeted amount. Produced monthly financial reports for management. Made recommendations to management on automation proposals. Designed and developed several PC-based systems to replace manual processes.

# Standard Form 171-A-- *Continuation Sheet for SF 171*

• Attach all SF 171-A's to your application at the top of page 3.

Form Approved:
OMB No. 3206-0012

| 1. Name (Last, First, Middle Initial) | 2. Social Security Number |
|---|---|
| PADILLA, Noreen C. | |

| 3. Job Title or Announcement Number You Are Applying For | 4. Date Completed |
|---|---|
| Supervisory IT Specialist 2003-HQ-2360 | 10-09-2003 |

## ADDITIONAL WORK EXPERIENCE BLOCKS

**I**

| Name and address of employer's organization (include ZIP Code, if known) | Dates employed (give month, day and year) | Average number of hours per week | Number of employees you supervised |
|---|---|---|---|
| Government Printing Office<br>N. Capitol & H Sts. NW<br><br>Washington     DC    20401 | From: 01/04/85   To: 09/22/87 | 40 | |
| | Salary or earnings<br>Starting $ GG-5    per<br>Ending  $ GG-9    per | Your reason for leaving<br>Gain additional experience. | |

| Your immediate supervisor | | Exact title of your job | If Federal employment (civilian or military) list series, grade or rank, and, if promoted in this job, the date of your last promotion |
|---|---|---|---|
| Name<br>William Boesch | Area Code   Telephone No.<br>(202) 275-2636 | Operating Accountant | GG 510/9    2/3/87 |

Description of work: Describe your specific duties, responsibilities and accomplishments in this job, including the job title(s) of any employees you supervised. If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.

As an Operating Accountant in the General Ledger Section, General Accounting Branch, I attained significant knowledge and expertise in the use of the GPO General Ledger System. I obtained this knowledge through formal training and by the instrumental role I played in the implementation of the General Ledger System, and through extensive daily use. I was responsible for monitoring all numbering, coding, and reporting structures used. Designed and administered any changes to reports. Gained knowledge in all subsidiary systems.

- Responsible for preparing the financial statements for the Government Printing Office.
- Completed journal entries and reconciled subsidiary accounts.
- Designed and developed a task management systems for the Office of the Comptroller.

**BACKGROUND INFORMATION** - You must answer each question in this section before we can process your application.

| # | Question | YES | NO |
|---|---|---|---|
| 37 | Are you a citizen of the United States? *(In most cases you must be a U.S. citizen to be hired. You will be required to submit proof of identity and citizenship at the time you are hired.)* If "NO", give the country or countries you are a citizen of: | | X |

**NOTE:** It is important that you give complete and truthful answers to questions 38 through 44. If you answer "YES" to any of them, provide your explanation(s) in Item 45. Include convictions resulting from a plea of nolo contendere *(no contest)*. Omit: 1) traffic fines of $100.00 or less; 2) any violation of law committed before your 16th birthday; 3) any violation of law committed before your 18th birthday, if finally decided in juvenile court or under a Youth Offender law; 4) any conviction set aside under the Federal Youth Corrections Act or similar State law; 5) any conviction whose record was expunged under Federal or State law. We will consider the date, facts, and circumstances of each event you list. In most cases you can still be considered for Federal jobs. However, **if you fail to tell the truth or fail to list all relevant** events or circumstances, this may be grounds for not hiring you, for firing you after you begin work, or for criminal prosecution (18 USC 1001).

| # | Question | YES | NO |
|---|---|---|---|
| 38 | During the last **10 years**, were you **fired from any job** for any reason, did you quit **after being told that you would be fired**, or did you leave by mutual agreement because of specific problems? | | X |
| 39 | Have you **ever** been convicted of, or forfeited collateral for **any felony violation?** *(Generally, a felony is defined as any violation of law punishable by imprisonment of longer than one year, except for violations called misdemeanors under State law which are punishable by imprisonment of two years or less.)* | | X |
| 40 | Have you ever been convicted of, or forfeited collateral for **any firearms or explosives violation?** | | X |
| 41 | Are you now under charges for any violation of law? | | X |
| 42 | During the **last 10 years** have you forfeited collateral, been convicted, been imprisoned, been on probation, or been on parole? Do **not** include violations reported in 39, 40, or 41, above. | | X |
| 43 | Have you ever been convicted by a military **court-martial?** If no military service, answer "NO". | | X |
| 44 | Are you **delinquent** on any Federal debt? *(Include delinquencies arising from Federal taxes, loans, overpayment of benefits, and other debts to the U.S. Government plus defaults on Federally guaranteed or insured loans such as student and home mortgage loans.)* | | X |

45  If "YES" in: 38 - Explain for each job the problem(s) and your reason(s) for leaving. Give the employer's name and address.
    39 through 43 - Explain each violation. Give place of occurrence and name/address of police or court involved.
    44 - Explain the type, length and amount of the delinquency or default, and steps you are taking to correct errors or repay the debt. Give any identification number associated with the debt and the address of the Federal agency involved.
    NOTE: If you need more space, use a sheet of paper, and include the item number.

| Item No. | Date (Mo./Yr.) | Explanation | Mailing Address |
|---|---|---|---|
| | | | Name of Employer, Police, Court, or Federal Agency |
| | | | City / State / ZIP Code |
| | | | Name of Employer, Police, Court, or Federal Agency |
| | | | City / State / ZIP Code |

| # | Question | YES | NO |
|---|---|---|---|
| 46 | Do you receive, or have you ever applied for retirement pay, pension, or other pay based on military, Federal civilian, or District of Columbia Government service? | | X |
| 47 | Do any of your relatives work for the United States Government or the United States Armed Forces? Include: *father; mother; husband; wife; son; daughter; brother; sister; uncle; aunt; first cousin; nephew; niece; father-in-law; mother-in-law; son-in-law; daughter-in-law; brother-in-law; sister-in-law; stepfather; stepmother; stepson; stepdaughter; stepbrother; stepsister; half brother; and half sister.* If "YES", provide details below. If you need more space, use a sheet of paper. | | X |

| Name | Relationship | Department, Agency or Branch of Armed Forces |
|---|---|---|
| | | |
| | | |

**SIGNATURE, CERTIFICATION, AND RELEASE OF INFORMATION**

# YOU MUST SIGN THIS APPLICATION. Read the following carefully before you sign.

- A false statement on any part of your application may be grounds for not hiring you, or for firing you after you begin work. Also, you may be punished by fine or imprisonment (U.S. Code, title 18, section 1001).
- If you are a male born after December 31, 1959 you must be registered with the Selective Service System or have a valid exemption in order to be eligible for Federal employment. You will be required to certify as to your status at the time of appointment.
- I understand that any information I give may be investigated as allowed by law or Presidential order.
- I consent to the release of information about my ability and fitness for Federal employment by *employers, schools, law enforcement agencies and other individuals and organizations,* to *investigators, personnel staffing specialists, and other authorized employees of the Federal Government.*
- I certify that, to the best of my knowledge and belief, all of my statements are true, correct, complete, and made in good faith.

| 48 SIGNATURE *(Sign each application in dark ink)* | 49 DATE SIGNED *(Month, day, year)* |
|---|---|
| *[signature]* | 10/10/03 |

Page 4    Printed By: Quick & Easy Federal Jobs Kit
4800 Linglestown Road, Suite 201, Harrisburg, PA 17112 (717)652-4344    *U.S. Government Printing Office: 1993 — 342-199/60115

**Federal Deposit Insurance Corporation**
**Performance Management Program**
**PERFORMANCE PLAN AND EVALUATION**
**Computer Specialists**

## SECTION A - EMPLOYEE INFORMATION

| EMPLOYEE NAME (Last, First, MI) | SOCIAL SECURITY NUMBER |
|---|---|
| Padilla, Noreen C | |

| POSITION TITLE | PAY PLAN / SERIES / GRADE |
|---|---|
| SENIOR COMPUTER SPECIALIST | CG / 0334 / 14 |

| DIVISION/OFFICE | LOCATION |
|---|---|
| DIVISION OF INFORMATION RESOUR | WASHINGTON, DC |

| PURPOSE OF EVALUATION (Check one) | RATING PERIOD | | | |
|---|---|---|---|---|
| | FROM | | TO | |
| | MONTH | YEAR | MONTH | YEAR |
| [X] Annual  [ ] Other (Specify) | 09 | 2001 | 08 | 2002 |

## SECTION B - PERFORMANCE CRITERIA

| | Meets | Does Not Meet |
|---|---|---|
| **01. Technical/Analytical Skills:** Development and maintenance of technical knowledge to perform the duties of the position and the application of such knowledge. Demonstrates up-to-date working knowledge of relevant policies, procedures, practices and/or the ability to locate and interpret and apply various reference sources. Demonstrates the ability to apply this knowledge effectively and in an independent and accurate manner. Stays abreast of changes in relevant work-related applications and other external factors that influence the technical requirements of the position. Applies analytical skills to develop accurate work products even when the issues are unusual or complex. Demonstrates consistent, independent decision-making abilities that reflect sound judgement and are exercised at times under greater than normal pressure or adverse circumstances. | [X] | [ ] |
| **02. Organizational Skills:** Ability to plan, organize, implement, and monitor assignments or projects; ability to manage time; achieve deadlines; take initiative in requesting additional assignments and development activities; ability to recognize and respond to changing priorities and circumstances; and adhere to policy. Effectively establishes the scope of a project or assignment. Recognizes and solves problems, prioritizes objectives, considers organizational priorities and other factors (e.g., cost) when planning work assignments. Demonstrates efficient use of time and resources to produce a quality product with minimal guidance or direction. Manages assignments effectively by recognizing and promptly reacting to changing priorities and circumstances. Uses and safeguards Corporation equipment, data and resources prudently. Prepares and submits various reports, memoranda, etc., in a timely and accurate manner. Shows willingness to accept additional or special assignments, as work permits, and successfully completes them without compromising on-going assignments/projects. Participates fully and effectively as a team member. | [X] | [ ] |
| **03. Oral Comm./Interpersonal Skill:** Ability to listen to differing opinions, negotiate and obtain commitment, and convey technical and complex information in a clear and concise manner. Speaks to others in a clear, concise, informative, and well-organized manner facilitating communications and accomplishing objectives. Acts in a confident, professional, polite, and diplomatic manner in dealing with others to effectively address and negotiate issues. Makes | [X] | [ ] |

FDIC 2430/05J  Page 1 of 2

### SECTION B - PERFORMANCE CRITERIA

| | Meets | Does Not Meet |
|---|---|---|
| presentations that are appropriate to the audience, in proper perspective, and effectively cover the issues and appropriate subject matter. Listens well and respects differing opinions. Cooperates fully with co-workers and others to accomplish assignment objectives. Responds positively to constructive criticism to modify or correct weaknesses. Effectively communicates Corporation and organizational goals, objectives, and policies to other staff members and organizations. | | |
| 04. Written Communication Skills:<br><br>Quality and effectiveness of written products.<br><br>Prepares written products that are succinct, thoroughly researched and logical. Various elements of written products are consistently correct, in proper perspective, and are in concert with overall conclusions. Products written products that are neat, legible, well-organized, properly formatted, and conform to established guidelines. Narrative comments reflect proper grammar and spelling. Prepares written products that require only minimal editing to change the tone or organization of documents. Once editing is done, is able to understand the changes made and incorporate those changes into future assignments. Prepares work papers that leave a clear audit trail to final conclusions. Extent of documentation used to support conclusions is appropriate. | [X] | [ ] |

### SECTION C - SUMMARY RATING    [X] Meets Expectations    [ ] Does Not Meet Expectations*

* A rating of "Does Not Meet" on any performance criterion results in an overall rating of "Does Not Meet Expectations"

| Signature of Employee | Date 10/24/02 |
|---|---|
| Signature of Rating Official | Date 10/24/02 |
| Signature of Reviewing Official | Date |

### SECTION D - RATING OFFICIAL/EMPLOYEE/REVIEWING OFFICIAL COMMENTS

Name:    Santa, Angel L

Comments:

Ms. Padilla is a great team leader. She continues to excel in her responsibilities as the overall ViSION Project Leader. She is a hard worker constantly putting in the extra time and effort to move the project forward. Ms. Padilla constantly and consistently manages numerous tasks to completion. She is respected by her peers and management alike. Invaluable asset.