**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - x

SULTAN M. CHOWDHURY       :
    Plaintiff,         :
                :
    v.                 : Civil Action No. 05-
                : 2368(RMU)
MARTIN J. GRUENBEG,       :
    Defendant.         :

- - - - - - - - - - - - - x

Washington, D.C.
Friday, April 18, 2008

Deposition of

MARTIN D. HENNING

a witness of lawful age, taken on behalf of the Plaintiff, in the above-entitled action, before Paula J. Homann, Notary Public in and for the District of Columbia, in the law offices of Swick & Shapiro, 1225 Eye Street, N.W., Suite 1290, Washington, DC 20005, commencing at 10:46 a.m.

DIVERSIFIED REPORTING SERVICES, INC.
(202) 467-9200

**Page 2**

APPEARANCES:

On Behalf of the Plaintiff:

    DAVID SHAPIRO, ESQ.
    JAMES E. SIMPSON, ESQ.
    Swick & Shapiro, P.C.
    1225 Eye Street, N.W.
    Suite 1290
    Washington, D.C. 20005
    (202) 842-0300

On Behalf of the Defendant:

    VICTOR E. GEORGE, ESQ.
    TINA LAMOREAUX, ESQ.
    Legal Division
    Labor, Employment & Administration Section
    Federal Deposit Insurance Corporation
    3501 Fairfax Drive
    Room E-6004
    Arlington, Virginia 22226
    (703) 562-2395

ALSO PRESENT:
    SULTAN M. CHOWDHURY, THE PLAINTIFF
    * * * * *

**Page 3**

1 - Series of Emails, 03/10-03/14/2005,
    Re: Sultan Chowdhury                       65

2 - Handwritten Notes, Re: Ophelia Jones,
    ODEO, 04/20/04                             69

3 - Handwritten Memo and Notes, 06/02/05-06/06/05
    Re: Conversation with Mary Laverty         83

4 - List of Participants on CDR Implementation
    Team                                       92

5 - Handwritten Notes, 04/15/04, Re: Meetings with
    Sultan and Attached Emails                 147

6 - Email with Attached Unisys Eagan Service Center
    Site Visit Report, June 28-29, 2004        202

7 - Memo, 08/30/04, to Martin Henning from Sultan
    Chowdhury, Re: Your Notice of Unsatisfactory
    Performance -- PIP                         221

8 - Documents, Site Certification, with Attached
    Draft of Eagan Service Center Site Visit
    Report                                     230

9 - Emails, 10/29/04, through 11/01/04, Re:
    Eaga Site Visit Report                     235

**Page 4**

10 - Draft, Unisys Eagan Service Center, Review
     Date, 6/28/04                             237

11 - Emails, 06/04/04-06/10/04, with Attached
     Draft of Central Data Repository Business
     Contingency Plan                          240

12 - Email, 08/11/04, with Attached Draft of
     Central Data Repository Business Contingency
     Plan                                      242

13 - Email, 10/11/04, Subject: CDR BCP –
     Updated                                   248

MSJ - EXHIBIT 25

Page 57

1  US/OPM employees, or is it a contractor?
2  A  The management excellence program was
3  taught by both FDIC employees and contact staff. In
4  fact I was selected to be one of the FDIC folks to
5  help teach that program, and so I took the class and
6  then I was selected to -- I applied for and was
7  selected to help teach that class.
8  Q  Ah-ha. So was this all during the time
9  that you were in the division of supervision?
10  A  No.
11  Q  So it was afterward?
12  A  I taught -- I attended a class, as I
13  recall, when I was in the division of supervision.
14  My responsibilities for teaching the class included
15  the time I was in division of supervision and the
16  division of insurance.
17  Q  And how long a class is that class,
18  management excellence, that course? How long of a
19  course is that? Three days, a week, two weeks?
20  A  There were multiple lengths of the course,
21  and I'm trying to remember how long the ones I taught
22  were. They were at least a week long.
23  Q  I'm talking about the ones you took.

Page 58

1  A  Oh. At least a week long.
2  Q  Anything other than this management
3  excellence course that you took as a supervisor,
4  training, formal training for supervisors at FDIC?
5  A  There were multiple courses like that since
6  I became a supervisor, similar in nature, teaching
7  management principles. I attended one a couple of
8  years ago, I know. I don't remember --
9  Q  All at the FDIC?
10  A  Yes. I believe that's correct. And the
11  courses were at the, all of them, at the FDIC.
12  Q  Do you have a record of these courses
13  somewhere in your training record?
14  A  I don't personally have a record.
15  MR. SHAPIRO: Victor, I think there is a --
16  I think they keep in every employee's jacket a record
17  of courses taken from the training at the agency.
18  And I believe there's going to be a training record
19  for this employee. Can I get it?
20  MR. GEORGE: We'll attempt to get it for
21  you before the close of discovery.
22  MR. SHAPIRO: Thanks.
23  BY MR. SHAPIRO:

Page 59

1  Q  Okay. Do you now have a file that you keep
2  either in your office at FDIC or at home on Sultan
3  Chowdhury?
4  A  I do have paperwork related to Sultan
5  Chowdhury, yes.
6  Q  Yes. In your home office or in your
7  office, somewhere in your home or in your office at
8  the FDIC?
9  A  In my office at the FDIC.
10  Q  Okay. And it's a file that's retrievable
11  by Sultan Chowdhury's name, either Chowdhury or
12  Sultan or Chowdhury, comma, Sultan or Sultan
13  Chowdhury?
14  A  It has Sultan Chowdhury's name on it.
15  Q  So if I wanted to get it, and I asked you,
16  I said can I have the file on Sultan Chowdhury, you
17  could retrieve the file based on his name, correct?
18  A  Yes.
19  Q  Is that file listed in a system of records
20  with the FDIC?
21  A  I don't know.
22  Q  Have you made anybody else aware at the
23  FDIC of the existence of that file?

Page 60

1  A  Yes.
2  Q  Who is aware of the existence of that file?
3  A  Mr. George.
4  Q  When did you tell him that there was such a
5  file?
6  A  I don't remember the exact date.
7  Q  Within the last month?
8  A  No.
9  Q  Within the last year?
10  A  I don't know exactly the date, but when I -
11  - when Victor began working with me, I made him aware
12  of it.
13  MR. GEORGE: David, I will represent to you
14  that I have reviewed that entire file and you have
15  been provided with everything that is not privileged
16  contained in that file?
17  MR. SHAPIRO: Everything that is not
18  privileged. What does that mean, everything that is
19  not privileged?
20  MR. GEORGE: It means what it is.
21  MR. SHAPIRO: Are there privileged things
22  in that file?
23  MR. GEORGE: Communications between Mr.