IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
þíííííííííííííííííííííí»
                        °
SULTAN M. CHOWDHURY,    °
                        °
     Plaintiff,         °
v.                      ° Case No.
                        ° 05-02368 (JGP)
MARTIN J. GRUENBERG,    °
                        °
ACTING CHAIRMAN,        °
FEDERAL DEPOSIT         °
INSURANCE CORPORATION,  °
                        °
     Defendant.         °
þíííííííííííííííííííííí¼
```

Wednesday, September 12, 2007

DEPOSITION OF:

SULTAN M. CHOWDHURY

called for examination by counsel for the

Defendant, pursuant to notice of deposition,

at the Federal Deposit Insurance Corporation,

3501 Fairfax Drive, NW, Arlington, VA, at 1:14

p.m., when were present on behalf of the

respective parties:

**MSJ – EXHIBIT 26**

f5c7f65f-6298-4e91-9e42-c9e334705151

1 example, in his responses to KSAs, Complainant
2 indicated that he had managed 50 large complex
3 projects, but his resume does not support that
4 claim. During the course of a year, FDIC
5 generally runs no more than three to four such
6 projects, all of which are managed by
7 different people."
8 　　With regard to Mr. Brenneman's
9 claim that the FDIC only runs three to four
10 large, complex projects per year, do you agree
11 or disagree with that statement?
12 　　A　I don't know if I can accurately
13 answer that. I think I'll disagree with that,
14 generally disagree with that, but I couldn't
15 accurately answer that question.
16 　　Q　Do you recall stating in your
17 resume that you managed 50 large, complex
18 projects?
19 　　A　Yes, I do.
20 　　Q　Were you challenged on that point
21 during your interview?
22 　　A　He did not ask any question,

Page 227

1 whatsoever, in that regard.
2 　　Q　You stated earlier that Mr.
3 Brenneman is an Assistant Director in DIRM.
4 　　A　That was my knowledge at the time,
5 yes.
6 　　Q　Would you agree that Mr. Brenneman
7 has knowledge of what's going on in DIRM,
8 generally?
9 　　A　I think he should, yes.
10 　　Q　Would you agree that perhaps Mr.
11 Brenneman's knowledge of what's going on in
12 DIRM was perhaps superior to your knowledge?
13 　　A　Yes.
14 　　Q　Skipping down to Paragraph 9,
15 first sentence, "When one compares
16 Complainant's interview performance with the
17 selectees, it is clear that the selectees
18 distinguished themselves from Complainant and
19 other applicants by providing better and more
20 specific responses to the six questions asked
21 during the interviews."
22 　　Now I've already asked you, you

Page 228

1 were not present during anybody's interview
2 but your own. Correct?
3 　　A　That's correct.
4 　　Q　Going back to Paragraph 7 on page
5 2, beginning on page 2, "Based on my
6 instructions"--
7 　　A　I'm sorry. Paragraph?
8 　　Q　Paragraph 7 on page 2.
9 　　A　Which is the end of page 2.
10 　　Q　End of page 2, yes. "Based on my
11 instructions, Messrs. Elosser and Barker
12 submitted the names of their top five rated
13 candidates based on the applicant's
14 performance during the interviews", turn to
15 page 3. "I did not write down my rankings,
16 but I should note that we were all in general
17 agreement about the top rated applicants, and
18 Complainant was not among them."
19 　　Have you read that sentence before
20 today?
21 　　A　Yes, I've seen this in the ROI, I
22 guess.

Page 229

1 　　Q　Would you agree, also, that the
2 three interviewers were in a better position
3 than you to know how all the applicants
4 performed at their interviews?
5 　　A　I don't think I can answer that.
6 　　Q　Well, they were present for all of
7 the interviews. Correct?
8 　　A　There's the assumption. I was not
9 present in the interviews.
10 　　Q　Okay. I'll go back to your EEO
11 complaint. Please explain to me on what
12 basis, what factual basis do you have to
13 support your claim that your non-selection was
14 discriminatory in any way?
15 　　A　I thought I attempted to answer to
16 you the same question a few minutes ago. I am
17 basing the facts based on my knowledge,
18 general knowledge of the other candidates.
19 And based on my knowledge of my experience and
20 knowledge in the business of FDIC. All
21 projects listed by all the candidates are or
22 were significantly of lower complexity and so

Page 230

**Page 231**

1  on. So I'm basing the knowledge that -- I'm
2  sorry. I think it's very obvious to me that
3  first-hand in terms of experiences and
4  qualifications for managing those three
5  positions that were advertised, and my
6  knowledge of the three selectees were that
7  they're well less experienced, perhaps less
8  qualified than me.
9      Q   You just stated in your answer
10 that knowing the projects that they listed,
11 what projects are you referring to, and where
12 were they listed? Are you talking about in
13 their applications?
14     MR. SIMPSON: I'm going to object.
15 I think you've mischaracterized. I don't
16 recall him saying that they listed, but that
17 were listed. He didn't attribute it to them.
18     BY MR. GEORGE:
19     Q   Were listed where?
20     A   In various DIRM bulletin boards,
21 reports, and so forth.
22     Q   You didn't have occasion to see

**Page 232**

1  their applications for the position, did you?
2      A   I don't think I paid close
3  attention to it. I think they were in the
4  ROI. They may have been. I'm not sure.
5      Q   But you didn't see them prior to
6  filing your EEO complaint.
7      A   That is correct.
8      Q   So is it accurate to say that your
9  basis for filing the EEO complaint and
10 alleging discrimination is, as you stated,
11 that you felt that you were superior to the
12 other candidates?
13     A   In my judgment, yes, I was better
14 qualified, and better experienced than the
15 other candidates.
16     Q   And, therefore, your non-selection
17 must have been discriminatory. Is that your
18 conclusion?
19     A   Plus the other factor.
20     Q   What other factor, sir?
21     A   That I had an issue in DIRM, prior
22 EEO action, and the involvement of the

**Page 233**

1  selecting officials there.
2      Q   Mr. Brenneman, specifically?
3      A   Yes, sir.
4      Q   Okay.
5          MR. GEORGE: Let's go off the
6  record for just a moment.
7          (Whereupon, the proceedings went
8  off the record at 1:49:05 p.m., and went back
9  on the record at 2:03:14 p.m.)
10         MR. SIMPSON: Are we back on?
11         MR. GEORGE: We are.
12         BY MR. GEORGE:
13     Q   Mr. Chowdhury, I want to ask you
14 about the mid-year review that you received
15 from Mr. Henning on or about March 30th of
16 2004. Do you recall that?
17     A   Yes, 31st, I believe.
18     Q   Was it the 31st? Okay. Where did
19 that meeting take place?
20     A   In Mr. Henning's office.
21     Q   And do you recall, generally, what
22 was discussed?

**Page 234**

1      A   Yes.
2      Q   Could you please tell me?
3      A   It was almost the end of the day,
4  4:30 or later, on March 31st, and he handed me
5  in the blank review form. Well, I would also
6  qualify that I'm trying to recap an event
7  almost three years ago, so he mentioned to me
8  that he had some concern about my performance.
9  That caught me by surprise.
10     Q   Anything in particular?
11     A   Yes, I'm coming to that. Yes, he
12 mentioned that he wasn't satisfied with my
13 written communications. And I asked him how
14 so, and that how can I help to make him happy.
15 And I also cited my experience over almost 30
16 years, and first time ever I heard that.
17 Indeed, I was rather highly commended by many
18 people for my written communications, both
19 business and technically.
20         Then he said, "Oh, don't worry
21 about it. This goes nowhere. It's informal."
22 And he was mentioning it to me so it can be