IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

╔═══════════════════════════╗

SULTAN M. CHOWDHURY,

    Plaintiff,

v.                                       Case No.
                                         05-02368 (JGP)
MARTIN J. GRUENBERG,

ACTING CHAIRMAN,
FEDERAL DEPOSIT
INSURANCE CORPORATION,

    Defendant.

╚═══════════════════════════╝

Wednesday, September 12, 2007

DEPOSITION OF:

        SULTAN M. CHOWDHURY

called for examination by counsel for the

Defendant, pursuant to notice of deposition,

at the Federal Deposit Insurance Corporation,

3501 Fairfax Drive, NW, Arlington, VA, at 1:14

p.m., when were present on behalf of the

respective parties:

**MSJ - EXHIBIT 27**

f5c7f65f-6298-4e91-9e42-c9e334705151

```
 1   color, national origin, sex or gender, age,
 2   and reprisal for prior EEO activity. Correct?
 3       A    That is correct.
 4       Q    And in the Corrective Action you
 5   state, "Appointment in a CG-15 supervisory
 6   position, attorney costs, damages." Correct?
 7       A    Yes.
 8       Q    And on page 2 you state as your
 9   claim, "I was not selected for a CG-15
10   (lateral) supervisory position despite
11   superior experience and qualifications."
12   Correct?
13       A    Yes.
14       Q    You don't name any discriminating
15   official on page 2. Is there a reason for
16   that?
17       A    I don't recall of any reason. I
18   may have just ignored that.
19       Q    Did you have any prior dealings
20   with Mr. Brenneman, prior to your interview
21   for this position?
22       A    Yes, I did.
                                        Page 215
```

```
 1       Q    What were those dealings?
 2       A    We worked in the same division,
 3   and, of course, he was an Assistant Director,
 4   so I think at times he might have been the
 5   person in charge of our area of business, just
 6   general dealings. Plus, he was intimately
 7   involved in my previous EEO -- resolving
 8   previous EEO complaint.
 9       Q    How was he involved?
10       A    I believe he was signatory to
11   documents that -- in the settlement of the
12   prior EEO.
13       Q    In that EEO complaint that you're
14   referring to, was Mr. Brenneman alleged to
15   have been a discriminating official?
16       A    No.
17       Q    Was his involvement anything other
18   than being a signatory to the settlement of
19   that case?
20       MR. SIMPSON: Objection; lack of
21   foundation as to deponent's knowledge of Mr.
22   Brenneman's involvement.
                                        Page 216
```

```
 1       MR. GEORGE: Well, he has
 2   testified that Mr. Brenneman was intimately
 3   involved, so I'd like to know what he feels is
 4   intimate involvement.
 5       THE WITNESS: Seeing his
 6   signature, and I assume that person approving
 7   and signing documents, and approving actions
 8   will be, or should have been involved in that
 9   kind of decision making process.
10       BY MR. GEORGE:
11       Q    Do you have any personal knowledge
12   of anything that you just said, other than
13   knowing that Mr. Brenneman signed off on the
14   settlement?
15       A    No.
16       Q    Did you have any prior dealings
17   with James Barker?
18       A    Yes, I did.
19       Q    What were those dealings?
20       A    Business dealings. He was my
21   client.
22       Q    Did you ever have any problems
                                        Page 217
```

```
 1   with Mr. Barker?
 2       A    No.
 3       Q    Did you ever have any problems
 4   with Mr. Brenneman?
 5       A    No.
 6       Q    Did you have any prior dealings
 7   with Mr. Elosser?
 8       A    Yes.
 9       Q    And could you describe those
10   dealings, please?
11       A    He was my client. I was on the IT
12   side and was in the DOF, Division of Finance,
13   and I managed significant projects for DOF, so
14   I was involved in that capacity.
15       Q    Were you working as a peer with
16   Mr. Elosser, or as a -- in a supervisory role
17   either direction? Did he supervise you, or
18   did you supervise him?
19       A    No.
20       Q    So, as you said, he was a client
21   of your's since you worked in DIRM.
22       A    That is correct.
                                        Page 218
```

4 (Pages 215 to 218)

f5c7f65f-6298-4e91-9e42-c9e334705151



```
 1      Q    Did you ever have any problems in
 2   dealing with Mr. Elosser?
 3      A    No.
 4      Q    During the course of your
 5   interview for the position that you've already
 6   reviewed, were any statements or comments made
 7   that offended you because of your race?
 8      A    No.
 9      Q    Or your color?
10      A    No.
11      Q    Your gender?
12      A    No.
13      Q    Your national origin?
14      A    No.
15      Q    Your age?
16      A    No.
17      Q    Or the fact that you had filed
18   prior EEO complaints?
19      A    No, sir.
20      Q    Then please explain on what basis
21   you concluded in this EEO complaint that your
22   non-selection was discriminatory.
                                          Page 219
```

```
 1      A    Based on the facts that I came to
 2   know of the selectees, who was selected.  And
 3   based on my knowledge and experience, I know
 4   they are lesser qualified than me, both in
 5   experience in FDIC business, and otherwise.
 6   And, also, that Mr. Brenneman was involved in
 7   the resolution of the prior EEO matter.
 8      Q    As a signator, as you testified.
 9      A    That is correct.  Yes, he was a
10   signatory.
11      Q    Prior to your interview for this
12   position, did you know any of the three
13   selectees personally?
14      A    They were colleagues of mine.
15      Q    Did you know anything about their
16   qualifications prior to your interview?
17      A    Not specific, but a general idea
18   about how long they worked, and what kind of
19   projects they worked on.
20      Q    How closely did you work with any
21   of them?
22      A    Not so closely.
                                          Page 220
```

```
 1      Q    How frequently would you work with
 2   them, with any one of them?
 3      A    Can you refresh me the names of
 4   the people, please?
 5      Q    Ms. Padilla, for example.
 6      A    No, I have not worked closely with
 7   them.
 8      Q    How about Ms. Boardley?
 9      A    I know her as a colleague.  I knew
10   her as a colleague.
11      Q    How closely did you work with Ms.
12   Boardley?
13      A    I have not worked closely with
14   her.
15      Q    I'm sorry?
16      A    I have not worked closely with
17   her.
18      Q    How about Ms. Ciaschi?
19      A    I did not work closely with her
20   either.
21      Q    How many times would you say in
22   the course of your career in DIRM did you have
                                          Page 221
```

```
 1   any occasion to work at all with any of the
 2   three of them?
 3      A    Please say that question again.
 4      Q    Let me ask you a different
 5   question.  When you say that you didn't work
 6   closely with them, what do you mean by that?
 7      A    Well, I answered your question why
 8   I worked closely -- no, I have not worked
 9   together.
10      Q    No, what do you mean by "closely"?
11      A    I thought I was attempting to
12   answer your question when you asked whether I
13   worked closely.  The answer is no, meaning
14   that I did not work together in the same
15   project, in the same unit.
16      Q    Okay.  So you never worked on any
17   project with any of the three of them.  Is
18   that what you're saying?
19      A    That is correct, yes.
20      Q    Okay.  Thank you.  I just want to
21   be clear.  If you didn't work closely, as you
22   put it, or as I put it, with any of the three
                                          Page 222
```