Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

þíííííííííííííííííííííííí»

SULTAN M. CHOWDHURY,

    Plaintiff,

v.                                  Case No.
                                    05-02368 (JGP)
MARTIN J. GRUENBERG,

ACTING CHAIRMAN,
FEDERAL DEPOSIT
INSURANCE CORPORATION,

    Defendant.
þíííííííííííííííííííííííí¼


Tuesday, September 11, 2007


DEPOSITION OF:


SULTAN M. CHOWDHURY

called for examination by counsel for the
Defendant, pursuant to notice of deposition,
at the Federal Deposit Insurance Corporation,
3501 Fairfax Drive, NW, Arlington, VA, at

10:35 a.m., when were present on behalf of the


respective parties:


**MSJ - EXHIBIT 29**

078d2f2b-ab04-4717-97f1-7b067e47c621

**Page 122**

1 because of his religion.
2 Q   And for the record, what is your
3 religion?
4 A   I'm a Muslim.
5 Q   Did Mr. Henning ever make any
6 comments to you about being Muslim?
7 A   No.
8 Q   Did Mr. Henning ever make any
9 comments about Muslims generally in your
10 presence?
11 A   Not that I recall.
12 Q   Okay. After this meeting with Mr.
13 Henning, when did you next meet with him?
14 A   I do not remember but must have
15 been a week or so. It might have been. I
16 don't know. I don't remember.
17 Q   Okay. Do you remember what the
18 nature of the meeting was?
19 A   Well, we met on many occasions on
20 different things but I think we discussed
21 about the work assignments and so on. He
22 distributed work assignments to the team. I

**Page 123**

1 have set out a meeting to discuss it.
2 Q   So were your general, was your
3 general contact with Mr. Henning in the
4 context of team meetings?
5 A   Yes.
6 Q   How often would you meet with Mr.
7 Henning one-on-one on a monthly basis in 2003?
8 A   I do not remember that.
9 Q   Well your offices were closed,
10 weren't they?
11 A   Yes.
12 Q   Other than passing each other in
13 the hall or exchanging pleasantries as you put
14 it, can you recall how often you would have
15 formal one-on-one meetings in his office of
16 your office on a monthly basis during 2003? On
17 average.
18 A   Actually I don't recall that
19 because he was spending a lot of time in
20 various I think outside other meetings. I
21 don't recall. I don't remember.
22 Q   Okay. You said that you had

**Page 124**

1 weekly team meetings. Is that correct?
2 A   We had some team meetings. I
3 don't know if it was weekly or not. I don't
4 remember that.
5 Q   Okay. And generally Mr. Henning
6 is present at the team meetings. Is that
7 correct?
8 A   Yes, the meetings that he has had
9 for the team, yes.
10 Q   Okay. Now you allege in paragraph
11 nine that in November of 2003 Mr. Henning
12 altered your job title from project manager to
13 senior information systems analyst. Is that
14 correct?
15 A   Yes.
16 Q   Was your formal title project
17 manager?
18 A   I was brought to the CDR team as a
19 project manager.
20 Q   Was your formal job title project
21 manager?
22 A   I don't know what is the different

**Page 125**

1 in formal or informal. I was sent an e-mail
2 and all CDR member obtain e-mail that they
3 were bringing me in as project manager.
4 Q   What was your understanding at the
5 time you began in DIR of what being a project
6 manager meant?
7 A   Managing activities for the
8 project.
9 Q   What project?
10 A   The CDR project.
11 Q   The entire project?
12 A   No I didn't manage entire project.
13 Q   Okay. Then what were you managing
14 as a project manager. What was your
15 understanding?
16 A   I was managing the call data
17 function that I talked about. I was managing
18 the Section 508 functions. I was managing the
19 XBAT functions. I was also managing the risk
20 management of the project.
21 Q   Were you a supervisor?
22 A   Not in the CDR project.

32 (Pages 122 to 125)

078d2f2b-ab04-4717-97f1-7b067e47c621