UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SULTAN M. CHOWDHURY, | | |
| Plaintiff, | | |
| v. | | Civil Action No. 05-2368 (JGP) |
| MARTIN J. GRUENBERG, Chairman, Federal Deposit Insurance Corporation | | |
| Defendant. | | |

Monday, May 5, 2008

DEPOSITION OF:

SULTAN M. CHOWDHURY

called for examination by counsel for the
Defendant, pursuant to Notice of Deposition,
at the Federal Deposit Insurance Corporation,
3501 Fairfax Drive, Arlington, VA 22226 at
1:00 p.m., when were present on behalf of the
respective parties:

ORIGINAL

**MSJ - EXHIBIT 30**

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          www.nealrgross.com

1        Q    During 2004, from approximately

2    March through November, what were your

3    personal feelings toward Mr. Henning?

4        A    He was a very vindictive man, a

5    man who - a person who does not value work.

6    Rather, he values his personal agenda against

7    someone.

8        Q    And what was his personal agenda?

9        A    To destroy my career.

10       Q    And if you were an excellent

11   worker, why would he want to destroy your

12   career?

13       A    Well, as I said before, I think

14   for whatever reason, a reason unknown to me he

15   had a bias against me as a person of color.

16   He displayed it numerous times through his

17   treatment of me.

18       Q    I believe you testified to this in

19   your prior deposition.  Mr. Henning never made

20   any overt comments to you about your race, or

21   your color, or your religion, or your place of

22   origin, did he?

1          A      Not to my recollection.

2          Q      So is it fair to say that your

3    conclusion, if you will, that he was biased

4    against you are your interpretations of his

5    actions, correct?

6          A      Based on his actions to me.

7          Q      Getting back to your feelings

8    toward Mr. Henning during 2004, were you angry

9    with him?

10         A      I was very unhappy about the

11   treatment.  If you want to say angry, yes, I'm

12   angry about the condition they put me in.

13         Q      What condition did he put you in?

14         A      He made me sick.

15         Q      He made you sick?

16         A      Yes.

17         Q      Are you saying that you had no

18   medical problems before you met Mr. Henning?

19         A      Everybody has medical problems of

20   some kind or nature.

21         Q      Then would you please explain your

22   statement that he made you sick?