Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33. Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

Approved Exception to the SF 50-B
July 1999

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| CHOWDHURY, SULTAN M | 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 | 10/24/55 | 11/30/03 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 721 | REASSIGNMENT |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| N2M | REG 335.102 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
|  |  |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
|  |  |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
|  |  |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
|  |  |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| IDM PROJECT SPECIALIST<br>00016407    53W248 | SENIOR INFORMATION SYSTEMS SPECIALIST<br>00016996    53W061 |

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | 00 |  |  | CG | 0301 | 15 | 00 | 130,489.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
|  | .00 |  | .00 | 115,273.00 | 15,216.00 | 130,489.00 | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
|  | FEDERAL DEPOSIT INSURANCE CORPORATION<br>DIV OF INS & RES<br>RISK ANAL & BNKG STATS<br>IDM PROJ TEAM<br><br>FD 6853010000150400000    PP 24 2003 |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1   1 - None  3 - 10 Point/Disability  5 - 10 Point/Other<br>      2 - 5 Point  4 - 10 Point/Compensable  6 - 10 Point/Compensable/30% | 1   0 - None   2 - Conditional<br>     1 - Permanent   3 - Indefinite |  | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0   WAIVED | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K   FERS AND FICA | 09/01/89 | F   FULL TIME |  |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1   1 - Competitive Service  3 - SES General<br>     2 - Excepted Service   4 - SES Career Reserved | N   E - Exempt<br>     N - Nonexempt |  | 0060 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON    DIST OF COLUMBIA    DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
|  |  |  |  |  |

45. Remarks

POSITION IS AT THE FULL PERFORMANCE LEVEL.

SOF - EXHIBIT B

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION | SHIRLEY Y. PURNELL<br>PERSONNEL OFFICER |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| FD 68 | 1636 | 12/15/03 |

3-Part  50-316

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

FD 6853010000150400000    PP 24 1*2003*BATCH 16366725 000-00 202-04 AG/EO 68-1636