## AFFIDAVIT

WASHINGTON

DISTRICT OF COLUMBIA

I, James E. Crum, race (Caucasian) and national origin (American), knowing that this statement may be used in evidence, make the following statement freely and voluntarily to Sylvia D. Drummond, who has identified herself to me as a Contract Investigator for the Federal Deposit Insurance Corporation ("FDIC") investigating complaints of discrimination filed by Sultan M. Chowdhury ("Complainant"). I understand that this statement is not confidential and may be shown to interested parties (those with a legal right to know). I hereby solemnly swear or affirm:

1. The Investigator has informed me that the following claim has been accepted for investigation:

   "Whether Complainant was discriminated against on the bases of race (Asian), color (brown), and national origin (Bangladesh), when on February 27, 2004, he learned through a global electronic mail that he was not selected for a Corporate Success Award ("CSA") for his initiatives and efforts that contributed to the success of the Corporation and saved the Corporation over $100,000 in calendar year 2003."

2. My position title is Manager, Information Systems (ViSION), Special Projects Unit, Strategic Planning, Budget, and Reporting Branch, Division of Supervision and Consumer Protection ("DSC"). I have held my current position since March 7, 2004. Prior to that I was IDM Project Specialist, IDM Project Team, Risk Analysis and Banking Statistics Branch, Division of Insurance and Research, from November 16, 2003 to March 6, 2004. Prior to November 15, 2003 I was Assistant Director, IDM

SOF EXHIBIT C

Page 1 of 3                                                                Initials /s/

Project Team. I have worked for the FDIC since 1991. My first level supervisor is Karl Krichbaum, Project Manager, Special Projects Unit, Strategic Planning, Budget, and Reporting Branch, DSC. My second level supervisor is Sandra Thompson, Deputy Director, Strategic Planning, Budget, and Reporting Branch, DSC. I served as Complainant's first level supervisor when I was Assistant Director, IDM Project Team, Division of Insurance and Research. My duties at that time included serving as Project Manager for the Federal Financial Institutions Examination Council's (FFIEC) Call Report Modernization Project (the "CDR Project").

3. I have no animus toward Complainant because of his race/color/national origin. Complainant came to the IDM Project Team in December 2002. Complainant was qualified for a vacant position in my office and I was more than willing to have him on board. I believe he received a promotion to a CG-15 when he joined the IDM Project Team.

4. On October 23, 2003, I gave Complainant a positive recommendation to accompany his application for a career enhancement program.

5. Mr. Martin Henning assumed the role of Project Manager for the FFIEC CDR Project on or about October 1, 2003. Toward the end of 2003, Mr. Henning asked my opinion concerning CSA's for employees in the unit. I recommended three employees who shared similar position descriptions, but had differing individual assignments - a Caucasian male and female, and a Hispanic male. I did not recommend Complainant to Mr. Henning because I believed that the Complainant's contribution did not rise to the level of the three recommended employees.

6. The intent of the CSA program is to recognize the top contributors within the FDIC, and the criteria were well publicized and negotiated with the Union. To determine which employees to recommend to Mr. Henning, I considered the values that the CSA program rewards such as individual initiative, exceptional effort and/or achievements that reflect important contributions to the FDIC and/or its organizational components – contributions that reflect initiative, effort or achievement beyond that normally expected from an employee in that position and grade. In the final analysis, I considered which employees I believed met these criteria.

7. Given these variables and the IDM Project Team employees eligible for the CSAs whom I had supervised, I believe the three employees that I recommended to Mr. Henning were the best candidates for CSAs. I was not privy to Mr. Henning's official recommendations for CSAs nor did I comment on the qualifications for CSAs of other CDR Project team members who I did not supervise.

8. I was aware of Complainant's race/color/national origin because we worked together from about December 2002 until October 2003. I did not discriminate against Complainant as alleged.

_____
Signature

Signed and sworn before me
On this 24th day of August, 2004
At Washington, DC

_Carolyn A. Hunter_
Neutral witness, notary or investigator
Carolyn A. Hunter

My Commission Expires January 31, 2009

NOTICE OF RIGHTS OF WITNESSES IN EEO INVESTIGATIONS

Pursuant to the provisions at 29 C.F.R. §1614.108, federal agencies are required to investigate all aspects of discrimination complaints. The investigation shall include a thorough review of the circumstances under which the alleged discrimination occurred, and the treatment of members of the complainant's protected group(s) as compared with the treatment of other employees in the organizational segment in which the complaint arose.

All employees having any knowledge of the matter complained of are required to cooperate with the investigator who is conducting the investigation. The investigator is authorized to administer oaths and require that statements of witnesses be reduced to an affidavit. The witness must swear to or affirm to the truth of the statements before the investigator or a third party, without a pledge of confidentiality. The investigator is also authorized to obtain copies of relevant employment records, policy statements, and regulations.

As a witness, you have the following rights:

1. To be provided a Notice of Authorization that identifies the investigator and explains the investigator's authority and responsibility in the conducting the investigation.

2. To have a representative present at any meeting/discussion with the investigator. The representative can advise you on how to respond to the investigator, but cannot respond for you.

3. To receive sufficient information concerning the claim(s) and basis(es) of the complaint and circumstances under which the complaint arose in order for you to accurately respond to the questions posed by the investigator.

4. To be provided access to documents you previously prepared or had access to, if they are necessary for you to review in order to respond to questions posed by the investigator.

5. To review your affidavit and make corrections or other changes prior to signing the affidavit.

I HAVE READ AND UNDERSTAND MY RIGHTS AS A WITNESS IN EEO INVESTIGATIONS.

WITNESS: _____    DATE: 02/24/04