Federal Deposit Insurance Corporation
**Performance Management Program**
**PERFORMANCE PLAN AND EVALUATION**
**Computer Specialists**

## SECTION A - EMPLOYEE INFORMATION

| EMPLOYEE NAME *(Last, First, MI)*<br>Chowdhury, Sultan M | SOCIAL SECURITY NUMBER<br>XXX-XX-2059 |
|---|---|
| POSITION TITLE<br>SENIOR COMPUTER SPECIALIST | PAY PLAN / SERIES / GRADE<br>CG / 0334 / 15 |
| DIVISION/OFFICE<br>DIVISION OF INFORMATION RESOUR | LOCATION<br>WASHINGTON, DC |

| PURPOSE OF EVALUATION *(Check one)* | RATING PERIOD | | | |
|---|---|---|---|---|
| | FROM | | TO | |
| | MONTH | YEAR | MONTH | YEAR |
| [X] Annual<br>[ ] Other *(Specify)* _____ | 09 | 2002 | 08 | 2003 |

## SECTION B - PERFORMANCE CRITERIA

| | Meets | Does Not Meet |
|---|---|---|
| **01. Technical/Analytical Skills:**<br>Development and maintenance of technical knowledge to perform the duties of the position and the application of such knowledge.<br><br>Demonstrates up-to-date working knowledge of relevant policies, procedures, practices and/or the ability to locate and interpret and apply various reference sources. Demonstrates the ability to apply this knowledge effectively and in an independent and accurate manner. Stays abreast of changes in relevant work-related applications and other external factors that influence the technical requirements of the position. Applies analytical skills to develop accurate work products even when the issues are unusual or complex. Demonstrates consistent, independent decision-making abilities that reflect sound judgement and are exercised at times under greater than normal pressure or adverse circumstances. | [X] | [ ] |
| **02. Organizational Skills:**<br>Ability to plan, organize, implement, and monitor assignments or projects; ability to manage time; achieve deadlines; take initiative in requesting additional assignments and development activities; ability to recognize and respond to changing priorities and circumstances; and adhere to policy.<br><br>Effectively establishes the scope of a project or assignment. Recognizes and solves problems, prioritizes objectives, considers organizational priorities and other factors (e.g., cost) when planning work assignments. Demonstrates efficient use of time and resources to produce a quality product with minimal guidance or direction. Manages assignments effectively by recognizing and promptly reacting to changing priorities and circumstances. Uses and safeguards Corporation equipment, data and resources prudently. Prepares and submits various reports, memoranda, etc., in a timely and accurate manner. Shows willingness to accept additional or special assignments, as work permits, and successfully completes them without compromising on-going assignments/projects. Participates fully and effectively as a team member. | [X] | [ ] |
| **03. Oral Comm./Interpersonal Skill:**<br>Ability to listen to differing opinions, negotiate and obtain commitment, and convey technical and complex information in a clear and concise manner.<br><br>Speaks to others in a clear, concise, informative, and well-organized manner facilitating communications and accomplishing objectives. Acts in a confident, professional, polite, and diplomatic manner in dealing with others to effectively address and negotiate issues. Makes | [X] | [ ] |

**SOF - EXHIBIT D**

| SECTION B - PERFORMANCE CRITERIA | Meets | Does Not Meet |
|---|---|---|
| presentations that are appropriate to the audience, in proper perspective, and effectively cover the issues and appropriate subject matter. Listens well and respects differing opinions. Cooperates fully with co-workers and others to accomplish assignment objectives. Responds positively to constructive criticism to modify or correct weaknesses. Effectively communicates Corporation and organizational goals, objectives, and policies to other staff members and organizations. | | |
| 04.  Written Communication Skills:<br>Quality and effectiveness of written products.<br><br>Prepares written products that are succinct, thoroughly researched and logical. Various elements of written products are consistently correct, in proper perspective, and are in concert with overall conclusions. Products written products that are neat, legible, well-organized, properly formatted, and conform to established guidelines. Narrative comments reflect proper grammar and spelling. Prepares written products that require only minimal editing to change the tone or organization of documents. Once editing is done, is able to understand the changes made and incorporate those changes into future assignments. Prepares work papers that leave a clear audit trail to final conclusions. Extent of documentation used to support conclusions is appropriate. | [X] | ☐ |

**SECTION C - SUMMARY RATING**   [X] Meets Expectations     ☐ Does Not Meet Expectations*

* A rating of "Does Not Meet" on any performance criterion results in an overall rating of "Does Not Meet Expectations"

| | Date |
|---|---|
| Signature of Employee | 10/30/2003 |
| Signature of Rating Official | 10/30/2003 |
| Signature of Reviewing Official | |

**SECTION D - RATING OFFICIAL/EMPLOYEE/REVIEWING OFFICIAL COMMENTS**

Name:     Crum, James E

Comments:

Mr. Chowdhury has an extensive background in systems development project management. He applies this background to evaluate problems, identify solutions and monitor progress. He provides good comments on project deliverables, such as project plans, draft requirements documents, and related materials.

Sultan worked closely with the division's security officer and the OICM representative to develop solid risk management plans meeting FDIC requirements. His work in this area has been self-directed and of excellent quality.

Sultan directed efforts to load Call Report taxonomy content, coordinating the efforts of DIR financial analysts and FRB staff to enter and validate detailed information using a new application. He identified the resources needed and actively took steps to acquire and coordinate them. The outcome of this effort is consumable files to be used by software vendors and early indications are that the content is accurate and reliable. He has work in progress to roll forward with multiple quarters of data. Work is typically on time and of very good quality. He identifies impediments to success and invokes supervisory support as needed.

Oral and written communications are acceptable. Sultan is responding to feedback on ways to adapt the "voice" and complexity of his formal and informal written communications to the intended audience.

Sultan is always professional and informative, seeking to be a positive influence for the team and others. He offers differing opinions in an appropriate manner and is open to others' ideas. While he is generally reserved in nature, he raises matters of importance when appropriate and contributes freely in team meetings.

Sultan's work is logical and thoughtful. He is working to improve the organization of his formal documentation to help others grasp the results and issues he wishes to convey and preserve.

Sultan takes his role as a Technical Monitor most seriously. He amassed the documentation required for proper administration of the xBAT contract. Through a thorough review of these documents, and a diligent effort to obtain the vendor's compliance with contract terms, Sultan was able to ensure the application's conformance to applicable Section 508B standards. This effort avoided incurring

**SECTION D - RATING OFFICIAL/EMPLOYEE/REVIEWING OFFICIAL COMMENTS**

significant unnecessary expenditures by the FDIC.

On the whole, this has been a transition year and we expect that he will continue to grow in his contributions and help the team achieve a successful project implementation. In the year ahead, Sultan will be faced with additional changes in team composition, roles and responsibilities and will need to draw on past years' experiences to meet these challenges with flexibility and active support of the new management team.