

Federal Deposit Insurance Corporation

Headquarters-Washington DC

Job Preview Report

EXHIBIT G3a

| | |
|---|---|
| **VACANCY ANNOUNCEMENT:** | 2003-HQ-2360 |
| **OPENING DATE:** | 9/26/03 |
| **CLOSING DATE:** | 10/10/03 |
| **POSITION:** | SUPV IT SPECIALIST (APP SOFTWA (TEMPORARY PROM NTE:1 YR.*) |
| **PAY PLAN-SERIES-GRADE:** | CG-2210-15 |
| **FULL PERFORMANCE LEVEL:** | 15 |
| **GRADE AND SALARY RANGE:** | 15 $91265 - $147555<br>The salary range reflects total compensation including basic pay, applicable locality and cost of living adjustments at the time of the announcement. |
| **LOCATION:** | Division of Information Resources Management<br>Application Systems Management<br>Corporate Applications Branch<br>Washington DC Metro Area |
| **POSITION OPEN TO:** | FDIC Permanent Employees in the Competitive Service |
| **NUMBER OF VACANCIES:** | 3 |
| **AREA OF CONSIDERATION:** | Nationwide |
| **TYPE OF APPOINTMENT:** | TEMPORARY COMPETITIVE SERVICE |

Pursuant to the Veterans Employment Opportunities Act of 1998 as amended, veterans who are preference eligibles OR who have been separated from the armed forces under honorable conditions after completing substantially three years or more of continuous active service may apply for this position. You must include a copy of your DD 214. Candidates selected under these provisions will be given career conditional (or career) appointments. Qualified non-status candidates may be considered under both merit promotion and competitive examining when they submit two applications with one clearly marked For VEOA and one marked for competitive examining.

<B>CONDITIONS OF APPOINTMENT:</B>
The FDIC is barred from accepting or considering political recommendations regarding appointment or any other personnel action by 5 USC 3303; any violation of the bar on recommendations is a prohibited personnel action. The FDIC is

Date: 9/25/03                                                                                                       Page:1

SOF - EXHIBIT F



# Federal Deposit Insurance Corporation

## Headquarters-Washington DC
## Job Preview Report

obligated to take appropriate adverse action against employees who solicit, or Corporation officials who consider prohibited political recommendations.

\* TEMPORARY PROMOTION NTE ONE YEAR:
Candidate who is tentative identified for selection will be offered a temporary promotion, not-to-exceed one year. This temporary promotion may be extended one additional year without further competition.

Candidates who are tentatively identified for appointment must meet suitability requirements for Federal employment prior to appointment. FDIC may request applicant to provide additional information prior to making a formal offer of employment, as required by 12 CFR Part 336.

This agency provides reasonable accommodation to applicants with disabilties where appropriate. If you need a reasonable accommodation for any part of the application and hiring process, please notify Greg Cofer, Deputy Director of FDIC's Office of Diversity and Economic Opportunity on (202) 416-4482. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

Supervisory Probationary Period: Any candidate for this position who has not previously served in a supervisory/managerial position will be required to serve a probationary period for one year as explained in FDIC Circular 2130.2

Relocation benefits may be applicable in accordance with FDIC's General Travel Regulations administered by the Division of Finance. Anyone selected for this position with a question regarding relocation should contact the Administrative Officer in the division or office.

Position Sensitivity: High Risk--Background Investigation (BI) Required. See "Personnel Suitability Program", <a href="http://www.fdic.gov/about/jobs/21201.doc">FDIC Circular 2120.1</a>, a 165 Kb Microsoft Word (registered trademark) file. (See <a href="http://www.fdic.gov/word.html">MS Word help.</a>).

Applicants tentatively selected for this covered position must complete a Confidential Financial Disclosure SF-450 (FDIC Form 2410/05) prior to receiving an official offer from the Human Resources Branch.

<B>SUMMARY OF DUTIES:</B>

The incumbent is respnsible for managing production systems, directing the development of automated information systems for the Corporation, overseeing information systems projects, and working with the Corporation's Divisions and Offices to determine their information needs. Plans and coordinates multiple systems projects. Directs subordinate Unit Chiefs/Project Managers/Systems Analysts who directly manage new information systems projects, and productions systems, analysts and programmers assigned from other sections, and contractors. Establishes section level policies, standards, and procedures for application system efforts with specials emphasis on improving personnel productivity. Assists in the development of office and branch goals, plans and programs together with the necessary budgeting, staffing, and resource allocation considerations required to meet those goals. Performs other supervisory and administrative functions.

<B>QUALIFICATIONS REQUIRED: (This is a summary only: see US OPM Qualification Standards Handbook) - US CITIZENSHIP IS REQUIRED.</B>

To qualify for the CG-15 grade level candidates must have one year of specialized experience equivalent to the CG-14 level. SPECIALIZED EXPERIENCE is experience in planning and carrying out broad analytical assignments in which applicant analyzes complex alternative approaches concerning major aspects of ADP system design in advising senior management officials. This includes responsibility for planning, coordinating, developing, implementing and managing major information systems for client organizations.

Date: 9/25/03                                                                                                                                       Page:2



# Federal Deposit Insurance Corporation

## Headquarters-Washington DC
## Job Preview Report

<B>QUALITY RANKING FACTORS (DESIRABLE KNOWLEDGE, SKILLS AND ABILITIES):</B>

1. Ability to manage large projects and applications within established timeframes and budget contraints.

2. Knowledge of the functions and capabilities of ADP hardware, software and telecommunications systems.

3. Knowledge of budget, cost analysis, and resource management.

4. Ability to identify client organization's information needs and develop technical alternatives for meeting the needs.

5. Ability to manage technical staff that report directly or through subordinate managers and to manage multiple large technical projects.

<B>EVALUATION METHODS:</B>

Applicants will be evaluated on the basis of information provided in their application package as to their paid or volunteer experience, training, self-development and awards; knowledge, skills and abilities; and, performance appraisals. Failure to provide specific information regarding the selective and/or quality ranking factors described in this vacancy announcement could result in your application not being referred to the selecting official for consideration.

<B>FDIC AND INTERAGENCY CAREER TRANSITION ASSISTANCE PLAN (CTAP AND ICTAP):</B>

Individuals who have special priority selection rights under the FDIC Career Transition Assistance Plan (CTAP) or the Interagency Career Transition Assistance Plan (ICTAP) must be well-qualified for the position to receive consideration for special selection priority. CTAP and ICTAP eligibles will be considered well-qualified if they possess the knowledge, skills, and abilities which clearly exceed the minimum requirements of the position. A well-qualified CTAP or ICTAP eligible must be able to satisfactory perform the duties of the position upon entry without additional training.

Federal employees seeking CTAP/ICTAP eligibility must submit proof that they meet the requirements of 5 CFR 330.605 for CTAP and 5 CFR 330.704 for ICTAP. This includes a copy of the agency notice, a copy of their most recent Performance Rating and a copy of their most recent SF-50 noting current position, grade level, and duty location. Please annotate your application to reflect that you are applying as a CTAP or ICTAP eligible. Check the fact sheet links available on our Careers at FDIC web site for further information about the programs.

<B>HOW TO APPLY:</B>

All application material for each position must be included with your original submission. FDIC is not responsible for adding supplemental information to your original submissions.

We recommend that you include with your application, descriptions or examples of experience which demonstrate your possession of the knowledge, skills and abilities identified in the qualification requirements and ranking factor sections of this vacancy announcement.

Facsimile and electronic (e-mail; disk) transmittals cannot be accepted.

Applications submitted in Government franked envelopes will not receive consideration.

1. In order to apply, you need to submit <B>one</B> of the following documents:

*OF 612, Optional Application for Federal Employment, (You can get this form at the OPM site in both Word and PDF



# Federal Deposit Insurance Corporation

## Headquarters-Washington DC

## Job Preview Report

Format: <a href="http://www.usajobs.opm.gov/forms.htm">CLICK HERE</a>.);

*SF-171, Application for Federal Employment;

*Your resume.

2. Whichever document you submit must include all of the following information:

*The position title and announcement number on the first page of your application;

*Your name, address, Social Security Number, telephone numbers where you can be reached during the day, and citizenship.

*All FDIC applicants are requested to submit a current appraisal with their application package.

*Applicants entitled to receive consideration as status candidates who are not currently permanent, competitive service FDIC employees should submit a copy of their most recent SF-50, Notification of Personnel Action, which documents eligibility for competitive service reinstatement or transfer.

FDIC applicants who apply via email may fax a copy of their current performance appraisal and/or SF-50, Notification of Personnel Action, documenting eligibility for competitive service reinstatement or transfer, to the fax numbers listed below.

PLEASE EMAIL YOUR APPLICATION MATERIALS TO: CareersWashington@fdic.gov

FAX NUMBERS FOR PAPER APPLICATIONS/SUPPORTING DOCUMENTS: (202) 942-3468 OR (202) 942-3415.

YOUR APPLICATION MUST BE RECEIVED BY 10/10/03. PAPER APPLICATIONS POSTMARKED BY THE CLOSING DATE, BUT RECEIVED AFTER THE CLOSING, WILL NOT BE ACCEPTED.

For further information contact the FDIC Call Center at 1-877-275-3342. Specific questions about this announcement or application procedures should be addressed to the Human Resources Service Center at (202) 942-3626. When making an inquiry concerning a position, please reference the position announcement number.

Application must be received by 10/10/03.

FDIC is recognized as one of the Best Workplaces for Commuters by the Greater Washington Region's Best Workplace for Commuters Coalition.

**MAILING ADDRESS FOR APPLICATIONS:** Human Resources Service Center 3501 Fairfax Drive HRB (PA-1730-5007) Arlington, VA 22226

**WALK-IN ADDRESS:** FDIC Human Resources Branch 1730 Pennsylvania Avenue, NW 5th Floor Washington DC 20429-9990

 Federal Deposit Insurance Corporation

## Headquarters-Washington DC
## Job Preview Report

**YOUR APPLICATION MUST BE RECEIVED BY 10/10/03**

FDIC is an equal opportunity employer.

Applications will be considered without regard to race, color, religion, gender, national origin, age, marital status, disability, political affiliation, sexual orientation, or any other non-merit factor.

JC1219/001529