## AFFIDAVIT

WASHINGTON

DISTRICT OF COLUMBIA

I, JoRita Campbell, race/national origin (African-American), sex (female), age (birth date: 12/19/50), and prior EEO activity (Agency Witness), knowing that this statement may be used in evidence, make the following statement freely and voluntarily to Sylvia D. Drummond, who has identified herself to me as a Contract Investigator for the Federal Deposit Insurance Corporation ("FDIC") investigating complaints of discrimination filed by Sultan M. Chowdhury, ("Complainant"). I understand that this statement is not confidential and may be shown to interested parties (those with a legal right to know). I hereby solemnly swear or affirm:

1. The Investigator has informed me that the following claim has been accepted for investigation:

    "Whether Complainant was discriminated against on the bases of race (Asian), color (Brown), national origin (Bangladesh), sex (male), age (birth date: October 24, 1955), and retaliation (prior EEO activity), when on January 23, 2004, he learned that he was not selected for one of multiple Supervisory IT Specialist positions, advertised under Vacancy Announcement Number 2003-HQ-2360, in the Division of Information Resources Management ("DIRM"), Washington, DC."

Page 1 of 1                                                        Initials 

2. My position title is Human Resources Specialist, Human Resources Office, Division of Administration, FDIC. My first level supervisor is Janet Vorce, Supervisory Human Resources Officer, Human Resources Office, Division of Administration, FDIC. My second level supervisor is Lorinda Potucek, Human Resources Officer, Human Resources Office, Division of Administration.

3. Based on a request from the Division of Information Resources Management, I posted an announcement for three vacant positions, Supervisory IT Specialist, CG-15, (temporary promotions) Vacancy Announcement Number 2003-HQ-2360. Eighteen individuals applied. I screened the applications and determined which applicants were minimally qualified. For those applicants determined to be minimally qualified, I convened a panel of three subject matter experts to rate and rank applicants. The panel consisted of Larry Livesay, Supervisory IT Specialist, DIRM; William Ortiz, Section Chief, DIRM; and Thomas Jones, Chief, Information Requirements Analysis Section, Division of Finance.

4. After the panel rated and ranked applicants, I prepared the Merit Promotion Roster that referred the top twelve (12) ranked (best-qualified) applicants to the selecting official, Mark Brenneman. Complainant's application was not considered under merit promotion because he had previously occupied, or currently occupied, a position in the Federal service at the CG-15 level. Accordingly, Complainant's application was not among those rated and ranked by the panel. Complainant's application was referred non-competitively under a Reassignment Referral Memorandum, as an exception to merit promotion. Complainant's name was the only name on the Reassignment Referral Memorandum. The selecting official received

instructions that selections could be made from among applicants referred on the Merit Promotion Roster and the Reassignment Referral Memorandum.

5. The referral lists were returned indicating that three applicants on the Merit Promotion Roster were selected, e.g., Marcia Boardley, Melanie Ciaschi, and Noreen Padilla. The selecting official also submitted selection justifications for each of the selectees. Shirley Purnell, Assistant Director, approved the selections and I notified the applicants of the selection.

6. The selection process utilized to fill the three vacancies was consistent with FDIC policies and practices, and Complainant's application was considered in accordance with those policies and practices. I have no reason to believe that Complainant was discriminated against in violation of EEO statutes.

_____
Signature (Rita Campbell)

Signed and sworn to before me
On this 2nd day of September 2004
At 2:25 PM

_____
Neutral witness, notary or investigator

NOTICE OF RIGHTS OF WITNESSES IN EEO INVESTIGATIONS

Pursuant to the provisions at 29 C.F.R. §1614.108, federal agencies are required to investigate all aspects of discrimination complaints. The investigation shall include a thorough review of the circumstances under which the alleged discrimination occurred, and the treatment of members of the complainant's protected group(s) as compared with the treatment of other employees in the organizational segment in which the complaint arose.

All employees having any knowledge of the matter complained of are required to cooperate with the investigator who is conducting the investigation. The investigator is authorized to administer oaths and require that statements of witnesses be reduced to an affidavit. The witness must swear to or affirm to the truth of the statements before the investigator or a third party, without a pledge of confidentiality. The investigator is also authorized to obtain copies of relevant employment records, policy statements, and regulations.

As a witness, you have the following rights:

1. To be provided a Notice of Authorization that identifies the investigator and explains the investigator's authority and responsibility in the conducting the investigation.

2. To have a representative present at any meeting/discussion with the investigator. The representative can advise you on how to respond to the investigator, but cannot respond for you.

3. To receive sufficient information concerning the claim(s) and basis(es) of the complaint and circumstances under which the complaint arose in order for you to accurately respond to the questions posed by the investigator.

4. To be provided access to documents you previously prepared or had access to, if they are necessary for you to review in order to respond to questions posed by the investigator.

5. To review your affidavit and make corrections or other changes prior to signing the affidavit.

I HAVE READ AND UNDERSTAND MY RIGHTS AS A WITNESS IN EEO INVESTIGATIONS.

WITNESS: _Rita Campbell_ DATE: _September 9, 2004_

PRIVACY ACT NOTICE TO EEO COMPLAINT INTERVIEW WITNESSES
(OTHER THAN COMPLAINANT)
FOR DISCRIMINATION COMPLAINT INVESTIGATION INTERVIEW

### GENERAL

This information is provided pursuant to Public Law 93-579 (Privacy Act of 1974), December 31, 1974, for individuals supplying information for inclusion in a system of records.

### AUTHORITY

The authority to collect the information requested by affidavit, statement or other type of testimony is derived from one or more of the following:

Title 5, Code of Federal Regulations, Sections 5.2 and 5.3; Title 29, Code of Federal Regulations, Section 1613/1614; Title 5, United States Code, Sections 1303 and 1304; Title 42, United States Code, Section 2000e-16; and Executive Order 11478, as amended.

### PURPOSES AND USES

The information you supply will be used along with data developed to resolve or otherwise determine the merits of the equal employment opportunity (EEO) complaint of discrimination and/or reprisal. This information may be furnished to designated officers and employees of agencies and departments of the Federal Government in order to resolve or otherwise determine the merits of the EEO complaint of discrimination and/or reprisal. The information may also be disclosed to any agency of the Federal Government having a working relationship with regard to Federal Deposit Insurance Corporation activities, or to others for uses as published in the Federal Register.

### EFFECTS OF NON-DISCLOSURE

Disclosure of the information sought is voluntary; however, failure to furnish the information will result in a direction by the head of the agency, or his/her designated representative, to produce or provide such information as is available. Failure to provide the information at that time may result in the initiation of disciplinary proceedings against you up to and including removal. Applicants in such cases may be refused employment.

Disclosure of information by present or prospective Government contractors is also voluntary, although failure to furnish the above requested information where the contract so provides may result in administrative sanctions, including disqualification to enter into a contract or termination of an existing contract.

_____          _____
Signature of Investigator                Signature of Affiant

September 9, 2004                        Washington, DC
Date                                     Place