**FDIC Structured Interviews – Guidance for Interviewers and Selecting Officials    July 2003**

This Guidance explains the FDIC's structured interview process, which is considered a best business practice. It explains the specific steps to follow before, during, and after each structured interview conducted to fill a vacancy. For additional general information about conducting a structured interview, refer to the Structured Interview Computer-based Instruction (CBI) on the FDICnet's <u>training server</u> and course materials from the Structured Interview Workshop.

**FDIC Standard**    Structured interviews are the standard for conducting interviews at the FDIC. The four main concepts of a structured interview are:
- Job-related interview questions based on job requirements included in the position description, vacancy announcement and job analysis.
- Benchmarks for each interview question.
- All candidates asked the same questions.
- All candidates measured against the same benchmarks.

**Pre-Interview Planning**    ***Interview Question Development.*** *Interview questions* are best prepared concurrently with the vacancy announcement and crediting plan. The Structured Interview CBI includes a valuable <u>Question Bank</u> and guidance on preparing questions. Interviewers are encouraged to use a variety of questions in the interview, including past experience questions, hypothetical questions, and demonstration questions.

***Demonstration questions*** allow the candidate to *demonstrate* his/her knowledge and/or skills during the interview. Some examples of demonstration questions are:
- A candidate for an editor's position is given a document to edit;
- A candidate for a program manager's position is given a scenario and asked to develop a written draft project plan based on that scenario;
- A candidate for a research assistant's position is given a research assignment and asked to outline his/her research approach.

***Review of Interview Questions.*** Servicing HR specialists are available to assist with any issues or concerns about the questions under development. The HR specialist may request to review the structured interview questions as part of a periodic monitoring process in keeping with best HR practices.

***Benchmarks*** are developed for each interview question by the Selecting Official. A benchmark sets forth criteria or standards for responses to each interview question.

If the same question is being asked of candidates for different grade levels, the benchmarks *must* be different to reflect a higher standard appropriate to the higher grade.

**Structured Interview Documentation**
- Interviewers may record questions and benchmarks using the Structured Interview Documentation Form, <u>FDIC Form 2100/17</u>, which is available on the Forms section of FDICnet.
- The form is designed for interviewers to prepare one form for each question and make a copy to keep notes for each candidate. There

is no limit on the number of questions that may be asked in an interview.
- Interviewers may record notes on other than the Structured Interview Documentation Form, but notes should be taken and maintained as outlined below.

### Conducting a Panel Interview
The Selecting Official may conduct all of the interviews alone or elect to use an interview panel. No minimum or maximum number of interviewers is required; however, the same panel members should interview all candidates. In extraordinary circumstances that prevent this, contact your servicing HR Officer for guidance.

While the Selecting Official should participate in the interviews, this is not always possible, especially when coordinating large numbers of vacancies available nationwide. The Selecting Official is encouraged to discuss interviews with panel members and is required to review all documentation, including any interview notes.

### Conducting a Series of Interviews
The Selecting Official may have a panel or individual interviewer conduct a preliminary round of interviews to narrow down the pool of candidates for a final selection interview. When a series of interviews is held, the Selecting Official is not required to review the documentation of those who did not get referred for a subsequent interview. The follow-up interviews must adhere to all the guidelines set forth above, including use of structured interviews, benchmarks and other criteria set forth in these Guidelines.

### Number of Candidates to Interview
If one applicant is interviewed, all must be interviewed, up to a total of nine. Internal FDIC applicants shall be interviewed before external applicants. (If there are more than nine FDIC candidates, nine FDIC candidates must be interviewed before any external candidates are interviewed; all FDIC candidates need not be interviewed. If there are less than nine FDIC candidates, all FDIC candidates must be interviewed before any external candidates are interviewed.)
- FDIC policy does not require that all FDIC candidates be interviewed, but encourages it to the extent possible.
- Typically, Selecting Officials will receive a list of reassignment eligibles (those who could move laterally into the position) and a merit promotion roster of candidates (those who would be considered for promotion). If the vacancy is open to all sources, there may also be a certificate of eligibles which may include FDIC employees who chose to be considered for competitive examination. A total of nine FDIC candidates must be interviewed from all of these referrals, not nine from each list of candidates.
- If referrals are for multiple grade levels, the requirement to interview nine FDIC candidates *at each grade level* applies before interviewing any external candidates.
- Selecting Officials have the discretion to interview every candidate if they choose, both internal and external.

2

- If a referred candidate cannot be contacted after reasonable efforts, attempts should be documented, and the interview and selection process should proceed.
- Selecting Officials and interviewers are encouraged to conduct in-person interviews whenever possible, but telephonic, videoconference and similar methods are also permissible.

**Interview Requirements**

During the interview:
- Ask all questions of all candidates, allowing the same amount of time for each interview. It may be appropriate and it is allowable to ask clarifying questions. However, interviewers should not ask additional questions just to fill in the allotted interview time.
- Measure each candidate's responses against the benchmarks of the corresponding question.
- Answer any of the candidate's questions regarding the job and the FDIC in general. Refer specific questions from a candidate regarding salary or benefits issues to the appropriate HR specialist.

**Post-Interview Requirements**

**Assessment**
Members of an interview panel are free to openly discuss their assessment together, but are not required to reach consensus in their assessments of a candidate's responses. All candidates should be assessed fairly, without bias, and against the established benchmarks.

**Documentation**
Allow enough time between each interview to immediately complete notes and assess the candidate against the benchmarks. Each interviewer should take his/her own notes during the interview of the candidate's responses, including any clarifying questions that were asked. If the notes are not taken directly on the Structured Interview Documentation Form while conducting the interview, they should be attached in order to retain complete and consolidated information.

Completed Structured Interview Documentation forms and any other notes taken by interviewers should be retained in the personal files of the Selecting Official for two years, consistent with the Merit Program Plan, unless directed to retain them longer. Completed Structured Interview Documentation Forms should not be submitted to the Human Resources Branch with the rest of the applications, rosters and referral materials. When a Selecting Official separates from the FDIC, files should be turned over to the division or office Administrative Officer.

**Next Steps**
The Selecting Official should rely on the interview documentation, any discussions with other members of the interview panel and the application materials submitted by the candidate to make a final selection. The selection official should then prepare the Selection Recommendation Form (FDIC Form 2100-15) and forward it to the Approving Official. In the rare event of a non-selection, lapse or cancellation of the vacancy announcement, the Selecting Official must obtain approval and concurrence as set forth in the May 22, 2002 Guidance found on the Supervisors' Resources web site on FDICnet.