IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

þÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍ»

| | |
|---|---|
| SULTAN M. CHOWDHURY, | º |
| Plaintiff, | º |
| v. | º Case No. 05-02368 (JGP) |
| MARTIN J. GRUENBERG, | º |
| ACTING CHAIRMAN, FEDERAL DEPOSIT INSURANCE CORPORATION, | º |
| Defendant. | º |

þÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍ¼

Wednesday, September 12, 2007

DEPOSITION OF:

SULTAN M. CHOWDHURY

called for examination by counsel for the Defendant, pursuant to notice of deposition,

at the Federal Deposit Insurance Corporation, 3501 Fairfax Drive, NW, Arlington, VA, at 1:14 p.m., when were present on behalf of the respective parties:

**SOF - EXHIBIT J**

f5c7f65f-6298-4e91-9e42-c9e334705151

Q Did you ever have any problems in dealing with Mr. Elosser?
A No.
Q During the course of your interview for the position that you've already reviewed, were any statements or comments made that offended you because of your race?
A No.
Q Or your color?
A No.
Q Your gender?
A No.
Q Your national origin?
A No.
Q Your age?
A No.
Q Or the fact that you had filed prior EEO complaints?
A No, sir.
Q Then please explain on what basis you concluded in this EEO complaint that your non-selection was discriminatory.

Page 219



A Based on the facts that I came to know of the selectees, who was selected. And based on my knowledge and experience, I know they are lesser qualified than me, both in experience in FDIC business, and otherwise. And, also, that Mr. Brenneman was involved in the resolution of the prior EEO matter.
Q As a signator, as you testified.
A That is correct. Yes, he was a signatory.
Q Prior to your interview for this position, did you know any of the three selectees personally?
A They were colleagues of mine.
Q Did you know anything about their qualifications prior to your interview?
A Not specific, but a general idea about how long they worked, and what kind of projects they worked on.
Q How closely did you work with any of them?
A Not so closely.

Page 220

Q How frequently would you work with them, with any one of them?
A Can you refresh me the names of the people, please?
Q Ms. Padilla, for example.
A No, I have not worked closely with them.
Q How about Ms. Boardley?
A I know her as a colleague. I knew her as a colleague.
Q How closely did you work with Ms. Boardley?
A I have not worked closely with her.
Q I'm sorry?
A I have not worked closely with her.
Q How about Ms. Ciaschi?
A I did not work closely with her either.
Q How many times would you say in the course of your career in DIRM did you have

Page 221

any occasion to work at all with any of the three of them?
A Please say that question again.
Q Let me ask you a different question. When you say that you didn't work closely with them, what do you mean by that?
A Well, I answered your question why I worked closely -- no, I have not worked together.
Q No, what do you mean by "closely"?
A I thought I was attempting to answer your question when you asked whether I worked closely. The answer is no, meaning that I did not work together in the same project, in the same unit.
Q Okay. So you never worked on any project with any of the three of them. Is that what you're saying?
A That is correct, yes.
Q Okay. Thank you. I just want to be clear. If you didn't work closely, as you put it, or as I put it, with any of the three

Page 222



f5c7f65f-6298-4e91-9e42-c9e334705151