Federal Deposit Insurance Corporation     SOF - EXHIBIT K

## FORMAL COMPLAINT OF DISCRIMATION
Agency Docket Number FDICEO-040025

Note: This form is to be used if you believe you have been discriminated against because of race, color, national origin, sex, age, mental disability, physical disability, religion, reprisal, sexual orientation, parental status, or genetic Information. Read carefully the instructions of page 3 of this form prior to completion.

Individual [X]   Class [ ]   (Check type of complaint)

**Name of Complainant** (Last, First, MI): Chowdhury, Sultan M
**Position** (Job Title/ Pay Plan/ Series/ Grade):
**Home Phone**: 301-738-6863
**Work Phone**: 202-416-2034
**Home Address**: 10838 Hillbrooke Ln, Potomac, MD 20854
**Fax Number**:
**E-mail Address**: schowdhury@fdic.gov
**Organization Location/ Work Address**: DIR
**Name & Address of Office you believe discriminated against you**: DIRM

**Attorney**: [ ] YES  [X] NO

**Complainant's Representative**: N/A
**Representative's Name**: N/A
**Name of Firm**:
**Designation of Representative Form Completed and Attached**: [ ] YES  [ ] NO
**Address**:
**Phone**:
**Fax Number**:

**Basis(es) of Allegation(s)**:
- [X] RACE: Asian
- [X] COLOR: Brown
- [X] NATION ORIGIN: Bangladesh
- [X] Sex: Male
- [ ] DISABILITY
- [ ] RELIGION
- [ ] SEXUAL ORIENTATION
- [ ] PARENTAL STATUS
- [ ] GENETIC INFORMATION
- [X] AGE: DOB: 10/24/55
- [X] REPRISAL: Prior EEO activity

**Claim(s) being complained of**:
- [X] Appointment/Hire
- [ ] Assignment/Duty
- [ ] Award
- [ ] Demotion
- [ ] Disciplinary Action
- [ ] Evaluation/Appraisal
- [ ] Expiration of Appointment
- [ ] Harassment, non-sexual
- [ ] Harassment, sexual
- [ ] Overtime
- [ ] Promotion
- [X] Reassignment/Transfer
- [ ] Reduction-In-Force
- [ ] Reinstatement
- [ ] Reprimand
- [ ] Retirement
- [ ] Suspension
- [ ] Termination
- [ ] Time and Attendance
- [ ] Training
- [ ] Working Conditions
- [ ] Other

Have you raised this claim(s) in another forum (As a grievance or with the Merit System Protection Board or U.S. District Court)? [ ] YES [X] NO

Have all alleged discriminatory matters in this complaint been discussed with a FDIC EEO Counselor? [X] YES [ ] NO

Date you received the Notice of Right to File a Formal Complaint: 3/31/04

Name of EEO Counselor: Ophelia Jones

What corrective action are you seeking? Appointment in a CG-15 supervisory position, attorney costs, damages.

Complainant's Signature: Sultan Chowdhury
Date of Complaint: 4/9/04

Page 1 of 3
FDIC 2710/01 (Revised 6/2001)   (See Page 3 for Instructions in Completing Form and Privacy Act Statement)

Federal Deposit Insurance Corporation

FORMAL COMPLAINT OF DISCRIMATION
Agency Docket Number FDICEO-040025

CLAIM NUMBER 1

I believe that I suffered discrimination based on [choose one or more (race, color, national) origin, (sex, age,) mental disability, physical disability, religion, reprisal, sexual orientation, parental status, or genetic information]
_____, when on _____, [Explain what happened]
(Basis(es))                     (Date)

I was not selected for a CG-15 (lateral) supervisory position despite superior experience and qualifications.

[Provide names of involved management official(s) and or witnesses]

[Explain why you believe the action was discriminatory, e.g. discriminatory statements, others who were treated more favorably, and/or any other reason(s)]

CLAIM NUMBER 2
[Use same format as for Claim Number 1 above] Attach additional sheets, if necessary.

FDIC 2710/01 (Revised 6/2001)   (See Page 3 for Instructions in Completing Form and Privacy Act Statement)   Page 2 of 3