# FDIC

**FEDERAL DEPOSIT INSURANCE CORPORATION**

# DIRECTIVE SYSTEM

*The name and telephone number has been changed to reflect the new Contact.

| TYPE AND NUMBER | |
|---|---|
| Circular 2420.1 | |
| CONTACT | TELEPHONE NUMBER |
| Helen Belletti | (202) 942-3534 |
| DATE | |
| July 21, 2003 | |
| DATE OF CANCELLATION *(Bulletins Only)* | |

**TO:** All Employees

**FROM:** Arleas Upton Kea
Director, Division of Administration

**SUBJECT:** FDIC Rewards and Recognition Program

**1. Purpose**  To update policy, procedures, and guidelines applicable to the FDIC Rewards and Recognition Program.

**2. Scope**  This circular applies to all FDIC employees, unless otherwise specified.

**3. Revision**  FDIC Circular 2420.1, FDIC Rewards and Recognition Program, dated June 25, 2002, is hereby revised and superseded. This circular is revised to include provisions for a new Corporate Success Award, add a new Honorary Award, and extend Mission Achievement Awards to executive level employees.

**4. Action**  All employees are encouraged to review this circular carefully and retain it for future reference.

**5. Forms**  All forms referenced in this circular are available on the FDICnet under FDIC Business Tools, Policy, FILs, Directives, Standardized Forms.

**6. Questions**  Any questions concerning the application and/or administration of the FDIC Rewards and Recognition Program should be directed to local Division of Administration (DOA), Human Resources Branch (HRB) representatives or Office of the Inspector General (OIG) Human Resources representatives.

**7. Effective Date**  The provisions of this circular are effective immediately.

Attachment

SOF - EXHIBIT L

# FDIC REWARDS AND RECOGNITION PROGRAM
# TABLE OF CONTENTS

**CHAPTER 1. GENERAL PROVISIONS**

1-1. Purpose of the Program ............................................................................................. 1-1
1-2. Statement of Policy .................................................................................................... 1-1
1-3. Types of Recognition ................................................................................................. 1-3

**CHAPTER 2. PROGRAM ADMINISTRATION**

2-1. Authority for Approval of Awards ............................................................................... 2-1
2-2. Responsibilities of the Division of Administration ...................................................... 2-1
2-3. Responsibilities of Operating Officials ....................................................................... 2-2

**CHAPTER 3. SUGGESTION PROGRAM**

3-1. General ...................................................................................................................... 3-1
3-2. Eligibility .................................................................................................................... 3-1
3-3. Program Guidelines ................................................................................................... 3-1
3-4. Characteristics of Suggestions .................................................................................. 3-2
3-5. Exclusions ................................................................................................................. 3-2
3-6. Submitting and Processing Suggestions ................................................................... 3-2
3-7. Evaluating Suggestions ............................................................................................. 3-3
3-8. Time Limits for Evaluating Suggestions .................................................................... 3-4
3-9. Final Action on Suggestions ...................................................................................... 3-4
3-10. Rewarding Adopted Suggestions ............................................................................. 3-5
3-11. Monitoring and Tracking Suggestions ..................................................................... 3-6
3-12. Referral of Suggestions to Other Agencies ............................................................. 3-6
3-13. Suggestions Referred to the Corporation by Other Agencies ................................. 3-6
3-14. Advertising and Publicity of the Suggestion Program .............................................. 3-6

**CHAPTER 4. MISSION ACHIEVEMENT AWARD**

4-1. Definition ................................................................................................................... 4-1
4-2. Eligibility .................................................................................................................... 4-1
4-3. Criteria ....................................................................................................................... 4-1
4-4. Determining Amount of Award ................................................................................... 4-1
4-5. Procedures for Recommending Mission Achievement Awards ................................. 4-2

**CHAPTER 5. SPECIAL THANKS AND RECOGNITION (STAR) AWARD**

5-1. Definition ............................................................................................................. 5-1
5-2. Eligibility ............................................................................................................. 5-1
5-3. Relationship to Other Awards ............................................................................ 5-1
5-4. Criteria for STAR Awards .................................................................................. 5-1
5-5. Procedures for Recommending STAR Awards .................................................. 5-2
5-6. Requirements and Restrictions .......................................................................... 5-3
5-7. Documentation ................................................................................................... 5-3

**CHAPTER 6. CHAIRMAN'S EXCELLENCE AWARDS**

6-1. Definition ............................................................................................................. 6-1
6-2. Eligibility ............................................................................................................. 6-1
6-3. Criteria ................................................................................................................. 6-1
6-4. Nominations ....................................................................................................... 6-1
6-5. Selection Committee .......................................................................................... 6-2
6-6. Awards Allocation .............................................................................................. 6-2
6-7. Nature of Award .................................................................................................. 6-2
6-8. Categories ........................................................................................................... 6-2

**CHAPTER 7. FDIC HONORARY AWARDS**

7-1. Definition ............................................................................................................. 7-1
7-2. Eligibility ............................................................................................................. 7-1
7-3. Edward J. Roddy Examiner Excellence Award .................................................. 7-1
7-4. Nancy K. Rector Public Service Award ............................................................. 7-1
7-5. Annie D. Moore Equal Employment Opportunity (EEO) and Diversity Award .. 7-2
7-6. James R. McFadyen Award for Courage, Bravery and Heroism ...................... 7-2
7-7. DRR Robert F. Longworth Leadership Award ................................................... 7-2
7-8. Employee of the Year Awards ............................................................................ 7-3
7-9. Nominations ....................................................................................................... 7-4

**CHAPTER 8. NON-MONETARY AWARDS**

8-1. Definition ............................................................................................................. 8-1
8-2. Eligibility ............................................................................................................. 8-1
8-3. Relationship to Other Awards ............................................................................ 8-1
8-4. Exclusions ........................................................................................................... 8-1
8-5. Examples of Non-Monetary Awards ................................................................... 8-1
8-6. FDIC Corporate Merchandise Program ............................................................. 8-2
8-7. Procedures ......................................................................................................... 8-2
8-8. Budget Information ............................................................................................ 8-2

**CHAPTER 9. SERVICE RECOGNITION**

9-1. General ........................................................................................................... 9-1
9-2. Eligibility ........................................................................................................ 9-1
9-3. Federal Service Recognition ......................................................................... 9-1
9-4. Retirement Recognition ................................................................................. 9-1
9-5. FDIC-Sponsored Retirement Reception ........................................................ 9-2

**CHAPTER 10. TIME-OFF AWARDS**

10-1. Definition ..................................................................................................... 10-1
10-2. Eligibility ...................................................................................................... 10-1
10-3. Criteria for Time-Off Awards ....................................................................... 10-1
10-4. Procedures for Recommending Time-Off Awards ...................................... 10-2
10-5. Time-Off Award Restrictions ....................................................................... 10-2
10-6. Documentation ............................................................................................ 10-3

**CHAPTER 11. CORPORATE SUCCESS AWARDS**

11-1. Definition ..................................................................................................... 11-1
11-2. Eligibility ...................................................................................................... 11-1
11-3. Relationship to Other Awards ..................................................................... 11-1
11-4. Criteria ......................................................................................................... 11-2
11-5. Procedures .................................................................................................. 11-2
11-6. Documentation ............................................................................................ 11-3

**APPENDICES**

A. Criteria for Suggestion Awards for Contributions Based on Tangible Benefits .... A-1
B. Criteria for Suggestion Awards for Contributions Based on Intangible Benefits .. B-1

# CHAPTER 11
# CORPORATE SUCCESS AWARDS

**11-1. Definition**

The Corporate Success Award is an annual award that provides for a 3.0 percent increase in basic pay (in addition to the annual pay adjustment) for those employees who are recognized as the top contributors within the Corporation. The purpose of this award is to recognize an employee's individual initiative, exceptional effort and/or achievements that reflect important contributions to the Corporation and/or its organizational components. An employee recognized with this award will have made important contributions that are within or outside of the scope of his/her job; however, when within the scope of the employee's job, such contributions must reflect initiative, effort or achievement beyond that normally expected from an employee in that position and grade.

This award is effective for 2004 and 2005 and will be implemented during the first full pay period of each year, respectively. These awards will be issued on an annual basis to acknowledge contributions made during the year. Corporate Success Awards shall be distributed to employees in a fair and equitable manner.

**11-2. Eligibility**

All non-executive employees who have current performance ratings of record from the FDIC of "Meets Expectations" are eligible. Employees who join the Corporation after the close of the performance plan and evaluation period are not eligible to receive this award. Employees who received a promotion during the year are eligible to receive this award; however, supervisors should consider the employee's contributions based on the position that the employee occupies at the end of the year. Individuals, **not** teams, are eligible for the Corporate Success Award.

**11-3. Relationship to Other Awards**

Corporate Success Awards are not intended to replace existing incentive awards. However, the receipt of another type of award during the preceding year does not necessarily mean the employee will be nominated to receive a Corporate Success Award. Additionally, the receipt of a Corporate Success Award in the preceding year does not necessarily mean the employee will be nominated to receive a Corporate Success Award in the following year.

**11-4. Criteria**  The criteria below are intended to be achievable by any eligible employee in any position. Nominations for the award effective in 2004 must be based on contributions made between January 1, 2003 and December 31, 2003. Nominations effective in 2005 must be based on contributions made between January 1, 2004 and October 31, 2004.

Nominations will be evaluated based on one or more of the following criteria. These are the only criteria permitted under the Corporate Success Award Program. Nominations will provide specific statements of the contributions by the employee that meet the identified criteria. Meeting one or more of these criteria does not entitle employees to be nominated to receive the Corporate Success Award.

A. **Business Results**: Consistently displays a high level of initiative, creativity, and innovation to produce results that reflect important contributions to the Corporation and/or its organizational components.

B. **Competency**: Demonstrates an exceptional degree of competency within his/her position, and is frequently relied upon by others for advice, assistance, and/or judgment that reflect important contributions to the Corporation and/or its organizational components.

C. **Working Relationships**: Builds extremely productive working relationships with co-workers, other Divisions/Offices, or other public or private sector agencies based on mutual respect that reflect important contributions to the Corporation and/or its organizational components.

D. **Learning and Development**: Takes an active part in developing personal skills and competencies and applies newly acquired skills and competencies that reflect important contributions to the Corporation and/or its organizational components.

**11-5. Procedures**  A. Supervisors shall conduct a group meeting with employees at least annually, to explain the Corporate Success Award criteria and to discuss how the criteria apply to the work of their organization and unit.

B. Supervisors shall nominate their top contributors by preparing form <u>FDIC 2420/21, Corporate Success Award Nomination.</u> Forms must be submitted to the designated reviewing official within 15 calendar days after the end of the consideration cycle.

| | |
|---|---|
| **Procedures (cont'd)** | Employees may provide input to the appropriate supervisors for other employees to be considered for a Corporate Success Award. |
| | C. Reviewing Officials, as designated in the Division/Office delegations of authority, will ensure the consistent application of Corporate Success Award criteria and the fair and equitable treatment of employees. The reviewing official shall sign the nomination form and forward it to the Division/Office Director within 30 calendar days after the end of the consideration cycle. |
| | D. Each Division/Office Director, or his/her designee, will serve as the approving official for all Corporate Success Awards within their Division/Office. Directors are responsible for ensuring that the percentage of bargaining unit and non-bargaining unit employees recognized under the Corporate Success Award program equals the percentage identified by the Chairman. The Director, or his/her designee, will sign the nomination forms and forward them to their AO for coordination with DOA, HRB. |
| | E. The DOA, HRB shall provide each Division/Office AO with a spreadsheet that separates bargaining unit from non-bargaining unit employees by branch and region 30 calendar days prior to the end of the consideration cycle. The AO will annotate the spreadsheet to indicate those employees who have been approved to receive Corporate Success Awards. AOs shall forward this completed report to DOA, HRB, within 45 calendar days after the end of the consideration cycle. |
| | F. The Chairman has sole discretion to set the percentage of bargaining unit and non-bargaining employees who will be recognized as top contributors under the Corporate Success Award program no later than 30 days prior to the end of the consideration cycle. However, the percentage of bargaining unit employees to receive the Corporate Service Award will be no less than 33 1/3 percent. |
| | G. Corporate Success Awards will become effective in pay period one of 2004 and 2005, respectively. |
| **11-6. Documentation** | The 3.0 percent increase for those employees who receive the Corporate Success Award will be added to the annual pay adjustment (e.g., 3.0% Corporate Success Award plus 3.2% Pay Adjustment = 6.2% Total Pay Adjustment). The total pay adjustment will be documented in the employee's SF-50, Notice of Personnel Action, which will include a remark indicating that the annual pay adjustment includes a Corporate Success Award of 3.0 percent. |

**Documentation (cont'd)**  Employees who receive a Corporate Success Award in excess of the salary grade maximum will be paid a 100 percent lump sum payment, including employees on "saved pay." The basic pay of employees on temporary promotions less than one year will be adjusted to reflect Corporate Success Awards received while temporarily promoted.

The same pay adjustment percentage received while temporarily promoted will be used to compute the permanent basic rate of pay.

The names of Corporate Success Award recipients will be published in the FDIC News consistent with agency practice for publicizing other significant awards (e.g., Mission Achievement Awards). Additionally, on an annual basis, the Corporation will publish a summary of ten of the most interesting contributions that have resulted in the issuance of a Corporate Success Award.

Corporate Success Awards will also be reported to the U.S. OPM consistent with other awards.