# Federal Deposit Insurance Corporation

## FORMAL COMPLAINT OF DISCRIMATION
Agency Docket Number FDICEO-040032

Note: This form is to be used if you believe you have been discriminated against because of race, color, national origin, sex, age, mental disability, physical disability, religion, reprisal, sexual orientation, parental status, or genetic Information. Read carefully the instructions of page 3 of this form prior to completion.

| Field | Value |
|---|---|
| Name of Complainant (Last, First, MI) | Chowdhury, Sultan M |
| Position (Job Title/Pay Plan/Series/Grade) | Sr. Info Sys. Specialist; CG- -15 |
| Individual / Class | Individual ✓ |
| Home Address | 10838 Hillbrooke La, Potomac, MD 20854 |
| Home Phone | 301-738-6863 |
| Work Phone | 202-416-2054 |
| Fax Number | |
| E-mail Address | SChowdhury@FDIC.GOV |
| Organization Location/Work Address | 550 17th Street, NW, Rm 801-823, Washington, DC 20429 |
| Name & Address of Office you believe discriminated against you | DFR |
| Complainant's Representative | N/A |
| Attorney | NO |

**Basis(es) of Allegation(s):**
- ☒ RACE: Asian
- ☒ COLOR: Brown
- ☒ NATION ORIGIN: Bangladesh

**Claim(s) being complained of:**
- ☒ Other (Specify): Corporate Success Award (CSA)

Have you raised this claim(s) in another forum? NO
Have all alleged discriminatory matters in this complaint been discussed with a FDIC EEO Counselor? YES
Name of EEO Counselor: Ms. Ophelia Jones
Date you received the Notice of Right to File a Formal Complaint: Yes, 5/4/04

What corrective action are you seeking?
Retroactive award of CSA and recognition thereof; attorney costs; damages.

SOF - EXHIBIT N

Federal Deposit Insurance Corporation

# FORMAL COMPLAINT OF DISCRIMATION
Agency Docket Number FDICEO-040032

| Complainant's Signature | Date of Complaint 5/14/04 |
|---|---|

FDIC 2710/01 (Revised 6/2001)  (See Page 3 for Instructions in Completing Form and Privacy Act Statement)  Page 1 of 3

## CLAIM NUMBER 1

I believe that I suffered discrimination based on [choose one or more: race, color, national origin, sex, age, mental disability, physical disability, religion, reprisal, sexual orientation, parental status, or genetic information] _____ (Basis(es)), when on _____ (Date), [Explain what happened]

CSA for 2003 was denied despite my initiatives and efforts that contributed to the success of the Corporate initiative and saved the Corporation over $100K.

[Provide names of involved management official(s) and or witnesses]

Mr. Martin Henning

[Explain why you believe the action was discriminatory, e.g. discriminatory statements, others who were treated more favorably, and/or any other reason(s)]

CSAs were given to people in the project whose contributions were substantially less, and in one case contributed to financial loss to the Corporation due to extra costs incurred.

## CLAIM NUMBER 2
[Use same format as for Claim Number 1 above] Attach additional sheets, if necessary.