**FDIC**
Federal Deposit Insurance Corporation
550 17th St. NW Washington DC, 20429

Division of Insurance and Research

April 9, 2004

TO: Sultan Chowdhry, Senior Information Systems Specialist
Division of Insurance and Research

FROM: Martin Henning, CDR Project Manager  *Martin Henning*
Division of Insurance and Research

SUBJECT: Mid-year Performance Deficiency

This memo summarizes the discussion we had on March 31, 2004 regarding your performance at the mid-point of this rating cycle and reaffirms the specific things we agreed you will do over the next 90 days to address the deficiency discussed.

Although there are several areas where you are solidly contributing to the project, your written communication is currently not meeting expectations for your position and grade level. In particular, we discussed the low quality of the risk management plan, financial summaries, and the recent Security Assessment Questionnaire cover letter. Therefore, we agreed that you would take specific actions over the next 90 days to address this deficiency and that we would re-evaluate at the end of that time.

Specifically, we agreed you would complete a paper during that period that evaluates the security alternatives available for the CDR and assesses our current CDR security design's adequacy. You will be gathering information from multiple sources including Unisys, Jack Talbert, DIRM, and independent sources such as Gartner Group. To assist your writing of this paper, we agreed you will take advantage of the following:

- writing course(s) offered either at the FDIC or externally,
- effective business writing guidelines and exercises I provided,
- guidance in the Business Writers Handbook written by Charles Brusaw, Gerald Alred, and Walter Oliu,
- writer/editor feedback on initial paper drafts,
- my feedback on paper drafts, and
- other resources that might help you improve your skills in this area.

As we discussed, the quality of your writing is something that you can improve with specific actions and appropriate attention. And I am committed to helping you in that process. Please let me know how I can help in addition to the actions above and regular meetings to discuss your progress.

SOF - EXHIBIT O