# Regional Rehab @ Bethesda
## Psychology Service
### Consultation

RE:

Chowdhury, Sultan

DOB: 10/24/55

NRH Med. Rec. # 04-46-10

Eval Date: 10/14/04

Onset Date: 4/97

Med. DX By HX: Fibromyalgia; Chronic Fatigue Syndrome

Psychological DX: Adjustment disorder with mixed anxiety and depressed mood

Referred By: Dr. Ganti

Occupation: Information systems management - FDIC

Mr. Chowdury returns for a psychological consultation as part of follow-up for his condition that I worked with him on previously. He finds himself still struggling with his musculoskeletal conditions and supervisory stresses at work. All information obtained is from patient.

**Hx of Presenting Problem:** Mr. Chowdury reports that he has been trying to understand why the Workers Compensation System has not acknowledged the medical diagnoses that Dr. Ganti diagnosed him with. I helped him understand what he needed to do and why he was receiving what communications that he did from the Office of Workman's Compensation. He talked about increasing stress at work with a new manager that began last October. He reported that he is feeling discriminated against because of his heritage. He reports that he has had consistently positive reviews through his 29 year work history and believes that this individual set out to fire him from the first time that they met. Patient reports that at the first meeting with the manager, the manager told him how he fires people. He reports that he is being criticized on non-objective aspects of his work, only the subjective. He reports that he has been placed on probation. Needless to say these circumstances are exacerbating his psychological and medical problems. I encouraged him to file an EEO complaint and see the EAP. He talked about not knowing how to handle his situation and he is getting very depressed, because no matter what he does, his manager finds fault with it. He talked about being criticizing for his writing style which has never been a problem before with any of his prior managers or fellow co-writers or the recipients of documents. He is reporting feeling vary fatigues and having no energy.

**Brief History:** See previous reports for background information.

**Behavioral Observation:** He was appropriately dressed and groomed and was willing to talk about his situation. He responded to all my questions fairly well. He was able to tolerate sitting for the entire interview which lasted about 60 minutes. He was oriented, alert, attentive with good concentration. His speech and language were fluent and unremarkable. Memory deficits and other cognitive problems during normal conversation were not present.. There was no evidence of the presence of a thought disorder in either process or content. He stated that his mood is depressed and anxious and that he feels more nervous and tense than depressed. His mood, affect and thinking were always congruent. He is still reporting some sleep disturbance but not appetite disturbance. Both reasoning and judgment were intact. Capacity for interpersonal functioning is good. He did not report any current thoughts characteristic of suicidal or homicidal ideation. He does not report substance abuse.

**Assessment:** Mr. Chowdury is a 49 year old, married male with a history of Fibromyalgia and Chronic fatigue syndrome which have an interactive effect on his Adjustment Disorder with Depressed

**SOF - EXHIBIT P**

Chowdhury, Sultan                                              Page 2 of 2
NRH Med. Rec. # 04-46-10

Mood. He again seems to have difficulty with a new manager who he believes doesn't like him because he is Muslim. He feels that his self-esteem is being greatly impacted and that he is in a no-win situation. He is depressed again over the decrease in his physical functioning and the combination of the emotional responses with the physical symptoms of distress continued to leave him feeling out of control in an ego dystonic way. Because of his condition and history he is more sensitized to react to supervisory criticism and dislike. There is no evidence of a thought, anxiety or major affective disorder. His situation still seems to involve environmental stressors. At this time I would still diagnose him as having the following:

> Axis I   Adjustment disorder with mixed anxiety and depressed mood.
> Axis II
> Axis III Fibromyalgia; Chronic Fatgue Syndrome by HX.
> Axis IV  Health and Occupational relationship Problems
> Axis V  61

**Recommendations:** 1) Patient should contact the EEO and an EAP. 2) I advised him to come back into therapy to learn how to deal with the stress better.

**Plan:** I will see Mr. Chowdury in individual psychotherapy for the purposes of teaching him self-regulation strategies for stress and affect management if he chooses to come back in for treatment.

| Symptoms/Problems | Goals: | Time Frame |
|---|---|---|
| 1) Stress and affect Management | a)  Teach relaxation and stress management skills - decrease average | 8-10 sessions |
| | a)  tension/stress level by 50% | 6-8 sessions |
| | b)  Reduce sense of being out of control as measured by patient's self- report by 50% | |
| 2) Anxiety management | a) Develop healthy cognitive patterns and beliefs about self and the world that lead to alleviation of anxious symptoms. | 12 sessions |
| | b) Identify cognitive self-talk that is part of obsessive anxious style and modify such. | 12 sessions |

Goals and aims of this treatment plan were discussed with Mr. Chowdury and his input was taken into consideration. Rehabilitation potential for stated goals is good.

Philip R. Appel, Ph.D.