Chowdhury, Sultan

# Assessment

Date of Exam: 5/4/04     Time of Exam: 10:30 AM

**IDENTIFYING INFORMATION**

Age 45   Gender M/F   Race/Ethnicity Indian   Occupational Status Systems Manager

Marital/Relationship Status M

**CHIEF COMPLAINT**

Anxiety as result of job threat

**HISTORY OF PRESENT ILLNESS & PRECIPITATING EVENT** (include onset of illness, symptoms & behaviors, duration, sleep, appetite, substance use, lifestyle dysfunction)

Sleep disturbances - General anxiety

FDIC 12 yrs. - 29 yrs prof. experience. Always rated vatied - medals etc. his GPA plus computer science & systems manager. Responsibilities changed. good people skills. Management chg in Oct. '03. Brought in new prog. deleg akd some of his work. Was told he "lost people." Title changed. Not invited to proj. team discussions. March performance appraisal ant changed multiple times. Failed, rated unsat mo. bef w/ no comments * 

**PAST PSYCHIATRIC ILLNESS** (include inpatient hospitalization, outpatient treatment, and past medications) EEO complaint 2002 - said he wasn't promoted thru discrimination for seven years.

* Told to go to classes & he wld be monitored. Referred to ofcr document nt up to par. Pt. agreed. F/U meetings Open letter in his chart "deficiency in performance" before meeting. Pt told manager that he didn't agree w/ his assessment. Given 90 da. to improve area. Pt. concerned abt possible job loss.

**SOF - EXHIBIT Q**

Sufton M. Chowdbury

# Psychiatric Admission Assessment

**CURRENT MEDICATIONS-DOSAGE-FREQUENCY**

Amitriptylin (monitored by Primary Physician)
(p.r. visit) Dr. Agat— ? Neurontin
                  Davar?

**PSYCHOSOCIAL/FAMILY HISTORY** (include history of abuse)
(Required for children/adolescents-developmental milestones)

1/6 of 8 children. Raised is Bangladesh. From
an intact family. Public school g-ed technology management
blue in Bagal. U of MD M.S.— technology management
Came to U.S.A age 28. Married age 26. 3 boys
(19, 15, 8). Son in college in Bangladesh. Lives in
Potomac, U.S. Citizen.
    No hx of abuse.
    ∓ used to be called a "walking dictionary."

**FAMILY HISTORY OF PSYCHIATRIC ILLNESS/CHEMICAL DEPENDENCY** (list family members, include dates and type of treatment if known)

No family hx. Son used heroin — possible
addiction.

**PERTINENT MEDICAL HISTORY** (allergies, adverse drug reactions, current medical problems, surgeries, hospitalizations)

Hypertension                     Sleeping problem
      Minor stroke → some memory loss — hospitalized 1 wk. CCU
If wk - 6 wks. Was project manager for Y2K — working 16 hr. days
      Some loss of vision.

**SUICIDAL-HOMICIDAL-IMPULSE CONTROL** (Present ideations/plans, past attempts, self mutilative behaviors, impulse control, other impulsive acts)

Neg

# Mental Status

### APPEARANCE
Yes / No
- [x] Age Appropriate
- [ ] Younger than age
- [ ] Older than age
- [ ] Appears Intoxicated
- [ ] Appears in Withdrawal
- [ ] Appears in Control
- [ ] Appears out of Control
- [ ] Unremarkable

Mild to Moderate / Marked
- [ ] Bizarre
- [ ] Seductive
- [ ] Overweight
- [ ] Underweight
- [ ] Disheveled
- [ ] Unclean
- [ ] Appearing Ill

### BEHAVIOR
Yes / No
- [x] Cooperative
- [ ] Uncooperative
- [ ] Hostile
- [ ] Threatening
- [ ] Inappropriate
- [ ] Appears in Control
- [ ] Mute

Mild to Moderate / Marked
- [x] Restless
- [x] Agitated
- [ ] Hypomotoric
- [ ] Suspicious
- [ ] Argumentative
- [ ] Passive
- [ ] Loud Speech
- [ ] Pressured Speech
- [ ] Slow Speech
- [x] Tearful
- [ ] Slurred Speech

### MOOD & AFFECT
Yes / No
- [ ] Appropriate
- [ ] Euthymic

Mild to Moderate / Marked
- [x] Depressed
- [ ] Labile
- [ ] Blunted
- [ ] Euphoric
- [ ] Irritable
- [ ] Angry
- [x] Guilty (pt denies)
- [x] Anxious

### THOUGHT PROCESS
Yes / No
- [ ] Thought Disorder

Mild to Moderate / Marked
- [ ] Circumstantial
- [ ] Tangential
- [ ] Loose Associations
- [ ] Confusion
- [ ] Racing Thoughts
- [ ] Paucity of Thoughts
- [ ] Flight of Ideas
- [ ] Difficulty Concentrating
- [ ] Distractible
- [ ] Confabulation

### THOUGHT CONTENT
Yes / No
- [ ] Hallucinations

Mild to Moderate / Marked
- [ ] Auditory
- [ ] Visual
- [ ] Olfactory
- [ ] Tactile

Yes / No
- [ ] Illusions

Describe: _____

Yes / No
- [ ] Delusions

Mild to Moderate / Marked
- [ ] Paranoid
- [ ] Grandiose
- [ ] Sexual
- [ ] Somatic

Mild to Moderate / Marked
- [ ] Bizarre Thoughts
- [ ] Suspicious
- [ ] Paranoid Thoughts
- [ ] Thought Broadcast
- [ ] Thought Insertion
- [ ] Thought Withdrawal
- [ ] Ruminations
- [ ] Obsessions
- [ ] Compulsions
- [ ] Hopelessness
- [ ] Poor Self Esteem
- [ ] Phobic
- [ ] Somatizing
- [ ] Flashbacks
- [ ] Depersonalization
- [ ] Derealization

### Suicidal Thoughts
Yes / No
- [ ] Suicidal Thoughts

- [ ] Homicidal Thoughts

### INSIGHT & JUDGMENT
- [ ] Intact Judgment
- [ ] Impaired Judgment
- [ ] Realizes need for help
- [ ] Ambivalent about help
- [ ] Denial
- [ ] Blames Others
- [ ] Minimizes Problems

### INTELLECTUAL LEVEL
- [ ] Above Average
- [ ] Average
- [ ] Below Average

### COGNITIVE FUNCTIONS*
Intact / Impaired
- [ ] Oriented to Person
- [ ] Oriented to Place
- [ ] Oriented to Time
- [ ] Level of Consciousness

- [ ] Recent Memory (last meal, yesterday's meal)

- [ ] Remote Memory (long-term) (where born, birthdays of children, last week's news)

- [ ] Immediate Recall (short-term digits remember 3 objects)

- [ ] Simple Calculations (serial seven's)

- [ ] General Knowledge (vocabulary, fund of knowledge, level of education)

- [ ] Ability to Abstract

## INVENTORY OF PATIENT'S STRENGTHS/ASSETS:

**PHYSICAL**  [ ] In good health  [ ] Physically Fit  [X] Well-managed Physical Illness
Describe _____

**INTELLECTUAL**  [ ] Grade School  [ ] Completed High School/G.E.D.  [X] College  Graduate work
Describe _____

**EMOTIONAL**  [X] Ability to express feelings  [ ] Ability to care for others
Describe _____

**FINANCIAL**  [X] Ability to manage finances  [ ] Financially secure ?
Describe _____

**SOCIAL**  [X] Good social support network  [X] Good family support  (Brother lives w/ h a few blocks)
Describe _____

**SPIRITUAL**  [ ] Active Religious activities  [X] Has spiritual beliefs
Describe  Pursue practicing person

**OTHER**  Describe _____

**AXIS I**  296.32   300.02

**AXIS II**

**AXIS III**  ?4 — job, concern abt oldest son,
(name retrieval diff as result of stroke) hypertension
pt. 96-98

**AXIS IV**  one year ago

**AXIS V**  50 - TV
75 (pt)

**CLINICAL JUSTIFICATION FOR TREATMENT IN THIS LEVEL OF CARE**
[ ] Inpatient  [ ] 23 Hour Obs  [ ] PHP  [ ] IOP  [X] Outpatient  [ ] _____

**PRELIMINARY DIAGNOSTIC FORMULATION/TREATMENT PLAN** (Includes diagnostic testing, sending for records, contacting family, medication, etc.)

Goals.
1. Sx relief — to feel better
2. How to handle diff. situations
3. Learn techniques to deal w/ his feelings

Signature _____   Date 5-11-04