Page 371

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

þÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍ»
SULTAN M. CHOWDHURY,                °

                                    °

            Plaintiff,              °
                                    ° Civil Action
v.                                  ° No. 05-2368
                                    ° (JGP)
MARTIN J. GRUENBERG,                °
Chairman, Federal Deposit           °

Insurance Corporation               °
                                    °
            Defendant.              °
þÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍÍ¼


            Monday, May 5, 2008



DEPOSITION OF:

            SULTAN M. CHOWDHURY


called for examination by counsel for the

Defendant, pursuant to Notice of Deposition,

at the Federal Deposit Insurance Corporation,

3501 Fairfax Drive, Arlington, VA 22226 at

1:00 p.m., when were present on behalf of the

respective parties:

496

1      A     No.

2      Q     Okay.  Other than the doctors that

3  you've seen since 2004, did you ever consult

4  with any medical providers of any kind with

5  regard to any type of work-related issue?

6  Workers comp claim or anything like that.

7      A     No, but I did submit a - I think

8  there was an application made -

9      Q     In connection with this case.

10      A     Right, right.

11      Q     Other than this case.

12      A     No, no.

13      Q     Okay.  And you stated that you're

14  still treating with Dr. Hoffman?

15      A     Yes.

16      Q     Every other week?

17      A     Yes.

18      Q     Okay.  Jim, we're still waiting

19  for those.

20            MR. SIMPSON:  As soon as - I've

21  left several voice mails and I'm not getting

22  called back.