IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SULTAN M. CHOWDHURY,

    Plaintiff,

v.

MARTIN J. GRUENBERG,

ACTING CHAIRMAN,
FEDERAL DEPOSIT
INSURANCE CORPORATION,

    Defendant.

Case No. 05-02368 (JGP)

Wednesday, September 12, 2007

DEPOSITION OF:

SULTAN M. CHOWDHURY

called for examination by counsel for the Defendant, pursuant to notice of deposition, at the Federal Deposit Insurance Corporation, 3501 Fairfax Drive, NW, Arlington, VA, at 1:14 p.m., when were present on behalf of the respective parties:

SOF - EXHIBIT S

f5c7f65f-6298-4e91-9e42-c9e334705151

**Page 263**

1  Q  How far back can you recall seeing
2  your doctor about stress?
3  A  I've seen seven, eight years ago.
4  Q  So approximately 2000?
5  A  Or earlier.
6  Q  Okay. Now in the year 2000 or 2001
7  you suffered a minor stroke, didn't you?
8  A  Yes, I did.
9  Q  And were you ever told what the
10 cause of that was?
11 A  Well, I believe I was working a
12 tremendous amount of hours in FDIC, and that
13 may have caused that.
14 Q  Did a doctor ever tell you that?
15 A  What do you mean?
16 Q  Did a doctor ever tell you that
17 your work caused your stroke?
18 A  The stress caused -- yes, they
19 asked me history, and stress causes stroke.
20 They said that.
21 Q  Did the doctor ever tell you that
22 your work at the FDIC caused your stroke?

**Page 264**

1  A  Doctor took the history -- what my
2  life and work history, and they suggested that
3  stress, work stress causes stroke, that I
4  suffered.
5  Q  Okay. Did you take off from work
6  after that?
7  A  Yes.
8  Q  How much time?
9  A  A lot of time.
10 Q  Could you give me an estimate?
11 A  I don't remember exactly, 10, 12
12 weeks.
13 Q  Okay. And you went back to work
14 full-time?
15 A  Yes. Initially, for part-time,
16 then full-time.
17 Q  Okay. Were there any other
18 particular stressors in your life after that
19 time?
20 A  Not that I recall anything
21 specific.
22 Q  Do you recall a conversation with

**Page 265**

1  John Wisnieski sometime after your return from
2  your stroke discussing losses in the stock
3  market?
4  A  We all talk about loss in the stock
5  market.
6  Q  I'm asking you if you had that
7  conversation with Mr. Wisnieski.
8  A  That was a mutual conversation. He
9  had losses, too.
10 Q  So the answer is yes, you did have
11 that conversation.
12 A  Yes.
13 Q  And was that causing you stress?
14 A  It caused loss. I mean, it's not --
15 a loss is a business loss.
16 Q  Was it causing you stress?
17 A  I did not tell them to him, that it
18 caused me stress.
19 Q  I'm not asking if you told him.
20 I'm asking you if it did cause you stress?
21 A  In this context, no. In the
22 context of your questioning, no.

**Page 266**

1  Q  I'm not sure I understand that
2  answer. Either the financial loss in the
3  market caused you stress or it didn't.
4  A  The financial losses caused me
5  financial loss.
6  Q  It's a simple yes or no question,
7  sir. Did it cause you stress, or didn't it?
8  A  It caused me financial loss, yes.
9  MR. GEORGE: Let's go off the
10 record for a minute.
11 (Whereupon, the proceedings went
12 off the record at 2:45:29 p.m., and went back
13 on the record at 2:53:08 p.m.)
14 MR. GEORGE: Back on the record.
15 BY MR. GEORGE:
16 Q  Okay. I believe my last question
17 was, did your losses in the stock market that
18 you discussed with Mr. Wisnieski at some point
19 cause you any stress?
20 A  Can you refresh me the time frame
21 that he mentioned?
22 Q  It was sometime after you had been