UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
----------------------------------
SULTAN M. CHOWDHURY,             :
                                 :
          Plaintiff,             :
                                 : Civil Action
v.                               : No. 05-2368
                                 : (JGP)
MARTIN J. GRUENBERG,             :
Chairman, Federal Deposit        :
Insurance Corporation            :
                                 :
          Defendant.             :
----------------------------------
```

Monday, May 5, 2008

DEPOSITION OF:

SULTAN M. CHOWDHURY

called for examination by counsel for the Defendant, pursuant to Notice of Deposition, at the Federal Deposit Insurance Corporation, 3501 Fairfax Drive, Arlington, VA 22226 at 1:00 p.m., when were present on behalf of the respective parties:

1         Q     You've also testified that Mr.
2   Henning gave you a Notice of Unsatisfactory
3   Performance in April of 2004 based on your
4   writing, correct?
5         A     Right.
6         Q     That after a period of review that
7   in August of 2004 Mr. Henning placed you on a
8   Performance Improvement Plan only for your
9   writing, correct?
10        A     Yes.
11        Q     And that prior to the conclusion
12  of that Performance Improvement Plan you left
13  work on medical leave, correct?
14        A     I would not characterize it that
15  way.  I went to medical leave because my
16  doctor advised me so.
17        Q     Okay.  I don't see the difference,
18  but okay.  Now, during the period from April
19  of 2004 through July of 2004 you had a series
20  of prescribed meetings with Mr. Henning to go
21  over your writing and to seek ways to bring it
22  up to an acceptable standard, correct?

1   A   Yes, I had meetings with him.

2   Q   Okay. And those meetings were not
3   only part of what you two had discussed, but
4   as Mr. Henning explained to you it's also FDIC
5   procedure, correct?

6   A   He didn't explain that
7   specifically, but those meetings were like
8   putting somebody in torture chamber every
9   week.

10   Q   Mr. Chowdhury, how is that torture
11   to attend meetings with your supervisor about
12   your writing? I really want to understand
13   that. Do you mean physical torture?

14   A   Mental torture.

15   Q   And how was it mental torture?

16   A   Put somebody in a room and chagrin
17   at him, making faces -

18   Q   What does chagrin -

19   A   Let me answer. Constantly saying
20   this wrong, that is wrong, that is wrong. I
21   mean, essentially he's crushing you as a
22   person. That was his mission in those