# FDIC

**Federal Deposit Insurance Corporation**
550 17th Street NW, Washington, D.C. 20429-9990

Division of Insurance and Research

August 18, 2004

**TO:**   Sultan Chowdhury
Senior Information Systems Specialist

**FROM:**   Martin Henning   MK
CDR Project Manager

**SUBJECT:**   Notice of Unsatisfactory Performance – Performance Improvement Plan

Your performance is unsatisfactory in the area of written communication as we have discussed on several occasions. This memo provides a statement of the deficiency, what performance is required to meet expectations, and a plan for addressing the deficiency and to improve performance.

On March 31, 2004, I informed you that the deficiencies in your written work product could lead to a performance rating of "Does Not Meet," and that continued deficiencies in this area could lead to other actions including a Performance Improvement Plan or PIP. You have taken positive steps that should assist you to improve your written work product including attending a writing course, reviewing instructional material I have provided, seeking professional editor feedback, and seeking my feedback on documents you've written since March 31. However, based on my review of your written work product since March 31, your written communication has not improved to a satisfactory level. Your performance does not meet the standards of your job and I have decided to place you on a Performance Improvement Plan. The deficiencies described below are examples of your unsatisfactory performance relative to this criterion.

Statement of the Deficiency
Performance Criteria: Written Communication Skills

Acceptable performance in this area is characterized by quality and effective written products. More specifically, written work is clear, concise, well organized, thoroughly researched, and effectively presented. Written products are neat, properly formatted, grammatically correct, and require only minimal editing.

You are not meeting the Written Communication Skills performance criterion of your performance plan. Following are specific deficiency examples that you have written since March 31 followed by the examples that led to my initial assessment.

Since March 31, 2004 you have provided three examples of your written work product for my review relative to the deficiency identified above: an initial draft of the Central Data Repository (CDR) Business Contingency Plan, a CDR Security Test & Evaluation Recommendation document, and a July 30 E-mail relaying information regarding requested contractor audit reports.

**SOF - EXHIBIT U**

The initial draft of the Business Contingency Plan (BCP) you provided on June 10 was a good first draft but, as we discussed, needed substantial work before it could be completed or adequately demonstrate your writing improvement. You provided another draft to me and other team members for review on August 10 and received substantive feedback on August 11 regarding that document. The feedback from other readers was similar to the feedback I had provided earlier. Specific examples of the modifications needed are that the document requires a more streamlined disaster recovery organizational structure, requires a completed acronym reference table, and requires improved organizational clarity with regard to the process for analyzing system outages and determining the need for invocation of the BCP. An action item from the August 11 meeting is for you to revise the plan consistent with the feedback received and provide a new draft in two weeks.

The CDR Security Test & Evaluation Recommendation document was deficient in that the purpose statement was not entirely consistent with the document's contents, it lacked clarity in the background section, and it lacked a concise sequence that allowed the reader to understand well the process used to arrive at the recommendation. I reviewed these deficiencies with you on August 10.

The July 30 E-mail relaying information regarding requested contractor audit reports was deficient in that it did not answer the two specific questions that were asked at the end of the E-mail string. A more concise and direct approach would have been to answer the two questions posed directly, and at the beginning of your response, followed by supporting comments. I reviewed these deficiencies with you on August 10.

There are three examples I provided on March 31 that demonstrate the deficiency. First, the Risk Management Plan you prepared and submitted on January 8, 2004 was inadequate with regard to the performance criteria noted above. One of the primary purposes of the document was to convey to readers definitions of the risk areas that needed to be monitored on our project. Although several individuals provided specific feedback on how to improve the definitions you wrote, the end product was still unclear and most readers conveyed a frustration in being able to understand the definitions. Your writing was not concise. The document was revised by another team member and then conveyed definitions in one sentence (in virtually every instance) that you had used at least two sentences to convey. Feedback from readers was positive with regard to those changes and the document was then finalized. Additionally, although during the revision process reviewers suggested adding information to describe the risk management process (a subsection of the original draft), the end product did not contain a description of the process but instead included only a summary of the rating categories and terms.

Secondly, the Security Assessment Questionnaire (SAQ) and cover letter you wrote and submitted on March 30, 2004 were deficient relative to the criterion above. In section one, question three the document did not contain a brief description of the data processed by the application as called for in the questionnaire. Instead, much of the information provided in the first two paragraphs was superfluous. The answer, in this case was not provided concisely. In section one, question seven the answer did not provide a description of how the application differs from FFIEC standards (as requested in the questionnaire) until after a lengthy re-statement of the Statement of Work's (SOW) contents. This was not a concise answer. In

section one, question 7.4 you again state that "The CDR is a multi-agency FFIEC initiative" although that fact was stated two times earlier in the questionnaire and in the document's cover letter. In section two, question one, your answer was confusing given the organization of the document. It was unclear from your organization whether your answer referred to checkbox "e." or to the "other types of data" that is referenced immediately preceding your answer. Finally, several readers noted confusion regarding the purpose of the SAQ, a piece of information that was lacking from your cover letter and that helps readers of any document understand its contents.

Thirdly, the financial summary you wrote and submitted on January 15, 2004 for purposes of conveying the financial status of the project to DIR senior management was deficient relative to the criterion above. The document did not provide a reconciliation, as requested, between the detailed cost breakdowns of the project and the capital investment budget total. This was the primary objective of the document. Additionally, the document did not provide a clear trace between figures on the cover summary and the supporting workpapers attached beneath. Although when I assigned this work to you we discussed your use of tracing conventions common in financial audit workpapers, and you agreed you understood how to effectively use these devices, your summary was confusing to readers and did not provide a clear explanation of the linkages between our capital investment budget and the cost breakdown detail in supporting schedules. Further, your documentation was not adequately researched. Subsequent research by another team member identified key documents that were available to explain the differences between the capital investment budget and the supporting schedules.

<u>Performance Required to Meet Expectations</u>
A demonstration of improved writing that addresses the deficiencies noted above is required to meet expectations. As we discussed in April, written work products that you produce in the normal course of carrying out the duties in your job description are ideal candidates to demonstrate your improvement. In particular, the Business Contingency Plan that you are responsible for writing provides at least one excellent opportunity to showcase your improvement. Your writing must meet the criterion above relative to the audience for which it is intended.

<u>Plan To Address the Deficiency</u>
In order to correct the deficiencies in your performance, you are being placed in a 90-day PIP to commence upon receipt of this memorandum. During the PIP, you will continue your current assignments commensurate with your position as a CG-15 Senior Information Systems Specialist. You will be expected to perform work on those assignments at a level that meets expectations for the duties and job knowledge outlined in your position description. Specifically, you will:

1. Revise the CDR Business Contingency Plan to an acceptable level of readability and completeness. This will be done through a process of at least three cycles of revision and peer review that takes place during the 90 days.
2. Revise the previously mentioned CDR Security Test & Evaluation Recommendation document to adequately respond to my feedback within three weeks of the effective date of this plan.

3. Provide me at least two revisions to the Eagan Site Review document, at a quality level consistent with the criterion above. The first should be provided within 30 days of the effective date of this plan and the second within 60 days of the effective date of this plan.
4. Maintain a clear, current, and accurate Microsoft Project security plan with weekly updates as necessary.
5. Maintain a level of performance on all other written communication consistent with your performance plan.

During this performance improvement period, the following measures are designed to aid your efforts to upgrade your performance to a satisfactory level:

1. Written evaluations regarding your performance, including supporting documentation, will be provided to you as soon as possible after the conclusion of each assignment. The evaluations will be discussed with you so that you will have an opportunity to ask any questions that you may have, and to make sure you fully understand comments regarding your performance.
2. I will provide you a written review of your overall performance and progress after 30 days, 60 days, and at the conclusion of the 90-day period.
3. We will continue to assess training opportunities and materials to improve your performance. Training opportunities will be evaluated taking into consideration your assignments and ability to perform these assignments. Please research any additional training opportunities you think would be beneficial and request my approval to attend if there is a course you would like to attend. Also review any instructional materials the library or Corporate University has available on the subject of effective business writing.
4. During this PIP, I will continue to provide you with coaching and informal feedback to assist you in meeting the requirements of this PIP. I will meet with you at least every two weeks to review your progress and answer any questions you may have.

You should understand that failure to improve your performance to a satisfactory level by the end of the 90-day period will result in a recommendation that you be removed from your current position. In addition, failure to sustain a satisfactory level of performance for at least one year from the start of this 90-day period may result in recommending your removal without an additional review period.

If you have any questions concerning this notice, I am available to discuss them with you. Please sign and date the acknowledgement below, which serves as the effective date of this PIP.

Receipt Acknowledgement:

_____        _8/18/04_____
                                 Date