# Federal Deposit Insurance Corporation
## FORMAL COMPLAINT OF DISCRIMINATION
### Agency Docket Number FDICEO-040043

Note: This form is to be used if you believe you have been discriminated against because of race, color, national origin, sex, age, mental disability, physical disability, religion, reprisal, sexual orientation, parental status, or genetic Information. Read carefully the instructions of page 3 of this form prior to completion.

**Name of Complainant** (Last, First, MI): Chowdhury, Sultan M.
**Position** (Job Title/ Pay Plan/ Series/ Grade): Sr. Info Systems Specialist
**Individual** [X]   **Class** [ ]

**Home Address**: 10838 Hillbrooke Ln, Potomac, MD 20854
**Home Phone**: 301 738-6863
**Work Phone**: 202 416-2034
**Fax Number**:
**E-mail Address**: schowdhury@fdic.gov

**Organization Location/ Work Address**: DIR, 550 17th St, NW, Washington, DC 20429

**Name & Address of Office you believe discriminated against you**: Division of Insurance & Research

**Complainant's Representative**: N/A
**Attorney**: YES [ ]  NO [X]
**Representative's Name**: N/A
**Name of Firm**:
**Address**:
**Designation of Representative Form Completed and Attached**: YES [ ]  NO [X]
**Phone**:
**Fax Number**:

### Basis(es) of Allegation(s)
- [X] **RACE**: Asian
- [X] **COLOR**: Brown
- [X] **NATION ORIGIN**: Bangladesh
- [ ] **Sex**
- [ ] **DISABILITY**
- [X] **RELIGION**: Muslim
- [ ] **SEXUAL ORIENTATION**
- [ ] **PARENTAL STATUS**
- [ ] **GENETIC INFORMATION**
- [X] **AGE**: DOB: 10/24/1955
- [X] **REPRISAL** for participating in any stage of an administrative or judicial proceeding covered by the antidiscrimination complaint statutes or for opposing any practice made unlawful by such statutes (Specify the protected activity and date): Past EEO Activities

### Claim(s) being complained of:
| Claim(s) | Date | Claim(s) | Date | Claim(s) | Date |
|---|---|---|---|---|---|
| [ ] Appointment/Hire | | [X] Harassment, non-sexual | | [ ] Reprimand | |
| [ ] Assignment/Duty | | [ ] Harassment, sexual | | [ ] Retirement | |
| [ ] Award | | [ ] Overtime | | [ ] Suspension | |
| [ ] Demotion | | [ ] Promotion | | [ ] Termination | |
| [ ] Disciplinary Action | | [ ] Reassignment/Transfer | | [ ] Time and Attendance | |
| [X] Evaluation/Appraisal | | [ ] Reduction-In-Force | | [ ] Training | |
| [ ] Expiration of Appointment | | [ ] Reinstatement | | [X] Working Conditions | |
| [ ] Other (Specify): | | | | | |

Have you raised this claim(s) in another forum (As a grievance or with the Merit System Protection Board or U.S. District Court)?  YES [ ]  NO [X]
If Yes, specify the forum and give the date(s) filed:

Have all alleged discriminatory matters in this complaint been discussed with a FDIC EEO Counselor? YES [X] NO [ ]

**Name of EEO Counselor**: Ophelia Jones
**Date you received the Notice of Right to File a Formal Complaint**: 8/3/04

**What corrective action are you seeking?** Stop the discriminatory practices designed to harm my successful career in the Federal Government; attorney costs and damages. Stop reprisal due to exercising my Equal opportunity rights. The ongoing harassment is causing me to suffer from health related problems. Remove the PIP and the consequences thereof.

**Complainant's Signature**: [signature]
**Date of Complaint**: 8/25/04

FDIC 2710/01 (Reviewed 03/2004)   (See Page 3 for Instructions in Completing Form and Privacy Act Statement)   Page 1 of 3

SOF - EXHIBIT V

Federal Deposit Insurance Corporation
## FORMAL COMPLAINT OF DISCRIMATION
Agency Docket Number FDICEO-040043

CLAIM NUMBER 1

I believe that I suffered discrimination based on [choose one or more; (race) (color), national origin, sex, (age), mental disability, physical disability, (religion) (reprisal), sexual orientation, parental status, or genetic information] _____, when on _____, [Explain what happened]
      (Basis(es))              (Date)

[Provide names of involved management official(s) and or witnesses]

Mr. Martin Henning

[Explain why you believe the action was discriminatory, e.g. discriminatory statements, others who were treated more favorably, /or any other reason(s)] Despite my constructive contributions in furthering the interests of the Corporation, and my long-standing superior and outstanding performance ratings, my current supervisor appears to be bent on giving me a non-satisfactory performance rating to harm my career in the Federal Government. He issued me a PIP less than two weeks before the end of the 2003-04 performance year on 8/5/04, based on feeble ground of "deficiency" on prior approved work.

CLAIM NUMBER 2
[Use same format as for Claim Number 1 above] Attach additional sheets, if necessary.