**FDIC**

**Federal Deposit Insurance Corporation**
550 17th Street NW, Washington, D.C. 20429-9990

Division of Insurance and Research

September 22, 2004

TO:        Sultan Chowdhury
           CDR Implementation Team

FROM:      Martin Henning, Project Manager
           CDR Implementation Team

SUBJECT:   30 Day Written Review

This is a review of your progress after 30 days on the Performance Improvement Plan (PIP) you received on August 18, 2004. Following is specific feedback on the five assignments provided in the PIP.

1. Revise the CDR Business Contingency Plan. In our weekly meetings you have stated that you have not yet completed a revision that responds to the feedback provided by myself and others on August 11. You are also planning to incorporate additional detail after receiving and reviewing the contractor's disaster recovery plan that was delivered to you the week of September 12.

2. Revise the CDR Security Test & Evaluation (ST&E) Recommendation. You revised the ST&E recommendation and provided it to me for review on August 31. As I mentioned to you in our meeting on September 2, it did not address several of my recommendations regarding a complete purpose statement, orderly transitions, and clear structure. At our September 2 meeting I provided specific examples of how the document could be improved. You provided a revised document on September 19. I reviewed the document and provided you written and oral feedback on September 20. Overall, the document had improved significantly relative to the weaknesses I had noted earlier. Only minor grammar and organizational changes were suggested.

3. Author an Eagan Site Visit report. You provided the first draft of the Eagan Service Center site visit report on September 12. I reviewed the document and provided you written and verbal feedback on September 15. Overall, the document was well organized with a clear purpose statement, logical flow and hierarchy, concise and clear recommendations, and contained well supported conclusions. I recommended checking grammar, the addition of timeframes for remedial action if possible, use of active voice in the recommendations, and the addition of a purpose for this document to the purpose statement.

4. Maintain a clear, current, and accurate security plan with weekly updates as necessary. You provided an initial update of the security plan to the contractor on August 24 for incorporation into the master project plan. You provided all categories of information that were requested including task name, duration, dependencies, percent complete, and resources. The tasks appear reasonable at the moment in terms of their specificity. I

**SOF - EXHIBIT  W.**

have not reviewed durations or dependencies yet but will do so and provide feedback to you.

5. Maintain a level of performance on all other written communication consistent with your performance plan. During the last 30 days, I have not been aware of written work product beyond what is identified above.

I am not aware of any training you have undertaken in the last 30 days nor of any additional instructional materials that you have used. But, as noted above, you have demonstrated improvement in your written work product over the last 30 days and I encourage you to continue your efforts. Specifically, it is important that you revise the Business Continuity Plan to incorporate the feedback you have received from me and others. The performance improvement plan requires three Business Continuity Plan revisions during the term of the PIP (90 days). Also, as we discussed in our meeting this week, the tasks in the master project plan need to be revised as necessary on a weekly basis. They should be revised to keep them accurate, and at a sufficient level of detail to provide guidance and direction to those working on security and Section 508 tasks. Finally, I would encourage your continued focus on forming your documents into a clear and logical structure that supports the purpose of the document.