**Federal Deposit Insurance Corporation**
550 17th Street NW, Washington, D.C. 20429-9990

Division of Insurance and Research

Attachment E

November 4, 2004

TO: Sultan Chowdhury
CDR Implementation Team

FROM: Martin Henning, Project Manager
CDR Implementation Team

SUBJECT: 60 Day Written Review

This is a review of your progress after 60 days on the Performance Improvement Plan (PIP) you received on August 18, 2004. Following is specific feedback on the five assignments provided in the PIP.

1. The PIP states that you will revise the CDR Business Contingency Plan (BCP). Although you have revised the document twice in the last 60 days, it is not yet adequate relative to the written communication performance standards in your performance plan. You provided a draft of that document on October 11 for my review. I reviewed it and provided specific feedback (in an edited copy) to you on October 26. Overall, the document requires significant improvement before it will be acceptable for its intended purpose. It must improve in its clarity to guide the reader quickly through a series of sequential decisions and actions that are required in a disaster situation. Currently, the sequence of actions is unclear as are the decision points. The process and responsibilities also require further simplification. For example, the document still refers to positions that only exist for purposes of the BCP. Several team members have suggested that the plan should simply refer to operational positions that would assume specific roles in the event of a disaster. Finally, the document's grammar requires improvement. I encourage you to continue your BCP work to produce an adequate document by November 18, the end of your PIP period.
2. The PIP states that you will revise the CDR Security Test & Evaluation (ST&E) Recommendation and you have completed that task adequately as noted in the 30 day review.
3. The PIP states that you will provide at least two revisions to the Eagan Site Visit report. Although you have provided this document for review and it is adequate relative to the written communication standards in your performance plan, it is not an example of your original authorship. I understood on August 18, when I wrote the PIP, that the site visit report had been started but I had not reviewed an initial draft at that point. I provided positive feedback on this document to you on September 15. On November 1 you confirmed that this document was originally authored by FDIC information security examiner Tom Tuzinski. It is not, therefore, an example of your original authorship, which was the original intent of choosing its preparation as a specific task in your PIP.

4. The PIP states that you will maintain a clear, current, and accurate security plan with weekly updates as necessary. The security plan so far is inadequate and requires improvement. We have discussed the tasks in the master plan that are security related on a weekly basis. You have made improvements in the security plan regarding security awareness training tasks that were originally unclear. Additional improvements in the resources assigned to specific security tasks, and in the accuracy of start and end dates are required. For example, resource-to-task assignments need to be adjusted to correct deficiencies such as the Steering Committee chair's assignment to the task of approving security awareness training contents. This task would be most appropriately assigned to the three agency security leads who are the subject matter experts in this area. Also, Security Test and Evaluation execution is currently not scheduled correctly.
5. The PIP states that you will maintain a level of performance on all other written communication consistent with your performance plan. During the last 60 days, I have not been aware of significant written work product beyond what is identified above. I encourage you to provide me new examples of any written work product that you believe demonstrates your improvement in the area of written communication.

At my suggestion I understand that you participated in a DIR writing seminar in October that was available to all analysts. I was encouraged to hear from you that you found the seminar helpful. I am not aware of any instructional materials you have referenced during the last 30 days beyond any that were provided in the DIR writing seminar. During the last 30 days we have continued to meet on a weekly basis when possible and I have provided you specific feedback on your progress relative to the PIP.

I am available to review your next draft of the BCP and would encourage you to complete that quickly and seek peer review in addition to my own. I am also available to review new documents that you have authored. Please also copy me on the updates to the security plan that you provide to the contractor on a weekly basis so that I may provide feedback on that written communication. Finally, please do not hesitate to let me know how I can be of further assistance with regard to your PIP. As I have mentioned in our weekly meetings, my goal is to support you in your efforts to improve your written communication skills.