# TAIWO OKUSAMI, M.D.

5206B Rolling Road
Burke, VA 22015
703 21-2487

1717 K Street, N.W. Suite 600
Washington D.C. 20036
301-367-1080

November 9, 2004

Re: Sultan Chowdhury

Mr Chowdhury has been placed on medical leave with immediate effect because of unresolved symptoms of depression and anxiety.

Mr Chowdhury will be on leave at least through Dec 9, 2004.

His progress and recovery will be closely monitored to determine his ability to return to his duties.

*[signature]*