## TAIWO OKUSAMI, M.D.

5206B Rolling Road  
Burke, VA 22015  
703 21-2487

1717 K Street, N.W. Suite 600  
Washington D.C. 20036  
301-367-1080

Dec-7-04

Re: SULTAN CHOWDHURY

Mr. Chowdhury, on follow-up today, shows more improvement but clinically has continued to manifest symptoms for which he needs continuing care and is not medically able to resume his duties. It is hoped that he will remain tolerant of medication side effects & will benefit for now Mr Chowdhury's absence is extended through Dec 31 2004.

*[signature]*

SOF – EXHIBIT Y-1

0000135

# TAIWO OKUSAMI, M.D.
## Adult, Child and Adolescent Psychiatry

**Virginia Office**
5280 Lyngate Court
Burke, VA 22015
703-217-2487

**Washington, D.C. Office**
1717 K Street, N.W. #600
Washington, DC 20036
301-387-1080

December 29, 2004

Re: Sultan Chowdhury

Mr. Chowdhury remains on medical leave through January 31, 2005. He is expected to continue improvement.

R. Okusami

SOF – EXHIBIT Y-2

# TAIWO OKUSAMI, M.D.
## Adult, Child and Adolescent Psychiatry

**Virginia Office**
5280 Lyngate Court
Burke, VA 22015
703-217-2487

**Washington, D.C. Office**
1717 K Street, N.W. #600
Washington, DC 20036
301-367-1080

Jan 25, 2005.

Re: Sultan Chowdhury

Mr. Chowdhury at follow today remains unable to resume his duty. It is recommended that he remain on medical through Feb 25, 2005.

[signature]

**SOF – EXHIBIT Y-3**