# SANDRA J. HOFFMAN, Ed.D.
### Clinical Psychologist

---

February 24, 2005

To Whom It May Concern:

Sultan Chowdhury is unable to return to work. He is suffering from a Major Depressive Disorder (DSM IIIR: 296.32) and a Generalized Anxiety Disorder (DSM IIIR: 300.02) that interfere with his ability to undertake his job responsibilities.

Mr. Chowdhury is in the process of applying for medical disability retirement, since he is unable to assume the functions of the job place.

If you have further questions, please feel free to contact me at 202-328-2283 ext. 4.

Sincerely,

Sandra J. Hoffman, Ed.D.
Clinical Psychologist

---

1700 17th St., NW • Suite 201 • Washington, DC 20009 • Phone: 202-328-2283 Ext 4 • Fax: 202-328-2189