# Application for Immediate Retirement
## Federal Employees Retirement System

**FERS**

See Privacy Act Information on Instruction Sheet

## SECTION A - Identifying Information

1. **Name** (last, first, middle): Chowdhury, Sultan M.
2. **List all other names you have used**: 
3. **Address** (number, street, city, state, ZIP code): 13507 Hayworth Drive, Potomac, MD 20854
4a. **Daytime tele.#** (area code): 301-738-6863
4b. **Best time to reach you**: Anytime
5. **Date of birth** (month, day, year): 10-24-53
6. **Social Security Number**: [redacted]
7. **Are you a citizen of the United States of America?** ☒ Yes  ☐ No
8. **Is this an application for disability retirement?** ☒ Yes (Ask your employing office about other documents you must submit)  ☐ No

## SECTION B - Federal Service

1. **Department or agency from which you are retiring** (include bureau or division, address and ZIP code): Federal Deposit Insurance Corporation, 550 17th Street, N.W., Washington, DC 20429
2. **Date of final separation** (month, day, year): 
3. **Title of position from which you are retiring**: Senior Information Systems Specialist
4. **Have you performed active honorable service in the Armed Service or other uniformed services of the United States?** (See instructions for definition) ☐ Yes (Complete Schedule A and attach to this form) ☒ No
5. **Are you receiving or have you applied for military retired pay?** (Note: If you later become entitled to military retired pay you must notify OPM.) ☒ Yes (Complete Schedule A and attach to this form) ☐ No

## SECTION C - Marital Information (All applicants must complete Questions 1 and 2 below)

1. **Are you married now?** (A marriage exists until ended by death, divorce, or annulment) ☒ Yes (Also complete items 1a-f below) ☐ No
1a. **Spouse's name** (last, first, middle): Chowdhury, Rehana A.
1b. **Spouse's date of birth** (month, day, year): 6-29-63
1c. **Spouse's social security number**: [redacted]
1d. **Place of marriage** (city, state): Reston, Virginia
1e. **Date of marriage** (month, day, year): 4-17-82
1f. **Marriage performed by**: ☒ Clergyman or Justice of the Peace  ☐ Other (explain):
2. **Do you have a living former spouse(s) to whom a court order gives a survivor annuity?** ☐ Yes → Attach a certified copy of the court order(s) and any amendments  ☒ No

## SECTION D - Annuity Election

Make your election by initialing the box beside the type of annuity you want to receive and give any other information requested. Read the pamphlet SF 3113, *Applying for Immediate Retirement under FERS* and the explanations below and consider your election carefully. No change will be permitted after your annuity is granted except as explained in the pamphlet. If you are married at retirement, the law provides an annuity with full survivor benefits for your spouse unless your spouse consents to your election not to provide maximum survivor benefits.

| # | Election | INITIALS | Explanation |
|---|---|---|---|
| 1 | I choose a reduced annuity with maximum survivor annuity for my spouse. | | If you are married at retirement, you will receive this type of annuity unless your spouse consents to your election not to provide maximum survivor benefits. If you receive this annuity, your annuity will be reduced by 10%. Your spouse's annuity upon your death will be 50% of your annuity. |
| 2 | I choose a reduced annuity with a partial survivor annuity for my spouse. | | If you choose this option, your annuity will be reduced by 5%. Upon your death, your spouse's annuity will be 25% of your unreduced annuity. You MUST have your spouse's consent to choose this option. Complete form SF 3107-2 (Spouse's Consent to Survivor Election) and attach it to your application. |
| 3 | I choose an annuity payable only during my lifetime. | SC | If you are married at retirement, you CANNOT choose this type of annuity without your spouse's consent. No survivor annuity will be paid to your spouse after your death if he or she consents to this election and any health benefits will cease. If you are married and elect this, complete form SF 3107-2 (Spouse's Consent to Survivor Election) and attach it to your application. |
| 4 | I choose a reduced annuity with survivor annuity for the person named below who has an insurable interest in me. | | You must be healthy and willing to provide medical evidence if you choose this type of annuity. (Disability annuitants are not eligible to choose this type of annuity.) |

| Name of person with insurable interest | Relationship to you | Date of birth | Social Security Number |
|---|---|---|---|
| | | | |

| # | Election | INITIALS | Explanation |
|---|---|---|---|
| 5 | I choose a reduced annuity with survivor annuity for my former spouse(s) as follows: | | You must attach: 1. Copies of divorce decrees for all former spouses for whom you elect to provide a survivor annuity. 2. If you are married, attach a completed SF 3107-2, Spouses's Consent to Survivor Election. You cannot choose this option and provide a maximum survivor annuity for your spouse (Box 1). |

| Name and address of former spouse | Date of marriage | Date of divorce | Survivor annuity equal to |
|---|---|---|---|
| | | | ____ % of my annuity |
| | Date of birth | Social Security Number | |

CSRS/FERS Handbook for Personnel and Payroll Offices
NSN 7540-01-255-3670
3107-105
000054
Standard Form 3107
Revised April 2000

| ame and address of former spouse | Date of marriage | Date of divorce | Survivor annuity equal to _____ % |
| --- | --- | --- | --- |
|  | Date of birth | Social Security Number | of my annuity |
|  | Total (either 25% or 50% of your unreduced annuity) | | |

### Section E - Insurance Information

1. Are you eligible to continue Federal Employees Health Benefits coverage as a retiree? [X] Yes [ ] No

2. Are you eligible to continue Federal Employees' Group Life Insurance coverage as a retiree? [X] Yes [ ] No

### Section F - Other Claim Information

1. Are you receiving, or have you applied for or received within the past 2 years, workers' compensation from the Department of Labor because of a job-related illness or injury? [ ] Yes (Complete Schedule C and attach to this form) [X] No

2. Have you previously filed any application under the Civil Service Retirement System or the Federal Employees Retirement System (for retirement, refund, deposit or redeposit, or voluntary contributions). [ ] Yes (Complete items 2a and 2b below) [X] No

2a. Type of application [ ] Retirement [ ] Refund [ ] Return of excess deductions [ ] Deposit or redeposit [ ] Voluntary contributions    2b. Claim numbers

### Section G - Information About Your Unmarried Dependent Children

| 1. Dependent child's name (first, middle, last) | 2. Date of birth (month, day, year) | 3. Disabled (X) | 1. Dependent child's name (first, middle, last) | 2. Date of birth (month, day, year) | 3. Disabled (X) |
| --- | --- | --- | --- | --- | --- |
| Russell S. Chowdhury | 5-15-86 | | Abraham S. Chowdhury | 9-12-95 | |
| Adam S. Chowdhury | 9-25-88 | | | | |

### Section H - Direct Deposit and Tax Withholding Information

Public Law 104-134 requires that most Federal payments be paid by Direct Deposit through Electronic Funds Transfer (EFT) into a savings or checking account at a financial institution. However, if receiving your payment electronically would cause you a financial hardship, or a hardship because you have a disability, or because of a geographic, language or literacy barrier, you may invoke your legal right to a waiver of the Direct Deposit requirement, and continue to receive your payment by check.

Therefore, you must select one of the following:

[X] Please send my annuity payments directly to my checking or savings account. (Go to item 2)

[ ] Receiving my payment(s) electronically would cause me a financial hardship, or a hardship because of a disability, or because of a geographic, language or literacy barrier. I hereby invoke my legal right to a waiver of the Direct Deposit requirements of Public Law 104-134. Please send me my payment(s) by check. (Go to item 4)

[ ] My permanent payment address is outside the United States in a country not accessible via direct deposit. (Go to item 4)

2. Financial Institution Routing Number
0 5 5 0 0 3 2 9 8
(You may obtain this number by calling your bank, credit union, or savings institution. This number is very important. We cannot pay by direct deposit without it.)

[Financial Institution name/address fields]
Eagle Bank Silver Spring
8677 Georgia Avenue
Silver Spring, MD 20910

...shows the information requested above, instead of filling in the requested financial institution information. If you attach your personal check, it is especially important that you contact your bank, credit union, or savings institution to confirm that the information on the check is the correct information for direct deposit. (Some institutions, especially credit unions, use different routing numbers on checks.) We can then use this information to start paying you by direct deposit.

4. Do you want Federal income tax withheld from your annuity payments?
[ ] Yes (Go to item 4a) [X] No (Go to Section I)

4a. Do you want to have Federal Income Tax withheld at the rate currently being withheld from your salary?
[ ] Yes (Attach copy of W-4 form on file with your employing agency.)
[ ] No (Attach new W-4 form, otherwise withholding will be at rate for married with 3 exemptions.)

### Section I - Applicant's Certification

**WARNING**
Any intentional false statement in the application or willful misrepresentation relative thereto is a violation of the law punishable by a fine of not more than $10,000 or imprisonment of not more than 5 years, or both. (18 U.S.C. 1001)

I hereby certify that all statements made in this application are true to the best of my knowledge and belief.

Signature (Do not print) X [signed]    Date 3-28-05

### Applicant's Checklist

This checklist is provided to help you be certain you have attached all the necessary documents and to help your employing office be certain it forwards all of your retirement documentation to the Office of Personnel Management.

| | Yes | No | Not Applicable |
| --- | --- | --- | --- |
| 1. Military Service - If you answered "yes" to Section B, item 4, did you attach Schedule A? | | | X |
| 2. Military Service - If you completed Schedule A, did you attach a copy of your discharge certificate or other certificate of active military service? | | | X |
| 3. Military Retired Pay - If you answered "yes" to Section B, item 5, did you attach Schedule B? | | | X |
| 4. Military Retired Pay - If you completed Schedule B and answered "yes" to item b or c, did you attach a copy of the notice of award or other documentation of the type of military retired pay you are receiving? | | | X |
| 5. Military Retired Pay - If you completed Schedule B and answered "yes" to item d, did you attach a copy of your request for waiver and a copy of the military finance office's acknowledgment or approval of your request for waiver (if applicable)? | | | X |
| 6. Survivor Election - If you are married and did not initial box 1 of Section D, did you attach SF 3107-2, Spouse's Consent to Survivor Election? | X | | |
| 7. Life Insurance - If you answered "yes" to Section E, item 2, did you attach SF 2818, Election of Post-Retirement Basic Life Insurance Coverage? | | X | |
| 8. OWCP - If you answered "yes" to Section F, item 1, did you attach Schedule C? | | | X |
| 9. Tax - If you want to elect a Federal Income Tax withholding rate, did you attach a W-4 form? | | | X |

000055

Standard Form 3107
Revised April 2000

## Spouse's Consent to Survivor Election

Instructions: If you are married and you do not want a reduced annuity to provide a current spouse survivor annuity, or if you are married and you elect a reduced annuity to provide a partial current spouse survivor annuity, complete Part 1. Have your spouse complete Part 2. Part 2 must be completed in the presence of a Notary Public or other person authorized to administer oaths. The Notary Public must complete Part 3.

### Part 1 - To Be Completed by Retiring Employee

Name (last, first, middle): Chowdhury, Sultan M.

Date of birth (month, day, year): 10/24/1955

Social Security Number: [redacted]

I have elected: (Mark the one box which describes the election you have made with regard to your current spouse.)

- [ ] a. No regular survivor annuity for my current spouse, but I am electing an insurable interest annuity for my current spouse. (I have completed Section D, item 4, on my Standard Form 3107 naming my current spouse.)
- [X] b. No regular or insurable interest survivor annuity for my current spouse. I understand that no survivor annuity will be paid to my spouse after my death and his/her health benefits coverage will terminate upon my death.
- [ ] c. A partial survivor annuity (25%) for my current spouse.

### Part 2 - To Be Completed by Current Spouse of Retiring Employee

I freely consent to the survivor annuity election described in Part 1. I understand that if my spouse elected no regular or insurable interest survivor annuity in part 1.b. above, I will not receive a survivor annuity and my health benefits coverage will terminate. I also understand that my consent is (not revocable).

Name (type or print): Rehana A. Chowdhury

Signature (do not print): Rehana Chowdhury

Date: 3/24/05

### Part 3 - To Be Completed by a Notary Public or Other Person Authorized to Administer Oaths

I certify that the person named in Part 2 presented identification (or was known to me), gave consent, signed or marked this form, and acknowledged that the consent was freely given in my presence on this

the 24th day of March 2005, at 14943 Shady Grove Rd., Rockville, MD 20850

(SEAL)

Signature: [signature]

Expiration date of commission as notary public:

NGOC BUU HONG
NOTARY PUBLIC
MONTGOMERY COUNTY
MARYLAND
MY COMMISSION EXPIRES AUG. 19, 2008

---

**General Information:** The law requires that a retiring, married employee must provide a survivor annuity for a current spouse, UNLESS the current spouse consents to an election not to provide the maximum survivor benefit.

A court order which requires a retiring employee to provide a survivor annuity for a former spouse is not an election and spousal consent is not required. In other words, such a court order does not require a current spouse to waive the right to a survivor annuity for the current spouse even though the Office of Personnel Management (OPM) must honor the terms of the court order before it can honor the election for the current spouse. The current spouse may, therefore, receive a smaller annuity than elected, or none at all, unless the former spouse loses eligibility for the court-ordered survivor annuity (through remarriage before age 55 or death).

**Important:** If the current spouse consents to an election to provide no survivor annuity and is later divorced from the retired employee, the retired employee may not then elect (nor can OPM honor a court order) to provide a former spouse annuity for that spouse.

---

**Privacy Act Statement**

Solicitation of this information is authorized by the Federal Employees Retirement Law (Chapter 84, title 5, U.S. Code). The data furnished will be used to determine the type of annuity awarded. The information may be shared and is subject to verification, via paper, electronic media, or through the use of computer matching programs with national, state, local or other charitable or social security administrative agencies in order to determine and issue benefits under their programs. It may also be shared and verified, as noted above, with law enforcement agencies when they are investigating a violation or potential violation of the civil or criminal law. Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal government furnish a Social Security Number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the Social Security Number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the retirement application.

CSRS/FERS Handbook for Personnel and Payroll Offices
NSN 7540-01-255-3670
3107-105
000056
Standard Form 3107-2
Revised April 2000

## Schedules A, B and C

| 1. Name (last, first, middle) | 2. Date of birth (month, day, year) | 3. Social Security Number |
|---|---|---|
| Chowdhury, Sultan M. | 10-24-55 | ▓▓▓▓▓▓ |

### Schedule A - Military Service Information

If you have performed active honorable service in the Armed Services, or other uniformed services, complete 1a-d below and attach a copy of your discharge certificate or other certificate of active military service (if available).

See instructions for definitions of Armed Services and Uniformed Services.

| a. Branch or service | b. Serial number | c. Dates of active duty | | d. Last grade or rank |
|---|---|---|---|---|
| | | From (month, day, year) | To (month, day, year) | |
| | | | | |
| | | | | |
| | | | | |

If any of your military service occurred on or after January 1, 1957, have you paid a deposit to your agency for this service? You must pay this deposit to your agency. You cannot pay OPM after you retire.   ☐ Yes   ☐ No   ☒ Not applicable

### Schedule B - Military Retired Pay

If you are receiving or have applied for military retired or retainer pay, including disability or retired pay, complete Parts 1a-d below.

a. Are you receiving or have you ever applied for military retired or retainer pay?
☐ Yes   ☐ No

b. Was your military retired or retainer pay awarded for reserve service under Chapter 1223, title 10, U.S. Code (formerly Chapter 67, title 10)?
☐ Yes (Attach a copy of notice of award)   ☐ No

c. Was your military retired pay or retainer pay awarded for a disability incurred in combat or caused by an instrumentality of war and incurred in the line of duty during a period of war?
☐ Yes (Attach a copy of notice of award)   ☐ No

d. Are you waiving your military retired or retainer pay in order to receive credit for military service for FERS retirement benefits?
☐ Yes (Attach a copy of your request for waiver and a copy of military finance officer's acknowledgment or approval of your request for waiver)   ☐ No

### Schedule C - Federal Employees' Compensation Information

Are you receiving or have you received workers' compensation from the Office of Workers' Compensation Programs (OWCP), Department of Labor, because of a job-related illness or injury within the last 2 years?
☐ Yes (Complete parts 1a-c below)   ☒ No (Go to question 2)

| a. Compensation claim number | b. Benefit received | | c. Type of benefit |
|---|---|---|---|
| | From (month, day, year) | To (month, day, year) | |
| | | | ☐ Scheduled award |
| | | | ☐ Total or partial disability compensation |
| | | | ☐ Scheduled award |
| | | | ☐ Total or partial disability compensation |

If you have applied for workers' compensation (other than as listed in item 1a above) but are NOT receiving benefits, check reason below and give the information requested.
☐ Awaiting OWCP decision   ☐ Claim denied

| Compensation claim number | Compensation claim number | Date claim denied |
|---|---|---|
| | | |

Except for scheduled compensation awards, workers' compensation and FERS retirement benefits CANNOT be paid for the same period of time. Please complete the information below regarding your claim.

Do you agree to notify us promptly if the status of your workers' compensation claim changes?   ☒ Yes   ☐ No

Do you authorize the Office of Personnel Management and/or the Office of Workers' Compensation Programs (OWCP) to collect any overpayment if we later find you are ineligible for both compensation and annuity payments covering the same period of time?   ☒ Yes   ☐ No

### Applicant's Certification

I certify that all statements made on these schedules are true to the best of my knowledge and belief.

Signature (do not print): *[signed] Sultan Chowdhury*   Date: 3-28-05

000057
Standard Form 3107
Revised April 2000




## Applicant's Statement of Disability

*In Connection With Disability Retirement Under the Civil Service Retirement System or the Federal Employees Retirement System*

*A copy of this completed form must accompany the Supervisor's Statement you give your supervisor(s).*

Form Approved:
OMB No. 3206-0228

| 1. Name (last, first, middle) | 2. Date of birth (mo./day/yr.) | 3. Social security number |
|---|---|---|
| Chowdhury, Sultan M. | 10-24-55 | ▮▮▮▮▮▮▮ 9 |

4. Fully describe your disease(s) or injury(ies.) We consider only the diseases and/or injuries you discuss in this application.

See attached Addendum

5. Describe how your disease(s) or injury(ies) interferes with performance of your duties, your attendance, or your conduct.

See attached Addendum

6. Describe any other restrictions of your activities imposed by your disease or injury.

See attached Addendum

7a. What accommodations have you requested from your agency?

See attached Addendum

7b. Has your agency been able to grant your request? *(Attach an explanation or any documentation that you have regarding accommodation.)*
☐ Yes   See attached Addendum   ☒ No

7c. What is your current status with your agency?
☐ In pay status; and working without accommodation.
☐ In pay status; and working with accommodation.
☒ In leave without pay status.*
☐ Separated from service*

*If you are currently in a leave without pay status or separated from service, what job(s), if any, have you performed since going into this status. Please explain the physical and/or mental requirements for this (those) job(s).

| 8. Give the approximate date you became disabled for your position (mo./yr.).  11/04 | 9. Have you been hospitalized for your disease or injury as described in item 4?  ☐ Yes  ☒ No | 10. Give date of most recent hospitalization. From (mo./yr.)   To (mo./yr.) |
|---|---|---|

*[shaded/illegible notice block]*

| 11a. Have you applied for disability benefits from the Social Security Administration?  ☐ Yes  ☒ No | 11b. Is the application receipt or award notice attached?  ☐ Yes  ☒ No |
|---|---|

7540-01-385-7215
U.S. Office of Personnel Management
CSRS/FERS Handbook for Personnel and Payroll Offices

3112-101

000058
Standard Form 3112A
December 1995
This form supersedes Standard Forms 2824A & 3105A

2. List physician(s), (name(s), address(es), and dates of treatment) from whom you plan to request Physician's Statements (SF 3112C). Attach an additional sheet if you wish to list more physicians.

| Name | Address | Date of Treatments |
|---|---|---|
| Sandra Hoffman, Ed.D. | 1700 17th Street, N.W., Suite 201 Washington, D.C. 20009 | 5/04 - present |
| Martin Book, M.D. | 7910 Woodmont Avenue, Suite 1300 Bethesda, MD 20814-3059 | 3/05 - present |
| Elizabeth Kilgore, M.D. | 6410 Rockledge Drive, Suite 600 Bethesda, MD 20817-1844 | 11/04 - present |
| Vinu Ganti, M.D. | 19529 Doctors Drive Germantown, MD 20874 | 9/99 - present |

[Applicant's Consent and Certification section — partially obscured/blacked out]

WARNING: Any intentionally false statement in this application or willful misrepresentation relative thereto is a violation of the law punishable by a fine of not more than $10,000 or imprisonment of not more than 5 years, or both. (18 U.S.C. 1001)

Signature (Do not print): [signature]

Date (mo./day/yr.): 3-28-05

Daytime telephone number (incl. area code): x240-731-0024

### Privacy Act Statement

Solicitation of this information is authorized by the Civil Service Retirement law (Chapter 83, title 5, U.S. Code) and by the Federal Employees' Retirement law (Chapter 84, title 5, U.S. Code). The information you furnish will be used to identify records properly associated with your application for Federal benefits, to obtain additional information if necessary, to determine and allow present or future benefits, and to maintain a uniquely identifiable claim file. The information may be shared and is subject to verification, via paper, electronic media, or through the use of computer matching programs, with national, state, local or other charitable or social security administrative agencies in order to determine benefits under their programs, to obtain information necessary for determination or continuation of benefits under this program, or to report income for tax purposes. It may also be shared and verified, as noted above, with law enforcement agencies when they are investigating a violation or potential violation of the civil or criminal law. Executive Order 9397 (November 22, 1943) authorizes use of the Social Security Number. Furnishing the Social Security Number, as well as other data, is voluntary, but failure to do so may delay or make it impossible for us to determine your eligibility to receive benefits.

### Public Burden Statement

We think this form takes an average 30 minutes per response to complete, including the time for reviewing instructions, getting the needed data, and reviewing the completed form. Send comments regarding our estimate or any other aspect of this form, including suggestions for reducing completion time, to the Office of Personnel Management (OPM), Reports and Forms Coordinator, Paperwork Reduction Project (3206-0228), Washington, D.C. 20415. The OMB number, 3206-0228, is currently valid. OPM may not collect this information, and you are not required to respond, unless this number is displayed.

**Addendum to FERS Documentation in Support of Disability Retirement Application**

Responses to SF-3112A
Applicant's Statement of Disability
for
Sultan M. Chowdhury
SSN: ███████
DOB: 10/24/55

Question:

4. Fully describe your disease(s) or injury(ies).

I suffer with major depression, generalized anxiety disorder, post traumatic stress disorder, fibromyalgia, cervical and lumbar myofascial pain syndrome, chronic neck pain, migraine headaches, insomnia, hypertension and high cholesterol.

I have severe symptoms that include severe depression, anxiety, panic attacks, and racing thoughts, constant thoughts of hopelessness, worthlessness and impending doom, chronic physical and mental fatigue, difficulty with concentration, attention span and focus, insomnia with restless and nonrestorative sleep, chronic migraine headaches, nervousness, hypervigilance, irritability, weakness, exhaustion and low stamina, racing thoughts and panic attacks, widespread musculoskeletal aches and pains, bouts of incapacitating muscle spasms, stiffness, numbness, tingling and burning, chronic neck pain and paresthesias into the shoulders and arms, chronic low back, knee and ankle pain which is often severe, difficulty sitting, standing and walking, difficulty rising from the sitting position, weakness and numbness in legs, legs giving out, gait difficulty, low back tenderness and stiffness, and numbness and tingling in legs and toes among many other symptoms that I experience on a daily basis. I also suffer with drowsiness, dizziness, headaches, diarrhea and nausea, which I believe are side effects of my medications.

5. Describe how your disease(s) or injury(ies) interferes with performance of your duties, attendance, or your conduct.

I am disabled to work and unable to perform my job duties due to my medical conditions and symptoms as described above. I am unable to concentrate, irritable, restless, hopeless, and frequently anxious. Due to my illnesses, I experience severe difficulties with maintaining focus and concentration as well as significant difficulty with short-term memory. As my illnesses have progressed, my ability to complete assignments and interact with my team and my division has diminished. I experience severe exacerbations of my emotional and physical symptoms as described above in stressful situations. Also, my emotional impairments often renders me unable to function with even minimal stress and has

led me to the belief that my supervisors and team members no longer support me, they are conspiring against me and they want to harm me. I suffer daily panic attacks and anxiety that make it extremely difficult for me to come to work and I have been unable to go to work and have been off on sick leave and leave without pay since November of 2004 due to my conditions. Even the thought of going in to work causes increased anxiety and panic attacks. If I could go to work I would not be able to satisfactorily perform the duties of my job due to my need to take frequent rest periods and naps throughout the workday and the constant chronic pain and limited range of motion that I experience mostly in my neck, shoulders and lower back due to diagnosed fibromyalgia. My conditions, symptoms and my preoccupation with the pain I experience significantly affect my attention, concentration, persistence and pace. I am unable to sit or stand for extended periods of time because it aggravates my condition and causes me great pain and discomfort and I can only lift very light objects. Therefore, I am no longer able to work at a normal pace and cannot complete tasks in a timely manner. Furthermore, side effects of my medications also further impair my ability to concentrate, communicate and relate to others and causes me to be unable to perform my duties.

6. Describe any other restrictions on your activities imposed by your disease or injury.

My medical conditions have not only caused me to be disabled to work but have restricted my normal activities of daily living, social functioning and my family and interpersonal relationship and have affected major lifestyle activities including shopping, dining out, going to a movie, traveling, sight seeing, yoga and exercising. I am unable to perform common household chores due to chronic pain and fatigue. I suffer from frequent thoughts of hopelessness, crying spells and panic attacks. I also suffer fatigue and low energy because of depression, anxiety and post traumatic stress disorder and the resultant disrupted sleep pattern. I require frequent rest periods and naps throughout the day. It is very difficult for me to drive due to fatigue, pain impaired concentration and poor decision making and I can only travel short distances in a car due to the discomfort and pain that I experience. If I have to ride long distances, frequent stops must be made for me to get out of the car and stretch and walk around.

7a. I requested reassignment to another position and the use of leave.

7b. The agency was not able to grant my request for reassignment but I have been off from work on sick leave and leave without pay since November 2004 and I remain unable to go to work due to my medical conditions and severe symptoms thereof.

F:\WDocs\CLIENTS\CHOWDHURY.SUL\ADDENDUM.APP.doc




## Agency Certification of Reassignment and Accommodation Efforts
### In Connection With Disability Retirement Under the Civil Service Retirement System and the Federal Employees Retirement System

Form Approved:
OMB No. 3206-0228

### Instructions

The Coordinator for Employment of the Handicapped should review the Applicant's Statement, the Supervisor's Statement, the Physician's Statement, and any other relevant documentation on file to determine if reasonable accommodation will enable the employee to perform fully successful service in his or her current position or whether a vacant position is available in the agency, at the same grade or pay level in the same commuting area, for which the employee is qualified for reassignment. Take special note of the Supervisor's Statement and resolve any discrepancies between the information on that form and this form. Telephone numbers for the applicant, the supervisor, and the physician may be found on their respective statements, should it be necessary to contact them for further information.

If the employee is eligible to retire voluntarily, the employee should be advised of that fact. In general there is no difference in the payment to a disabled annuitant and an optionally retired annuitant, nor are there Federal tax advantages for a disability retiree.

*All items must be completed. In items 4, 5, and 6, if you check a box that requires additional explanation, please provide the explanation and/or attachment. This will enable us to process the application without delay.*

Accommodation (item 4) - Guidance for determining reasonable accommodations may be found in 29 CFR 1614.203(c).

The documentation supporting your response to item 4 must include an assessment of the functional and environmental factors related to the employee's inability to perform at the fully successful level, unless there are no medical restrictions.

Reassignment (item 5) - Guidance related to reassignment of an applicant for disability retirement is published in OPM's "CSRS and FERS Handbook for Personnel and Payroll Offices".

After completing and certifying this form, please attach the appropriate documentation and return the original to the employee or to your personnel office according to instructions and practices in your agency. In either case, *a copy must be given to the employee.* Please *do not* send the form directly to OPM unless OPM specifically requested you to do so in this case.

*Your agency's obligation to continue to try to accomodate or reassign the employee does not cease with the filing of this certification.* Your efforts should continue. If the accommodation or reassignment situation changes after the original filing of the certification, you must notify OPM of the changes.

OPM may contact you for additional information or clarification.

### To be completed by Coordinator for Employment of the Handicapped or other authorized agency official (see instructions at the top of this page)

| 1. Name of applicant (last, first, middle) | 2. Date of birth (mo./day/yr.) | 3. Social security number |
|---|---|---|
| Chowdhury, Sultan M. | 10-24-55 | [redacted] |

**4. Has reasonable effort for accomodation been made?** *(You must check one statement below.)*

☒ No, the medical evidence presented to the agency shows that accommodation is not possible due to severity of medical condition and the physical requirements of the position. *(Attach copies of all medical evidence supporting the statement and explain why conditions prohibit accommodation. Also, provide a detailed statement of the physical requirements of the position.) Employees should be counseled concerning the following: The fact that your agency has determined accommodation to be unavailable due to status of a medical condition or due to restriction imposed by a physician does not guarantee that OPM will reach the same decisions about the approval of a disability retirement application.*

☒ No, the employee's condition does not appear to require accommodation. Medical information presented to agency does not document a disabling medical condition.

☒ Yes, describe below accommodation efforts made, attach supporting documentation and provide narrative analysis of any unsuccessful accommodation efforts.

*Continued on reverse*

112-101
U.S. Office of Personnel Management
CSRS/FERS Handbook for Personnel and Payroll Offices

Original - To OPM Through Agency Channels

Standard Form 000062
December 1995
This form supersedes Standard Forms 2824D & 3105D

5. Results of agency reassignment efforts *(You must check one statement below.)*

☐ Reassignment is not necessary because employee's performance is fully successful and there are no medical restrictions which keep the employee from performing critical duties or from attending work altogether.

☐ Reassignment is not possible. There are no vacant positions at this agency, at the same grade or pay level and tenure within the same commuting area, for which the employee meets minimum qualifications standards.

☐ The employee declined reassignment to a vacant position(s) in this agency at the same grade or pay level and tenure, within the same commuting area, for which the employee meets minimum qualifications. *(Attach a copy of any reassignment offers.)*

☐ The agency did not reassign the employee to the vacant position(s) in this agency, at the same grade or pay level and tenure within the same commuting area, for which the employee meets minimum qualifications. The position(s) identified and reason(s) for non-assignment are shown below.

**Position Title**              **Reason for Non-Reassignment or Non-Selection***

*If the employee's medical condition precludes reassignment to the position, attach documentation. If the reason for non-selection is intended removal, attach a copy of the removal notice to the employee.*

6. Is the employee currently occupying a temporary position?

☐ No, the employee is occupying a permanent position.
☐ Not applicable, the employee is no longer an employee of the agency.
☐ Yes, state below the nature of these duties, the reason for the temporary status, and length of time the agency expects the employee to occupy this position.

**Certification by Coordinator for Employment of the Handicapped or other authorized agency official**

I certify that this statement is true to the best of my knowledge and belief.

| 7a. Signature of responsible agency official | 7b. Title of responsible agency official | |
|---|---|---|
| 7c. Name of responsible agency official *(type or print legibly)* | 7d. Date *(mo./day/yr.)* | 7e. Telephone number *(including area code)* |

3112-101

000063

Reverse of Standard Form 3112D
December 1995



# Agency Certification of Reassignment and Accommodation Efforts

*In Connection With Disability Retirement Under the Civil Service Retirement System and the Federal Employees Retirement System*

**CSRS** — Civil Service Retirement System
**FERS** — Federal Employees Retirement System

Form Approved:
OMB No. 3206-0228

## Instructions

The Coordinator for Employment of the Handicapped should review the Applicant's Statement, the Supervisor's Statement, the Physician's Statement, and any other relevant documentation on file to determine if reasonable accommodation will enable the employee to perform fully successful service in his or her current position or whether a vacant position is available in the agency, at the same grade or pay level in the same commuting area, for which the employee is qualified for reassignment. Take special note of the Supervisor's Statement and resolve any discrepancies between the information on that form and this form. Telephone numbers for the applicant, the supervisor, and the physician may be found on their respective statements, should it be necessary to contact them for further information.

)the employee is eligible to retire voluntarily, the employee should be advised of that fact. In general there is no difference in the payment to a disabled annuitant and an optionally retired annuitant, nor are there Federal tax advantages for a disability retiree.

*All items must be completed. In items 4, 5, and 6, if you check a box that requires additional explanation, please provide the explanation and/or attachment. This will enable us to process the application without delay.*

Accommodation (item 4) - Guidance for determining reasonable accommodations may be found in 29 CFR 1614.203(c).

The documentation supporting your response to item 4 must include an assessment of the functional and environmental factors related to the employee's inability to perform at the fully successful level, unless there are no medical restrictions.

Reassignment (item 5) - Guidance related to reassignment of an applicant for disability retirement is published in OPM's "CSRS and FERS Handbook for Personnel and Payroll Offices".

After completing and certifying this form, please attach the appropriate documentation and return the original to the employee or to your personnel office according to instructions and practices in your agency. In either case, *a copy must be given to the employee.* Please *do not* send the form directly to OPM unless OPM specifically requested you to do so in this case.

*Your agency's obligation to continue to try to accomodate or reassign the employee does not cease with the filing of this certification.* Your efforts should continue. If the accommodation or reassignment situation changes after the original filing of the certification, you must notify OPM of the changes.

OPM may contact you for additional information or clarification.

---

**To be completed by Coordinator for Employment of the Handicapped or other authorized agency official**

**1. Name of applicant** *(last, first, middle)*: Chowdhury, Sultan M.

**2. Date of birth** *(mo./day/yr.)*: 10-24-55

**3. Social security number**: [redacted]

**4. Has reasonable effort for accomodation been made?** *(You must check one statement below.)*

[ ] **No**, the medical evidence presented to the agency shows that accommodation is not possible due to severity of medical condition and the physical requirements of the position. *(Attach copies of all medical evidence supporting the statement and explain why conditions prohibit accommodation. Also, provide a detailed statement of the physical requirements of the position.)* Employees should be counseled concerning the following: The fact that your agency has determined accommodation to be unavailable due to status of a medical condition or due to restriction imposed by a physician does not guarantee that OPM will reach the same decisions about the approval of a disability retirement application.

[ ] **No**, the employee's condition does not appear to require accommodation. Medical information presented to agency does not document a disabling medical condition.

[ ] **Yes**, describe below accommodation efforts made, attach supporting documentation and provide narrative analysis of any unsuccessful accommodation efforts.

*Continued on reverse*

---

12-101
U.S. Office of Personnel Management
CSRS/FERS Handbook for Personnel and Payroll Offices

**Duplicate - Employee's Copy**

Standard Form 3112D
December 1995
This form supersedes Standard Forms 2824D & 3105D

000064

5. Results of agency reassignment efforts *(You must check one statement below.)*

☐ Reassignment is not necessary because employee's performance is fully successful and there are no medical restrictions which keep the employee from performing critical duties or from attending work altogether.

☐ Reassignment is not possible. There are no vacant positions at this agency, at the same grade or pay level and tenure within the same commuting area, for which the employee meets minimum qualifications standards.

☐ The employee declined reassignment to a vacant position(s) in this agency at the same grade or pay level and tenure, within the same commuting area, for which the employee meets minimum qualifications. *(Attach a copy of any reassignment offers.).*

☐ The agency did not reassign the employee to the vacant position(s) in this agency, at the same grade or pay level and tenure within the same commuting area, for which the employee meets minimum qualifications. The position(s) identified and reason(s) for non-assignment are shown below.

**Position Title**            **Reason for Non-Reassignment or Non-Selection***

*If the employee's medical condition precludes reassignment to the position, attach documentation. If the reason for non-selection is intended removal, attach a copy of the removal notice to the employee.*

6. Is the employee currently occupying a temporary position?

☐ No, the employee is occupying a permanent position.
☐ Not applicable, the employee is no longer an employee of the agency.
☐ Yes, state below the nature of these duties, the reason for the temporary status, and length of time the agency expects the employee to occupy this position.

**Certification by Coordinator for Employment of the Handicapped or other authorized agency official**

I certify that this statement is true to the best of my knowledge and belief.

| 7a. Signature of responsible agency official | 7b. Title of responsible agency official | |
|---|---|---|
| 7c. Name of responsible agency official *(type or print legibly)* | 7d. Date *(mo./day/yr.)* | 7e. Telephone number *(including area code)* |

000065

12-101

Reverse of Standard Form 3112D
December 1995



# Certified Summary of Federal Service
## Federal Employees Retirement System

Office of Personnel Management

5 CFR Part 841

**Information for Agency**

A certified copy of this form must accompany an employee's *Application for Immediate Retirement (SF 3107)*.

This form may also be used:
- for retirement counseling purposes
- to respond to an employee's request for a record of creditable service.

See the CSRS and FERS Handbook for Personnel and Payroll Offices (formerly FPM Supplement 830-1) for detailed instructions for completion and disposition of this form.

**Instructions for Employee**

1. Your employing office will complete and certify this form for you.
2. Review the form carefully. Be sure it contains all of your service.
3. Complete Section E, Employee's Certification, and return it to your employing office.

## Section A - Identification

Name of employee (last, first, middle): Chowdhury, Sultan M.

List all other names used (maiden name, AKA, spelling variants):

Date of birth (month, day, year): 10-24-55

Other birth dates used:

Social Security [redacted]

Service computation date for retirement purposes:

8. Did this employee elect to transfer to FERS?
   [ ] No   [ ] Yes → Give effective date of election

9. If yes, is this employee entitled, according to your records, to have part of his/her annuity computed under CSRS rules?
   [ ] No   [ ] Yes

10a. Does the applicant receive military retired pay?
   [ ] No   [ ] Yes   *(Attach a copy of the applicant's military retired pay order, if available, and complete 10b.)*

10b. If yes, has the applicant waived military retired pay to credit military service for FERS retirement?
   [ ] No   *(Includes cases where a waiver is unnecessary.)*
   [ ] Yes   *(Attach a copy of the military finance center's letter to the employee accepting waiver, if available.)*

## Section B - Verified Service History Documented in Official Personnel Records

| Federal Agency or Military Service Branch | Appointment, Separation, or Conversion Dates for Civilian and Active Honorable Military Service | | Name of Retirement System* | Remarks and Non-Creditable Time** |
|---|---|---|---|---|
| | From | To | | |
| | | | | |

Give details of creditable service not subject to retirement deductions in Section C.
In Remarks, show if CSRS service on or after January 1, 1984, is "regular" CSRS or CSRS offset.
Indicate if service is part-time. If service was performed on a WAE or intermittent basis, show the number of hours worked in "Remarks."

RS/FERS Handbook for Personnel and Payroll Offices
N 7540-01-255-3670

3107-105

000066

Standard Form 3107-1
Revised April 2000

**Section C - Detail of Civilian Service Not Subject to Contributory Retirement System for Civilian Federal Employees**

Detail below (1) any period of Federal civilian service subject only to "FICA" deductions, and (2) any other Federal civilian service not subject to a Federal employee (or D.C. Government) retirement system. If total basic salary earned for any such period of service is known, a summary entry may be entered on the right hand side below. Otherwise, show each change affecting basic salary during the period of service. Show part-time tour of duty, if applicable. If part-time service is after April 6, 1986, also provide total number of hours employee worked during the period and show what full-time tour of duty would be. Service which was not subject to FERS or CSRS deductions is creditable only as specifically allowed by law.

| Nature of action (Appt., pro., res., etc.) | Effective date (month, day, year) | Basic salary rate | Salary basis (per annum, per hour, WAE, etc.) | Leave without pay | If basic salary actually earned is available: make summary entry below | | |
|---|---|---|---|---|---|---|---|
| | | | | | From (month, day, year) | To (month, day, year) | Total earned |
| ) | | | | | | | |
| ) | | | | | | | |

**Section D - Agency Certification**

I certify that the information on this form accurately reflects verified information contained in official personnel and/or payroll records in the custody of this agency and that the retiring employee has sufficient service for an immediate annuity.

| Signature of authorized agency personnel official | Agency name and address, including ZIP code, and telephone number, including area code |
|---|---|
| Official title | Date | |

**Section E - Employee's Certification**

☐ The service listed is complete.

☐ I have additional service. *(If you claim additional service, attach signed statement giving dates, position, title and location of employment, including agency, bureau and division. Claimed service cannot be credited for retirement until it has been verified, including unverified service listed on an SF 144, Statement of Prior Federal Civilian and Military Service, or similar affidavit.)*

Note: If you have performed Federal civilian service subject only to social security deductions (FICA) or not subject to retirement deductions, be sure that your agency has correctly completed Section C above.

| Signature *(do not print)* | Date |
|---|---|

000067

Standard Form 3107-1 Back
Revised April 2000