IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------x

SULTAN M. CHOWDHURY,

    Plaintiff,

v.                                  Case No.
                                    05-02368 (JGP)

MARTIN J. GRUENBERG,

ACTING CHAIRMAN,
FEDERAL DEPOSIT
INSURANCE CORPORATION,

    Defendant.
---------------------------------x

Wednesday, September 12, 2007

DEPOSITION OF:

    SULTAN M. CHOWDHURY

called for examination by counsel for the

Defendant, pursuant to notice of deposition,

at the Federal Deposit Insurance Corporation,

3501 Fairfax Drive, NW, Arlington, VA, at 1:14

p.m., when were present on behalf of the

respective parties:

SOF - EXHIBIT BB

f5c7f65f-6298-4e91-9e42-c9e334705151

```
 1   truthful response, in light of your problems
 2   with Mr. Henning?
 3       A    I don't understand the relation to
 4   Mr. Henning. They had doctors, supervisors,
 5   police officers, et cetera.
 6       Q    Wasn't Mr. Henning your supervisor?
 7       A    Yes.
 8       Q    Okay. Do you believe that this was
 9   an honest response?
10       A    Yes. I didn't have any problem
11   getting along with him.
12       Q    You didn't.
13       A    The answer -- to answer your
14   question, the answer is yes. It's correct.
15       Q    You filed two EEO complaints
16   against Mr. Henning, but you feel you got
17   along with him?
18       A    Yes. EEO complaints for his
19   actions, not mine.
20       Q    Okay. Turning to Bates Stamp 27,
21   second question down, "Did you have trouble
22   getting along with your supervisors and/or co-
```
Page 343

```
 1   workers"? And you checked "no".
 2       A    That is correct.
 3       Q    Would you say you got along with
 4   Mr. Henning?
 5       A    From my personal point of view,
 6   yes.
 7       Q    What does that mean?
 8       A    I did not mistreat him. I did not
 9   disrespect him. I didn't yell at him. I did
10   neither of that.
11       Q    Did you get along with Mr. Henning?
12       A    From a professional point of view,
13   yes.
14       Q    What about your co-workers, do you
15   believe you got along with them?
16       A    Sure.
17       Q    Do you recall in another disability
18   claim form stating that you believed your co-
19   workers were conspiring against you? I can
20   show it to you, if you want me to refresh your
21   memory.
22       A    Well, if you show it to me, you
```
Page 344

```
 1   can. I don't remember that.
 2       Q    I could do that.
 3           MR. GEORGE: Go off the record here
 4   with my time.
 5           (Whereupon, the proceedings went
 6   off the record at 4:53:14 p.m., and went back
 7   on the record at 4:54:24 p.m.)
 8               (Whereupon, Exhibit No.
 9               25 was marked for
10               identification.)
11       BY MR. GEORGE:
12       Q    You have in front of you a document
13   that's been marked number 24, the face page is
14   from the law firm of Andalman & Flynn. They
15   represented you in your application for OPM
16   disability. Correct?
17       A    It's 25.
18       Q    Twenty-five, I'm sorry. Thank you
19   for correcting me. They represented you in
20   your disability claim with OPM. Correct?
21       A    Yes.
22       Q    Okay. Turning your attention to
```
Page 345

```
 1   page Bates Stamp 61, excuse me, let's go back
 2   to page 60 at the bottom. The last sentence
 3   at the bottom, "Also, my emotional impairments
 4   often renders me unable to function with even
 5   minimal stress, and has led me to the belief
 6   that my supervisors and team members no longer
 7   support me. They are conspiring against me,
 8   and they want to harm me." Do you see that?
 9       A    Yes.
10       Q    How were your team members
11   conspiring against you?
12       A    I don't know.
13       Q    This was part of your application
14   for disability retirement. Do you recall
15   making that statement?
16       A    This is in this statement, yes.
17       Q    I'll ask you again, how were your
18   co-workers conspiring against you?
19       A    I can't answer that. I don't know.
20       Q    Were they?
21       A    Not to my belief.
22       Q    Then what is it doing in this
```
Page 346

36 (Pages 343 to 346)

f5c7f65f-6298-4e91-9e42-c9e334705151