Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| CHOWDHURY, SULTAN M | 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 | 10/24/55 | 07/23/05 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 301 | RETIREMENT DISABILITY |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| USM | 5 U S C CHAPTER 84 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number
SENIOR INFORMATION SYSTEMS SPECIALIST
00016996   53W061

15. TO: Position Title and Number

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Lvl | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Lvl | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CG | 0301 | 15 | 00 | 139,097.00 | PA | | | | 00 | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 122,769.00 | 16,328.00 | 139,097.00 | .00 | | .00 | | .00 |

14. Name and Location of Position's Organization
FEDERAL DEPOSIT INSURANCE CORPORATION
DIV OF INS & RES
RISK ANAL & BNKG STATS
CDR IMPLEMEN PROJ TEAM

22. Name and Location of Position's Organization

FD 685301000150400000    PP 15 2005 5A

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1-None  3-10 Point/Disability  5-10 Point/Other  2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 1  0-None  2-Conditional  1-Permanent  3-Indefinite | | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0  WAIVED | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS AND FICA | 09/01/89 | F  FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | N  E-Exempt  N-Nonexempt | | 0060 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

TRANSFER FEHB ENROLLMENT TO OPM.
STANDARD OPTIONAL INSURANCE: DECLINED.
ADDITIONAL OPTIONAL INSURANCE: DECLINED.
FAMILY OPTIONAL INSURANCE: DECLINED.
FORWARDING ADDRESS: 13507 HAYWORTH DRIVE, POTOMAS, MARYLAND 20854
LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.
REASON FOR RETIREMENT: TO OBTAIN RETIREMENT BENEFITS.

SOF - EXHIBIT CC

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION | LORINDA S. POTUCEK  *Lorinda Potucek*  HUMAN RESOURCE OFFICER |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| FD 68 | 1636 | 07/29/05 |

3 - Utility Copy                              Editions Prior to 7/91 Are Not Usable After 6/30/93
FD 685301000150400000    PP 15 1*2005*BATCH 16366782 000-00 908-82 AG/EO 68-1636