# Social Security Administration
# Retirement, Survivors and Disability Insurance

Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: August 19, 2005
Claim Number: ███████IA

0815 MCS,PC7,I,BA,T088,058,153
SULTAN M CHOWDHURY
10402 HEATHSIDE WAY
POTOMAC, MD 20854-6344

000013415 03 MB    0.718



You are entitled to monthly disability benefits beginning May 2005.

**What We Will Pay And When**

- You will receive $4,304.25 around August 25, 2005.

- This is the money you are due for May 2005 through July 2005.

- Your next payment of $1,913.00, which is for August 2005, will be received on or about the fourth Wednesday of September 2005.

- After that you will receive $1,913.00 on or about the fourth Wednesday of each month.

- Later in this letter, we will show you how we figured these amounts.

The day we make payments on this record is based on your date of birth.

**Information About Representative's Fees**

We have approved the fee agreement between you and your representative.

Your past-due benefits are $5,739.00 for May 2005 through July 2005. Under the fee agreement, the representative cannot charge you more than $1,434.75 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

**How To Ask Us To Review The Determination On The Fee Amount**

You, the representative or the person who decided your case can ask us to review the amount of the fee we say the representative can charge.

Enclosure(s):
Pub 05-10153
Pub 05-10058

C                              See Next Page                              000006

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Social Security Administration
Office of Hearings and Appeals
Attorney Fee Branch
5107 Leesburg Pike
Falls Church, Virginia 22041-3255

The representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or the representative, we will assume you both agree with the amount of the fee shown.

## Information About Past-Due Benefits Withheld To Pay A Representative

Because of the law, we usually withhold 25 percent of the total past-due benefits to pay an approved representative's fee. We withheld $1,434.75 from your past-due benefits to pay the representative.

We are paying the representative from the benefits we withheld. Therefore, we must collect a service charge from him or her. The service charge is 6.3 percent of the fee amount we pay, but not more than $75, which is the most we can collect in each case under the law. We will subtract the service charge from the amount payable to the representative.

The representative cannot ask you to pay for the service charge. If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

## Other Social Security Benefits

The benefit described in this letter is the only one you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

## Your Responsibilities

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Disability Benefits". It will tell you what must be reported and how to report. Please be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.