SOF - EXHIBIT EE

**Group Benefits Accounts**
P. O. Box 946710
Maitland, FL 32794-6710
Telephone: (800) 303-9744
Facsimile: (407) 919-6329


THE
HARTFORD

January 20, 2006

Andalman & Flynn
Elliot Andalman
Lee Plaza 8601 Georgia Ave. Suite 604
Silver Springs, MD 20910

Re: Sultan M. Chowdhury
    10402 Heathside Way
    Potomac, MD  20854

Claim Number: 2728893111
Policy Number: 83126266
Underwritten by Continental Casualty Company

Dear Mr. Chowdhury:

After review of the information currently contained in your Long Term Disability claim file, we have approved benefits under the Mental Limitation. We are continuing our investigation for physical components and will notify you once the investigation is completed.

Per Policy:

Disability means that during the Elimination Period and the following 24 months, Injury or Sickness causes physical or mental impairment to such a degree of severity that You are:
1. continuously unable to perform the Material and Substantial Duties of Your Regular Occupation; and
2. not Gainfully Employed

After the LTD Monthly Benefit has been payable for 24 months, Disability means that Injury or Sickness causes physical or mental impairment to such a degree of severity that You are:
1. continuously unable to engage in any occupation for which You are or become qualified by education, training or experience; and
2. not Gainfully Employed.

Information in your file indicates that your last day worked was 11/09/2004 and your date of loss was determined to be 11/10/2004. The period from 11/10/2004 through 03/09/2005 has been used to satisfy the policy's 120 day elimination period. Therefore, your benefits commenced on 03/10/2005.

Based on the information received from your employer, your monthly benefit will be $7,860.30 as defined by your policy. However, you also receive Retirement benefits on a monthly basis in the amount of $4,971.00 and Social Security Disability Benefits in the amount of $1,913.00. Because Retirement Benefits and Social Security Disability offset with our benefit your new monthly benefit will be $976.30.

Under separate cover, you will receive a check in the amount of $13,015.10 representing benefits for the period of 03/10/2005 through 01/09/2006.

Your Long Term Disability policy is designed to provide you with a specific benefit in conjunction with any amounts to which you may be entitled under the Disability or Retirement provisions of the Social Security Act (including any payments for eligible dependents), any Worker's Compensation, any Occupational

000008

Disease Act or Law, any State Compulsory Disability Benefit Law, and any disability, retirement, or other benefits as stated in your policy.

The law provides that you may be eligible for benefits under the provisions of the Social Security Act, if it is anticipated that your disability may extend for at least 12 months. The benefits under this law commence at the sixth month of disability. Our continuing to provide full benefits at the sixth month of disability may result in a temporary overpayment of your claim.

Please advise us if you have applied for or are receiving any of the above mentioned benefits, the date they became effective, and the amount of your benefit.

In order to effectively alleviate this situation, we have enclosed an Integration Acknowledgment Form. This form acknowledges your understanding of our right to integrate with Social Security and other benefits as specified by your policy, and elicits your promise to refund any resulting overpayment promptly.

Read this form carefully, sign and date it in the presence of a witness, and return it to us in the enclosed envelope.

In the event additional medical information is needed; please sign, date, and return the enclosed Authorization and Integration Acknowledgement form(s) in the enclosed envelope.

Please be advised that the plan does not cover any loss caused by or resulting from Disability beyond 24 after the Elimination Period if it is due to mental or emotional disorders of any type. Confinement in a hospital or institution licensed to provide care and treatment for mental or emotional disorders will not be counted as part of the 24 limit.

Benefits under this policy may represent taxable income under certain circumstances. Although we will not be able to advise you specifically concerning any income tax implications, we can withhold taxes at your written request.

The policy requires that you be under the regular care of a licensed physician and provide proof of your continuing disability. Therefore, we may request medical updates from your physician(s).

To assure prompt payment of future benefits, your prompt response to our request(s) is greatly appreciated.

Should you have any questions in connection with your claim, please feel free to contact us.

Sincerely,

*Maria Ramm*

Maria Ramos
Disability Specialist
Group Benefits Accounts
1-800-303-9744

cc:    FDIC
       Diane Padilla
       3501 N. Fairfax Drive
       Room 1027
       Arlington, VA  22226

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including issuing companies Hartford Life and Accident Insurance Company, Hartford Life Insurance Company and CNA Group Life Assurance Company (pending state approval of name change to "Hartford Life Group Insurance Company").