| Notice of Occupational Disease and Claim for Compensation | U.S. Department of Labor<br>Employment Standards Administration<br>Office of Workers' Compensation Programs |  |

Employee: Please complete all boxes 1 - 18 below. Do not complete shaded areas.
Employing Agency (Supervisor or Compensation Specialist): Complete shaded boxes a, b, and c.

### Employee Data

1. Name of employee (Last, First, Middle): CHOWDHURY, SULTAN M.
2. Social Security Number: 228 27 2059
3. Date of birth: 10 24 55
4. Sex: M
5. Home telephone: (301) 738 6863
6. Grade as of date of last exposure: Level 15  Step ___
7. Employee's home mailing address (Include city, state, and ZIP code): 13507 Hayworth Dr. Potomac, MD 20854
8. Dependents: ☑ Wife, Husband  ☑ Children under 18 years  ☑ Other

### Claim Information

9. Employee's occupation: Sr. Information Systems Specialist
10. Location (address) where you worked when disease or illness occurred: 801 17th St, NW Washington, DC 20434
11. Date you first became aware of disease or illness: 06 09 04
12. Date you first realized the disease or illness was caused or aggravated by your employment: 06 09 04
13. Explain the relationship to your employment, and why you came to this realization: Continuing threat of destroying my distinguished career in the federal government through discriminatory and hostile treatment despite my consistent record of superior and outstanding performance in the Agency.
14. Nature of disease or illness: Depression; Anxiety with feelings of oppression at work; Sleep Disturbance
15. If this notice and claim was not filed with the employing agency within 30 days after date shown above in item #12, explain the reason for the delay: I was hoping to get better through medical care and intermittent time-off/sick leave. However, my psychiatrist placed me on medical leave starting on 11/10/04 to take away from work environment. I verbally informed my supervisor of my illness in June/04 that required intermittent sick leave.
16. If the statement requested in item 1 of the attached instructions is not submitted with this form, explain reason for delay: Please see attachment "A".
17. If the medical reports requested in item 2 of attached instructions are not submitted with this form, explain reason for delay: Please see attachments B, C and D.

### Employee Signature

18. I certify, under penalty of law, that the disease or illness described above was the result of my employment with the United States Government, and that it was not caused by my willful misconduct, intent to injure myself or another person, nor by my intoxication. I hereby claim medical treatment, if needed, and other benefits provided by the Federal Employees' Compensation Act.

I hereby authorize any physician or hospital (or any other person, institution, corporation, or government agency) to furnish any desired information to the U.S. Department of Labor, Office of Workers' Compensation Programs (or to its official representative). This authorization also permits any official representative of the Office to examine and to copy any records concerning me.

Signature of employee or person acting on his/her behalf: _Sultan Chowdhury_  Date: 12/8/04

Have your supervisor complete the receipt attached to this form and return it to you for your records.

Any person who knowingly makes any false statement, misrepresentation, concealment of fact or any other act of fraud to obtain compensation as provided by the FECA or who knowingly accepts compensation to which that person is not entitled is subject to civil or administrative remedies as well as felony criminal prosecution and may, under appropriate criminal provisions, be punished by a fine or imprisonment or both.

For sale by the Superintendent of Documents, U.S. Government Printing Office Washington, DC 20402

Form CA-2
Rev. Jan. 1997

SOF - EXHIBIT FF

The FECA, which is administered by the Office of Workers' Compensation Programs (OWCP), provides the following general benefits for employment-related occupational disease or illness:

(1) Full medical care from either Federal medical officers and hospitals, or private hospitals or physicians of the employee's choice.

(2) Payment of compensation for total or partial wage loss.

(3) Payment of compensation for permanent impairment of certain organs, members, or functions of the body (such as loss or loss of use of an arm or kidney, loss of vision, etc.), or for serious disfigurement of the head, face, or neck.

(4) Vocational rehabilitation and related services where necessary.

The first three days in a non-pay status are waiting days, and no compensation is paid for these days unless the period of disability exceeds 14 calendar days, or the employee has suffered a permanent disability. Compensation for total disability is generally paid at the rate of 2/3 of an employee's salary if there are no dependents, or 3/4 of salary if there are one or more dependents.

An employee may use sick or annual leave rather than LWOP while disabled. The employee may repurchase leave used for approved periods. Form CA-7b, available from the personnel office, should be studied BEFORE a decision is made to use leave.

If an employee is in doubt about compensation benefits, the OWCP District Office servicing the employing agency should be contacted. (Obtain the address from your employing agency.)

For additional information, review the regulations governing the administration of the FECA (Code of Federal Regulations, Title 20, Chapter 1) or Chapter 810 of the Office of Personnel Management's Federal Personnel Manual.

## Privacy Act

In accordance with the Privacy Act of 1974, as amended (5 U.S.C. 552a), you are hereby notified that: (1) The Federal Employees' Compensation Act, as amended (5 U.S.C. 8101, et seq.) (FECA) is administered by the Office of Workers' Compensation Programs of the U.S. Department of Labor, which receives and maintains personal information on claimants and their immediate families. (2) Information which the Office has will be used to determine eligibility for and the amount of benefits payable under the FECA, and may be verified through computer matches or other appropriate means. (3) The information may be given to the Federal agency which employed the claimant at the time of injury in order to verify statements made, answer questions concerning the status of the claim, verify billing, and to consider issues relating to retention, rehire, or other relevant matters. (4) The information may also be given to Federal agencies, other government entities, and to private-sector agencies and/or employers as part of rehabilitative and other return-to-work programs and servies. (5) Information may be disclosed to physicians and other health care providers for use in providing treatment or medical/vocational rehabilitation, making evaluations for the Office, and for other purposes related to the medical management of the claim. (6) Information may be given to Federal, state and local agencies for law enforcement purposes, to obtain information relevant to a decision under the FECA, to determine whether benefits are being paid properly, including whether prohibited dual payments are being made, and, where appropriate, to pursue salary/administrative offset and debt collection actions required or permitted by the FECA and/or the Debt Collection. (7) Disclosure of the claimant's social security number (SSN) or tax identifying number (TIN) on this form is mandatory. The SSN and/or TIN, and other information maintained by the Office, may be used for identification, to support debt collection efforts carried on by the Federal government, and for other purposes required or authorized by law. (8) Failure to disclose all requested information may delay the processing of the claim or the payment of benefits, or may result in an unfavorable decision or reduced level of benefits.

## Receipt of Notice of Occupational Disease or Illness

This acknowledges receipt of notice of disease or illness sustained by:
(Name of injured employee)

November 23, 2004
I was first notified about this condition on (Mo., Day, Yr.)

801 17th Street NW, Room 801-820, Washington D.C., 20429
At (Location)

Martin Henning — CDR Project Manager — January 7, 2005
Signature of Official Superior — Title — Date (Mo., Day, Yr.)

This receipt should be retained by the employee as a record that notice was filed.

Form CA-2
Rev. Jan. 1997

CA-2, item #16                                                    Attachment "A"
Sultan Chowdhury, FDIC

I have been a high performing employee of the FDIC since 1991. I received accolades, promotions, and awards for my superior and outstanding performance throughout my 13-year career in the FDIC, and in previous positions. However, my new supervisor, starting in October 2003, subjected me to a pattern of discrimination and harassment through allegation of deficiency in my performance, and threat of loss of my job and dignity accumulated over a period of 29 years in the profession.

Despite my best efforts, my supervisor continued to nit pick my work causing me significant stress and sufferings that resulted in recurring headaches, depression, loss of sleep, and other symptoms. My efforts to transfer to another unit within the FDIC have been blocked which provides a clear indication of my supervisor's pre-conceived motive to remove me from my successful career in the Federal government. I have been under medical and psychological care since June 2004, and my psychiatrist placed me on medical leave starting in November 2004.

Attachment "C"

Certification of Health Care Provider
(Family and Medical Leave Act of 1993)

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division



OMB No.: 1215-0181
Expires: 07/31/07

*(When completed, this form goes to the employee. Not to the Department of Labor.)*

**1. Employee's Name**
SULTAN CHOWDHURY

**2. Patient's Name (if different from employee)**

3. Page 4 describes what is meant by a "serious health condition" under the Family and Medical Leave Act. Does the patient's condition[1] qualify under any of the categories described? If so, please check the applicable category.

(1) ___ (2) ___ (3) ___ (4) _X_ (5) ___ (6) ___ , or None of the above ___

4. Describe the medical facts which support your certification, including a brief statement as to how the medical facts meet the criteria of one of these categories:

Depression
Sleep disturbance
Obsessive thoughts of hopelessness, helplessness
Fatigue
Anxiety associated with feelings of oppression at work

5. a. State the approximate date the condition commenced, and the probable duration of the condition (and also the probable duration of the patient's present incapacity[2] if different):

Mr Chowdhury was first seen on 06/09/04. His mood has steadily declined until forced to accept being on medical leave by my recommendation starting Nov 9, 2004

b. Will it be necessary for the employee to take work only intermittently or to work on a less than full schedule as a result of the condition (including for treatment described in Item 6 below)?

Mr. Chowdhury is on medical leave and not participate in usual employment activities

If yes, give the probable duration: 4 weeks to 12 weeks

c. If the condition is a chronic condition (condition #4) or pregnancy, state whether the patient is presently incapacitated[2] and the likely duration and frequency of episodes of incapacity[2]:

Condition is expected to improve with Treatment but also by removing him from the environment that is primary cause of his illness

[1] Here and elsewhere on this form, the information sought relates only to the condition for which the employee is taking FMLA leave.

[2] "Incapacity," for purposes of FMLA, is defined to mean inability to work, attend school or perform other regular daily activities due to the serious health condition, treatment therefor, or recovery therefrom.

Form WH-380
Revised December 1999

Page 1 of 4

6. a. If additional treatments will be required for the condition, provide an estimate of the probable number of such treatments.

Mr. Chowdhury will
(a) continue to see his therapist weekly
(b) continue on medication management monthly

If the patient will be absent from work or other daily activities because of treatment on an intermittent or part-time basis, also provide an estimate of the probable number of and interval between such treatments, actual or estimated dates of treatment if known, and period required for recovery if any:

See above

b. If any of these treatments will be provided by another provider of health services (e.g., physical therapist), please state the nature of the treatments:

Psychotherapy (also 6a) by Dr. Hoffman

c. If a regimen of continuing treatment by the patient is required under your supervision, provide a general description of such regimen (e.g., prescription drugs, physical therapy requiring special equipment):

Medication management

7. a. If medical leave is required for the employee's absence from work because of the employee's own condition (including absences due to pregnancy or a chronic condition), is the employee unable to perform work of any kind?

NO

b. If able to perform some work, is the employee unable to perform any one or more of the essential functions of the employee's job (the employee or the employer should supply you with information about the essential job functions)? If yes, please list the essential functions the employee is unable to perform:

N/A

c. If neither a. nor b. applies, is it necessary for the employee to be absent from work for treatment?

see (7a)

8. a. If leave is required to care for a family member of the employee with a serious health condition, does the patient require assistance for basic medical or personal needs or safety, or for transportation?

N/A

b. If no, would the employee's presence to provide psychological comfort be beneficial to the patient or assist in the patient's recovery?

N/A

c. If the patient will need care only intermittently or on a part-time basis, please indicate the probable duration of this need:

_____
Signature of Health Care Provider

TAIWO OKUSAMI, M.D.
5206B ROLLING RD
BURKE, VA 22015
Address

Type of Practice: Psychiatry

Telephone Number: 703-217-2487

Date: 11-18-04

To be completed by the employee needing family leave to care for a family member:
State the care you will provide and an estimate of the period during which care will be provided, including a schedule if leave is to be taken intermittently or if it will be necessary for you to work less than a full schedule:

_____
Employee Signature                              Date

Page 3 of 4

# TAIWO OKUSAMI, M.D.

5206B Rolling Road
Burke, VA 22015
703 21-2487

1717 K Street, N.W. Suite 600
Washington D.C. 20036
301-367-1080

Dec-7-04

Re: SULTAN CHOWDHURY

Mr. Chowdhury, on follow-up today, shows more improvement but clinically has continued to manifest symptoms for which he needs continuing care and is not medically able to resume his duties. It is hoped that he will remain tolerant of medication side effects & will benefit. For now Mr Chowdhury's absence is extended through Dec 31 2004.