UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SULTAN M. CHOWDHURY,<br><br>   Plaintiff,<br><br>v.<br><br>MARTIN J. GRUENBERG,<br>Chairman, Federal Deposit<br>Insurance Corporation<br><br>   Defendant. | Civil Action<br>No. 05-2368<br>(JGP) |

Monday, May 5, 2008

DEPOSITION OF:

SULTAN M. CHOWDHURY

called for examination by counsel for the Defendant, pursuant to Notice of Deposition, at the Federal Deposit Insurance Corporation, 3501 Fairfax Drive, Arlington, VA 22226 at 1:00 p.m., when were present on behalf of the respective parties:

ORIGINAL

SOF - EXHIBIT GG

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          www.nealrgross.com

1  continuing condition.

2  Q   Well, do you recall reporting to
3  any of your doctors that your stroke in 2000
4  caused you problems down the road?

5  A   Yes, I mentioned to them that I
6  had a minor stroke in 2000.

7  Q   And that it caused you subsequent
8  problems, correct?

9  A   It may have.

10  Q   And you were also being treated
11  for hypertension, correct?

12  A   I was treated by the doctor, I
13  don't know if hypertension, blood pressure,
14  what it says.

15  Q   Blood pressure. Wasn't Dr. Ganti
16  prior to 2004 treating you for hypertension?

17  A   Indeed I was out of medication for
18  almost two years prior to 2004.

19  Q   But you had been diagnosed with
20  hypertension prior to that, correct?

21  A   I don't know the medical term,
22  hypertension, blood pressure, what have you.

1   Q    High blood pressure.

2   A    But I was out of - with doctor's
3   treatment with the visit to Dr. Appel, with
4   exercise and yoga, I was out of medication for
5   - if I - I don't know exactly, estimate for
6   two years prior to 2004.

7   Q    But what I'm asking you is you had
8   been diagnosed with high blood pressure prior
9   to 2004, correct?

10  A    Right, much prior to 2004.

11  Q    Thank you.  Turning to Page 2, in
12  that continuing paragraph, about midway
13  through that paragraph says, "Because of his
14  condition and history, he is more sensitized
15  to react to supervisory criticism and
16  dislike."  You see that?

17  A    Yes.

18  Q    Do you recall discussing that with
19  Dr. Appel?

20  A    No, I did not see this report from
21  Dr. Appel before.

22  Q    Do you recall discussing the issue