# PSYCHIATRIC REPORT

**Patient Name:**   Sultan Chowdhury
**DOB:**   10/24/1955

**Dates Seen:**  3/8, 3/18, 3/24, and 4/20/05

**Presenting Problem:** Sultan Chowdhury is a 49-year-old Certified Public Accountant and Senior Information Systems Specialist who has been employed at the Federal Deposit Insurance Corporation since June, 1991. In that position, his responsibilities have included supervising and directing policies, programs, and procedures concerning the Division's overall information and data needs. He has also been responsible for leadership and management authority for long range planning, development, and coordination of complex information systems and broad projects which cross organizational lines. He was referred here for a series of psychiatric evaluation sessions in order to assess the cognitive and psychiatric impairments that he has incurred during the past four years. He has been off of work since November 9, 2004 due to his psychiatric and medical problems; having used up all of his sick leave and annual leave, he has been on leave without pay now for some time.

**Background Information:** Mr. Chowdhury came to the United States at age 26. He is the fourth of eight children in his family. He attended college in Bangladesh and later received a Master's Degree in technology management at the University of Maryland. Mr. Chowdhury has been married to the same woman for 23 years. He has three sons, ages 18, 16, and 9. He was employed by a number of private companies from 1977 through 1991, after which he took a job with the FDIC. Through the years with the Federal Government he has received outstanding evaluations, has been given three promotions, and has also received a number of awards and medals. He also received high praise for his work as a Y2K manager with the FDIC.

During his adolescence, Mr. Chowdhury and his family endured a war in Bangladesh. He has a memory of having been held at gunpoint with his family by invading soldiers. Up until recently, he had believed that he had put these memories out of his thoughts, but they have apparently been reawakened by recent experiences at his place of work (more on this below).

SOF - EXHIBIT  HH

974

Re: Sultan Chowdhury
Page Two

**History of Presenting Problem:** In March, 1999, while coordinating the FDIC's Y2K project, Mr. Chowdhury worked extremely long hours and experienced significant job related stress. He saw his primary care physician, who diagnosed him as suffering from hypertension. He was hospitalized during that year after suffering a Transient Ischemic Attack. He was started on antihypertensive medication, which helped him, but subsequently developed a sleep disturbance, agitation, and hypersensitivity to noise. He then began experiencing cervical pain and low back pain as well as diffuse musculoskeletal pain. He was then diagnosed with anxiety and fibromyalgia, and received treatment with acupuncture and biofeedback. He showed some improvement and was able to continue working. However, he requested a transfer to a less pressured, lower visibility job assignment at the FDIC.

In October 2003, he was assigned to work with a new supervisor. This individual brought in staff members from his previous assignment and Mr. Chowdhury found his role becoming increasingly marginalized. His supervisor became critical of Mr. Chowdhury's work, and changed his title such that he was no longer a participant in management team decision-making. New employees were hired, and some of them assumed responsibilities previously held by Mr. Chowdhury. As his work performance came under increasing scrutiny, Mr. Chowdhury began to experience an exacerbation of back pain, leg pain, and headaches. He also had to restart antihypertensive medication after being able to go without treatment for that condition during the preceding two years. Mr. Chowdhury's supervisor informed him that he had failed in his communication skills and his technical writing, and was given a formal warning in mid April, 2004. In August, 2004, he was started on a Performance Improvement Plan, usually a prelude to job dismissal.

Mr. Chowdhury became extremely distressed by this turn of events. He had always considered himself to be a hard worker, who received very favorable evaluations from his supervisors. He requested a transfer or accommodations at his job, and both were denied. He applied for other positions, but suspected that his supervisor may have interfered with inquiries from other agencies due to the Performance Improvement Plan. He began to suspect that his supervisor had a vendetta against him and remarked that he felt his supervisor "destroyed me personally."

Last November, Mr. Chowdhury stated that he experienced " a total collapse." He had become increasingly exhausted from trying to work longer hours in order to meet the requirements of his PIP. He frequently had episodes where he could not stop weeping at work. At one point he told his supervisor he felt like opening the window and jumping. He experienced a further exacerbation of his fibromyalgia pain, increased insomnia, and an intensification of symptoms of

975

Re: Sultan Chowdhury
Page Three

depression and anxiety. In early November, 2004 he took a medical leave from his job.

**Physical Examination:** In October 2004, Mr. Chowdhury was seen by his internist, Vinu Ganti, M.D., who diagnosed him as suffering "an Adjustment Disorder with Mixed Anxiety and Depression, which is causing symptoms in this patient of reactive hypertension." He also confirmed the ongoing conditions of Myofascial Pain Syndrome, migraine headaches, fibromyalgia, and insomnia. He had an MRI of the brain, which was within normal limits, and subsequently had a trial of physical therapy, which did not prove helpful. He was treated with a variety of medications, but experienced little benefit from their use. In November, 2004, he was referred to Elizabeth Kilgore, M.D., a physiatrist, for an evaluation of his musculoskeletal pain. He described physical discomfort virtually in all muscle groups, which he thought had been aggravated by stress. The diagnostic conclusion was given as stress induced fibromyalgia. Mr. Chowdhury was referred back to his internist and his psychotherapist.

**Psychiatric Assessment:** Mr. Chowdhury has been in treatment with a clinical psychologist (Sandra J. Hoffman, Ed.D.) since May 2004 for weekly psychotherapy sessions. He has also periodically seen a psychiatric consultant, who prescribed Trazodone to him for sleep. In assessing his clinical presentation, Mr. Chowdhury stated that his mood had been consistently down and saddened, he had experienced difficulty sleeping (able to fall asleep, but not maintain sleep through the night), and had suffered a tremendous decrease in energy. His concentration has been significantly impaired, and he said that he could not read technical material and was not as sharp as he had been at one time. He described a loss of interest in usual activities, and said that he did not feel that he was capable of driving due to his impaired cognition. He also mentioned a loss of libido and a sense of estrangement from his family. He denied suicidal ideation, and other than his comment about considering jumping out of the window at work, he has not formulated any type of suicide plan.

From the mental status examination, Mr. Chowdhury was alert to the examiner and well oriented to person, place, and time. His reality testing was considered to be generally intact, with no evidence of perceptual distortions. His intellectual functioning was above average, but there was evidence of significant impairment in his short-term memory and his ability to focus and concentrate. He stated that he had a photogenic memory at one time, and had always been very good in math. However, in this assessment, he was only able to remember three out of five objects immediately after they were presented to him and could recall only one out of those five objects after three minutes. He also made a number of errors in the digit span assessment and left out details of the story he was asked to repeat. His level of insight and judgment were somewhat skewed toward the idea that his supervisor had intentionally forced him out of his job. His

976

Re: Sultan Chowdhury
Page Four

abstract reasoning also showed evidence of inefficiencies as noted on similarities testing and proverb interpretation. His thought content was heavily laden with guilt and anger over his inability to continue successfully in his work. His thought processes were logical and sequential, without evidence of cognitive loosening. Mr. Chowdhury's mood was one of considerable distress related to his job circumstances and his physical condition. His affect was consistent with his mood.

**Multi Axial Psychiatric Diagnosis:** Mr. Chowdhury's multi axial psychiatric diagnosis is as follows:

| | |
|---|---|
| Axis I: | Major Depression, Single Episode, Moderate (296.32); Generalized Anxiety Disorder (300.02); Post Traumatic Stress Disorder Symptoms |
| Axis II: | None |
| Axis III: | Fibromyalgia (including chronic pain, memory impairment, and cognitive difficulties); essential hypertension; insomnia secondary to stress; myofascial pain syndrome; migraine headaches. |
| Axis IV: | Psychosocial stressors: problems related to his health and his ability to perform his job. |
| Axis V: | GAF  Current level: 40    Highest Level in the Past: 90 |

**Medications:** Mr. Chowdhury has been maintained on a medication regimen of Avapro (antihypertensive) 75 mgs daily, Lipitor (cholesterol lowering agent), 10 mgs daily, Neurontin (headache prevention), 300 mgs daily, Excedrin (headache management) two times daily as needed, and Trazodone 100 mgs at bedtime for sleep. He has also been using Lidocaine Patches as prescribed by Dr. Kilgore for manifestations of fibromyalgia, and was recently switched from Cymbalta (antidepressant and analgesic) to Effexor XR 75 mgs daily.

**Relationship Between Medical/Psychiatric Symptoms and Job Performance:**
Beginning in the spring of 2004, Mr. Chowdhury described recurring headaches, elevated blood pressure, feelings of helplessness, and loss of sleep. He experienced a loss of balance with several falls, and also sustained a burn due to inattentiveness. He described pain and tingling in his neck, shoulders, back, and knees. He said he could not go up or down the stairs in his home without experiencing pain. He stated that he felt uncomfortable, sweaty, and distressed. He saw the FDIC nurse a number of times for these conditions during working hours. He felt that this acute pain was distracting and disruptive, and prevented him from carrying out the extensive analysis and controls required by his position. He said he felt tired more easily and thought this might also be a function not

977

Re: Sultan Chowdhury
Page Five

only of his fibromyalgia condition, but of his need to work longer hours in order to meet job related requirements.

Mr. Chowdhury said that significantly diminished energy and concentration were the primary factors interfering with his work function. He said that in his job he was required to attend many meetings with representatives from other government agencies and contractors, and said that he had become increasingly unable to attend these meetings or remained unfocused while there. He said that he was once called "the energizer bunny" by his coworkers, but now found himself walking, talking, and thinking more slowly.

As a result of the conditions mentioned above, it became impossible for Mr. Chowdhury to remain focused, and he began to feel lost at work. He also had a constant fear of being harmed by his supervisor and described visions of his supervisor "holding a gun to my head." Dr. Hoffman, Mr. Chowdhury's therapist, has speculated that this image is a displacement of an adolescent memory of being held at gun point by soldiers in Bangladesh; however, despite his recognition of this possible connection, he has not been able to erase the image and remains fearful of returning to the workplace.

**Functioning Outside of Work:** Mr. Chowdhury said that he has lost enjoyment in life, cannot read the newspaper or engage himself in other simple things he had done in the past for pleasure. He previously did Yoga exercises, three or four times per week, but now is not able to perform them at all. He also enjoyed walking prior to the development of his health problems, and now cannot do so due to his experience of pain. He became concerned about his loss of income after going on leave without pay, and decided to sell his single family home in Maryland and move into a smaller townhouse. He said this also added pressure on his children, and his relationship with his wife. Mr. Chowdhury has been unable to do normal daily household activities because of his pain and fatigue. He has to measure and pace himself whenever he tries to do cleaning, or laundry, because the slightest tasks can exacerbate a headache or magnify his musculoskeletal pain. Compared to the past, he now engages in very few community activities, and rarely attends social events. He has also felt more distant from his wife, and realizes that he has been isolating himself from her.

**Summary:** It is evident from the information presented above that Mr. Chowdhury has experienced a devastating blow to nearly every aspect of his life. He has a long and proud history of highly regarded service in the Federal Government. However, during the past several years, he has experienced the onset and intensification of a debilitating set of symptoms, including unremitting pain, fatigue, cognitive difficulties, anxiety, and depression, which have driven him to the point where he has been unable to perform the critical elements of his current job. In our consultation meetings, Mr. Chowdhury came across as a man who clearly enjoyed his work and took great pride in his accomplishments on the

Re: Sultan Chowdhury
Page Six

job. The last thing that he wants is to be forced to retire because of his inability to perform his duties at work. He feels humbled and humiliated by the recent deterioration in his physical and mental functioning. His failure to respond to repeated medical and psychiatric treatment interventions suggests that his condition is progressive and that further worsening may well be expected.

Because of the positions he has held at the FDIC, the only accommodations that could be made to him revolve around removing him from many key responsibilities. There is no type of assistance that he could be given at work that would compensate for the decline in his cognitive abilities. It should be further clarified, that Mr. Chowdhury has been in complete compliance with the treatment efforts of his various practitioners. There is no reason to believe that he is malingering or exaggerating his current circumstances.

I agree with Dr. Hoffman's assessment that Mr. Chowdhury is in need of continued psychotherapy, physical therapy, and psycho-pharmacological intervention to help him achieve some degree of emotional stability. Even so, full or partial recovery does not appear to be feasible, given the severity of his numerous medical symptoms. It must therefore be concluded that Mr. Chowdhury's medical and psychiatric syndromes will continue to interfere with his functioning for an indeterminate length of time, certainly for at least the next one to two years. The decline in his functioning, even after repeated medical and psychiatric treatment interventions, suggests that his condition is progressive, and, therefore, he will not be able to return to work.

_____    _____
Signature                                    Date

979