1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SULTAN M. CHOWDHURY,<br><br>  Plaintiff,<br><br>v.<br><br>MARTIN J. GRUENBERG,<br><br>  Defendant | Civil Action<br>No. 05-2368<br>(JGP) |

Wednesday, April 23, 2008

Rockville, Maryland

DEPOSITION OF:

DR. DAVID SATINSKY

called for examination by counsel for the Defendant, pursuant to Notice of Deposition, at the offices of Dr. Satinsky, 1201 Seven Locks Road, Rockville, Maryland, at 3:00 p.m., when were present on behalf of the respective parties:

ORIGINAL

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433    WASHINGTON, D.C. 20005-3701    www.nealrgross.com

SOF - EXHIBIT II

1  reading this document that that information is
2  contained in here.
3          If that information was contained
4  in this report would the paragraph that you
5  just referred to cause any additional concern
6  to you?
7      A   It would have a valid explanation.
8      Q   That the stoke could lead to --
9      A   Could have cause this.
10     Q   -- caused the observations?
11     A   Yes.
12     Q   Okay.  Now we began with you
13 referring to a first visit, or what you
14 believed was the first visit by Mr. Chowdhury
15 with your colleague in March of 2006.
16         MR. GEORGE:  I'll ask the reporter
17 to mark that as Exhibit 2.
18             (Whereupon, the aforementioned
19             document was marked for
20             identification as Exhibit 2.)
21         BY MR. GEORGE:
22     Q   Would you please review Exhibit 2

1   so that we're sure we're all looking at the
2   same document please?
3       A   Okay.  Go ahead.
4       Q   Do you recognize this document
5   Doctor?
6       A   Yes.
7       Q   And is Dr. David Taragin someone
8   you still work with?
9       A   Yes.
10      Q   He's also a neurologist?
11      A   Yes.
12      Q   Did you ask Dr. Taragin to see Mr.
13  Chowdhury?  Or --
14      A   No.
15      Q   -- is that just how it happened?
16      A   For some reason, Dr. Taragin saw
17  him first.  And I saw him thereafter.  The the
18  mechanism for that, I don't know.
19      Q   Okay.  Now at the bottom of page
20  1, from Dr. Taragin's letter, states that, "I
21  have suggested he return for an EMG/Nerve
22  Conduction Study of the upper extremities."