UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SULTAN M. CHOWDHURY,

    Plaintiff,

v.

MARTIN J. GRUENBERG,

    Defendant

Civil Action
No. 05-2368
(JGP)

Wednesday, April 23, 2008

Rockville, Maryland

DEPOSITION OF:

    DR. DAVID SATINSKY

called for examination by counsel for the Defendant, pursuant to Notice of Deposition, at the offices of Dr. Satinsky, 1201 Seven Locks Road, Rockville, Maryland, at 3:00 p.m., when were present on behalf of the respective parties:

ORIGINAL

SOF - EXHIBIT JJ

1    A    Not symptomatic.

2    Q    Not symptomatic.

3    A    No.

4    Q    Would that cause pain?

5    A    No.  Not symptomatic.

6    Q    Exhibit 11.

7         (Whereupon, the aforementioned

8         document was marked for

9         identification as Exhibit 11.)

10   A    Go ahead.

11   Q    Do you recognize this document?

12   A    I have a vague recollection of it.

13   It's my handwriting.

14   Q    And it's on the letterhead of Syd

15   Brown, PhD, Licensed Psychologist?

16   A    Yes.

17   Q    Is this something that Dr. Brown

18   faxed to you for your --

19   A    He must have faxed it to me.

20   Because I I never see these.  Except for this

21   one.

22   Q    Is it correct that or correct to

1    assume that the items that are circled, "Mood,
2    anxiety, depression," and again, "anxiety",
3    that those are symptoms that you were
4    describing to Dr. Brown?
5         A    Yes.
6         Q    Of Mr. Chowdhury?
7         A    Yes.
8         Q    Is this the only form that you
9    would fill out for a neuro-psych test?
10        A    I think.  I don't normally deal
11   with Dr. Brown.  But this is all I think I
12   did.
13        Q    In other words, does this tell Dr.
14   Brown what he needs to know to conduct the
15   test?
16        A    Yes.
17        Q    Exhibit 12 please.
18             (Whereupon, the aforementioned
19             document was marked for
20             identification as Exhibit 12.)
21        A    Go ahead.
22        Q    Okay.  Exhibit 12 is what appears