# Syd Brown, Ph.D., P.C.
Licensed Psychologist

7910 Woodmont Ave., Suite 460  
Bethesda, Maryland 20814

(301) 656-9520  
FAX (301) 718-3633

**Martin Book, D.O.**  
301-654-2255  
FAX 301-718-4945

**Vinu Ganti, M.D.**  
301-540-8146  
FAX 301-540-8162

**Sandra Hoffman, Ed.D.**  
202-328-2283 x4  
FAX 202-328-2189

**David Satinsky, M.D.**  
301-562-7200  
FAX 301-424-1565

Re:   Sultan Chowdhury  
DOB: ███████████7  
CA:   51 years old

June 16, 2007

Dear Drs. Book, Ganti, Satinsky, and Hoffman:

Thank you for referring Sultan Chowdhury to me for neuropsychological evaluation. Your referral questions raised concerns regarding depression, anxiety, and cognitive functions.

*History and Current Functioning*

- Mr. Chowdhury is a 51 y.o. married man with three children: 21, 18, and 11; his wife of 25 years is a management analyst at NIH.
- Mr. Chowdhury was born and raised in Bangladesh; he attended college there, and moved to Kuwait and then the USA in his 20s; he earned an M.S. from U of Maryland University College in Technology and Computer Science. He is a Certified Public Accountant.
- Per self-report, Mr. Chowdhury was "a very high-profile project manager for the government." He worked at FDIC as a GS-15 with the title Senior Information Systems

SOF - EXHIBIT KK

Analyst, and has won awards, bonuses and been invited to the White House in

Re: Sultan Chowdhury
Page 2

recognition of the high quality of his work, "I'm proud of what I've done."
- His work life suffered a downturn after 2000, when he led the team of 45 people working on the "Y2K" transitions.
- He had "a minor stroke" in 2000 after the Y2K project was completed, and was in the hospital for ten days, "that was the beginning of my downfall." He suffered from depression, stress, anxiety, insomnia, and fibromyalgia, "I was having a rotten life."
- Difficulties at work increased dramatically in 2003 when a new supervisor, at the same rank as Mr. Chowdhury, said that "everything I did was wrong." Mr. Chowdhury gave as an example that he'd written 24 manuals for RDIC which received "great reviews," but this supervisor "said my writing was no good." Mr. Chowdhury tried to transfer to a different office, but the supervisor interfered without giving him a reason, then rated him as under-performing, "it added insult to injury, I was a proud man, he was trying to fire me, he leashed me then whipped me."
- Mr. Chowdhury filed a discrimination case which is still pending.
- In 2004, Mr. Chowdhury began treatment with psychiatrist Dr. Martin Book and psychologist Dr. Sandra Hoffman. He was advised Mr. Chowdhury to stop working, and in November 2004, he stopped going to work and applied for disability, which was approved in May 2005.
- Mr. Chowdhury admitted a family history of depression in his sister, who died in her late 40s. Asked specifically about dementia, he said, "my mother maybe a little bit, dementia, memory, forgetting things," in contrast to his father, who, at 83, remains "very sharp."
- Mr. Chowdhury admitted being depressed for several years now, but denied suicidal ideation, "it's against out religion," but added, "but I feel useless, I don't like the state I'm in."
- Re his current functioning, Mr. Chowdhury said that he remembers old things better than new ones, and is able to pay bills in a timely manner and keep up with routines. He is humiliated that because of his decreased earnings the family must leave their single-family home for a townhouse.
- Current medicines include: Zoloft, Trazadone, Sonata, Caduet, Actos, Skelaxin, Januvia, Celebrex, and several supplements.

### *Behavioral Observations*

- Mr. Chowdhury was friendly, pleasant, cooperative, and compliant throughout both testing sessions.
- Of note is that Mr. Chowdhury was at times rather slow to process verbal interchanges between us, resulting in several statement having to be repeated.

### *Cognitive Functioning*

- Clinical Interview

- Wechsler Adult Intelligence Scale—Third Edition (WAIS-III)

Re: Sultan Chowdhury
Page 3

- Stroop Color and Word Test
- Trail-Making Test (Trails)
- Wisconsin Card Sorting Test (WCST)
- Brown-Peterson Working Memory Tasks
- Rey-Osterrieth Complex Figure (ROCFT)
- Controlled Oral Word Association Test (COWAT)
- California Verbal Learning Test—Second Edition (CVLT-II)
- Wechsler Memory Scale—Third Edition (WMS-III)
- Minnesota Multiphasic Personality Inventory—Second Edition (MMPI-II)

| WAIS-III | IQ/Index | %ile | Description |
|---|---|---|---|
| Overall Cognitive Functioning: Full Scale IQ | 85 | 16th | Low Average |
| Verbal Comprehension Index | 105 | 63rd | Average |
| Perceptual Organization Index | 72 | 3rd | Borderline |
| Working Memory Index | 86 | 18th | Low Average |
| Processing Speed Index | 66 | 1st | Extremely Low |

- Mr. Chowdhury's WAIS-III scores are all significantly lower than expected based on his educational level (M.S. in Computer Science) and occupational achievements per his self-report (GS-15).
- Mr. Chowdhury's verbal reasoning abilities are much stronger than his nonverbal reasoning abilities; hence, making sense of complex verbal information and using verbal abilities to solve novel problems are a strength for him.
- Processing complex visual information by forming spatial images of part whole relationships and by manipulating the parts to solve novel problems without using words is a weakness.
- The POI measures fluid reasoning, spatial processing, attentiveness to detail, and visual motor integration.
- Compared to his peers, Mr. Chowdhury may experience some difficulty in holding information to perform a specific task. Difficulties with working memory may make the processing of complex information more time-consuming for him, drain his mental energies more quickly as compared to other adults his age, and perhaps result in more frequent errors on a variety of learning tasks.
- Processing visual material without making errors is a significant deficit.
- Processing speed in general is a significant weakness, as Mr. Chowdhury had difficulty on all timed tasks on the WAIS-III.

*Attentional Functions*

Attentional functions were examined using a slightly modified form of the Mirsky/NIMH Attention Battery for Adults. This examination focuses on five elements of attention:

Re: Sultan Chowdhury
Page 4

| Encode/ Working Memory | The ability to hold information in storage long enough to perform a cognitive operation on it. | WAIS-III Digit Span, Arithmetic, Letter/Number Sequencing, Brown-Peterson Tasks |
|---|---|---|
| Focus/Execute | The visual-perceptual ability to scan stimulus material for predetermined targets and an ability to make verbal or skilled manual responses. | WAIS-III Digit Symbol, Stroop, Trials, Digit Vigilance |
| Shift | The abstract ability to shift in an adaptive and flexible manner from attending to one aspect or feature of stimuli to another aspect, and to make transitions in problem solving decisions based on environmental feedback. | Wisconsin Card Sorting Test, Brown-Peterson Tasks |
| Sustain | The capacity to maintain an attentional focus for an appreciable amount of time. | IVA CPT subscales |
| Stabilize | Consistency or stability of response. | IVA CPT subscales |

- **Encode:** inconsistent, ranging from average to very weak, with perseveration on old information interfering with the encoding of new information.
- **Focus/execute:** weak.
- **Shift:** very weak, with evidence of perseveration to responses that feedback indicates are no longer appropriate interfering with making the transitions in thinking and problem-solving.
- **Sustain:** very weak.
- **Stabilize:** overall weak, better for attention to auditory stimuli, poor for attention to visual stimuli.
- **Attention Span:**
    o series of digits: extremely low (WAIS-III Digit Span)
    o learning a word list on the first trial: very weak, borderline range (CVLT-II)
    o learning of two brief stories on the first trial: very weak, borderline range (WMS-III Logical Memory).
- Mr. Chowdhury's attentional functioning is severely compromised.

*Executive Functions*

- Ability to control impulsive responding: extremely weak (Stroop).
- Ability to respond flexibly under pressure: extremely weak (Trail-Making).
- Ability to utilize feedback to establish, maintain, and shift response set: very weak, with perseveration interfering with problem-solving (WCST).
- Verbal fluency, ability to access lexicon of words and generate word lists based on phonemic cues: extremely weak (COWAT phonemic cues).
- Confrontational naming: extremely weak (Boston Naming Test—Second Ed.).
- Mr. Chowdhury's executive functions are severely compromised.

*Organizational Functions*

Re: Sultan Chowdhury
Page 5

- Organization of verbal information when an organizational schema is implicit but not explicitly stated: weak (CVLT-II).
- Organization of visual information: weak (ROCFT).
- Semantic processing: extremely weak (COWAT semantic cues).
- Mr. Chowdhury's organizational functioning is compromised.

*Learning*

- Learning and recall were significantly lower than expected based on his educational level (M.S. in Computer Science) and occupational achievements per his self-report.
- Immediate memory for visual stimuli and overall immediate memory scores on the WMS-III, are significantly lower than predicted by his WAIS-III Full Scale IQ.

- **Learning and memory for verbal information:**
    o Learning a list of words with an implicit semantic structure (CVLT-II):
        - initial learning: very weak (5 of 16 words)
        - learning slope over five trials: inconsistent
        - consistency of retaining words once stated: excellent
        - learning of a second list: weak
        - recall of the first list after learning the second: weak
        - recall of the list after long delay: very weak
        - recognition of the actual words: very weak
        - discrimination of distractors: weak
    o Learning of paired nonrelated words (WMS-III Verbal Paired Associates)
        - learning the pairs over four trials: average range
        - retention for delayed recall (ca. 30 minutes): average range
    o Learning stories (WMS-III Logical Memory)
        - learning of the two stories: very weak
        - learning slope when one story was repeated: limited
        - delayed recall of the two stories: weak
        - Functioning on this task was weak based on expectations from the WAIS-III verbal tasks.

- **Learning and memory for visual information:**
    o When structure is provided by the information he is asked to learn: very weak (WMS-III Family Pictures and Faces).
    o Tasks requiring that he develop and utilize his own structure (ROCFT):
        - Immediate (ca. 3 minutes) recall: average range
        - Delayed (ca. 30 mins) recall: weak
        - Recognition: weak.

*Emotional functioning: MMPI-II*

Re: Sultan Chowdhury
Page 6

- Mr. Chowdhury was cooperative with the evaluation, perhaps even overly frank, and produced a valid profile.
- He presents a mixed pattern of symptoms in which somatic reactivity under stress is a primary difficulty. The mixed pattern includes a picture of physical problems, which may be vague and have appeared after a period of stress, and may not be traceable to actual organic changes. He also displays a reduced level of psychological functioning.
- Mr. Chowdhury may have a hysteroid adjustment to life and may experience periods of exacerbated symptom development under stress.
- The MMPI-II profile indicates that Mr. Chowdhury is experiencing low morale and a depressed mood; he reports being preoccupied with feeling guilty and unworthy, and may feel that he deserves to be punished for wrongs he has committed. He feels regretful and unhappy about life, and is plagued by anxiety about the future. He feels hopeless at times.
- Despite his disavowal of suicidal ideation, his profile raises the strong possibility that he has contemplated suicide.
- His thinking is likely to be characterized by obsessiveness and indecision.
- Mr. Chowdhury's MMPI-II profile suggests that he is somewhat passive-dependent and demanding in interpersonal relationships, perhaps attempting to control others by complaining of physical symptoms.
- Mr. Chowdhury is concerned about the state of his marriage.

*Impressions*

- Cognitive Disorder, NOS (DSM-IV 294.9): As manifested by
    - attentional functions and executive functions are severely compromised
    - the presence of perseveration on several tasks
    - organizational functions are compromised
    - learning and memory for verbal information is somewhat impaired
    - learning and memory for visual information is significantly impaired.
    - It is not likely that this level of cognitive impairment would be the result of his depression or his medication.
- Specific brain areas of concern: test results are consistent with compromised brain function in several areas: frontal lobes; temporal lobes; and subcortical areas, in particular the hippocampus.
- Differential diagnoses re cognitive functioning: Dementia of the Alzheimer's Type vs. Vascular Dementia (formerly Multi-Infarct Dementia).
- Major Depression, Single Episode, Moderate (DSM-IV 296.32)
- Generalized Anxiety Disorder (DSM-IV 300.02)

*Recommendations*

- Neuroimaging studies, including MRI and fMRI and BAER EEG.
- Consideration of medicines to delay deterioration in cognitive functioning.

Re: Sultan Chowdhury
Page 7

- Cognitive rehabilitation to focus on deficient organizational skills that underlie . I do not know if your office provides such services. If it does not, here are three sources of these services:
    o Washington Medical Group 202-785-2400
        - Steve Macedo, M.D., Neurologist
    o ~~Washington~~ National Rehabilitation Hospital
        - Neuropsychology Service 202-877-1120
    o Johns Hopkins Medical Institutions
        - Dept of Physical Medicine and Rehabilitation 410-955-0015
- Individual psychotherapy should continue.
- Close monitoring of his progress with follow-up in a year.

I trust that this information is useful to you in your work with your patient. I would be pleased to answer any questions you may have about my report, and look forward to further consultations.

Sincerely yours,

Syd Brown, Ph.D.