UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SULTAN M. CHOWDHURY,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN J. GRUENBERG,<br><br><br>    Defendant | Civil Action<br>No. 05-2368<br>(JGP) |

Wednesday, April 23, 2008

Rockville, Maryland

DEPOSITION OF:

DR. DAVID SATINSKY

called for examination by counsel for the Defendant, pursuant to Notice of Deposition, at the offices of Dr. Satinsky, 1201 Seven Locks Road, Rockville, Maryland, at 3:00 p.m., when were present on behalf of the respective parties:

ORIGINAL

SOF - EXHIBIT LL

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433        WASHINGTON, D.C. 20005-3701        www.nealrgross.com

1   his depression or his medication."

2       A    Pretty clear.

3       Q    The third bullet down, under

4   "Impressions", the hard bullet, says,

5   "Differential diagnosis re: cognitive

6   functioning: dementia of the alzheimer's type

7   versus vascular dementia (formally multi-

8   infarct dementia)." Could you explain what

9   that means?

10      A    Alzheimer's disease we all know

11  about. It's a progressive degenerative

12  disorder. Cause unknown.

13      Vascular dementia is a

14  deterioration of brain function due to

15  impaired circulation.

16      Q    Based on your examinations of Mr.

17  Chowdhury and after reading this report when

18  you got it, do you have an opinion as to the

19  differential diagnosis that Dr. Brown offered?

20      A    There was no evidence to support a

21  diagnosis of vascular dementia because the MRI

22  was repeatedly normal.