UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SULTAN M. CHOWDHURY,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN J. GRUENBERG,<br><br>    Defendant | Civil Action<br>No. 05-2368<br>(JGP) |

Wednesday, April 23, 2008

Rockville, Maryland

DEPOSITION OF:

DR. DAVID SATINSKY

called for examination by counsel for the Defendant, pursuant to Notice of Deposition, at the offices of Dr. Satinsky, 1201 Seven Locks Road, Rockville, Maryland, at 3:00 p.m., when were present on behalf of the respective parties:

ORIGINAL

SOF - EXHIBIT MM

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433        WASHINGTON, D.C. 20005-3701        www.nealrgross.com

1        Q    What about the diagnosis of
2   Alzheimer's?
3        A    Well, I didn't expect that but if
4   that's the way the neuro-psych test showed it,
5   as I say, I'm not a qualified
6   neuropsychologist.
7        Q    Do you have any reason to
8   disbelieve that conclusion?  Or a differential
9   diagnosis?
10       A    Only in the sense that it was a
11  surprise to me.
12       Q    Now assuming that the cognitive
13  functioning which Mr. Chowdhury apparently
14  displayed in these tests, is accurate, is it
15  something that you would expect of somebody of
16  his age?
17       A    No.
18       Q    And isn't it true also that early
19  Alzheimer's disease, for example, to people
20  under 50, is rare?
21       A    Yes.
22       Q    Are there any cultural or ethnic