1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SULTAN M. CHOWDHURY,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN J. GRUENBERG,<br><br>    Defendant | Civil Action<br>No. 05-2368<br>(JGP) |

Wednesday, April 23, 2008

Rockville, Maryland

DEPOSITION OF:

DR. DAVID SATINSKY

called for examination by counsel for the Defendant, pursuant to Notice of Deposition, at the offices of Dr. Satinsky, 1201 Seven Locks Road, Rockville, Maryland, at 3:00 p.m., when were present on behalf of the respective parties:

ORIGINAL

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433    WASHINGTON, D.C. 20005-3701    www.nealrgross.com

SOF - EXHIBIT NN

1          Q     Does early Alzheimer's progress
2    faster than older onset?
3          A     Not necessarily.  I I don't know
4    how they would break down statistically.
5          Q     Now in your opinion, as a
6    neurologist for many years, dealing I'm sure
7    with many types of cases like this, correct?
8          A     Yes.
9          Q     Do you believe that Mr. Chowdhury
10   is cognitively impaired?
11         A     Yes.
12         Q     Do you believe that Mr. Chowdhury
13   is suffering from the effects of Alzheimer's
14   disease?
15         A     I don't know.
16         Q     Is it possible that he is?
17         A     Yes.
18         Q     Do you have any explanation other
19   than early onset Alzheimer's that would
20   explain Mr. Chowdhury's level of cognitive
21   functioning?
22         A     I have no good diagnosis.