UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SULTAN M. CHOWDHURY,

    Plaintiff,

v.

MARTIN J. GRUENBERG,

    Defendant

Civil Action
No. 05-2368
(JGP)

Wednesday, April 23, 2008

Rockville, Maryland

DEPOSITION OF:

    DR. DAVID SATINSKY

called for examination by counsel for the Defendant, pursuant to Notice of Deposition, at the offices of Dr. Satinsky, 1201 Seven Locks Road, Rockville, Maryland, at 3:00 p.m., when were present on behalf of the respective parties:

ORIGINAL

**SOF - EXHIBIT OO**

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433   WASHINGTON, D.C. 20005-3701   www.nealrgross.com

1  matter of years, correct?

2      A    Yes.

3      Q    With regard to Exhibit 13, is the
4  report?

5      A    Yes.

6      Q    Yes. I believe I asked you before
7  and I'll ask you again, in light of counsel's
8  questions, based upon the impressions of Dr.
9  Brown, which you've stated you don't have a
10 reason to doubt, is it more likely or less
11 likely that the level of impairment described
12 by Dr. Brown occurred over months or over
13 years?

14     A    Years.

15     Q    Thank you.

16     RECROSS EXAMINATION

17     BY MR. SIMPSON:

18     Q    Just one follow-up. The baseline
19 that was established to consider the
20 possibility of early onset Alzheimer's in your
21 earlier testimony would have been Dr. Brown's
22 neuropsychological test, correct?