UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SULTAN M. CHOWDHURY,

    Plaintiff,

v.

MARTIN J. GRUENBERG,
Chairman, Federal Deposit
Insurance Corporation

    Defendant.

Civil Action
No. 05-2368
(JGP)

Monday, May 5, 2008

DEPOSITION OF:

    SULTAN M. CHOWDHURY

called for examination by counsel for the Defendant, pursuant to Notice of Deposition, at the Federal Deposit Insurance Corporation, 3501 Fairfax Drive, Arlington, VA 22226 at 1:00 p.m., when were present on behalf of the respective parties:

ORIGINAL

SOF - EXHIBIT PP

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433    WASHINGTON, D.C. 20005-3701    www.nealrgross.com

1     Q     Did Dr. Satinsky want you to
2  undergo a PET scan?  P-E-T.
3     A     He suggested one, yes.
4     Q     And what was the purpose as you
5  understood it for that test?
6     A     I think he wanted to confirm Dr.
7  Brown's finding, rule out Dr. Brown's finding.
8     Q     And did you undergo a PET scan?
9     A     I tried but insurance will not
10 cover it.  They went back and forth.  It costs
11 six or seven thousand dollars.  Unless Dr.
12 Satinsky certifies that it is for ruling out
13 brain cancer insurance will not approve it.
14    Q     Okay, J I believe.  Have you seen
15 this document before, Mr. Chowdhury?
16    A     I don't think I've seen it.
17    Q     Okay.  This is a letter dated July
18 12, 2007, addressed to your primary care
19 physician Dr. Ganti signed by David Satinsky,
20 correct?
21           (Whereupon, the above-referred to
22           document was marked as Chowdhury