Page 206

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-------------------------------
                              :
SULTAN M. CHOWDHURY,          :
                              :
      Plaintiff,              :
v.                            :  Case No.
                              :  05-02368 (JGP)
MARTIN J. GRUENBERG,          :
                              :
ACTING CHAIRMAN,              :
FEDERAL DEPOSIT               :
INSURANCE CORPORATION,        :
                              :
      Defendant.              :
-------------------------------
```

Wednesday, September 12, 2007

DEPOSITION OF:

SULTAN M. CHOWDHURY

called for examination by counsel for the

Defendant, pursuant to notice of deposition,

at the Federal Deposit Insurance Corporation,

3501 Fairfax Drive, NW, Arlington, VA, at 1:14

p.m., when were present on behalf of the

respective parties:

SOF - EXHIBIT  QQ

f5c7f65f-6298-4e91-9e42-c9e334705151

**Page 327**

```
 1              21 was marked for
 2              identification.)
 3        BY MR. GEORGE:
 4   Q    Do you recognize this letter?
 5   A    Yes, sir. I do.
 6   Q    And were you a patient of Dr.
 7   Okusami?
 8   A    Yes.
 9   Q    And this letter bears the date of
10   November 9, 2004. Does that refresh your
11   recollection as to when you might have seen
12   the doctor for this letter?
13   A    I may have seen him on the date of
14   the letter, but I must have seen him before
15   that, too.
16   Q    Okay. And did you go to the doctor
17   specifically to obtain this letter, or was
18   there something you were complaining about
19   medically?
20   A    I was under his treatment for the
21   anxiety and depression that I was going
22   through.
```

**Page 328**

```
 1   Q    And did you have a regularly
 2   scheduled appointment with him on the 9th?
 3   A    I don't remember. I may have.
 4   Mostly likely I had an appointment.
 5   Q    Well, when you went to see Dr.
 6   Okusami, did you go to him and tell him that
 7   you wanted to take medical leave, or was it
 8   his idea?
 9   A    I mentioned to him the scenario,
10   and the condition, and the sufferance I was
11   going through, and he advised me that I must
12   stop going to that environment, and further
13   harm myself.
14   Q    Now do you know if Dr. Okusami made
15   any independent investigation as to your
16   situation at work?
17   A    I don't know that.
18   Q    And this letter was delivered to
19   Mr. Henning, as far as you know. Right?
20   A    Yes.
21   Q    Did you deliver it?
22   A    I must have. I don't know which
```

**Page 329**

```
 1   mode.
 2   Q    Okay. And did Mr. Henning approve
 3   your leave?
 4   A    Yes.
 5   Q    And for the record, when was your
 6   PIP scheduled to expire?
 7   A    I don't remember that. Sometime in
 8   November.
 9   Q    Approximately mid-November, wasn't
10   it?
11   A    Yes.
12   Q    So you went to see the doctor for
13   medical leave immediately prior to the
14   expiration of your PIP.
15   A    No, I didn't go to the doctor for
16   medical leave on November 9th. Mr. Henning, on
17   November 4th or 5th, pushed me to the end, that
18   made him call the employee services, so the
19   doctors felt that I would be extremely harmed
20   if I continued to go to that environment.
21   Q    What I'm saying is that this letter
22   for medical leave that you obtained from your
```

**Page 330**

```
 1   doctor was obtained approximately a week
 2   before your PIP was set to expire. Correct?
 3   A    I do not want to make that
 4   relationship of PIP expiring and doctors'
 5   medical advice.
 6   Q    Okay. Well, the dates speak for
 7   themselves.
 8   A    That's correct.
 9   Q    But it's your testimony that the
10   PIP expiring, and your request for medical
11   leave had nothing to do with each other?
12   A    That is correct.
13   Q    Just coincidence.
14   A    Whatever. It is not --
15   Q    And you obtained subsequent
16   requests for medical leave from Dr. Okusami.
17   Correct?
18   A    Yes. Dr. Okusami advised further
19   medical leave.
20   Q    And Mr. Henning approved all those
21   leave requests, didn't he?
22   A    Yes. He had to.
```