Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SULTAN M. CHOWDHURY,

    Plaintiff,

v.                                  Case No.
                                    05-02368 (JGP)
MARTIN J. GRUENBERG,

ACTING CHAIRMAN,
FEDERAL DEPOSIT
INSURANCE CORPORATION,

    Defendant.


Tuesday, September 11, 2007


DEPOSITION OF:


SULTAN M. CHOWDHURY

called for examination by counsel for the
Defendant, pursuant to notice of deposition,
at the Federal Deposit Insurance Corporation,
3501 Fairfax Drive, NW, Arlington, VA, at

10:35 a.m., when were present on behalf of the


respective parties:


**SOF - EXHIBIT RR**

078d2f2b-ab04-4717-97f1-7b067e47c621

1  discriminatory reasons?
2        MR. SIMPSON:  Objection.
3  Mischaracterizing his testimony.  It is not
4  what he has testified to.
5        BY MR. GEORGE:
6    Q   Are you contending that Mr.
7  Henning criticized your writing for
8  discriminatory reasons?
9    A   I'm contending that Mr. Henning
10 took the actions that he did take because of
11 discriminatory reasons.
12   Q   So the answer is yes?
13   A   I will repeat the same answer.
14   Q   And on what basis do you make that
15 conclusion?
16       MR. SIMPSON:  I'm going to
17 object.  It's been asked and answered.
18       MR. GEORGE:  But it hasn't been
19 answered very well.
20       THE WITNESS: Ask the question
21 again.
22       BY MR. GEORGE:
                                    Page 162

1    Q   On what basis do you contend or
2  conclude that Mr. Henning's criticism of your
3  writing as a Grade 15 was founded in
4  discriminatory reasons?
5    A   Mr. Henning's pattern of treatment
6  from starting October 2003 onward gave me the
7  reasons to believe that his action was
8  discriminatory.
9    Q   Did he ever say anything to you
10 about being from Bangladesh?
11   A   No.
12   Q   Did he ever say anything to you
13 about being a Muslim?
14   A   No.
15   Q   Did he ever say anything to you
16 about being of dark complexion?
17   A   No.
18   Q   Did he ever say anything to you
19 about being over the age of 40?
20   A   No.
21   Q   Did Mr. Henning ever say anything
22 to you about you filing EEO complaints in the
                                    Page 163

1  past?
2    A   Yes.
3    Q   What did he say?
4    A   Oh, you filed a complaint against
5  me.
6    Q   About?
7    A   About the Corporate Success Award.
8    Q   Okay.  Let's talk about that. Off
9  the record for a moment.
10      (Whereupon the foregoing matter went off
11 the record at 3:27 p.m. and went back on the
12 record at 3:31 p.m.)
13       BY MR. GEORGE:
14   Q   Exhibit 8 is a two-page document
15 of an e-mail chain.  The first one from Martin
16 Henning to members of the CDR team including
17 yourself.  Correct, Mr. Chowdhury?
18            (Whereupon, the above-
19            referred to document was
20            marked as Deposition
21            Exhibit No. 8 for
22            identification.)
                                    Page 164

1    A   Yes.
2    Q   And his e-mail is dated December
3  29, 2003.  And in response you sent him an e-
4  mail dated January 9, 2004 and could you
5  please state what the purpose of your e-mail
6  is?
7    A   The purpose of the e-mail was to
8  provide justification for recommending me for
9  the Corporate Success Award in FDIC.
10   Q   Okay.  And the Corporate Success
11 Award was something that was in addition to
12 cost of living increases.  Correct?
13   A   Yes.
14   Q   And it was a discretionary award.
15 Correct?
16   A   Based on performance yes.
17   Q   In other words the supervisors had
18 discretion about who to nominate.  Correct?
19   A   Discretion based on performance.
20   Q   Okay.  And did Mr. Henning
21 acknowledge that he received your e-mail?
22   A   I don't believe so, but I know he
                                    Page 165