Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------»

SULTAN M. CHOWDHURY,

    Plaintiff,

v.                     Case No.
                         05-02368 (JGP)

MARTIN J. GRUENBERG,

ACTING CHAIRMAN,
FEDERAL DEPOSIT
INSURANCE CORPORATION,

    Defendant.

----------------------------¼

Tuesday, September 11, 2007

DEPOSITION OF:

SULTAN M. CHOWDHURY

called for examination by counsel for the Defendant, pursuant to notice of deposition, at the Federal Deposit Insurance Corporation, 3501 Fairfax Drive, NW, Arlington, VA, at

10:35 a.m., when were present on behalf of the

respective parties:

**SOF - EXHIBIT SS**

078d2f2b-ab04-4717-97f1-7b067e47c621

```
 1   at his desk facing outward toward persons
 2   sitting opposite him at this desk, where was
 3   the book? Where was the bible?
 4       A   Here (witness pointing).
 5       Q   The court reporter can't take that
 6   down.
 7       A   If you are facing me, it's on his
 8   right outward corner of the table, of the
 9   desk.
10       Q   The right front corner?
11       A   Right front corner of the desk.
12       Q   So in front of a guest sitting in
13   front of his desk?
14       A   Yes sir.
15       Q   And was the book marked so that
16   you could tell what it was?
17       A   I think it was.
18       Q   How did you know it was a bible?
19       A   Well I believe it had a title on
20   the bible, something of that nature. It's an
21   old copy.
22       Q   And that's how you knew because
                                      Page 118
```

```
 1       A   It has been three or four years
 2   ago.
 3       Q   Did you ever say anything to Mr.
 4   Henning about it?
 5       A   No.
 6       Q   Did it bother you?
 7       A   Not in particular.
 8       Q   Was it offensive to you?
 9       A   No.
10       Q   Did Mr. Henning ever refer to it
11   in speaking with you?
12       A   No.
13       Q   You say in paragraph eight that
14   Mr. Henning made his religious difference
15   known to you. Did he do anything other than
16   having a bible on his desk that made his
17   religious difference known to you?
18       A   It was made known that he is a
19   religious person or religious Christian and he
20   came late on Friday mornings because he goes
21   to church.
22       Q   Who made it known?
                                      Page 120
```

```
 1   you saw the words Holy Bible on the binding or
 2   on the face?
 3       A   I saw it everyday.
 4       Q   I'm asking you the first time you
 5   saw it you recognized it as a bible?
 6       A   I don't know if I recognized first
 7   time I saw it but I recognized it every day.
 8       Q   And you recognized it because it
 9   had the inscription Holy Bible on it?
10       A   Don't quote me on it.
11       Q   Well, I need to quote you on it.
12       A   I said something of that nature.
13   I don't recall the title of the book, but it
14   is a bible.
15       Q   It did words on the binding or on
16   the face of the book?
17       A   I believe so.
18       Q   Well, did it or not?
19       A   I believe it did.
20       Q   Okay.
21       A   And I --
22       Q   Did -- I'm sorry. Go ahead.
                                      Page 119
```

```
 1       A   He made it known.
 2       Q   How did he do that?
 3       A   In conversations. We are
 4   Christian family or something of that nature.
 5       Q   He said that to you.
 6       A   Yes in conversations and he -- we
 7   knew it because we could not schedule early
 8   Friday morning meetings with him because he
 9   would be at church with his family.
10       Q   So he went to church on his own
11   time outside of work?
12       A   I don't know that.
13       Q   Well, did he hold religious
14   services at work?
15       A   I don't know that.
16       Q   Well I am asking you, do you know
17   if he did?
18       A   I don't know that.
19       Q   Okay. So, did you at any time
20   feel threatened by Mr. Henning being a
21   Christian?
22       A   No. I don't feel threatened
                                      Page 121
```

31 (Pages 118 to 121)

078d2f2b-ab04-4717-97f1-7b067e47c621

```
 1   because of his religion.
 2       Q    And for the record, what is your
 3   religion?
 4       A    I'm a Muslim.
 5       Q    Did Mr. Henning ever make any
 6   comments to you about being Muslim?
 7       A    No.
 8       Q    Did Mr. Henning ever make any
 9   comments about Muslims generally in your
10   presence?
11       A    Not that I recall.
12       Q    Okay.  After this meeting with Mr.
13   Henning, when did you next meet with him?
14       A    I do not remember but must have
15   been a week or so.  It might have been.  I
16   don't know.  I don't remember.
17       Q    Okay.  Do you remember what the
18   nature of the meeting was?
19       A    Well, we met on many occasions on
20   different things but I think we discussed
21   about the work assignments and so on.  He
22   distributed work assignments to the team.  I
                                      Page 122
```

```
 1   weekly team meetings.  Is that correct?
 2       A    We had some team meetings.  I
 3   don't know if it was weekly or not.  I don't
 4   remember that.
 5       Q    Okay.  And generally Mr. Henning
 6   is present at the team meetings.  Is that
 7   correct?
 8       A    Yes, the meetings that he has had
 9   for the team, yes.
10       Q    Okay.  Now you allege in paragraph
11   nine that in November of 2003 Mr. Henning
12   altered your job title from project manager to
13   senior information systems analyst.  Is that
14   correct?
15       A    Yes.
16       Q    Was your formal title project
17   manager?
18       A    I was brought to the CDR team as a
19   project manager.
20       Q    Was your formal job title project
21   manager?
22       A    I don't know what is the different
                                      Page 124
```

```
 1   have set out a meeting to discuss it.
 2       Q    So were your general, was your
 3   general contact with Mr. Henning in the
 4   context of team meetings?
 5       A    Yes.
 6       Q    How often would you meet with Mr.
 7   Henning one-on-one on a monthly basis in 2003?
 8       A    I do not remember that.
 9       Q    Well your offices were closed,
10   weren't they?
11       A    Yes.
12       Q    Other than passing each other in
13   the hall or exchanging pleasantries as you put
14   it, can you recall how often you would have
15   formal one-on-one meetings in his office of
16   your office on a monthly basis during 2003?  On
17   average.
18       A    Actually I don't recall that
19   because he was spending a lot of time in
20   various I think outside other meetings.  I
21   don't recall.  I don't remember.
22       Q    Okay.  You said that you had
                                      Page 123
```

```
 1   in formal or informal.  I was sent an e-mail
 2   and all CDR member obtain e-mail that they
 3   were bringing me in as project manager.
 4       Q    What was your understanding at the
 5   time you began in DIR of what being a project
 6   manager meant?
 7       A    Managing activities for the
 8   project.
 9       Q    What project?
10       A    The CDR project.
11       Q    The entire project?
12       A    No I didn't manage entire project.
13       Q    Okay.  Then what were you managing
14   as a project manager.  What was your
15   understanding?
16       A    I was managing the call data
17   function that I talked about.  I was managing
18   the Section 508 functions.  I was managing the
19   XBAT functions.  I was also managing the risk
20   management of the project.
21       Q    Were you a supervisor?
22       A    Not in the CDR project.
                                      Page 125
```