371

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SULTAN M. CHOWDHURY,

        Plaintiff,

v.

MARTIN J. GRUENBERG,
Chairman, Federal Deposit
Insurance Corporation

        Defendant.

Civil Action
No. 05-2368
(JGP)

Monday, May 5, 2008

DEPOSITION OF:

    SULTAN M. CHOWDHURY

called for examination by counsel for the Defendant, pursuant to Notice of Deposition, at the Federal Deposit Insurance Corporation, 3501 Fairfax Drive, Arlington, VA 22226 at 1:00 p.m., when were present on behalf of the respective parties:

**SOF - EXHIBIT TT**

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433    WASHINGTON, D.C. 20005-3701    www.nealrgross.com

1 | should be tortured.
2 | Q  Well, I'm asking you what he did. You told me that he criticized your work and that he pointed his finger and that his face got red sometimes and that you had to be in his office to go over your work.  Other than those things - okay, and he clenched his teeth sometimes according to you.  What other things did he do that were torture?
10 | A  I think those are significant torture.
12 | Q  Okay.  Is there anything else?
13 | A  I don't recall now.
14 | Q  Now, you testified earlier that you were angry about your treatment by Mr. Henning, correct?
17 | A  I think if you can restate fully what I said.
19 | Q  Did you have anger towards Mr. Henning about your - having your writing called into question?
22 | A  I said I did not have any personal