Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
┌───────────────────────────────┐
                                ·
SULTAN M. CHOWDHURY,            ·
                                ·
     Plaintiff,                 ·
v.                              ·  Case No.
                                ·  05-02368 (JGP)
MARTIN J. GRUENBERG,            ·
                                ·
ACTING CHAIRMAN,                ·
FEDERAL DEPOSIT                 ·
INSURANCE CORPORATION,          ·
                                ·
     Defendant.                 ·
└───────────────────────────────┘
```

Tuesday, September 11, 2007


DEPOSITION OF:


SULTAN M. CHOWDHURY

called for examination by counsel for the
Defendant, pursuant to notice of deposition,
at the Federal Deposit Insurance Corporation,
3501 Fairfax Drive, NW, Arlington, VA, at

10:35 a.m., when were present on behalf of the


respective parties:


SOF - EXHIBIT UU

**Page 162**

1  discriminatory reasons?
2      MR. SIMPSON: Objection.
3  Mischaracterizing his testimony. It is not
4  what he has testified to.
5      BY MR. GEORGE:
6      Q  Are you contending that Mr.
7  Henning criticized your writing for
8  discriminatory reasons?
9      A  I'm contending that Mr. Henning
10 took the actions that he did take because of
11 discriminatory reasons.
12     Q  So the answer is yes?
13     A  I will repeat the same answer.
14     Q  And on what basis do you make that
15 conclusion?
16     MR. SIMPSON: I'm going to
17 object. It's been asked and answered.
18     MR. GEORGE: But it hasn't been
19 answered very well.
20     THE WITNESS: Ask the question
21 again.
22     BY MR. GEORGE:

**Page 163**

1      Q  On what basis do you contend or
2  conclude that Mr. Henning's criticism of your
3  writing as a Grade 15 was founded in
4  discriminatory reasons?
5      A  Mr. Henning's pattern of treatment
6  from starting October 2003 onward gave me the
7  reasons to believe that his action was
8  discriminatory.
9      Q  Did he ever say anything to you
10 about being from Bangladesh?
11     A  No.
12     Q  Did he ever say anything to you
13 about being a Muslim?
14     A  No.
15     Q  Did he ever say anything to you
16 about being of dark complexion?
17     A  No.
18     Q  Did he ever say anything to you
19 about being over the age of 40?
20     A  No.
21     Q  Did Mr. Henning ever say anything
22 to you about you filing EEO complaints in the

**Page 164**

1  past?
2      A  Yes.
3      Q  What did he say?
4      A  Oh, you filed a complaint against
5  me.
6      Q  About?
7      A  About the Corporate Success Award.
8      Q  Okay. Let's talk about that. Off
9  the record for a moment.
10     (Whereupon the foregoing matter went off
11 the record at 3:27 p.m. and went back on the
12 record at 3:31 p.m.)
13     BY MR. GEORGE:
14     Q  Exhibit 8 is a two-page document
15 of an e-mail chain. The first one from Martin
16 Henning to members of the CDR team including
17 yourself. Correct, Mr. Chowdhury?
18          (Whereupon, the above-
19          referred to document was
20          marked as Deposition
21          Exhibit No. 8 for
22          identification.)

**Page 165**

1      A  Yes.
2      Q  And his e-mail is dated December
3  29, 2003. And in response you sent him an e-
4  mail dated January 9, 2004 and could you
5  please state what the purpose of your e-mail
6  is?
7      A  The purpose of the e-mail was to
8  provide justification for recommending me for
9  the Corporate Success Award in FDIC.
10     Q  Okay. And the Corporate Success
11 Award was something that was in addition to
12 cost of living increases. Correct?
13     A  Yes.
14     Q  And it was a discretionary award.
15 Correct?
16     A  Based on performance yes.
17     Q  In other words the supervisors had
18 discretion about who to nominate. Correct?
19     A  Discretion based on performance.
20     Q  Okay. And did Mr. Henning
21 acknowledge that he received your e-mail?
22     A  I don't believe so, but I know he