**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| Sultan M. Chowdhury, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:05CV02368-RMU |
| ) | |
| Sheila Bair, Chairman, ) | |
| ) | |
| Federal Deposit Insurance Corporation ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

Upon consideration of Defendant's Motion for Summary Judgment and all documents, evidence and arguments in support thereof, and any opposition thereto, it is hereby,

ORDERED that Defendant's Motion for Summary Judgment is GRANTED and that Plaintiff shall take nothing by means of his complaint herein..

IT IS FURTHER ORDERED that Defendant is hereby awarded its costs of suit incurred herein.

_____
UNITED STATES DISTRICT JUDGE