UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SULTAN M. CHOWDHURY** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 1:05-CV-02368 (RMU) |
| ) | |
| **SHEILA BAIR, Chairman** ) | |
| **Federal Deposit Insurance Corporation,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | **July 22, 2008** |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Loc. Civ. R. 83.6(b), the appearance of Daniel H. Kurtenbach, counsel for defendant, is hereby withdrawn.

Respectfully submitted,                               For the Defendant:


/s/_____                        /s/_____
Daniel H. Kurtenbach                                 Victor E. George
Counsel                                              Counsel
D.C. Bar No. 426590                                  CA Bar No. 89595
3501 Fairfax Drive, Room VS-D7066                    3501 Fairfax Drive, Room VS-E6004
Arlington, VA 22226                                  Arlington, VA 22226
703-562-2465 (office)                                703-562-2395 (office)
703-562-2475 (fax)                                   703-562-2482 (fax)
dkurtenbach@fdic.gov                                 vgeorge@fdic.gov