UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SULTAN M. CHOWDHURY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05-CV-02368 (RMU) |
| ) | |
| SHEILA BAIR, Chairman ) | |
| Federal Deposit Insurance Corporation, ) | |
| ) | |
| Defendant. ) | |
| _____) | August 20, 2008 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Loc. Civ. R. 83.6(b), the appearance of Victor E. George, counsel for defendant, is hereby withdrawn.

Respectfully submitted,

/s/_____
Victor E. George
Counsel
CA. Bar No. 89595
3501 Fairfax Drive, Room VS-E6004
Arlington, VA 22226
703-562-2395 (office)
703-562-2482 (fax)
vgeorge@fdic.gov