UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SULTAN M. CHOWDHURY ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-2368 (RMU) |
| ) | |
| SHEILA C. BAIR, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
AND TO ADJUST SCHEDULING ORDER**

Plaintiff, by and through below-signed counsel, respectfully moves this honorable Court for an enlargement of time of two weeks, up to and including Friday, September 19, 2008 in which to file his opposition to defendant's Motion for Summary Judgment, and to adjust the scheduling order so that Defendant's Reply to Plaintiff's Opposition would be due on October 10, 2008.  Plaintiff's opposition is currently due September 5, 2008, and Defendant's reply is currently due on September 26, 2008.

The reasons for plaintiff's motion include that the primary associate who has been assigned to this matter has been and will be out of the office for unprogrammed periods time during the period August 5-September 5, 2008, to attend to family matters due to the unexpected necessity for the associate counsel's spouse to travel to and indefinitely remain in Florida to care for her elderly mother.  Due to the absence of his spouse, the principal associate has assumed day-to-day responsibility to care for four children, as well as the need for that associate counsel to transport his oldest child, who will be enrolling in his first year at Belmont Abbey College in North Carolina, to college.  Because of this unprogrammed family situation, this additional two

weeks will allow plaintiff's counsel to make suitable arrangements for his children, while at the same time attending to the daily press of business, to include opposing defendant's motion for summary judgment.

Counsel for defendant FDIC has indicated that defendant will not oppose this motion.

Plaintiff respectfully requests that this Court grant his unopposed motion for an enlargement of time of two weeks, up to and including Friday, September 19, 2008 in which to file his opposition to defendant's Motion for Summary Judgment, and to adjust the scheduling order so that Defendant's Reply to Plaintiff's Opposition would be due on October 10, 2008.

Respectfully submitted,

_____/s/_____
David H. Shapiro, D.C. Bar # 961326
James E. Simpson, D.C. Bar # 482870
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0300

Attorneys for Plaintiff