## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| **SULTAN M. CHOWDHURY** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 05-2368 (RMU)** |
| | ) | |
| **SHEILA C. BAIR,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____)

### ORDER

UPON CONSIDERATION of plaintiff's unopposed motion for an enlargement of time of two weeks, to and including Friday, September 19, 2008 in which to file his opposition to defendant's Motion for Summary Judgment and to adjust the scheduling order so that Defendant's Reply to Plaintiff's Opposition would be due on October 10, 2008, the record in this matter, and there being no opposition thereto, it is hereby

ORDERED that plaintiff's motion be, and the same hereby is GRANTED; and it is

FURTHER ORDERED that plaintiff may have to and including Friday, September 19, 2008 in which to file his opposition to defendant's Motion for Summary Judgment, and defendant may have until October 10, 2008 to file a reply to plaintiff's opposition.


_____

UNITED STATES DISTRICT JUDGE