# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| SULTAN M. CHOWDHURY, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-2368 (RMU) |
| | : | | |
| v. | : | Re Document No.: | 47 |
| | : | | |
| SHEILA C. BAIR, Chairman, | : | | |
| Federal Deposit Insurance Corporation, | : | | |
| | : | | |
| Defendant. | : | | |

## ORDER

### DENYING THE DEFENDANT'S SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT ON THE PLAINTIFF'S HOSTILE WORK ENVIRONMENT CLAIM

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 26th day of January 2010, it is hereby

**ORDERED** that the defendant's supplemental motion for summary judgment on the plaintiff's hostile work environment claim is **DENIED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge